

140 Grand Street, Suite 705, White Plains, New York 10601
t 914.686.1500 · f 914.487.5000 · www.yankwitt.com

White Plains, NY
Atlantic City, NJ

July 20, 2023

**<u>Via ECF</u>**
The Honorable Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

   Re: <u>*United States v. Alexander Mashinsky et al.*</u>, Case No. 1:23-cr-0347

Dear Judge Wang,

   We represent defendant Alex Mashinsky ("Mr. Mashinsky") in the above-captioned action.  We write on behalf of Mr. Mashinsky, and with the consent of the Government, to request an additional week to complete the bail conditions set forth at Mr. Mashinsky's initial appearance before Your Honor on July 13, 2023.

   Since the appearance on July 13, Mr. Mashinsky has been working diligently to satisfy the conditions of his bail package, and he has satisfied some bail terms.  The undersigned has been in regular communication with the Government regarding the remaining terms, but Mr. Mashinsky requires additional time to satisfy the remaining obligations.  We have discussed this extension request with the Government, and they consent to our request.

   We thank the Court for its consideration of this request.

       Respectfully submitted,

    By: _____
       Benjamin R. Allee

cc:  All counsel of record (*via ECF*)