AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York  ▾

| | |
|---|---|
| United States of America _____ ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1:23-cr-347 (JGK) |
| Alexander Mashinsky, et al. _____ ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Alexander Mashinsky _____ .

Date:    07/25/2023 _____

*Attorney's signature*

Marc L. Mukasey / MM1185 _____
*Printed name and bar number*

Mukasey Frenchman LLP
570 Lexington Avenue Suite 3500
New York, New York 10022

*Address*

marc.mukasey@mfsllp.com
*E-mail address*

(212) 466-6400
*Telephone number*

_____
*FAX number*