AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York ▼

| | |
|---|---|
| United States of America ) | |
| Plaintiff ) | |
| v. ) | Case No. 1:23-cr-347 (JGK) |
| Alexander Mashinsky, et al. ) | |
| Defendant ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Alexander Mashinsky

Date: 07/25/2023

_/s/ Robert S. Frenchman_
*Attorney's signature*

Robert S. Frenchman / RF6449
*Printed name and bar number*

Mukasey Frenchman LLP
570 Lexington Avenue Suite 3500
New York, New York 10022
*Address*

robert.frenchman@mfsllp.com
*E-mail address*

(212) 466-6400
*Telephone number*

*FAX number*