UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

     - against -

ALEXANDER MASHINSKY,

          Defendant.

23-CR-347 (JGK)

ORDER

---

**JOHN G. KOELTL, United States District Judge:**

    As stated at today's conference, another conference shall be held on **October 3, 2023, at 11 a.m.**

    In order to assure the effective assistance of counsel and to allow adequate time for the Government to make discovery and for the defense to review it, and because of the volume of discovery and the complexity of the case, the Court prospectively excludes the time from today, **July 25, 2023,** until **October 3, 2023,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: July 25, 2023
      New York, New York

                            John G. Koeltl
                    United States District Judge