

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 8, 2023

**BY ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Alexander Mashinsky*, 23 Cr. 347 (JGK)

Dear Judge Koeltl:

    With the consent of defense counsel, the Government respectfully requests the Court enter the enclosed Protective Order to govern the disclosure material in this case.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

By:    /s/
        Allison Nichols
        Adam Hobson
        Noah Solowiejczyk
        Assistant United States Attorney
        Southern District of New York
        Tel: (212) 637-2366

Cc:    Marc L. Mukasey, Esq.,
        Counsel to Alexander Mashinsky (by ECF)

Enclosure