```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :      23-CR-347
    -against-                       :
                                    :         ORDER
   Alexander Mashinsky              :
                                    :
      Defendant                     :
                                    :
------------------------------------X
```

Gabriel W. Gorenstein, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail be modified to include the condition that the defendant is to pay all or part of the cost of location monitoring, as determined by Pretrial Services.

Dated: New York, New York

August  10  , 2023

SO ORDERED:

*[signature: Gabriel W. Gorenstein]*

_____
Gabriel W. Gorenstein
United States Magistrate Judge