UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                                                            23 cr 347 (JGK)

      -against-

RONI COHEN-PAVON,                                              **ORDER**
                Defendant.
----------------------------------------------------------------X

      The Clerk is directed to publicly file on the docket the minute entry of the arraignment before the Honorable Valerie Figueredo, on September 5, 2023.

**SO ORDERED.**

                                                                         JOHN G. KOELTL
                                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       September 15, 2023