UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -

ALEXANDER MASHINSKY,

              Defendant.

23-cr-347 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The trial in this matter is scheduled for **September 17, 2024**, at **9:00 a.m.**

    Because a continuance is needed to assure the effective assistance of counsel, given the complexity of this case and to accommodate trial schedules, the Court prospectively excludes the time from today, **October 3, 2023**, until **September 17, 2024**, from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:    New York, New York
            October 3, 2023

                                              John G. Koeltl
                                      United States District Judge