UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -                            23-cr-347 (JGK)

ALEXANDER MASHINSKY,                  ORDER

                Defendant.

JOHN G. KOELTL, District Judge:

    As discussed at the conference held today, any motions are due on **January 12, 2024**. The time to respond is **January 26, 2024**. The time to reply is **February 2, 2024**. The parties are directed to appear for a conference on **March 14, 2024**, at **10:00 a.m.**

    The trial in this matter is scheduled for **September 17, 2024**, at **9:00 a.m.** Notice of Rule 404(b) evidence is due on **May 17, 2024**. The parties should file any requests to charge, motions in limine, and voir dire requests by **June 7, 2024**. Responses and objections are due by **June 21, 2024**. The parties are directed to appear for a pre-trial conference on **July 12, 2024**, at **10:00 a.m.**, and for a final pre-trial conference on **September 11, 2024**, at **10:30 a.m.**

SO ORDERED.

Dated:    New York, New York
           October 3, 2023

                                              John G. Koeltl
                                  United States District Judge