UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  | ) | **ECF CASE** |
| UNITED STATES | ) |  |
|  | ) | **NOTICE OF APPEARANCE AND REQUEST** |
| v. | ) | **FOR ELECTRONIC NOTIFICATION** |
|  | ) | 23 Cr. 347 (JGK) |
| ALEXANDER MASHINSKY, | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted.

                  Respectfully submitted,

                  DAMIAN WILLIAMS
                  United States Attorney for the
                  Southern District of New York

                  by:   /s/ Peter J. Davis
                        Peter J. Davis
                        Assistant United States Attorney
                        (212) 637-2468
                        peter.davis2@usdoj.gov