UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ALEXANDER MASHINSKY and
RONI COHEN PAVON,

Defendants.

Case No. 23-CR-00347 (JGK)

**NOTICE OF WITHDRAWAL OF APPEARANCE**

**PLEASE TAKE NOTICE** that Robert S. Frenchman, formerly of Mukasey Frenchman LLP (now known as Mukasey Young LLP), hereby withdraws his appearance as counsel of record for defendant Alexander Mashinsky, and should no longer receive ECF notifications in the above-captioned case. Defendant Alexander Mashinsky will continue to be represented by Marc L. Mukasey, Torrey K. Young, and Michael Westfal.

Dated: New York, New York
       April 29, 2024

By: /s/ Robert S. Frenchman
Robert S. Frenchman, Esq.
24 Fifth Avenue, Apt. 1430
New York, New York 10011
rsftgosh@yahoo.com
(212) 724-9532

SO ORDERED:

[signature]
U.S.D.J.
4/30/24