UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA,

    - against -

ALEXANDER MASHINSKY,

        Defendant.

23-cr-347 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Government should respond to the defendant's motion to preserve the testimony of material witnesses (ECF No. 68) by **September 27, 2024**. The defendant may reply by **October 4, 2024**.

SO ORDERED.

Dated:   New York, New York
        September 16, 2024

                              John G. Koeltl
                            United States District Judge