

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

October 18, 2024

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *United States v. Alexander Mashinsky*, 23 Cr. 347 (JGK)

Dear Judge Koeltl:

    The Government respectfully writes to request a two-week extension of the parties' deadline to file oppositions and objections to motions *in limine*, requests to charge, and voir dire to accommodate counsels' schedules. Defense counsel does not oppose this request. Under this proposal, the new deadline for the parties' submissions would be November 8, 2024.

                            Respectfully submitted,

                            DAMIAN WILLIAMS
                            United States Attorney

               by:  /s/
                     Allison Nichols
                     Adam Hobson
                     Peter J. Davis
                     Assistant United States Attorneys
                     (212) 637-2366

cc: Defense Counsel (by ECF)