UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA,                 23-cr-347 (JGK)

    - against -                         ORDER

ALEXANDER MASHINSKY,

        Defendant.

---

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear for oral argument in connection with the defendant's motions to dismiss and to preserve testimony on **Wednesday, November 13, 2024,** at **3:00 p.m.** in Courtroom 14A of the United States Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

Dated:    New York, New York
          October 22, 2024

                                          John G. Koeltl
                                  United States District Judge