```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

UNITED STATES OF AMERICA,                23-cr-347(JGK)

                                         ORDER
        - against -

ALEXANDER MASHINSKY,

                Defendant.

---

JOHN G. KOELTL, District Judge:

   The Court will hold a conference on **December 3, 2024** at 3:00 p.m.

SO ORDERED.

Dated:   New York, New York
         November 29, 2024

                                    _____
                                         John G. Koeltl
                                    United States District Judge