

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 9, 2024

**BY ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: *United States v. Roni Cohen-Pavon*, 23 Cr. 347 (JGK)

Dear Judge Koeltl:

  The Court previously set a control date of December 11, 2024 for the sentencing of defendant Roni Cohen-Pavon. As the Court knows, Mr. Cohen-Pavon previously pled guilty pursuant to a cooperation agreement, and Mr. Cohen-Pavon was expected to be a witness at the trial of his co-defendant, Alexander Mashinsky. Mr. Mashinsky has now pled guilty and is scheduled to be sentenced April 8, 2025. Because the information provided by Mr. Cohen-Pavon may be relevant to that sentencing, we respectfully request that the Court adjourn the December 11 control date and set a new control date in April 2025, at which time the parties expect to be able to set a sentencing date. Mr. Cohen-Pavon's counsel consents to this request.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney

     By: _____
        Adam S. Hobson
        Allison Nichols
        Peter J. Davis
        Assistant United States Attorneys
        Southern District of New York
        Tel: (212) 637-2484/2366

Cc: Jeffrey Brown, Esq., (by ECF)