UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA,

        -against-

                                                      Case No. 23-cr-347 (JGK)

RONI COHEN-PAVON,
                Defendant.
------------------------------------------------------------------x    **MOTION OF WITHDRAWAL**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 1.4 of the Local Rules of the United States Courts for the Southern District of New York I, Nicholas R. Gersh, hereby respectfully move to withdraw my appearance as counsel for Defendant Roni Cohen-Pavon and request removal from service of any further pleadings in connection with the above-captioned matter.

As of March 7, 2025, the undersigned will no longer be employed by or otherwise affiliated with Dechert LLP, counsel of record for Defendant Roni Cohen-Pavon. The appearances by other Dechert LLP attorneys are unaffected by this request.

Dated: New York, New York
           March 5, 2025

                                                              Respectfully Submitted,

                                                              /s/ *Nicholas R. Gersh*

                                                              Dechert LLP
                                                              Three Bryant Park
                                                               1095 Avenue of the Americas
                                                               New York, New York 10036 19104
                                                               Tel.: (212) 649-8755
                                                               Fax: (212) 698-3599
                                                               nicholas.gersh@dechert.com

SO ORDERED

_____
Hon. John G. Koeltl
United States District Judge