

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 10, 2025

**By ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
New York, New York 10007

    Re:    *United States v. Mashinsky et al.*,
           23 Cr. 347 (JGK)

**APPLICATION GRANTED**
**SO ORDERED**

*/s/ John G. Koeltl*
John G. Koeltl, U.S.D.J.
3/11/25

Dear Judge Koeltl:

    I write to respectfully advise the Court that I am leaving the United States Attorney's Office for the Southern District of New York on March 14, 2025.

    Accordingly, I respectfully request that the Court so order this letter and direct the Clerk of Court to terminate the undersigned Assistant United States Attorney as counsel of record in the above-captioned case, and remove the undersigned from all future ECF notifications.

                                             Respectfully submitted,

                                             MATTHEW PODOLSKY
                                           Acting United States Attorney

                              By:    /s Noah Solowiejczyk
                                      Noah Solowiejczyk
                                      Assistant United States Attorney
                                      (212) 637-2473

cc:    All Counsel of Record (by ECF)