# EXHIBIT A

| Letters in Support of Alexander Mashinsky's Sentencing Submission ||
|---|---|
| **Number** | **Name** |
| A-1 | Jason Amerson |
| A-2 | David Barse |
| A-3 | Santos Caceres |
| A-4 | Otis Davis |
| A-5 | Phil Falcone |
| A-6 | Chase Hernandez |
| A-7 | Martin Kalin |
| A-8 | Patty Keung |
| A-9 | Juanita Kolodychuk |
| A-10 | Gerald Komisar |
| A-11 | Laura Ly |
| A-12 | David Mashinsky |
| A-13 | J█████ M█████ |
| A-14 | Natalie Mashinsky |
| A-15 | Rena Mashinsky |
| A-16 | Rita Mashinsky |
| A-17 | Kristine Meehan |
| A-18 | Makenzie Moen |
| A-19 | Art Murray |
| A-20 | M.P. |
| A-21 | Brian Peel |
| A-22 | Robert Pistey |
| A-23 | Edwin Rainbow |
| A-24 | Michael Rappaport |
| A-25 | Steven Reiter |
| A-26 | Karina Rosenbaum |
| A-27 | S.A.S. |
| A-28 | Araceli Sanchez |
| A-29 | Michael Sarkissian |
| A-30 | Elionora Lola Scheiner |
| A-31 | Michael Scheiner |
| A-32 | Gary Simpson |
| A-33 | Lydia Spinelli |
| A-34 | Deena Thomas |
| A-35 | Joshua Tolin |

# EXHIBIT A

| Letters in Support of Alexander Mashinsky's Sentencing Submission ||
| :---: | :--- |
| **Number** | **Name** |
| A-36 | Mark Vozzo |
| A-37 | Zach Wildes |
| A-38 | Yael Yirmiyahu |
| A-39 | Felix Zeller |
| A-40 | Bobby Darby |
| A-41 | Brian McMullen |