Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse,
Courtroom 14A
500 Pearl St.
New York, NY 10007-1312

Dear Judge Koeltl,

Professionally I am writing to express my support for Alex Mashinsky. While acknowledging the

serious legal challenges he faces, I believe it is important to recognize his significant contributions

to the ground transportation industry

which I saw first-hand when I was under his supervision

Mr. Mashinsky is a visionary entrepreneur whose foresight regarding ground transportation, helped

establish Groundlink,

a global ground transportation company that provided thousands of users with airport transfers, group
transportation, hourly charters and event travel.

GroundLink was essentially the "Uber before Uber"

It expanded to over 550 cities worldwide, with a technology-driven platform, offering a variety of vehicles

which focused on safety and reliability.

With Alex Mashinky's guidance, GroundLink came to fruition as a reputable and convenient option for

anyone who needed ground transportation services.

I understand the gravity of the legal proceedings and the importance of upholding the law. However,

I believe it is crucial to consider Mr. Mashinsky's contributions

Personally, beyond the scope of being a colleague, I also saw him as a mentor and a friend. I saw

him as a trusted confidante and invaluable guide.

He always brought a source of wisdom and unwavering support that I could not find anywhere else,

and for this I will always be grateful.

**Ex. A-6**

Ex. A-6

Sincerely,


Chase Hernandez, a former employee and friend