<u>To</u>
Honorable John G. Koeltl
(Daniel Patrick Moynihan)
United States Courthouse,
Courtroom 14A
500 Pearl St.
New York. NY 10007-1312


1 January 2025

Dear Judge Koeltl

I am writing this letter with regard to the case of Alexander Mashinsky, the co-founder and former CEO of the bankrupted Celsius Network.

I am based in Hong Kong and was in marketing and film business with an MBA degree until recent years when I have retired and now primarily serving at my church community.

Even to this date I still believe that Mr. Mashinsky had a great concept and good intention in helping individuals manage and accumulate personal wealth.  It is an unconventional approach but one which I and many others believe is a better approach.  And that is why I had staked some of the crypto currencies I had bought at the Celsius Network platform.

As far as I know and can observe, Mr. Mashinsky had been cooperative and made his best attempts in order to compensate the users of Celsius including myself.  My heart goes out to Mr. Mashinsky and sincerely hope he will get a very lenient sentence.


…to be cont'd. on page 2

**Ex. A-8**

(Page 2 – Continuation)

My disclaimer: I don't know Mr. Mashinsky personally nor does he know me.  However, I feel that he is a man with vision, courage and accountability.  So, there's a prompting in my heart to plead for him.  Our society seems to like to hit someone when he's down but I feel I should do something to defend him instead.  I honestly don't think Mr. Mashinsky is a criminal nor should he be treated like one.

Please kindly consider giving him the most lenient sentence possible.

Thank you for your time to read my letter.

With Best Regards.

Yours Truly



(Keung Pui On, Patty)


███████████
███████████████████
███████████
███████████████
███████████
Hong Kong SAR
Email: ██████████████████

Ex. A-8