December 29, 2024

Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
Courtroom 14A
500 Pearl Street
New York, NY 10007-1312

Dear Judge Koeltl:

My name is Juanita Kolodychuk, Alex Mashinsky is someone whom I'd call a friend of crypto to me. Let me explain this, I do not know Mr. Mashinsky, in that I have never met the man in person; however, I do consider him a friend and mentor.

Alex spent hours with the Community, telling us (the community) his story.  His life from living in Russia and then moving to Isreal and then to the USA, his many successes.  The one that sticks out most to me is him taking on the phone companies I was like WOW.  Alex told the Community about his dream for a better banking system to make everyone equals, and Alex spoke of his family and their success, and how he wished the same for all of us (Community).

Alex is one of a kind a true leader of technology and he fights so that everyone can have a better future.

Alex Mashinsky would never intentionally harm anyone especially his family and his Community.

Sincerely,

Juanita Kolodychuk

CANADA

Ex. A-9