From: Gerald Komisar Komisar
To:
Cc:
Date: Tuesday, December 17, 2024 at 06:22 PM EST

The Honorable John G. Koeltl
DanielPatrick Moynihan
United States Courthouse
Courtroom 14A
500 Pearl Street
New York, NY 10007-1312

Dear Judge Koeltl,

I am writing this letter on behalf of a very close and trusted family member, Mr. Alex Mashinsky, whom I have known for at least 15 years . I spoke at his wedding to Kristine a number of years ago, in fact, and was impressed with him then as I am very much today, even more so given all that he has accomplished. His devotion to his wife Kristine and three wonderful children stands out remarkably and testifies fully to his character and devotion to family. And I might add, devotion to country as well as I have experienced with him.

I consider myself to be a decent judge of character, and Alex certainly has impressed me in that regard. I personally have served my country in a variety of government capacities for a grand total of 35 years, mostly with the CIA in a cover status, plus three years with the US Navy. I've served mostly overseas in various countries, including hostile environments, with almost all of that time under cover. I had learned to understand people in some detail as I was regularly dependent on them to accomplish my mission. Although I never used Alex in that capacity, I did acquire some valuable lessons from him, mostly about international issues that I was involved in, and about which he possessed particularly keen knowledge. All I can say about that is, that Alex demonstrated to me that he was and is an avowed patriot and willing to assist his country if/when asked to do so. Which he has done.

I am happy to assist in any way I can, so long as I can conceal detailed sources and methods associated with my official background.

Very Sincerely,

*Gerald J. Komisar*
Gerald J. Komisar
CIA Retired

Ex. A-10