Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse,
Courtroom 14A
500 Pearl St.
New York, NY 10007-1312

2.1.2025

Dear Judge Koeltl

I am writing this letter on behalf of my father, Alex Mashinsky. I am proud to be his son and I wouldn't be the man I am today without his guidance and support. While most people know him as a business man, I know him as my dad, a dad who has encouraged and mentored me to pursue my goals my entire life, even when they were different from his.

I was brought up in a religious home, taught to respect others and follow the long tradition of the Jewish faith. I saw how both my parents followed the teachings of the bible and helped others when they needed help themselves.

Throughout my adolescence my dad taught me that success is defined by pursuing what you love and finding purpose in it. I'm currently a senior in college and over the years I've had many doubts about what was next for me.

My dad would always give me advice and reassure me that if I work hard and stay consistent I could make anything possible. My dads journey from being an immigrant to creating multiple successful businesses inspires me to this day to dream big and work hard. He also inspires me not to work just for myself but for others as well.

Every venture my dad has done was about more than creating a profit; it was about empowering and connecting others. Solving problems that would benefit society and leave the world a better place. This was always the main driver behind his work.

As I look to graduate this upcoming summer I think back to all the support he has given me to navigate this new chapter in my life. I was very fortunate to have someone who would pick up the phone whenever I needed to talk about anything whether it be about school, my social life, or to just joke around.

When I think of my younger sister and two brothers it deeply hurts me to think they will have to go through a part of their life without the same constant, unwavering support I had from my dad when I was their age. I understand that what my father was part of may be considered wrong in the eyes of the law but I can assure you he had no bad intentions and I am not surprised he has taken

Ex. A-12

responsibility for his actions while no one else has.

Just a few days ago we were talking about the book my dad is writing "The Cheerios Effect" and he told me that this is the most important work he ever did throughout his life. I think you should read the book to understand the man in front of you. I am sure my dad will prove all his critics wrong and the truth about his deeds will come out for everyone to see.

All I can ask is that you consider his character and his life's work when determining his sentence.


Respectfully,

David Mashinsky

Ex. A-12