Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse,
Courtroom 14A
500 Pearl St.
New York, NY 10007-1312


Dear Judge Koeltl,

    My name is Rena Mashinsky, and I am Alex Mashinsky's oldest daughter. While my father is by no means a perfect man, I can say with complete certainty that he would never, ever maliciously seek to harm anyone. That simply is not in his nature.

    From a young age, my father always emphasized the importance of kindness and helping others. He often told me to be a "giver" in this world, not a "taker." I vividly recall him explaining that the purpose of life was to leave the earth better than we found it—to innovate and find ways to make a positive impact. In Judaism, we call this "tikkun olam," or "repairing the world." For my father, this principle was the driving force behind his work. His approach to "tikkun olam" was through creativity and developing new solutions to the challenges society faces.

    Throughout his entire career, my father has always been guided by this value. I genuinely believe that with each company he started, including Celsius, his focus was on how to "do good and then do well"—a phrase he often shared with me and my siblings. His goal was never to harm or deceive, but to innovate and provide value to others.

    I am a person of faith and deeply believe in justice. However, I do not believe my father deserves the severe punishment he faces, as he never intended to hurt anyone. He is not a man driven by greed or malice, and certainly never set out to steal from anyone. Those who know him best, including family, friends, and colleagues, will attest to this truth.

Thank you for your time and consideration.

Sincerely,
Rena Mashinsky

Ex. A-15