January 20, 2025

Dear Judge Koeltl:

This is a letter regarding my cousin, Alex Mashinsky.

I've known Alex Mashinsky all my life.  Due to my own absent parents, I lived several years of my childhood with my uncle, Alex's father, who took me under his wing.  I recall my early years growing up with Alex.  He was the type of a kid who knew what being independent and self-sufficient looks like from 6 years old.  Spending time with Alex was always a productive as he was highly entrepreneurial.  When Alex was 10 years and I was 9, we went out for a walk and found an abandoned bicycle dumped in the ditch.  This is something most people would hardly notice.  However, Alex took the bike, cleaned it, and painstakingly restored it.   He then gave me the bike so that I could join him in our future bike rides.  Spending any time with Alex was always full of adventure.  From an early age Alex was able to create something out of nothing, repair old items and either give them away or sell them to earn some money in order to assist our immigrant family that just moved from Ukraine to Israel.  While other kids would play with toys bought by their parents, Alex would find ways to build or rebuild toys without burdening his parents.

I recall him saying: I will never work for anyone but myself.  This self sufficiency and creativity were within him since the time I remember him.  He always strived to gain knowledge on any topic and was—and still is—generous in sharing his knowledge with others.  He didn't just want to have self sufficiency; he wanted to see those around him have the same independence to fulfill one's dreams.  I also remember Alex as a generous and protective brother.  While my uncle and my aunt were busy working, Alex was ensured his siblings' safety while caring for the household.  At that time I would describe Alex as a little adult; always responsible and curious about the world.  While we ran around playing, Alex would be the one reading books on ways to invent and create.  He truly was a little adult in a child's body.  He strived for self growth even back then, while  supporting me and his sisters to grow and fulfill our own dreams.

In later years when he got married and started a family, Alex was a devoted father, spending time with his kids and being their teacher in life while supporting their education and in reaching their full potential.

Seeing Alex devote his life to self growth in his career and in parenthood reveals who this person is;  Alex is a well intended citizen who loves to share his knowledge, he's extremely generous, and loves his family.

Sincerely,

Rita Mashinsky
███████████     Canada

Ex. A-16