February 6, 2025

Dear Judge Koeltl,

I am writing to you on behalf of my stepfather, Alex Mashinsky, who has been a vital presence in my life since I was three years old. He has been more than a stepfather—he has been a guiding force, offering me unconditional love, support, and stability throughout my childhood and into adulthood. His influence has shaped the person I am today.

One of my earliest memories of Alex is him sitting me down and saying, "Put yourself in somebody else's shoes." He asked if I understood what that meant and then explained the importance of empathy, selflessness, and kindness. That lesson has stayed with me throughout my life, and I learned how to embody it by watching him. Alex leads by example, always striving to help others in meaningful ways.

I have witnessed firsthand the ways in which he has dedicated himself to improving people's lives. Whether it was through his innovations—like inventing wireless technology so people could stay connected while traveling underground—or through his everyday actions, he has always sought to ease burdens and create opportunities for others. Over the past year, I have watched him work tirelessly in the field of science, returning to what he knows and loves best. His passion for education and his desire to help others tap into their creativity remain unwavering. I am incredibly grateful to witness that drive every day.

I also saw firsthand the devastation he felt for everyone affected by Celsius. I know, with absolute certainty, that he would never maliciously cause harm. He is a man who cares deeply about the people around him and about making the world a better place. I can attest to this since I have lived under the same roof as him for the last seventeen years.

I respectfully ask that you consider the impact Alex has had on my life and the lives of so many others. His character is one of integrity and compassion, and I hope that is considered when making your decision.

Sincerely
Makenzie Moen

**Ex. A-18**