Honorable John G Koeltl
Daniel Patrick Moynihan
United States Court House,
Courtroom 14A
500 Pearl Street
New York, NY 10007-1312

Brian Peel


England

Dear Judge Koeltl

Good day.  My name is Brian Peel and I would like to share my perspective on Alex Mashinsky.

I live in England and am/was a customer of Celsius Network.  I will not beat around the bush in telling you that myself and my wife loved Celsius. We loved Alex and recognised him for the genius creator he is, and his passion for making things a little bit better for the people and planet one project at a time, using the latest available tech was encouraging. We also loved Alex's Ama's which he held no matter what, whether a holiday or his birthday, anything.  Nothing stopped Alex from that

At the time of the 2008 financial crash, we had sold a property.  The banking systems were failing left and right and by 2010 we had moved out of fiat as we saw it for the empty shell it was, and we kept physical gold.

In 2017 we decided to invest in digital assets.  XRP mainly.  By 2019 we had a small collection and bought a ledger- a cold storage device, being old school, we felt it to be too complicated whilst at the same time not being happy with our assets stuck on an exchange.  Unfortunately, in 2020 my mother died and I inherited what was to myself a large amount of money.  We wanted to invest it into digital assets, and my wife and I knew we had to find some way to store them safely.  I remember seeing Alex on stage with some other financial CEO's and what he was saying resonated with me like a bell ringing.  We researched more on both Alex and Celsius and other

Ex. A-21

projects Alex had been involved in and we knew immediately this was something we could get behind.

My wife and I after moving abroad in 2010, were pretty much disenfranchised by the trad banking on our return back to the UK.  Because we had left the UK we returned to having 0 credit score, from a previously perfect one. We strongly shared Alex's vision of ''unbanking yourself'' as the banks, for us had become unworkable through no fault of our own. Circumventing the banks, earning interest and an ability to loan against your assets was fantastic. It was such a fine system and a glorious idea from Alex.
Fiat currency is backed by nothing

Listening to Alex every Friday on the Ama 'Ask Mashinsky Anything' we learned so much and Alex's' can do' attitude was and still is priceless.  You could ask Alex anything, we knew him and he knew the vibrant community, who all loved Alex, and Celsius. We got regular updates and were kept in the loop of anything new. We were Celsians  As already stated, Alex never missed an AMA, even if had to bring the family along.  He was very committed individual.  He had everything you would want to be seeing and hearing from a CEO.  A pioneer of DeFi (Decentralized Finance) whom many other companies now emulate i.e. Liberty Finance.

Alex was an integral figure and pioneer of early crypto adoption, even though the regs were a minefield and crypto was not as mainstream as it is now.  The Celsius website was so clean easy to use even for the less crypto initiated.  I don't think I have ever seen a better one.

We are in a better financial space even through losing half of our assets in the avoidable Celsius bankruptcy.
Alex philosophy's tips and ideas passed we have passed down our to son who is also financially autonomous now and managing his money beautifully.

If Alex ever started another company, I would not hesitate to be a part of it.  Fantastic creators with an eye to making society better for all should be supported, not punished.

I wish only the best for Alex Mashinsky, my only regret is that there are not more people like Alex Mashinsky, interested in the wellbeing of there fellow man and forwarding our species by sharing the wealth and abundance which does flow freely on this planet.

Thank you
Yours Sincerely
Brian M Peel

Ex. A-21