Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse,
Courtroom 14A
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Judge Koeltl,

My name is Araceli Sanchez. I come from a low-income family that has had to work tirelessly to earn an honest living within a financial system that often feels stacked against us. High taxes, inflation, and the devaluation of our hard-earned money are challenges my family and I have faced for as long as I can remember. These struggles drove me to seek out alternatives that could offer financial stability and growth.

In 2017, I learned about Bitcoin and the concept of decentralization. The idea that I could preserve the value of my earnings and participate in a global financial network without the need for a traditional bank was eye-opening. It gave me hope. By 2020, I was introduced to Alex Mashinsky and his revolutionary vision for Celsius Network. His ideas about creating an alternative to the monopolistic banking system resonated deeply with me. For the first time, I saw a pathway toward financial freedom—an opportunity to avoid predatory loans and high-interest debt that so many of us have been forced to endure.

Throughout my life, I have seen friends, family, and community members denied access to basic financial services simply because they did not meet arbitrary requirements. When accounts were accessible, they often came with high fees and even higher interest rates. Alex Mashinsky's vision was different. He sought to provide access to financial services for people like me—people who just needed a fair chance. His message gave me hope that we could finally break free from a system that has kept us financially captive.

I had the privilege of meeting Alex Mashinsky on three occasions. Additionally, I frequently engaged with him during Twitter Spaces discussions, where his sincerity and passion for helping others were evident. Every conversation reaffirmed my belief that he was genuinely committed to building a better system for everyday people. He made himself available to answer questions, whether through email, social media, or in person. This level of accessibility is rare for someone in his position, and it only strengthened my confidence in his mission.

Alex Mashinsky's heart and soul were dedicated to providing an escape from a financial system that disproportionately benefits the wealthy elite. He envisioned a world where financial freedom was accessible to all, not just the top 1%. His passion was palpable, and his commitment was unwavering. However, I believe that some of the people he relied on to help build Celsius Network did not share his vision or his goals. While Alex remained focused on the grand mission, those around him may have had other motives, ultimately hindering the success of Celsius Network.

I believe that if Alex had been surrounded by like-minded individuals who shared his drive and integrity, Celsius Network could have achieved its full potential. It could have been the transformative solution so many of us were counting on. The financial system's high fees, interest rates, and inflation continue to erode the value of our money, and the hope that Alex's platform provided is now in jeopardy.

Ex. A-28

Despite everything, I want to express my gratitude to Alex Mashinsky. He made enormous personal sacrifices, including time away from his family, to try to help people like me. His extraordinary vision for financial freedom inspired thousands around the world, and for that, I will always be grateful. While the outcome may not have been what we all hoped for, I firmly believe that his intentions were pure and that he sought to create positive change for people who have been overlooked and underserved by traditional financial institutions.

Thank you for your time and consideration.

Sincerely,

Araceli Sanchez

Ex. A-28

