Honorable John G. Koeltl

Daniel Patrick Moynihan
United States Courthouse,

Courtroom 14A
500 Pearl St.
New York, NY 10007-1312

31.01.2025

Dear Judge Koeltl,

My name is Elionora Lola Scheiner, and I am Alex's younger sister. I have worked alongside Alex on and off for almost 20 years, starting when I was as young as 15.

Alex and I were both born in Ukraine, which was then part of the Soviet Union. Born into a system of strict communism, we immigrated to Israel in 1972 thanks to efforts by the United States president and were eventually set free.

Life as immigrants in socialist Israel with limited resources, had sharpened our minds; It forced us to constantly assess harsh reality and adapt quickly to change.

Alex quickly grasped the American system, where one's dreams can become reality. He He emigrated from Israel in 1988 after his military service and assimilated into the melting pot, starting company after company, fighting for what he believed was possible, and inspiring others to follow his vision. He engaged young minds, sharing his passions, dreams, and innovative ideas.

<u>In this letter, I aim to describe how my brother, Alex Mashinsky, has contributed to the American economy, society, and impacted individuals over the past 30+ years.</u>

When I was 21, I worked in a plastic factory in Israel to support myself. One day, Alex visited from the United States and saw my situation. Without hesitation, Alex, who was then 26, offered for me to come to the U.S. to help him build his business, with him taking care of all my needs. I agreed, but only after making him promise to pay for my college tuition. We agreed that I would work for him, and he would deduct the tuition fees from my paycheck.

I followed my intuition and trusted my older brother. I accompanied him wherever he went and helped with whatever he asked.

In the 1990s, Alex was fascinated by the field of telecommunications. At the time, telecom companies were massive monopolies with virtually unlimited resources. Despite this, Alex— self-taught and driven—conceived a new technology: to make voice calls free on a new network called "The Internet". He filed patents related to electronic telecommunications, and became a pioneer in the Voice Over Internet Protocol (VoIP) industry. His work in VoIP

Ex. A-30

enables the free transfer of billions of bytes every day through chats, social media, and conversations.

Alex set out to revolutionize communication by disrupting the telecom industry in the late 20th century; he faced criticism and anger from the telecom monopolies much like his more recent efforts to make the banking industry more open and inclusive in this century. Telecom companies were deeply concerned about the potential loss of massive revenue due to this technological shift.

In retrospect, Alex's thinking was ahead of its time—but not by much. Fortunately, he managed to ride the wave of technological changes in the telecom field. However, Alex never pursued the financial rewards from these patents nor filed lawsuits to claim his share from those who benefited from his innovations.

My family attended the ceremony in Jerusalem in 2001 when the prime minister of Israel awarded Alex the Einstein Prize for innovation for his VOIP efforts. I had tears in my eyes thinking how far we have come since 1972.

Throughout his active years as an entrepreneur and CEO, Alex employed thousands of people, providing them with job security, steady paychecks, and a dynamic work environment where his door was always open. He welcomed ideas, opinions, and even criticism. Alex was always willing to offer advice, share anecdotes, and even lunch with his colleagues—treating everyone with respect and as equals, regardless of their background,

The employees at Smartnet, Arbinet, and Limores—where I worked from 1992 to 2007—came from diverse backgrounds. They included people of various cultures, ages, races, genders, and experiences. Some examples include:

- RG, a single mother and immigrant from the Caribbean, who was working to get back on her feet after experiencing homelessness.
- CP, a young college graduate from Australia, eager to break into the American corporate world.
- HK, a young Asian woman who had recently married.
- MN, a war refugee from Belgrade who worked as a junior technician.

The list goes on. Alex gave all of us stock options and bonuses, always sharing the wealth created. When Arbinet went public in 2004 many of these employees became millionaires overnight. Few called Alex to thank him.

In 2020, I founded an NGO called Call1 in Israel, aimed at supporting young adults in the country's peripheral regions who face educational challenges. This initiative seeks to contribute to reducing societal disparities in Israel. Alex generously contributed funds to the NGO, which were subsequently allocated to assist displaced families in northern Israel amidst the ongoing conflict.

To this day, Alex continues to believe in the inherent good of mankind. He has faith in the ongoing progress of science, technology, and society, and he is committed to bringing new ideas to life—ideas that empower individuals to think in ways that were once unimaginable.

Ex. A-30

I sincerely believe that the man in front of you has contributed significantly to the American and world economy over many years, and that he wholeheartedly believes in the American way.

I hope you will consider this letter and put any misconduct by my brother in the context of his entire life efforts and what is yet to come.


Sincerely,
Elionora Lola Scheiner



Israel.

Ex. A-30