January 31, 2025

Honourable John G. Koeltl

Daniel Patrick Moynihan
United States Courthouse,
Courtroom 14A
500 Pearl St.
New York, NY 10007-1312

Dear Judge Koeltl,

My name is Michael Scheiner, and I am the brother-in-law of Alex Mashinsky. I have known Alex for over 30 years, and during that time, he has been a significant part of my life. When my wife and I first arrived in New York, Alex had already established himself there and welcomed us with open arms and helped us greatly to get settled in. We even lived together as roommates for three years, during which I saw firsthand his kindness, generosity, and willingness to help others.

Alex has always been a devoted husband and father. He raised six wonderful children, and I have always admired the way he has prioritized his family. He is the kind of person who puts others before himself, always ready to lend a helping hand to those in need. Whether it was assisting me and my wife when we were starting our life in a new city or supporting his family through life's challenges, Alex has consistently shown himself to be a caring and dependable individual.

Beyond his role as a family man, Alex is someone who values relationships and community. He has always been the type of person who brings people together, offering support and encouragement to those around him. His generosity extends beyond his immediate family, as he has often gone out of his way to help friends, colleagues, and neighbours' in times of need. I have always known him to be kind, thoughtful, and considerate, and I believe those who know him well would say the same.

I appreciate your time and consideration in reading this letter. Thank you for allowing me to share my thoughts on Alex's character.

Sincerely,

Michael Scheiner



Israel

Ex. A-31