March 12, 2025

Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse, Courtroom 14A
500 Pearl Street
New York, NY 10007

Dear Judge Koeltl,

I have known Alex Mashinsky for more than 20 years. We established a business venture in 2004 to pursue our goal of installing wireless services (WiFi and cellular) in the NYC subway system. After several years of hard work, in 2007 the partnership we founded (Transit Wireless) was awarded the contract to design, build own and operate the wireless network in all 286 underground stations of the subway system. The first 6 stations went "live" in 2011, and by 2018, wireless services were available in all the underground stations, with all the major cellular carriers providing service on this network. It has brought network connectivity to millions of passengers every day and has aided them in every aspect of their commute, whether for work, pleasure or life safety. It has also been of great benefit to NYC Transit personnel, and to first responders, including FDNY and NYPD. And NYC Transit uses the network for many communication services, both public-facing and private.

There were many challenges during this project – you can imagine the complexity of installing a system like this in a 24/7 operating subway system. Alex's experience and advice were of significant help, especially in the early days, to make this project the success that it is.

I sincerely hope that you take into consideration the above contributions as you decide on the sentence to be imposed on Alex.

Very truly yours,

Gary Simpson

Ex. A-32