

February 4, 2025

Re: Alex Mashinsky

To Whom It May Concern:

The Brick Church School is an early childhood school for children from 2-6 years old and it belongs to The Brick Presbyterian Church. I was Director of the School from 1983-2019. Alex's stepdaughter, Makenzie Moen attended Brick from 2005-2008. His son, J▮▮▮ attended from ▮▮▮▮ and his other son, E▮▮ from ▮▮▮▮▮▮. They were all very good students who were cooperative with teachers, and kind with their classmates.

During the time that Alex was a parent at Brick, he attended parent-teacher conferences, children's performances, and fundraising events. He was also generous in giving to the school. We found him to be a loving and supportive father. At the school auction, one of the items was a dinner cooked by my husband and me for 8 people at the home of the high bidder. Alex was the high bidder so my husband and I cooked a dinner at the Mashinsky home in October, 2017. It was a delightful evening as the Maskinskys were gracious, welcoming, kind and fun. The children came in and out in the beginning and were charming. It was clearly a very loving home and the Mashinskys demonstrated to be very good parents and very nice, kind people.

It was a pleasure to have the Mashinsky family at Brick.

Sincerely,

*Lydia Spinelli*

Lydia Spinelli, Ed.D.
Former Director
The Brick Church School

Ex. A-33

62 East 92nd Street, New York, NY 10128  |  212-289-5683  |  www.brickchurchschool.org