1.29.2025

Honorable John G. Koeltl

Daniel Patrick Moynihan

United States Courthouse,

Courtroom 14A

500 Pearl St.

New York, NY 10007-1312

Dear Judge Koeltl,

My name is Deena Thomas and I am Alex Mashinsky's ex-wife. I have known Alex for 30 years. We were married for 8 years and we have three children together. Although we have been divorced for a very long time, we are still good friends and co-parent well. Divorce however is never easy and especially when there are children involved. My dad was an attorney for over 60 years and handled many divorce cases. He would always tell me how lucky I was compared to some of the dead-beat dads that he had encountered. Dads that didn't show up at all for their kids and dads who didn't pay child support out of laziness or because they hid their money.

Alex Mashinsky has never once been a dead-beat dad. He was always there and he was and is an extremely generous person, going above and beyond what was required of him by law. I am an orthodox,Sabbath-observant Jew and Alex has always been supportive of raising our kids to carry out our traditions and uphold them. Thankfully we were able to provide them with a religious upbringing and education and today they are all kind, committed Jews that want to succeed in life and help others. We both adhere to the idea of being G-d fearing and giving back. To that end, Alex has helped family members, friends and strangers.

He has helped out religious organizations as well. At the Western Wall in Jerusalem, there is 24 hour online camera access so that millions of Jewish people all over the world can see their beloved holy site through technology that was donated by Alex Mashinsky free of charge to the well known Jewish institution Aish Hatorah. In addition, Alex also donated to the building that houses the technology. Alex is one of the most unusual people I have ever met to this day.

He is passionate and demanding of himself and others. His greatest ambition is to change things for the better no matter what field he decides to tackle. Of course Alex enjoys financial success like the next person but that is never what drove him. What drives Alex is to identify a problem, understand the problem and fix it. He is so focused on the "how and why" that there

**Ex. A-34**

are times that he lets others take care of the details and perhaps that has been his shortcoming. He has trusted in others far too much and that has been his downfall. I can honestly say that I don't believe that there is a malicious bone in Alex Mashinsky. If there were, he himself would have brought numerous lawsuits against people who have screwed him over in the past. But he never did. Instead he takes the high road. Now he is facing one of the most difficult challenges in his life.  The hardest part now for Alex is of course trying to plan for his family while he will be in prison. I would hope that you will find compassion not just in your heart but in the facts of the case and in light of testimonies like mine that will allow for a lenient sentence so that Alex can be united with his family soon.

Sincerely,

Deena Thomas

**Ex. A-34**