Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse,
Courtroom 14A
500 Pearl St.
New York, NY 10007-1312

02-03-2025

Dear Judge Koeltl,

I had the opportunity to work closely with Alex Mashinsky from early spring 2021 to late summer 2022, initially remotely and later in person at his home in New York. My primary role began with supporting the growth and management of the community; however, my responsibilities quickly expanded to include overseeing and producing the company's weekly live AMAs on both Twitter and YouTube.

During my tenure at Celsius, I witnessed both the company's peak successes and its significant challenges. My weekly duties included assisting Alex in preparing for the shows in his NY home by gathering updates from various teams, structuring the flow of content, coordinating guest appearances, and ensuring all video and audio equipment functioned properly. Before each show, Alex would consult privately with his legal counsel, where he received guidance on how to conduct himself during the broadcasts.

My position afforded me unique access to Alex and his daily activities. I often worked in close proximity to high-profile meetings, phone calls, and discussions. After each recording, I would meet with Alex in his office to discuss work and life, where he would sometimes share what he was working on. Throughout this time, I never witnessed any incriminating or questionable materials, actions, or behaviors from Alex. He was open in sharing aspects of his work and appeared transparent in his intentions.

In the final months of Celsius' operations, I observed Alex endure significant stress, which manifested physically. Despite this, he consistently maintained a positive outlook on both a personal level and a professional level.  It was my observation that he was doing everything he could to fight for the company.

In conclusion, based on my professional experience and personal observations, it is my belief that Alex Mashinsky acted with good intentions and meant no harm for Celsius and its customers.

Respectfully,
Josh Tolin

Ex. A-35