January 6, 2025

Honorable John G. Koeltl

Daniel Patrick Moynihan

United States Courthouse, Courtroom 14A

500 Pearl St.

New York, NY 10007-1312

Dear Judge Koeltl,

I am Yael Yirmiyahu, Alex's Mashinsky younger sister.

I am ▮▮▮▮▮, married with four children.

I would like to share my memories and experiences with my older brother. Alex, in the hopes of providing insight into his character.

From a young age, I recall that Alex was often very busy and rarely at home. It was only later that I came to understand that he was involved in managing small businesses. Whenever he had an idea, he would bring his friends together, explain the plan to them, and, through collaboration, he would refine his ideas and adapt them for future success.

Despite his busy schedule, whenever Alex returned home, he always gave significant attention to me and my sisters. Whether it was making us laugh, buying us gifts, or engaging in discussions about our future, he made sure to invest time in us.

Alex consistently encouraged us to think creatively and approach problems from different perspectives. He taught us the value of brainstorming multiple solutions and thinking outside the box.

From my brother, I learned that anything is possible and that success often requires taking risks. He emphasized the importance of being open to change and evolving in the face of new opportunities.

Alex has been a role model to me in the professional realm. He instilled in me the importance of not accepting things at face value, but instead questioning and investigating them. He offered guidance on selecting a field of study and advised me to explore various careers until I found something I truly enjoyed.

Regardless of the field Alex was involved in, he always exhibited a deep passion for his work. He was dedicated to the people he managed, the ideas he developed, and the companies he built, ensuring they flourished and achieved financial success.

I am incredibly proud of my brother and the work he does. His intelligence, ambition, and drive to improve services for others while fostering creative thinking and reducing bureaucratic burdens are qualities I greatly admire

Regards,

Yael Yirmiyahu

 Israel

Ex. A-38