**EXHIBIT B AND
SUPPORTING DOCUMENTS**

**FILED UNDER SEAL PURSUANT TO AUGUST 9, 2023
PROTECTIVE ORDER (ECF NO. 22) AND
PRESENTENCE INVESTIGATION REPORT
RESTRICTIONS**