# EXHIBIT H

DANIEL P. MOYNIHAN
NEW YORK

405 LEXINGTON AVENUE
SUITE 4101
NEW YORK, NY 10174-4101

# United States Senate
WASHINGTON, DC 20510-3201

July 27, 2000

Dear Mr. Mashinsky,

    I am pleased to learn of your having been selected as a recipient of the Jerusalem Fund of Aish HaTorah's coveted Einstein Technology Medal, in November.

    I have served as Honorary Chairman of Aish HaTorah's Jerusalem Fellowships since this dynamic program's inception in 1985 and have been privileged to lecture at Aish HaTorah's Jerusalem campus. Suffice it to say, that Shimon Peres and Yitzchak Shamir do not agree about many things but both men were effusive in praise of Aish HaTorah's programs during my most recent visits with them.

    Please accept my great congratulations on being honored by this exceptional organization whose calming voice and nonjudgemental approach to public affairs should be appreciated by all who cherish spiritual integrity and communal service.

Sincerely,

*[signature]*

Daniel Patrick Moynihan

Mr. Alan Mashinsky
Vice Chairman & Founder
Arbinet - thexchange, Inc.
33 Whitehall St., 19th Floor
New York, NY 10004