**EXHIBIT I**

**FILED UNDER SEAL PURSUANT TO AUGUST 9, 2023 PROTECTIVE ORDER (ECF NO. 22)**