**EXHIBIT P**

**FILED UNDER SEAL PURSUANT TO AUGUST 9, 2023
PROTECTIVE ORDER (ECF NO. 22)**