# EXHIBIT Q

# FILED UNDER SEAL PURSUANT TO AUGUST 9, 2023 PROTECTIVE ORDER (ECF NO. 22)