

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 18, 2025

**BY ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Alexander Mashinsky*, 23 Cr. 347 (JGK)

Dear Judge Koeltl:

    The Government respectfully requests an extension of the deadline to file its sentencing submission in this matter from April 24, 2025 to April 28, 2025. Defense counsel consents to the request, provided that defense counsel's reply brief deadline is extended to May 2, 2025.

    Early this morning, defendant Alexander Mashinsky filed a 64-page sentencing submission, along with an additional 70-page submission detailing objections to the Presentence Investigation Report ("PSR"). The defendant objects to approximately 103 paragraphs of the PSR. The Government received the defendant's supporting exhibits to these submissions this afternoon.

    The requested brief extension of the Government's submission deadline will allow the Government to carefully consider the defense objections, provide the Court with relevant factual information and supporting exhibits as necessary to respond, and provide the Court with effective advocacy regarding the nature of the factual disputes and imposition of an appropriate sentence.

    Respectfully submitted,

    MATTHEW PODOLSKY
    Acting United States Attorney

By: _____
    Adam S. Hobson
    Allison Nichols
    Peter J. Davis
    Assistant United States Attorneys
    Southern District of New York
    Tel: (212) 637-2484/2366

Cc:    Defense Counsel, (by ECF)