1

1                UNITED STATES BANKRUPTCY COURT

2                 SOUTHERN DISTRICT OF NEW YORK

3

4     In re                            )
                                       )
5     CELSIUS NETWORK LLC,             )
      et al.,                          )   Case No.
6                                      )   22-10964 (MG)
                    Debtor.            )
7                                      )

8

9

10
                         ** CONFIDENTIAL **
11
             _____
12

13              VIDEO RECORDED EXAMINATION OF

14                        OREN BLONSTEIN

15           _____

16                           TAKEN ON

17
                    TUESDAY, NOVEMBER 22, 2022
18

19

20

21

22
    CERTIFIED STENOGRAPHER:
23    JESSIE WAACK, RDR, CRR, CCRR, NYRCR, NYACR,
      CCR-NJ (No. 30XI008238700) CSR-TX (No. 11958)
24    CCR-WA (No. 21007264), CSR-CA (No. 14420),
      REALTIME SYSTEMS ADMINISTRATOR
25    JOB NO.:  872582

 1

 2         VIDEO RECORDED EXAMINATION of OREN

 3    BLONSTEIN, taken before JESSICA R. WAACK,

 4    Registered Professional Reporter, Registered

 5    Merit Reporter, Certified Realtime Reporter,

 6    Registered Diplomate Reporter, California

 7    Certified Realtime Reporter, New Jersey

 8    Certified Court Reporter (License No.

 9    30XI008238700); Texas Certified Shorthand

10    Reporter (License No. 11958); Washington

11    State Certified Court Reporter (License No.

12    21007264); California Certified Shorthand

13    Reporter (License No. 14420); New York

14    Association Certified Reporter, New York

15    Realtime Court Reporter and Notary Public of

16    Washington, D.C. and the States of New York,

17    Pennsylvania, Delaware, Maryland and

18    Virginia, at Kirkland & Ellis, LLP, 601

19    Lexington Avenue, New York, New York, on

20    Tuesday, November 22, 2022, commencing at

21    9:51 a.m. and concluding at 7:04 p.m.

22

23

24

25

3

```
 1              A P P E A R A N C E S

 2

 3   ON BEHALF OF THE DEBTORS:

 4        KIRKLAND & ELLIS LLP

 5        BY:  GRACE C. BRIER, ESQ.

 6        BY:  JOSEPH D'ANTONIO, ESQ.

 7        BY:  ELIZABETH JONES, ESQ.

 8        BY:  T.J. McCARRICK, ESQ.

 9        BY:  AMILA GOLIC, ESQ. (Remotely)

10        BY:  GABRIELA ZAMFIR HENSLEY, ESQ.

11        (Remotely)

12        BY:  JOSHUA RAPHAEL, ESQ. (Remotely)

13        BY:  DANIEL LATONA, ESQ. (Remotely)

14        BY:  ASHTON WILLIAMS, ESQ. (Remotely)

15        1301 Pennsylvania Avenue, N.W.

16        Washington, D.C.  20004

17        PHONE:  202-389-5082

18        EMAIL:  Grace.brier@kirkland.com

19

20

21

22

23

24

25
```

```
 1            A P P E A R A N C E S
 2
 3   REMOTELY ON BEHALF OF AD HOC GROUP OF CUSTODY
 4   HOLDERS:
 5        TOGUT, SEGAL & SEGAL LLP
 6        BY:  JARED C. BORRIELLO, ESQ.
 7        One Pennsylvania Plaza, Suite 3335
 8        New York, New York  10119
 9        PHONE:  212-201-6571
10        EMAIL:  Jborriello@teamtogut.com
11
12   ON BEHALF OF THE OFFICIAL COMMITTEE OF
13   UNSECURED CREDITORS:
14        WHITE & CASE LLP
15        BY:  AARON COLODNY, ESQ.
16        BY:  MICHAEL A. JAOUDE, ESQ.
17        BY:  KEITH H. WOFFORD, ESQ. (Remotely)
18        BY:  ANDREA AMULIC, ESQ. (Remotely)
19        BY:  DAVID TURETSKY, ESQ. (Remotely)
20        BY:  SAMUEL HERSHEY, ESQ. (Remotely)
21        555 South Flower Street, Suite 2700
22        Los Angeles, California  90071-2433
23        PHONE:  213-620-7706
24        EMAIL:  Acolodny@whitecase.com
25
```

