| Chat Filters | Events | History | Disclaimers | | | |
|---|---|---|---|---|---|---|
| **Participant** | | **Entity** | **Login** | **Email** | | |
| S. Daniel Leon | | Celsius | U7CUT1TSB | daniel@celsius.network | 32 | 0 |
| Ashley Harrell | | Celsius | U98LM3Z7G | ashleyh@celsius.network | 21 | 0 |

Ashley Harrell

2019-10-23 02:16:43.000 PM

hey

Ashley Harrell

2019-10-23 02:21:15.000 PM

fyi tal is fighting margin calls and needs to book flight/hotel in serbia - she already had everything lined up and the prices were v affordable. i told her to book immediately and put on your credit card. hope this is okay

S. Daniel Leon

2019-10-23 02:54:57.000 PM

we have massive issues here todau

S. Daniel Leon

2019-10-23 02:54:58.000 PM

again

S. Daniel Leon

2019-10-23 02:54:59.003 PM

and agian

S. Daniel Leon

2019-10-23 02:55:02.003 PM

no interent

S. Daniel Leon

2019-10-23 02:55:06.003 PM

no support

S. Daniel Leon

2019-10-23 02:55:07.003 PM

to fix

S. Daniel Leon

2019-10-23 02:55:10.003 PM

I am dealing with this

S. Daniel Leon

2019-10-23 02:55:14.003 PM

sent everyone home again

S. Daniel Leon

2019-10-23 02:55:27.003 PM

this is after someone wsa here to fix and didnt

S. Daniel Leon
2019-10-23 02:55:41.003 PM

then ashley had a nervsue breakdown

Ashley Harrell
2019-10-23 03:01:58.003 PM

okay

Ashley Harrell
2019-10-23 03:02:16.003 PM

can you join on your cell phone while you review the doc? we're all on the call waiting for you to join

Ashley Harrell
2019-10-23 03:09:47.003 PM

daniel i need you HERE

Ashley Harrell
2019-10-23 03:09:48.007 PM

please

Ashley Harrell
2019-10-23 04:07:54.007 PM

I see you now have a meeting at 1230 with Alex, are you going to have time for one on one with me today?

S. Daniel Leon
2019-10-23 04:25:58.007 PM

will have

S. Daniel Leon
2019-10-23 04:26:02.007 PM

i need 7mins with him

S. Daniel Leon
2019-10-23 04:26:09.007 PM

I have to tell him about Ashley

Ashley Harrell
2019-10-23 04:26:09.007 PM

Ok

S. Daniel Leon
2019-10-23 04:26:16.007 PM

she is about to quit

Ashley Harrell
2019-10-23 04:26:24.007 PM

Geez really?

S. Daniel Leon
2019-10-23 04:26:27.007 PM

she can not handle this anymore

Ashley Harrell

2019-10-23 04:26:30.007 PM

Let's talk when you're done with him

S. Daniel Leon

2019-10-23 04:26:33.007 PM

kristen is not managing her

S. Daniel Leon

2019-10-23 04:26:37.007 PM

the distance is a huge issue

S. Daniel Leon

2019-10-23 04:26:45.007 PM

we will talk for sure

Ashley Harrell

2019-10-23 04:26:57.010 PM

👍

S. Daniel Leon

2019-10-23 04:27:02.010 PM

kristen has the second biggest ego in this firm and it is killing this team

S. Daniel Leon

2019-10-23 04:27:12.010 PM

so I need to speak w him and find a solution

Ashley Harrell

2019-10-23 04:27:18.010 PM

I thought maybe you were going to talk to him about the 117 million tokens

S. Daniel Leon

2019-10-23 06:03:07.010 PM

let us not say to him that Alex = AMV.

S. Daniel Leon

2019-10-23 06:03:17.010 PM

we will say AMV owes 117mil

Ashley Harrell

2019-10-23 06:03:17.010 PM

okay

Ashley Harrell

2019-10-23 06:03:26.010 PM

hopefully nothing on the doc says that

Ashley Harrell

2019-10-23 06:32:06.010 PM

alex is so full of shit

S. Daniel Leon

2019-10-23 06:34:58.010 PM

fuck me

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS SUBJECT TO JANUARY 13, 2023 STIPULATION

CELSIUSNETWORK_00770591

**S. Daniel Leon**

FUCK MEEEEEEEEEEEEEE

2019-10-23 06:35:04.010 PM

**Ashley Harrell**

😬

2019-10-23 06:35:12.013 PM

**S. Daniel Leon**

he is so smart and yet so stupid

2019-10-23 06:35:26.013 PM

**Ashley Harrell**

yep

2019-10-23 06:35:34.013 PM

**S. Daniel Leon**

if it is black on screen he can go to jail!

2019-10-23 06:35:37.013 PM

**S. Daniel Leon**

idiot

2019-10-23 06:35:44.013 PM

**S. Daniel Leon**

just like last night's tweet

2019-10-23 06:35:51.013 PM

**Ashley Harrell**

yep

2019-10-23 06:35:54.013 PM

**S. Daniel Leon**

he doesnt think

2019-10-23 06:35:54.013 PM

**S. Daniel Leon**

I am sick of this

2019-10-23 06:35:58.013 PM

**Ashley Harrell**

you should look at his history on backoffice

2019-10-23 06:42:27.013 PM

**Ashley Harrell**

2019-10-23 06:42:47.013 PM

**S. Daniel Leon**

I am trying to undersand what happened

2019-10-23 06:42:47.013 PM

**S. Daniel Leon**

2019-10-23 06:42:58.013 PM

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS SUBJECT TO JANUARY 13, 2023 STIPULATION

CELSIUSNETWORK_00770592

what is he talking about?

Ashley Harrell

2019-10-23 06:43:27.017 PM

i'm confused

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY CELSIUS
SUBJECT TO JANUARY 13, 2023
STIPULATION

CELSIUSNETWORK_00770593