Chat Filters        Events        History        Disclaimers

| Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|
| Harumi Urata-Thompson<harumi@celsius.network> | Celsius | UTNCMP49G | harumi@celsius.network | 3 | 0 |
| Johannes Treutler<johannes.treutler@celsius.network> | Celsius | UP9BC1BR6 | johannes.treutler@celsius.network | 9 | 1 |

**Johannes Treutler**  
2020-05-23 10:39:16.003 PM

Hi Harumi, I missed your mail today. Yes the CEL price started to climb due to Connor and me. It's a powerful time for such a purchase to schedule it after such a great AMA. FYI we had a record 24 hour trading Volume of $600k .. We did a good job with this purchase. Great to see how switching from 55/45 to 80/20 worked out.

**Harumi Urata-Thompson**  
2020-05-23 11:13:13.000 PM

That's a great data. Do you actually think AMA ha anything to do with it at all?

**Harumi Urata-Thompson**  
2020-05-23 11:13:45.003 PM

Maybe we should do it some other time, different circumstances, to test the assumption in a controlled different environment

**Johannes Treutler**  
2020-05-23 11:15:07.003 PM

We already have that data. AMAs don't cause price increases out of nothing. But they do if it's a great one with a good topic and someone does a first big buy ..

**Johannes Treutler**  
2020-05-23 11:17:57.007 PM

Here is one of my favorite observations: People look at the price to evaluate how good the news we released are. If we released a good PR and within the first hour the price started to increase they assume it's great news and we experienced a lot of follow up purchases during the next days ...

**Johannes Treutler**  
2020-05-23 11:18:25.010 PM

And the mood of the community was awesome during these days (same as this weekend)

**Johannes Treutler**  
2020-05-23 11:18:58.010 PM

But if we released great news and nobody bought they think it's a non event and not that important

**Johannes Treutler**  
2020-05-23 11:20:00.013 PM

Very interesting observation and that's why I asked a few months ago to install a good relationship between our marketing and the weekly purchases .. cause sometimes it is a good idea to coordinate both

**Harumi Urata-Thompson**  
2020-05-23 11:32:37.013 PM

I see. Then sounds like I have to work out something with the marketing department

**Johannes Treutler**

That's why I love to do Tweets like this: to make people aware of how great Celsius is doing

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00209088

**Celsians**
@Celsians

Why do @CelsiusNetwork 's

 Sign Ups &

 $CEL price

 skyrocket ⁉️

@coinkit_ mon 500 3000 #BTC ₿

Tweet übersetzen

| | |
|---|---|
| @bitwala partnership | 33 % |
| 1% Cash Loans | 27 % |
| Interest on Gold (XAUt) | 22 % |
| @Mashinsky AMAs | 18 % |

654 Votes · 2 Tage 9 Stunden übrig

11:23 · 23.05.20 · Twitter for iPhone

Tweet-Aktivität anzeigen

**1.534** Retweets  **592** „Gefällt mir"-Angaben

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS        CELSIUSNETWORK_00209089

Johannes Treutler

2020-05-23 11:35:21.017 PM

After this tweet I got a ton of DM and also saw it in main chat that people started to ask about Bitwala, and so on .. and Long Story shor: • they see a Green candle in the Chart • They come into social media searching for a reason • They find a reason (Bitwala..AMA..1%...) • They get even more confident in Celsius • They plan to buy more the next weeks ...

Johannes Treutler

2020-05-23 11:37:06.020 PM

What I worked out so far with Kristen and Daniel is that Kristen gives me a marketing update every monday ... and sometimes I see a chance to align purchases with PR .. but there is definitely way more room to improve / do more

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                    CELSIUSNETWORK_00209090