| | Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|---|
| ☑ | Johannes Treutler | Celsius | UP9BC1BR6 | johannes.treutler@celsius.network | 52 | 0 |
| ☑ | Connor Nolan | Celsius | U010ZEZPF52 | connor.nolan@celsius.network | 40 | 0 |

**Johannes Treutler** — 2020-06-05 11:30:07.003 AM
Good morning Connor, I hope you're doing well and had a good week. This weeks CEL purchase will be 327,233 CEL. The expected cost is 11 BTC.

**Connor Nolan** — 2020-06-05 12:56:23.000 PM
will initiate BTC transfer shortly

**Connor Nolan** — 2020-06-05 12:56:28.000 PM
Plutus paperwork is done

**Johannes Treutler** — 2020-06-05 01:24:56.000 PM
Do you execute the trade with them? (Plutus)

**Connor Nolan** — 2020-06-05 01:25:13.003 PM
No I will this morning

**Connor Nolan** — 2020-06-05 01:25:22.003 PM
We are good to execute though

**Johannes Treutler** — 2020-06-05 02:05:52.000 PM
Let's do the weekly CEL purchase on Liquid again after AMA..

**Johannes Treutler** — 2020-06-05 02:05:55.000 PM
Agreed?

**Connor Nolan** — 2020-06-05 02:25:07.000 PM
Ok

**Connor Nolan** — 2020-06-05 02:25:24.003 PM
Should we be changing up our strategy so less expensive moving forward?

**Johannes Treutler** — 2020-06-05 02:39:25.003 PM
What do you mean with less expensive?

**Johannes Treutler** — 2020-06-05 02:39:45.003 PM
The idea was to move up a bit more slow today

**Connor Nolan** — 2020-06-05 02:40:09.003 PM
if we throw out offers throughout the week it will stabalize price and be cheaper for our purchases

**Connor Nolan** — 2020-06-05 02:45:48.007 PM
for today we can do during AMA but a piece of it should be spending the least possible to fulfill our obligations, not just supporting the price... and when we do it every friday the market knows

**Johannes Treutler** — 2020-06-05 02:51:26.007 PM
Yeah that's kind of what I had in mind for today

**Johannes Treutler** — 2020-06-05 02:51:40.007 PM
And yes changing strategy every week will help us as well

**Johannes Treutler** — 2020-06-05 02:51:53.007 PM
We just need to assure that we don't spread the buying power too thin

**Connor Nolan** — 2020-06-05 02:52:01.007 PM
would you want to set up a call monday to discuss maybe?

| Connor Nolan | 2020-06-05 02:52:10.010 PM |
|---|---|

Yes not like daily but maybe 3 blocks a week?

| Connor Nolan | 2020-06-05 02:52:33.010 PM |
|---|---|

and if we see a move maybe change timelines during week, make it dynamic

| Johannes Treutler | 2020-06-05 03:02:25.010 PM |
|---|---|

Let's catch up mid next week. Yeah I think doing a schedule every Friday based on markets and changing dynamically sounds good.

| Johannes Treutler | 2020-06-05 03:02:54.010 PM |
|---|---|

My own requirement is to finish before Wednesday

| Johannes Treutler | 2020-06-05 03:03:31.013 PM |
|---|---|

Doing purchase trades the last 48 hours before calc time on Friday would be considered manipulating the calc process ..

| Johannes Treutler | 2020-06-05 03:03:38.013 PM |
|---|---|

What do you think?

| Connor Nolan | 2020-06-05 03:11:03.013 PM |
|---|---|

Right so it would be better to have the buying program for that week to go friday through wednesday instead of front running the number

| Connor Nolan | 2020-06-05 03:11:13.013 PM |
|---|---|

is that what you mean?

| Johannes Treutler | 2020-06-05 03:16:46.017 PM |
|---|---|

Yes exactly .. IMO Fr-Mo is ideal and Fr-Wed is the max ..

| Johannes Treutler | 2020-06-05 03:17:02.017 PM |
|---|---|

Let's just start in a few hours and try how much we can spread it .. based on the market

| Connor Nolan | 2020-06-05 03:32:58.017 PM |
|---|---|

The BTCs are locked and loaded on liquid when ready

| Connor Nolan | 2020-06-05 03:33:04.017 PM |
|---|---|

sent 12

| Johannes Treutler | 2020-06-05 04:24:52.027 PM |
|---|---|

What about this: *We Install 150k of buy orders below the market:* • 50,000 @ 0.000026 • 100,000 @ 0.000024 *After this we buy immediately:* • 27,233 @ MARKET *Today 4pm EST:* • 35,000 @ MARKET *Saturday 10am EST:* • 45,000 @ MARKET *Sunday 10am EST:* • 30,000 @ MARKET *Sunday 4pm EST:* • 40,000 @ MARKET At this point we bought all tokens but the two buy orders below the market ... if they are not filled already we will move them up starting Monday *Monday:* • move up the 50,000 order from 0.000026 slowly *Tuesday-Wednesday:* • move up the 100,000 order from 0.000024 slowly until it's filled completely

