**D011P5HJ1FA**

Chat Filters  ☑ Events  ☑ History  ☑ Disclaimers

| ☑ | Participant | Entity | Login | Email | 💬 | 📎 |
|---|---|---|---|---|---|---|
| ☑ | Johannes Treutler | Celsius | UP9BC1BR6 | johannes.treutler@celsius.network | 34 | 0 |
| ☑ | Connor Nolan | Celsius | U010ZEZPF52 | connor.nolan@celsius.network | 24 | 1 |

---

**Johannes Treutler**  2020-06-12 01:44:10.000 PM
We will buy 491,499 CEL starting today and I expect that we will need below 16 BTC ..

**Johannes Treutler**  2020-06-12 01:44:28.003 PM
Let's start roundabout 2pm EST

**Connor Nolan**  2020-06-12 02:01:12.003 PM
Ok sounds good, I will be offline after 5pm today but can get back online at 8ish (travelling) and can hop on this weekend when needed as well

**Connor Nolan**  2020-06-12 02:01:27.003 PM
just to add to your timetable

**Johannes Treutler**  2020-06-12 02:24:38.003 PM
Thanks for the Info

**Johannes Treutler**  2020-06-12 02:26:42.007 PM
FYI: imo we need to be a bit more aggressive the next two weeks to support the closed raise and the talk about this on the AMAs each Friday .. this is the most bullish news for our community since May 2019 and they only figure this out if the price of CEL jumps a bit .. this is what I explained early this week already to Alex, Daniel, Nuke, Harumi ..

**Johannes Treutler**  2020-06-12 02:27:36.007 PM
So I think we will roll out our plan we made a week ago in two weeks from now ..

**Johannes Treutler**  2020-06-12 02:28:05.007 PM
Until then we need to take down as much of the big seller as we can

**Connor Nolan**  2020-06-12 02:28:07.007 PM
I agree

**Johannes Treutler**  2020-06-12 02:28:09.007 PM
Do you agree?

**Johannes Treutler**  2020-06-12 02:28:11.007 PM
Ok

**Johannes Treutler**  2020-06-12 02:28:14.010 PM
Great

**Connor Nolan**  2020-06-12 02:28:17.010 PM
Beat you to it

**Connor Nolan**  2020-06-12 02:28:22.010 PM
all makes sense to me

**Johannes Treutler**  2020-06-12 02:28:38.010 PM
Ok let's start during AMA

**Connor Nolan**  2020-06-12 05:34:39.010 PM
whats the plan

**Johannes Treutler**  2020-06-12 05:39:56.010 PM
Let me check one last time all order books

**Johannes Treutler**  2020-06-12 05:49:13.010 PM
I would do: 1.) 200,000 @ 0.00003 Immediately after this: 2.) 300,000 @ 0.000028

