**D011P5HJ1FA**

Chat Filters  ☑ Events  ☑ History  ☑ Disclaimers

| ☑ | Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|---|
| ☑ | Johannes Treutler | Celsius | UP9BC1BR6 | johannes.treutler@celsius.network | 21 | 0 |
| ☑ | Connor Nolan | Celsius | U010ZEZPF52 | connor.nolan@celsius.network | 19 | 0 |

---

**Johannes Treutler**  2020-06-26 11:14:23.000 AM

Good morning Connor, this week we need to buy 420,906 CEL Estimated cost 16.5 BTC We will start the purchase in the mid of the AMA

**Connor Nolan**  2020-06-26 01:57:37.000 PM

ok will send BTC

**Connor Nolan**  2020-06-26 01:58:59.000 PM

dont you think people are probably realizing we do this every friday and profiting from it in market?

**Johannes Treutler**  2020-06-26 02:18:36.007 PM

As of today I don't see anyone trying to play it. No front running. No manipulation of the calculation snap shot. No talk on the community chats about it. But going forward you and me wanted to develop different strategies that change from week to week and try different modes .. so the potential issue that people start to realize and play us would get smaller .. Buuuut this week with the big funding AMA we need to one last time do the same like last week and try to make a big impact and spread positivity so people love the raise (you know what I mean) =) But I'm excited to start with our more diversified and tactical strategies next week 😊

**Connor Nolan**  2020-06-26 02:23:33.007 PM

Ok yes we should start that next week

**Johannes Treutler**  2020-06-26 02:47:13.007 PM

Absolutely agree

**Connor Nolan**  2020-06-26 03:51:41.007 PM

BTC is there - let me know when you wish to begin

**Connor Nolan**  2020-06-26 03:53:43.007 PM

Just looking at the charts for the last few weeks purchases looks like the price rises on thursdays into friday when we purchase - so not necessarily sure I agree that the market hasnt read this

**Johannes Treutler**  2020-06-26 04:48:55.010 PM

Let's discuss about this later, I have some data about it to show you. Maybe it's best to schedule a call mid next week =)

**Connor Nolan**  2020-06-26 04:49:06.010 PM

for sure

**Johannes Treutler**  2020-06-26 04:49:13.010 PM

For this week, what's your idea?

**Connor Nolan**  2020-06-26 04:50:19.013 PM

nothing we can do to change this week - We can follow your original plan this morning to do today during the AMA

**Johannes Treutler**  2020-06-26 05:00:59.013 PM

Ok. Maybe like this: 21k Market 50k 0.000038 350k 0.000036

**Johannes Treutler**  2020-06-26 05:01:10.013 PM

What's your opinion?

**Connor Nolan**  2020-06-26 05:04:40.013 PM

let me look

**Connor Nolan**  2020-06-26 05:04:50.013 PM

u wish to start now?

**Connor Nolan**  2020-06-26 05:06:59.013 PM

plz confirm and I will

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                                    CELSIUSNETWORK_00064923

| | |
|---|---|
| Johannes Treutler | 2020-06-26 05:07:04.013 PM |

Yes let's start

| | |
|---|---|
| Connor Nolan | 2020-06-26 05:08:25.013 PM |

all done

| | |
|---|---|
| Connor Nolan | 2020-06-26 05:08:50.017 PM |

1k filled on the 50k

| | |
|---|---|
| Johannes Treutler | 2020-06-26 07:49:20.017 PM |

thank you

| | |
|---|---|
| Johannes Treutler | 2020-06-26 07:49:34.017 PM |

I think we can update the order what do you think?

| | |
|---|---|
| Johannes Treutler | 2020-06-26 08:02:16.017 PM |

The 350,000 is still untouched .. here is my suggested adjustment: • 50,000 @ 0.00004 • 300,000 @ 0.000038

| | |
|---|---|
| Connor Nolan | 2020-06-26 08:09:46.017 PM |

ok let me take a look

| | |
|---|---|
| Connor Nolan | 2020-06-26 08:10:25.017 PM |

so we are doing it all today?

| | |
|---|---|
| Connor Nolan | 2020-06-26 08:10:31.017 PM |

those willfill instantly

| | |
|---|---|
| Johannes Treutler | 2020-06-26 08:10:51.017 PM |

only the 50k at 40 will fill instantly

| | |
|---|---|
| Johannes Treutler | 2020-06-26 08:11:18.017 PM |

the 300 k at 38 will stay there for a while

| | |
|---|---|
| Johannes Treutler | 2020-06-26 08:11:39.017 PM |

we can also do the 300k at 0.0000375

| | |
|---|---|
| Johannes Treutler | 2020-06-26 08:11:48.020 PM |

a tiny bit more conservative

| | |
|---|---|
| Johannes Treutler | 2020-06-26 08:11:55.020 PM |

what do you think?

| | |
|---|---|
| Connor Nolan | 2020-06-26 08:12:28.020 PM |

read it quick and saw the prices reversed my fault

| | |
|---|---|
| Connor Nolan | 2020-06-26 08:12:52.020 PM |

I agree withthe original plam

| | |
|---|---|
| Johannes Treutler | 2020-06-26 08:12:59.020 PM |

we can only get a instant will with 350k at 0.000045

| | |
|---|---|
| Johannes Treutler | 2020-06-26 08:13:39.020 PM |

and I really don't want the order to get filled today .. would love to keep udating it until monday 😊

| | |
|---|---|
| Johannes Treutler | 2020-06-26 08:13:51.020 PM |

Ok let's do the original plan

| | |
|---|---|
| Johannes Treutler | 2020-06-26 08:13:54.020 PM |

cool

| | |
|---|---|
| Connor Nolan | 2020-06-26 08:14:48.023 PM |

sodid the 50k at 40 and 350 at .000038

| | |
|---|---|
| Connor Nolan | 2020-06-26 08:15:00.023 PM |

my fault on confusion didnt fully look at time

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                                                    CELSIUSNETWORK_00064924

Johannes Treutler                                                                                         2020-06-26 08:15:52.023 PM

no problem !! I really appreciate that you double check everything !! Really appreciate it

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                    CELSIUSNETWORK_00064925