| | Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|---|
| ☑ | Johannes Treutler | Celsius | UP9BC1BR6 | johannes.treutler@celsius.network | 20 | 0 |
| ☑ | Connor Nolan | Celsius | U010ZEZPF52 | connor.nolan@celsius.network | 10 | 0 |

**Johannes Treutler** — 2020-07-14 12:24:32.017 AM
are you still online?

**Connor Nolan** — 2020-07-14 12:29:12.017 AM
I can be. What's up

**Johannes Treutler** — 2020-07-14 12:30:40.020 AM
if this is no big deal for your time plan I would suggest you do: 10k market 20k @ 0.000042

**Connor Nolan** — 2020-07-14 12:32:35.020 AM
Signing in now

**Johannes Treutler** — 2020-07-14 12:35:50.020 AM
great

**Connor Nolan** — 2020-07-14 12:37:34.020 AM
done

**Johannes Treutler** — 2020-07-14 12:39:31.020 AM
thanks

**Johannes Treutler** — 2020-07-14 12:25:12.000 PM
We expect the party to start super soon .. what do you think should we reduce the 0.00004 order to safe money for later? on the other hand it's at the moment a good support .. the better CEL does the less people search and fall for FUD .. so .. hmm

**Connor Nolan** — 2020-07-14 12:30:41.003 PM
I say keep it there

**Connor Nolan** — 2020-07-14 12:30:52.003 PM
I'll be online momentarily

**Johannes Treutler** — 2020-07-14 12:33:40.003 PM
Maybe we keep all orders as they are and ic case CEL drops below the 0.000036 BTC order we will unleash a concentrated buy with all that we have .. that's at least what Harumi suggested .. in case it gets really bad we may also use already something of the buying power from next week .. but I hope we don't need to have this discussion at all

**Johannes Treutler** — 2020-07-14 12:48:42.003 PM
harumi: and Johannes, let's not take it for 'granted' but if the market really starts bleeding, you have my permission (and will talk to Connor about it too) to do more purchase. We will call it advance weekly purchase or whatever from next week or something

**Johannes Treutler** — 2020-07-14 12:49:09.007 PM
and she told us we can move 25 BTC to Liquid to be fast in case we need them

**Johannes Treutler** — 2020-07-14 12:49:46.007 PM
she called it a "mental security"

**Johannes Treutler** — 2020-07-14 12:49:57.007 PM
let' do it

**Johannes Treutler** — 2020-07-14 12:50:15.007 PM
Attachments: { "service_name": "CELSiANS", "title": "$CEL Market Depth - CELSiANS", "title_link": "https://celsians.com/cel-market-depth/", "fallback": "CELSiANS: $CEL Market Depth - CELSiANS", "image_url": "https://celsians.com/wp-content/uploads/2020/07/market_depth_thumbnail-1024x614.png", "from_url": "https://celsians.com/cel-market-depth/", "image_width": 417, "image_height": 250, "image_bytes": 140052, "service_icon": "https://celsians.com/wp-content/uploads/2019/09/cropped-logo-500x500-1-732342068-1567864148197-300x300.png", "id": "1", "original_url": "https://celsians.com/cel-market-depth/" }

| | |
|---|---|
| Johannes Treutler | 2020-07-14 12:51:16.007 PM |
| and feel free to use the latest tool we just developed on Celsians to see a market depth chart of all legit CEL exchanges | |
| Johannes Treutler | 2020-07-14 12:51:56.007 PM |
| the data updates every 2 minutes - but needs manual reload of the page | |
| Connor Nolan | 2020-07-14 12:52:04.007 PM |
| ok moving more BTC to liquid now... I agree on leaving resting and sending market orders if we see a crash | |
| Johannes Treutler | 2020-07-14 12:52:15.010 PM |
| ok | |
| Johannes Treutler | 2020-07-14 12:53:07.010 PM |
| let's hope for a boring day | |
| Johannes Treutler | 2020-07-14 09:25:39.010 PM |
| It seems there won't be negative PR today .. or how is your feeling? | |
| Johannes Treutler | 2020-07-14 09:27:42.010 PM |
| I would suggest we buy 50k CEL market to clean up the order book .. I would also agree on 25k .. let me know what sounds better to you | |
| Connor Nolan | 2020-07-14 09:28:05.010 PM |
| looking | |
| Connor Nolan | 2020-07-14 09:28:16.010 PM |
| 50 works | |
| Connor Nolan | 2020-07-14 09:28:53.010 PM |
| done | |
| Johannes Treutler | 2020-07-14 09:29:33.010 PM |
| that was fast 👍 | |
| Johannes Treutler | 2020-07-14 10:58:39.013 PM |
| it seems the article won't hit today | |
| Connor Nolan | 2020-07-14 10:59:13.013 PM |
| Yes good thing we saved some ammo | |
| Johannes Treutler | 2020-07-14 11:03:48.013 PM |
| absolutely .. let's see how tomorrow goes | |