**mpdm-connor.nolan--johannes.treutler--harumi-1**

Chat Filters    ☑ Events    ☑ History    ☑ Disclaimers

| ☑ | Participant | Entity | Login | Email | 💬 | 📎 |
|---|---|---|---|---|---|---|
| ☑ | Harumi Urata-Thompson | Celsius | UTNCMP49G | harumi@celsius.network | 19 | 0 |
| ☑ | Johannes Treutler | Celsius | UP9BC1BR6 | johannes.treutler@celsius.network | 13 | 0 |
| ☑ | Connor Nolan | Celsius | U010ZEZPF52 | connor.nolan@celsius.network | 7 | 0 |

**Harumi Urata-Thompson**    2020-07-27 10:42:56.003 PM

so Johannes and Connor, as both of you have been keeping me up to date thorughout the day, the CELs have been "dipped" against the major coins. First, Johannes, how is the community reacting to this? I know some people are actually reacting positively by coming in to pick up the dip. any "bad" stories on Celsius? I don't mean Condesk story but I know that the community doesn't react too well when the price is "going down"

**Johannes Treutler**    2020-07-27 10:44:06.003 PM

90% of the people are in fear and 10% want to buy ..

**Harumi Urata-Thompson**    2020-07-27 10:44:16.003 PM

If the feeling is that it is a healthy reaction and just the BTCs and ETHs are running away, I wouldn't worry about this too much. If it is the CELs that is getting weak (as opposed to others getting strong) maybe we actually will do something

**Connor Nolan**    2020-07-27 10:44:43.007 PM

looks slightly weak but ok vs stables

**Johannes Treutler**    2020-07-27 10:45:46.007 PM

I saw this movie a few times before .. the start of a BTC bull run is heavy for Alt Coins .. People want to hold BTC when BTC starts flying .. And the more CEL keeps underperforming the more people start thinking about selling .. it is what it is

**Harumi Urata-Thompson**    2020-07-27 10:45:56.007 PM

by BTCs effectively running away, we have more purchase power. so depending on what the market looks like (if there is a heavy sell order waiting just above where we are right now, we need to be more strategic and gather more BTCs before we do this) we might see if we can move the market a little bit

**Harumi Urata-Thompson**    2020-07-27 10:46:26.007 PM

Johannes, any ideas?

**Connor Nolan**    2020-07-27 10:46:34.007 PM

tough part is theres no moving it a little bit here... its moveing it by putting a lot of resources in or you barely make a dent

**Harumi Urata-Thompson**    2020-07-27 10:46:36.007 PM

any insight of what is above us right now?

**Johannes Treutler**    2020-07-27 10:47:28.010 PM

Above us is one seller who just deposited 580k CEL into Liquid .. he is not visible in the order book but he keeps selling .. the rest is small retail

**Johannes Treutler**    2020-07-27 10:48:21.010 PM

(This is the guy we send 1,750,000 CEL ICO bonus a few days ago .. he is responsible for a large part of the selling)

**Harumi Urata-Thompson**    2020-07-27 10:48:44.010 PM

So we need like 20 BTC to blow away that sell order right?

**Harumi Urata-Thompson**    2020-07-27 10:49:27.010 PM

F. because he bought it basically wiht a penny this is a great profit taking opportunity

**Johannes Treutler**    2020-07-27 10:49:57.010 PM

Sure .. He is just doing the smart trade and takes profit at a high price ..

**Harumi Urata-Thompson**    2020-07-27 10:50:37.010 PM

and then are we fairly clear after that level?

**Johannes Treutler**    2020-07-27 10:51:33.013 PM

If BTC keeps skyrocketing to 20k no are are not .. but at current levels and considering how many CEL were send to exhcnages the last days yes we would be clear

**Harumi Urata-Thompson**    2020-07-27 10:52:29.013 PM

I think we reserved enough in the last couple of weeks. And I am convinced that the Coindesk story will not be hitting too soon. This may be the time to use that

reserve if 90% of the community are already worried

**Harumi Urata-Thompson** — 2020-07-27 10:52:49.013 PM

and if the BTCs come down after that, then we will be all the sudden in like 60cents/piece world possibly

**Johannes Treutler** — 2020-07-27 10:54:31.017 PM

You are talking about the reserve Connor and me started with not buying CEL for a while? But you told us to go slowly back to normal a week ago .. so we slowly reduced the reserve and now we are more or less on the plan especially after the market sold into our resting orders the last hours ..

