| Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|
| 16465524499@s.whatsapp.net Alex Mashinsky | S.whatsapp | 16465524499@s.whatsapp.net | 16465524499@s.whatsapp.net | 6 | 0 |
| System Message System Message | | System Message | | 0 | 0 |
| 491757575961@s.whatsapp.net Johannes Treutler | S.whatsapp | 491757575961@s.whatsapp.net | 491757575961@s.whatsapp.net | 12 | 0 |

16465524499@s.whatsapp.net Alex Mashinsky

Do you have an idea of who is selling.

2020-08-09 02:51:22.000 PM

491757575961@s.whatsapp.net Johannes Treutler

Albert

2020-08-09 02:54:37.000 PM

491757575961@s.whatsapp.net Johannes Treutler

He has now 3,520,000 left from The 6,750,000 he had 12 days ago

2020-08-09 02:55:05.000 PM

491757575961@s.whatsapp.net Johannes Treutler

I see him transferring to Liquid every day and withdrawing USDC frequently ..

2020-08-09 02:55:27.000 PM

16465524499@s.whatsapp.net Alex Mashinsky

How much do you need to buy this week?

2020-08-09 02:56:01.000 PM

491757575961@s.whatsapp.net Johannes Treutler

We bought a the 560k CEL already during the last days ..

2020-08-09 02:56:43.000 PM

491757575961@s.whatsapp.net Johannes Treutler

Now we start buying 50-75k CEL a day for next Friday ..

2020-08-09 02:57:12.000 PM

491757575961@s.whatsapp.net Johannes Treutler

His selling pressure is 250-350k CEL a day

2020-08-09 02:57:25.000 PM

16465524499@s.whatsapp.net Alex Mashinsky

This will drive CEL down to $0,25

2020-08-09 02:57:57.000 PM

491757575961@s.whatsapp.net Johannes Treutler

The worst thing is not $ price but price in BTC

2020-08-09 02:58:16.000 PM

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS SUBJECT TO JANUARY 13, 2023 STIPULATION

CELSIUSNETWORK_00823159

491757575961@s.whatsapp.net Johannes Treutler

2020-08-09 02:58:37.000 PM

He drove us down from 0.000046 to 0.000032 already and will end up 0.00002

491757575961@s.whatsapp.net Johannes Treutler

2020-08-09 02:58:55.000 PM

People see him on chain and stopped buying

16465524499@s.whatsapp.net Alex Mashinsky

2020-08-09 02:59:13.000 PM

Maybe offer him OTC deal at $0.30 as a block

491757575961@s.whatsapp.net Johannes Treutler

2020-08-09 02:59:18.000 PM

Our community wants to wait buying until he is done

491757575961@s.whatsapp.net Johannes Treutler

2020-08-09 02:59:31.000 PM

He didn't reply any mails for now

16465524499@s.whatsapp.net Alex Mashinsky

2020-08-09 02:59:54.000 PM

Just make an offer after talking to Harumi.

491757575961@s.whatsapp.net Johannes Treutler

2020-08-09 03:02:24.000 PM

Ok I'll talk to Harumi

16465524499@s.whatsapp.net Alex Mashinsky

2020-08-09 03:20:52.000 PM

We can buy for a few weeks ahead. As long as CEL goes up it is profitable for us.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS SUBJECT TO JANUARY 13, 2023 STIPULATION

CELSIUSNETWORK_00823160