| Chat Filters | Events | History | Disclaimers | | |
|---|---|---|---|---|---|
| **Participant** | | **Entity** | **Login** | **Email** | |
| Harumi Urata-Thompson<harumi@celsius.network> | | Celsius | UTNCMP49G | harumi@celsius.network | 7   0 |
| Johannes Treutler<johannes.treutler@celsius.network> | | Celsius | UP9BC1BR6 | johannes.treutler@celsius.network | 15  0 |

Harumi Urata-Thompson

Ok Mr. Treutler. Maybe I send this Sunday night. Tada~! What is our CEL total?

2020-08-30 10:24:21.000 PM

Johannes Treutler

Was just about to send you :party_parrot:

2020-08-30 10:25:08.000 PM

Johannes Treutler

roundabout 287,130,627 right now .. won't change too much until tomorrow

2020-08-30 10:27:26.003 PM

Johannes Treutler

=$126 M

2020-08-30 10:28:09.003 PM

Harumi Urata-Thompson

the amount went up.

2020-08-30 10:28:30.003 PM

Harumi Urata-Thompson

it was hovering 100-110 million for a while

2020-08-30 10:28:38.003 PM

Johannes Treutler

the price went up 😃

2020-08-30 10:31:45.003 PM

Johannes Treutler

$0.44 right now

2020-08-30 10:31:57.003 PM

Johannes Treutler

Albert is selling only 50k CEL a day since 1 week

2020-08-30 10:32:16.007 PM

Johannes Treutler

before he did like 250k CEL a day ..

2020-08-30 10:32:26.007 PM

Johannes Treutler

now you know why price is up

2020-08-30 10:32:33.007 PM

Harumi Urata-Thompson
2020-08-30 10:34:43.007 PM

Yes. thank you for keeping an eye (and head) on this!

Harumi Urata-Thompson
2020-08-30 10:34:59.007 PM

do we have a net buyer though aside from us now?

Johannes Treutler
2020-08-30 10:35:15.007 PM

Yes yes ..

Johannes Treutler
2020-08-30 10:37:34.010 PM

After I saw Albert slow down selling I talked to Connor to make a test on the market -> buy aggressive for one day and add buy support for next days .. we thought either sellers step up again and sell us down to start .. or we might start a new mid term up move .. and the second happened .. since we started the move there are roundabout 5 people adding buy orders frequently and buying

Johannes Treutler
2020-08-30 10:38:27.010 PM

And we also have a friend of mine who told me 3-4 days ago he FOMOd in and bought 100k market in fear we would be $1 tomorrow 😅

Johannes Treutler
2020-08-30 10:38:43.010 PM

This again shows -> price drives price ..

Johannes Treutler
2020-08-30 10:40:07.010 PM

The CEL we bought on top of the weekly purchase on the first day (300k CEL @ $0.37-0.39) we took from the 1.2M CEL we were asked to buy as soon as Albert stops selling

Harumi Urata-Thompson
2020-08-30 11:14:18.010 PM

great news all around! Well done!

Johannes Treutler
2020-08-30 11:15:11.013 PM

The teamwork with Connor on this works pretty well!

Harumi Urata-Thompson
2020-08-30 11:15:36.013 PM

I do say yes!

Johannes Treutler
2020-08-30 11:17:23.013 PM

BTW on Friday the alarm bells ringed everywhere as we had this much sign ups within hours .. I forgot to give everyone a heads up for the campaign we run / did not expect that much sign ups .. still hundreds of new sign ups stuck waiting for KYC approval FYI find below the numbers of the campaign so far: 2,800 Sign Ups 800 KYC passed 44 Depositors $36k in deposits