                                                                                    5

1                    A P P E A R A N C E S

2

3    REMOTELY ON BEHALF OF CELSIUS NETWORK:

4          AKIN GUMP STRAUSS HAUER & FELD LLP

5          BY:  MITCHELL P. HURLEY, ESQ.

6          BY:  JESSICA MANNON, ESQ.

7          One Bryant Park

8          Bank of America Tower

9          New York, New York  10036-6745

10         PHONE:  212-872-1011

11         EMAIL:  Mhurley@akingump.com

12

13   ON BEHALF OF THE OFFICE OF THE UNITED STATES

14   TRUSTEE:

15         BY:  SHARA CORNELL, ESQ.

16         BY:  MARK BRUH, ESQ. (Remotely)

17         201 Varick Street

18         New York, New York  10014

19         EMAIL:  Shara.cornell@usdoj.gov

20

21

22

23

24

25

22-10964-mg Doc 3489-2 Filed 11/29/24 Entered 11/29/24 14:59:22 Exhibit B Pg 8 of 468

In Re - Celsius Network LLC
Confidential

Case 1:23-cr-00347-GK Document 245-5 Filed 11/29/25 Page 6 of 18 Exhibit B
Oren Blonstein
November 22, 2022

6

1        A P P E A R A N C E S

2

3  REMOTELY AS SPECIAL COUNSEL TO THE DEBTOR:

4       LATHAM & WATKINS LLP

5       BY:  JACK MITCHELL MCNEILY, ESQ.

6       330 North Wabash Avenue, Suite 2800

7       Chicago, Illinois  60611

8       PHONE:  312-876-6520

9       EMAIL:  Jack.mcneily@lw.com

10

11 ON BEHALF OF THE SERIES B PREFERRED HOLDERS:

12      MILBANK

13      BY:  MELANIE WESTOVER YANEZ, ESQ.

14      1850 K Street, NW, Suite 1100

15      Washington, DC  20006

16      PHONE:  202-835-7560

17      EMAIL:  Mwyanez@milbank.com

18

19

20

21

22

23

24

25

22-10964-mg Doc 3489-2 Filed 11/29/25 Entered 11/29/25 14:59:22 Exhibit B
In Re - Celsius Network LLC Pg 9 of 468
Confidential
Oren Blonstein
November 22, 2022

7

```
 1            A P P E A R A N C E S

 2

 3   REMOTELY ON BEHALF OF THE TEXAS STATE

 4   SECURITY BOARD AND THE TEXAS DEPARTMENT OF

 5   BANKING:

 6        TEXAS OFFICE OF ATTORNEY GENERAL

 7        BY:  LAYLA MILLIGAN, ESQ.

 8        BY:  ROMA N. DESAI, ESQ.

 9        BY:  ABIGAIL RYAN, ESQ.

10        300 West 15th Street

11        Austin, Texas  78701

12        PHONE:  512-463-2100

13

14   REMOTELY ON BEHALF OF THE NATIONAL

15   ASSOCIATION OF ATTORNEY GENERALS:

16        BANKRUPTCY AND STATE DEFENSIVE

17        LITIGATION CHIEF COUNSEL

18        BY:  KAREN CORDRY, ESQ.

19        1850 M Street NW, 12th floor

20        Washington, DC  20036

21        PHONE:  202-326-6000

22

23

24

25
```

```
 1              A P P E A R A N C E S

 2

 3    REMOTELY ON BEHALF OF THE FEDERAL TRADE

 4    COMMISSION:

 5         BY:  KATHERINE MARIE AIZPURU, ESQ.

 6         600 Pennsylvania Avenue NW

 7         Washington, DC  20580

 8         PHONE:  202-326-2870

 9         EMAIL:  Kaizpuru@tzlegal.com

10

11    REMOTELY ON BEHALF OF CREDITOR IGNAT TUGANOV:

12         VENABLE LLP

13         BY:  CAROL WEINER LEVY, ESQ.

14         Rockefeller Center

15         1270 Avenue of the Americas

16         New York, New York  10020

17         PHONE:  212-503-0675

18         EMAIL:  Cwlevy@Venable.com

19

20           A L S O   P R E S E N T

21

22    JOSEPH GOLDING-SCHSNER, Celsius counsel

23    KEVIN-SCOTT VAN VLIGMEN, videographer

24    CAMERON CREWS, pro se creditor

25
```