| Johannes Treutler | 2020-06-05 04:26:26.027 PM |
|---|---|

MARKET = Just buy them immediately at what ever price it takes to buy them with one klick

| Connor Nolan | 2020-06-05 04:28:38.030 PM |
|---|---|

i know what market buy means haha... Yes I think that this plan makes sense to me

| Connor Nolan | 2020-06-05 04:29:17.030 PM |
|---|---|

So i can throw out the below market orders now yes? Also - our resting orders are still there just FYI

| Johannes Treutler | 2020-06-05 04:29:24.030 PM |
|---|---|

Sorry, asaf gor example didn't knew it few months ago and this lead to major confusion ..

| Johannes Treutler | 2020-06-05 04:29:38.033 PM |
|---|---|

He thought it means market mid point

| Johannes Treutler | 2020-06-05 04:30:07.033 PM |
|---|---|

Yes the big orders we installed last week stay for weeks

| Connor Nolan | 2020-06-05 04:30:10.033 PM |
|---|---|

oh ok then i get the explanation

| Connor Nolan | 2020-06-05 04:30:19.033 PM |
|---|---|

yes i knew but wanted you to be aware 😊

| Johannes Treutler | 2020-06-05 04:31:17.033 PM |
|---|---|

| | |
|---|---|
| Ok let's install the 50 & 100 below market first and then follow the schedule | |
| Johannes Treutler | 2020-06-05 04:32:15.037 PM |
| As it is more complex this time, can you please text me each order entry in this chat? Otherwise I might lose track | |
| Johannes Treutler | 2020-06-05 04:32:20.037 PM |
| Is this ok? | |
| Connor Nolan | 2020-06-05 04:33:46.037 PM |
| Yes | |
| Johannes Treutler | 2020-06-05 04:41:54.037 PM |
| Awesome .. let's see maybe we also get filled with the 50@26 and 100@24 as we have a seller in the markets since a few minutes .. someone just entered sell orders .. let's see how patient he is 😊 | |
| Connor Nolan | 2020-06-05 04:46:31.037 PM |
| 50,000 @ 0.000026 and 100,000 @ 0.000024 are out | |
| Connor Nolan | 2020-06-05 04:58:19.037 PM |
| 5m cells moved to main from default - Liquid | |
| Johannes Treutler | 2020-06-05 05:32:50.037 PM |
| Great | |
| Johannes Treutler | 2020-06-05 05:33:07.040 PM |
| Let's do the first small buy of 27.x | |
| Connor Nolan | 2020-06-05 05:35:42.040 PM |
| 27,233 done at market | |
| Johannes Treutler | 2020-06-05 05:37:19.040 PM |
| I see thank you | |
| Johannes Treutler | 2020-06-05 06:58:58.040 PM |
| Hi Connor | |
| Johannes Treutler | 2020-06-05 06:59:09.040 PM |
| Markets just changed .. are you available? | |
| Johannes Treutler | 2020-06-05 06:59:50.040 PM |
| Let me try to explain what I see here and why I propose to reschedule our awesome detailed plan to next week: | |
| Connor Nolan | 2020-06-05 07:03:22.047 PM |
| ok | |
| Johannes Treutler | 2020-06-05 07:03:33.047 PM |
| • The last weeks less and less sellers were active in CEL markets and price went up • Today someone decided to sell 500,000 CEL on Liquid and started to install a big sell wall immediately over the current price • What I now see is people talking about it on Telegram and debating if the price correction is about to start | |
| Johannes Treutler | 2020-06-05 07:04:36.047 PM |
| The current buyback structure is designed to take these sellers out of the market if possible. To prevent others to front run these sell orders and depress the markets for weeks .. | |
| Johannes Treutler | 2020-06-05 07:05:10.047 PM |
| 3 hours ago you was correct asking for the plan we just created and split purchases thru days ... but now with this seller things have changed | |
| Johannes Treutler | 2020-06-05 07:05:24.047 PM |
| Am I able to explain my argument? | |
| Connor Nolan | 2020-06-05 07:06:45.050 PM |
| Kind of but are we really worried about the sellers currently?? It has only dropped back to where our first buy took place today | |
| Johannes Treutler | 2020-06-05 07:07:37.050 PM |
| It's not directly about the seller he most likely won't move orders down | |
| Johannes Treutler | 2020-06-05 07:07:45.050 PM |
| But it's about the reaction of other traders | |