| Johannes Treutler | 2020-06-12 05:49:20.010 PM |
|---|---|
| What's your opinion? | |
| Connor Nolan | 2020-06-12 05:50:52.013 PM |
| good* | |
| Connor Nolan | 2020-06-12 05:53:12.013 PM |
| it is done | |
| Johannes Treutler | 2020-06-12 05:53:20.013 PM |
| 🦊 | |
| Johannes Treutler | 2020-06-12 06:14:39.013 PM |
| I would move the order up to 0.00003 and let it there for a few hours | |
| Johannes Treutler | 2020-06-12 06:14:50.013 PM |
| Your opinion? | |
| Connor Nolan | 2020-06-12 06:15:47.013 PM |
| I am confused, it already completely filled | |
| Connor Nolan | 2020-06-12 06:16:08.013 PM |
| you told me to do the .00003 first - yes? | |
| Connor Nolan | 2020-06-12 06:16:45.013 PM |
| did we mess something up? | |
| Johannes Treutler | 2020-06-12 06:17:21.013 PM |
| No all good | |
| Johannes Treutler | 2020-06-12 06:17:36.017 PM |
| I just suggested to move the order from 0.000028 up to 0.00003 | |
| Johannes Treutler | 2020-06-12 06:18:44.017 PM |
| We have 250,000 at 0.000028 currently ... I thought about changing the price to 0.00003 and wait a few hours for the reaction | |
| Johannes Treutler | 2020-06-12 06:18:56.017 PM |
| Do you think this is too aggressive? | |
| Johannes Treutler | 2020-06-12 06:19:24.017 PM |
| If you like it let's do it, if you don't like it let's wait a few hours with the current set up .. | |
| Connor Nolan | 2020-06-12 06:23:05.017 PM |
| I am confused. We already bought 500k Cel due to your instructions above | |
| Johannes Treutler | 2020-06-12 06:23:44.017 PM |
| You bought 200,000 in the first order .. the order got filled immediately .. | |
| Johannes Treutler | 2020-06-12 06:24:06.020 PM |
| And seconds later you entered 300,000 0.000028 but the order gut only filled for 90,000 | |
| Johannes Treutler | 2020-06-12 06:24:19.020 PM |
| The rest 210,000 is still in the market waiting for sellers | |
| Connor Nolan | 2020-06-12 06:24:49.020 PM |
| right my apologies, i thought that filled instantly as well but was on the bottom of our current quantities (It used to show at top) | |
| Connor Nolan | 2020-06-12 06:25:55.020 PM |
| for some reason liquid isnt showing me how much has been filled | |
| Johannes Treutler | 2020-06-12 06:26:20.020 PM |
| Oh that's weird .. yeah, no problem .. | |
| Connor Nolan | 2020-06-12 06:26:48.020 PM |

| | |
|---|---|
| Connor Nolan | 2020-06-12 06:26:54.023 PM |
| no price or filled shown | |
| Johannes Treutler | 2020-06-12 06:27:53.023 PM |
| Hmm .. I used Liquid a lot for buying a few months earlier and I know you can set up the columns .. but don't know exactly how .. | |
| Johannes Treutler | 2020-06-12 06:28:07.023 PM |
| I was always able to see all important info .. hmmmmm | |
| Connor Nolan | 2020-06-12 06:28:13.023 PM |
| it used to be different - i will look | |
| Connor Nolan | 2020-06-12 06:29:44.023 PM |
| so do you think I should repost this 208k at .00003 | |
| Connor Nolan | 2020-06-12 06:29:45.023 PM |
| ? | |
| Johannes Treutler | 2020-06-12 06:30:28.027 PM |
| I think this could be a good idea .. what do you say? | |
| Connor Nolan | 2020-06-12 06:30:35.027 PM |
| sounds good to me | |
| Johannes Treutler | 2020-06-12 06:30:41.027 PM |
| Ok fine | |
| Connor Nolan | 2020-06-12 06:31:44.027 PM |
| its out there | |
| Connor Nolan | 2020-06-12 06:32:11.027 PM |
| 150 filled | |
| Johannes Treutler | 2020-06-12 06:35:32.027 PM |
| That worked out pretty well!! | |
| Johannes Treutler | 2020-06-12 06:36:20.027 PM |
| If you look at other exchanges & trading pairs you'll see that we removed their sellers as well with this order as it was exactly a level where both made the arbitrage (very small arbitrage) .. | |
| Johannes Treutler | 2020-06-12 06:36:41.030 PM |
| This means we were able to clean out all big sellers until this price at all exchanges .. | |
| Johannes Treutler | 2020-06-12 06:37:16.030 PM |
| Now the market will be able to find its own way :man-shrugging::skin-tone-4: | |
| Johannes Treutler | 2020-06-12 06:37:22.030 PM |
| Thanks Connor | |
| Connor Nolan | 2020-06-12 06:38:02.030 PM |
| awesome, sounds good | |
| Connor Nolan | 2020-06-12 06:38:11.030 PM |
| thanks for the lesson, always helpful to see the reasoning | |