**Harumi Urata-Thompson** — 2020-07-27 10:55:30.017 PM

Ah ok. Yes, we did talk about that, but I wasn't sure where that reserve was, so I thought to suggest (in case it was still there). No problem. if it is already spent, then it is spent

**Johannes Treutler** — 2020-07-27 10:56:19.017 PM

Yes unfortunately it is spent .. it would be a great time to start spending it - I agree .. =/

**Harumi Urata-Thompson** — 2020-07-27 10:57:28.020 PM

the question is if we want to do a little purchase. I am not too concerned but it is because (as connor said) I am only looking at this in USD terms and not necesarily against ETH. So if more people are looking at ETH, we can do this week's purcahse plus a bit more and blow away that sell order that is pressuring the market right now. I don't have the strong feel of how bad the community might be reacting so I need the little inputs here

**Connor Nolan** — 2020-07-27 10:57:59.020 PM

my concern is a small buy will clear the sells out but no buyers willfill in the gap it leaves

**Connor Nolan** — 2020-07-27 10:58:10.020 PM

and we end up back where we started

**Johannes Treutler** — 2020-07-27 11:01:17.023 PM

If we want to end the dump we would need to put a large order visible into the market .. like 300-500k CEL .. but that's a ton of money .. funny thing is IF the order is large enough to push the market back into bullish mode -> the order won't be filled and we don't spend the money we put on the table to safe the day ... but IF the order is too small and market keeps bearish the order would get filled as people would just start selling into us ..

**Johannes Treutler** — 2020-07-27 11:02:41.027 PM

Most people in our Community think in BTC .. they are currently like "Why did I not sell before and have now more BTC.." .. they aim for "one day selling half of my CEL for BTC and retire with the interest I earn for BTC.." something like this ..

**Johannes Treutler** — 2020-07-27 11:07:57.027 PM

The one thing that would help a lot would be a large OTC buyer of CEL where we would sell him the CEL at spot price and after it turn around and enter exact the amount we sold at the price he paid us at the exchange as large BUY order .. but currently I was just able to find one guy who wants to buy €50,000 with SEPA ...

**Harumi Urata-Thompson** — 2020-07-27 11:12:07.027 PM

hey, I actually spoke to Alex since he called me. He said we dont' have to do much. However, if there is excess USD, put some of that into BTCs somehow (this is more to Connor...)

**Connor Nolan** — 2020-07-27 11:12:51.030 PM

I wouldnt say there are "excess USD" currently - and the usd on bfnx is making a high rate without risk... but can see what i can do

**Harumi Urata-Thompson** — 2020-07-27 11:14:14.030 PM

I will also do a bit of a chart study. obviously we don't want to buy the highs but if there is obvious resistance and if it breaks, we will think about it

**Johannes Treutler** — 2020-07-27 11:16:28.030 PM

There was a ton of resistance at the 10k level .. now the sky is the limit 😱

**Harumi Urata-Thompson** — 2020-07-27 11:18:09.033 PM

ok, so it is a free rise (vs freefall)

**Harumi Urata-Thompson** — 2020-07-27 11:18:35.033 PM

so we got another round of questions from Coindesk and they are saying that the story may hit tomorrow (here you go again). So we need to embrace ourselves one more time

**Connor Nolan** — 2020-07-27 11:22:02.033 PM

wont run tomorrow if markets going bananas

**Connor Nolan** — 2020-07-27 11:22:27.033 PM

would be good for us if they do anyway - will get burried on their page

**Harumi Urata-Thompson** — 2020-07-27 11:23:22.033 PM

yeah!

| Harumi Urata-Thompson | 2020-07-27 11:23:30.033 PM |

I like the way you think Connor!

| Johannes Treutler | 2020-07-27 11:29:44.037 PM |

It's a great time for them to stop stressing and publish their uneducated story and us sue them for telling bullshit just to hurt our reputation ..

| Harumi Urata-Thompson | 2020-07-27 11:34:47.037 PM |

Yes precisely my thinking. It is much better to have it out in open than otherwise

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                            CELSIUSNETWORK_00065570