22-10964-mg Doc 3489-2 Filed 10/29/25 Entered 10/29/25 14:59:22 Exhibit B
Pg 11 of 468

In Re - Celsius Network LLC  
Confidential  
Oren Blonstein  
November 22, 2022

9

```
1            A L S O   P R E S E N T

2                    (remotely)

3

4    JUAN TORRES, Zoom tech

5    AYDALINE GARCIA, Zoom tech

6    DAVID ADLER, did not provide appearance

7    MICHAEL MORRIS, did not provide appearance

8    CEZARY BORODZIUK, did not provide appearance

9    DEB KOVSKY, did not provide appearance

10   BRYAN KOTLIAR, did not provide appearance
```

10

1              A L S O   P R E S E N T

2           (pro se creditors - remotely)

3

4    JARNO ÖBERG

5    IMMANUEL HERMANN

6    VICTOR UBIERNA DE LAS HERAS

7    JEREMY COHEN HOFFIG

8    JARED BORRIELLO

9    KULPREET KHANUJA

10   DAVID SCHNEIDER

11   GREGORY A. KIESER

12   DANIEL FRISHBERG

13   CHRIS KOENIG

14

15                  --o0o--

22-10964-mg Doc 1473-2 Filed 11/29/22 Entered 11/29/22 14:59:02 Exhibit B
Case 1:23-cr-00347-JGK Document 25-5 Filed 04/29/25 Page 11 of 18
In Re - Celsius Network LLC
Pg 13 of 468
Confidential
Oren Blonstein
November 22, 2022

11

1               INDEX TO EXAMINATION

2            WITNESS:  OREN BLONSTEIN

3

4              EXAMINATION                    PAGE

5   BY MR. COLODNY                             16

6   BY MS. CORNELL                            186

7   BY MS. RYAN                               227

8   BY MS. CORDRY                             262

9   BY MR. CREWS                              281

10  BY MR. HERMANN                            325

11  BY MR. KHANUJA                            372

12  BY MR. KIESER                             407

13

14               INDEXED PAGES

15                                            PAGE

16  OREN BLONSTEIN, sworn                      14

17  REPORTER CERTIFICATE                      425

18  INSTRUCTIONS TO WITNESS                   426

19  DECLARATION UNDER PENALTY OF PERJURY      427

20  ERRATA SHEET                              428

21

22

23

24

25

22-10964-mg Doc 1745-5 Filed 12/29/22 Entered 12/29/22 14:59:22 Exhibit B
In Re - Celsius Network LLC    Pg 14 of 468    Oren Blonstein
Confidential    November 22, 2022