| | |
|---|---|
| Connor Nolan | 2020-06-05 07:08:20.053 PM |

I just feel like we need to find a hybrid plan that values the least amount of BTC used possible on these transactions as well as supporting the market

| | |
|---|---|
| Johannes Treutler | 2020-06-05 07:10:25.053 PM |

In a nutshell I say that if we don't buy into the wall yet the Sell wall will attract a lot of sell orders that will appear the next days and start a down move in the price

| | |
|---|---|
| Johannes Treutler | 2020-06-05 07:10:44.053 PM |

But I get your point that you want to spend as less BTC as possible on the purchases

| | |
|---|---|
| Johannes Treutler | 2020-06-05 07:11:14.057 PM |

Let me just add one last thing before we continue the discussion:

| | |
|---|---|
| Johannes Treutler | 2020-06-05 07:13:18.057 PM |

In February Alex asked me if CEL will survive if we start to only buy 50% on Liquid and use Treasury for rest. I told him this will only work if we not aim to pay the lowest possible price for the CEL we buy. I asked him to allow me to sometimes be aggressive with these 50% of buying power to compensate it's just 50% ....

| | |
|---|---|
| Connor Nolan | 2020-06-05 07:15:15.060 PM |

Then this makes sense in that case, we will follow your plan... What do you propose we do now?

| | |
|---|---|
| Johannes Treutler | 2020-06-05 07:16:49.060 PM |

We have 300,000 left for purchase correct?

| | |
|---|---|
| Connor Nolan | 2020-06-05 07:17:17.060 PM |

yes 300 confirmed

| | |
|---|---|
| Connor Nolan | 2020-06-05 07:17:22.063 PM |

we taking down the wall?

| | |
|---|---|
| Johannes Treutler | 2020-06-05 07:18:06.063 PM |

Yes that is what I am considering the most valuable thing we can do now .. BUT:

| | |
|---|---|
| Johannes Treutler | 2020-06-05 07:18:28.063 PM |

We both promised Harumi to split purchases to a few days ....

| | |
|---|---|
| Connor Nolan | 2020-06-05 07:18:53.063 PM |

would spiking half the wall have any effect?

| | |
|---|---|
| Connor Nolan | 2020-06-05 07:19:14.063 PM |

could attempt half tonight half in morning

| | |
|---|---|
| Johannes Treutler | 2020-06-05 07:20:37.067 PM |

We could do 250,000 right now 25,000 Saturday 25,000 Sunday

| | |
|---|---|
| Johannes Treutler | 2020-06-05 07:20:52.067 PM |

This could be a good compromise

| | |
|---|---|
| Johannes Treutler | 2020-06-05 07:22:14.067 PM |

The 250,000 would tier down exactly half the wall and make markets look way more friendly

| | |
|---|---|
| Connor Nolan | 2020-06-05 07:25:57.067 PM |

Maybe 200 for today - get it up to that .0000275 lvl?

| | |
|---|---|
| Connor Nolan | 2020-06-05 07:26:11.067 PM |

then spread the remaining 100 over next 2 days as we see fit

| | |
|---|---|
| Connor Nolan | 2020-06-05 07:26:32.070 PM |

what do you think?

| | |
|---|---|
| Johannes Treutler | 2020-06-05 07:26:38.070 PM |

Let's do it

| | |
|---|---|
| Johannes Treutler | 2020-06-05 07:26:47.070 PM |

Great that we agree on this strategy

| | |
|---|---|
| Johannes Treutler | 2020-06-05 07:27:35.070 PM |

TBH I am really sad we can't play the strategy that we developed a few hours ago 😊 It would be very interesting if we are able to use it next week 😊

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                        CELSIUSNETWORK_00064915

| Connor Nolan | 2020-06-05 07:27:48.070 PM |
|---|---|

200k done

| Connor Nolan | 2020-06-05 07:28:17.070 PM |
|---|---|

should I leave the 50k at .000026 out there?

| Johannes Treutler | 2020-06-05 07:28:43.073 PM |
|---|---|

In my opinion a good idea

| Connor Nolan | 2020-06-05 07:28:59.073 PM |
|---|---|

it got beat down right after but made it look more friendly for sure

| Connor Nolan | 2020-06-05 07:29:22.073 PM |
|---|---|

50k makes it look stronger as well so i agree

| Johannes Treutler | 2020-06-05 07:30:57.073 PM |
|---|---|

FYI all sell orders you see now below 0.0000275 are bots that just automatically refill at old prices after they got hit and later on adjust a bit .. just market making and arbitrage bots ..

| Connor Nolan | 2020-06-05 07:34:44.077 PM |
|---|---|

figured so

| Johannes Treutler | 2020-06-05 07:39:56.077 PM |
|---|---|

Thank you for your time today!!

| Connor Nolan | 2020-06-05 08:04:29.077 PM |
|---|---|

thank you as well