Page 12

```
 1              INDEX TO EXHIBITS

 2           WITNESS:  OREN BLONSTEIN

 3            Tuesday, November 22, 2022

 4   MARKED            DESCRIPTION              PAGE

 5   Exhibit 4  Notice of deposition             19

 6   Exhibit 5  Official committee of

 7              unsecured creditors' written

 8              deposition questions for the

 9              debtors                          23

10   Exhibit 6  Debtors' responses and

11              objections to official

12              committee of unsecured

13              creditors' written deposition

14              questions                        26

15   Exhibit 7  Declaration of Oren Blonstein    97

16   Exhibit 8  Exhibit A-5 to A-6 redline      138

17   Exhibit 9  Screenshot from May 8, 2022     296

18   Exhibit 10 Flow chart created by

19              Mr. Crews                       316

20   Exhibit 11 Version 8 of the terms of use   351

21

22       ** All exhibits were attached to the

23              original transcript **

24

25                    --o0o--
```

22-10964-mg Doc 1475-5 Filed 11/29/22 Entered 11/29/22 14:59:22 Exhibit B
Pg 15 of 468

Case 1:23-cr-00347-JGK   Document 125-5   Filed 04/29/25   Page 13 of 18
In Re - Celsius Network LLC                                              Oren Blonstein
                        Confidential                              November 22, 2022

                                                                          13

1                        ******

2                     PROCEEDINGS

3            November 22, 2022, 9:51 a.m.

4                  New York, New York

5                        ******

6           THE VIDEOGRAPHER:  Good morning,

7    everyone.  We are now on the record.

8    My name is Kevin-Scott van Vlijmen.

9    I'm the videographer retained by

10   Lexitas.

11          This is a video deposition for

12   the United States Bankruptcy Court,

13   Southern District of New York.

14          Today's date is November 22 of

15   2022, and the video time is 9:51 a.m.

16          This deposition is being held

17   both remotely via Zoom as well as in

18   person at Kirkland & Ellis LLP, at

19   601 Lexington Avenue, New York,

20   New York, 10022, in the matter of In

21   Re: Celsius Network LLC, et al., Case

22   No. 22-10964 (MG).

23          The deponent is Oren Blonstein.

24          All counsel will be noted on the

25   stenographic record.

22-10964-mg Doc 1725-5 Filed 11/29/22 Entered 11/29/22 14:59:02 Exhibit B
Case 1:23-cr-00347-JGK Document 125-5 Filed 04/29/25 Page 14 of 16
In Re - Celsius Network LLC    Pg 16 of 468    Oren Blonstein
Confidential    November 22, 2022

14

1                Our court reporter is Jessica

2         Waack and will now swear in the

3         witness.

4                          *****

5                OREN BLONSTEIN, sworn

6       on oath and/or affirmed, called as a

7     witness herein, was examined and testified

8                    as follows:

9                          *****

10               THE VIDEOGRAPHER:  You may

11        proceed.

12               MS. BRIER:  At the outset, I'm

13        just going to designate this transcript

14        as confidential -- the entire

15        transcript as confidential.

16               ZOOM PARTICIPANT:  On Zoom, you

17        can't [inaudible] do that?

18               MS. BRIER:  You can't hear us?

19               THE STENOGRAPHER:  I think

20        someone just wasn't muted.

21               ZOOM PARTICIPANT:  You are

22        currently muted.

23               THE STENOGRAPHER:  Can we go off

24        the record?

25               THE VIDEOGRAPHER:  Yes.  All

22-10964-mg-cr-Doc4738-2 Filed 11/29/22 Entered 11/29/22 14:59:02 Exhibit B
Case 1:23-cr-00347-JGK Document 125-5 Filed 04/29/25 Page 15 of 18
In Re - Celsius Network LLC    Pg 304 of 468    Oren Blonstein
Confidential    November 22, 2022

302

```
 1        A.   I see.
 2        Q.   So would you acknowledge that as
 3   a deficiency in that document?
 4             MS. BRIER:  Objection to form.
 5        Outside the scope.
 6             Mr. Blonstein, just testified
 7        he's never -- he wasn't involved and
 8        doesn't have a foundation to testify
 9        about this.
10             THE WITNESS:  Yeah, I don't -- I
11        don't have enough -- I don't have
12        enough information about it.  You
13        know...
14   BY MR. CREWS:
15        Q.   Okay.  We can move on.
16             Are you familiar with USDC, the
17   token?
18        A.   Yes.
19        Q.   And could you just explain for
20   everybody what that token is?
21        A.   It's a stable coin issued by
22   Circle.  It's pegged to the dollar.
23        Q.   Yeah.  And you mentioned earlier
24   today that it would be a challenge to do
25   network tracing on Ethereum; is that
```

22-10964-mg Doc 4473-2 Filed 11/29/23 Entered 11/29/23 14:59:02 Exhibit B
Case 1:23-cr-00347-JGK Document 125-5 Filed 04/29/25 Page 16 of 18
In Re - Celsius Network LLC
Pg 305 of 468
Confidential
Oren Blonstein
November 22, 2022
303

1 correct?
2 MS. BRIER: Objection. Outside
3 the scope.
4 You can answer.
5 THE WITNESS: The -- so what I
6 was saying is that it's difficult to
7 trace the exact coin -- the exact coin
8 that a person -- an ERC-20 that a
9 person deposited into our platform as
10 it moved throughout the platform in
11 terms of -- you know, we treated them
12 as fungible once they came into the
13 platform.
14 BY MR. CREWS:
15 Q. Makes sense.
16 So in the UTXO, you're seeing the
17 flow from wallet to wallet?
18 A. Exactly, yeah.
19 Q. Have you taken any steps as a
20 company to make sure that customer deposits
21 are going towards earning rewards for them?
22 MS. BRIER: Objection to form.
23 And objection to scope, but you can
24 answer.
25 THE WITNESS: Sorry. Just

22-10964-mg Doc 4738-2 Filed 11/29/22 Entered 11/29/22 14:59:02 Exhibit B
Pg 306 of 468
Case 1:23-cr-00347-JGK  Document 125-5  Filed 04/29/25  Page 17 of 18
In Re - Celsius Network LLC
Confidential
Oren Blonstein
November 22, 2022

304

1    repeating...
2            So we maintain a record of coins
3    that our customers send to us on that
4    ledger, and then there's the coin
5    movements.
6            You know, and -- almost
7    regardless of what actually was going
8    on with those tokens that they sent in,
9    we were calculating based on the reward
10   rate what -- what rewards were owed to
11   them on the ledger.
12           So kind of regardless of, like,
13   where their coin was or if -- if a
14   particular coin that was sent -- that
15   was sent in was actually loaned out or
16   deployed on DeFi, that didn't really
17   matter, because how we calculated the
18   rate was -- or the rate that we set was
19   used by the software that calculated
20   the obligation to the customer on the
21   ledger.
22  BY MR. CREWS:
23       Q.   Yeah.  So a customer such as
24  myself, we could see the obligation that
25  we're owed, but in order for the reward to

22-10964-mg-cr-D0647-3SGK   Filed 11/29/225-5Entered 11/29/2022514:59:02 18 Exhibit B
In Re - Celsius Network LLC
Pg 307 of 468
Confidential
Oren Blonstein
November 22, 2022

305

1   be useful, Celsius would presumably have to
2   be actually using our deposit to actually
3   earn something?
4           MS. BRIER:  Objection to form.
5       Outside the scope.
6           THE WITNESS:  No, no.  I mean,
7       it's the -- it's -- I was gonna make
8       the point -- if I understood you
9       correctly, making kind of the opposite
10      point is that it doesn't -- you know,
11      those coins could have sat there and
12      not been deployed at all and we may
13      have not generated any yield.
14          But we would have calculated --
15      you know, the -- their interest rate
16      would have been -- there -- an interest
17      rate would have been set or rewards
18      rate would have been set and the ledger
19      would be calculating what is owed to
20      you based on that rate.
21          So it was kind of -- you know, it
22      was -- the activity of the coins was
23      separate from the rewards that were
24      paid out.
25  BY MR. CREWS: