Chat Filters          Events          History          Disclaimers

| Participant | Entity | Login | Email | |
|---|---|---|---|---|
| Harumi Urata-Thompson<harumi@celsius.network> | Celsius | UTNCMP49G | harumi@celsius.network | 19 0 |
| Johannes Treutler<johannes.treutler@celsius.network> | Celsius | UP9BC1BR6 | johannes.treutler@celsius.network | 21 0 |

Johannes Treutler

2020-10-21 10:26:08.000 AM

Good morning boss, at the moment we are experiencing a larger sell off. Even Tal called me saying she is experiencing more and more loan closures that are backed by CEL as people panic about the dropping price. The problem I have right now is that we have only one last buy oder in the market as all others filled the last hours. So in case price dropps further we would end up with a flash crash of 40% and CEL trading being halted on Liquid... To prevent this we need to add orders at 10..20..30..40..50% below the current price .. The token will never drop that hard but these orders are 1.) the visual support for people to see there are still buyers & 2.) a protection from a flash crash

Johannes Treutler

2020-10-21 11:17:18.007 AM

You and I agreed on what I need to do in such cases a while ago (accepting to buy 1 week of CEL purchases ahead in case markets want to drop even more) and this would also be possibly covered by OTC sale proceeds .. but the real issue is I can't reach Connor to 1.) send BTCs to Liquid & 2.) add orders Any idea how to get him as early as possible? Sorry boss for disturbing you that early

Johannes Treutler

2020-10-21 11:18:13.007 AM

And FYI: Alex calles me 30 minutes ago and asked how he can help and started to buy some CEL on Uniswap to support and trying to reverse the down trend .. I was a bit impressed of him stepping in

Harumi Urata-Thompson

2020-10-21 11:23:29.007 AM

No problem at all. You can call/ping me any time.

Harumi Urata-Thompson

2020-10-21 11:24:41.010 AM

Remember last weekend (just a few days ago!) I told him he was songlehandedly bringing down the market. I think the message really sank into him. Do you agree that this sell off was triggered by his sale really right?

Harumi Urata-Thompson

2020-10-21 11:30:08.010 AM

I will ping Connor and Dean right now - how much do you need? 50 BTC?

Harumi Urata-Thompson

2020-10-21 11:31:28.010 AM

Started a .

Harumi Urata-Thompson

2020-10-21 11:36:27.010 AM

connor wil call you right now

Johannes Treutler

2020-10-21 11:38:14.010 AM

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

**Harumi Urata-Thompson**

2020-10-21 11:40:18.010 AM

I was waiting to change your "fireblocks status" until now, but we are so close anyway, let me check with Trunshedda if I can just officially start working you in the new capacity so I can start providing the trading privilege

**Harumi Urata-Thompson**

2020-10-21 11:40:39.010 AM

Look at the rough JD I suggested last night. If that's clear enough to move forward we will use that

**Johannes Treutler**

2020-10-21 01:41:43.003 PM

Sorry for being so slow in replying .. it's a busy day. JD - I'll check later Fireblocks - great can't wait for it 😊 Fractal - I saw you already replied to all questions of Shelisha? JUMP - working on it with Patrick Patrick's Analysts - he told me I need to book a call with him first before I can talk to them 😅

**Harumi Urata-Thompson**

2020-10-21 01:43:16.003 PM

what the fuck?

**Johannes Treutler**

2020-10-21 05:38:50.007 PM

ITB is signed right? Means on our weekly call with them today we can speak about how to press plan - and press play this week with the first 2 strategies .. your thoughts? +should we add Patrick for this call just to cover his aspects as well before we move the first money to ITB?

**Johannes Treutler**

2020-10-21 05:39:13.007 PM

You mean that Patrick is protecting his guys from me? 😅

**Harumi Urata-Thompson**

2020-10-21 05:58:33.007 PM

ITB is not signed. You are the one who put it up on Monday board, remember? It is still under the review, it looks like

**Harumi Urata-Thompson**

2020-10-21 05:58:41.007 PM

unless in the last c oupel of hours it changed. I haven't signed it yet

**Harumi Urata-Thompson**

2020-10-21 06:00:54.007 PM

not from you. He generally doesn't like to expose his anything to anyone

**Johannes Treutler**

2020-10-21 06:11:36.010 PM

Yeah I see .. I just want to chat with his guys 😅🙈

**Johannes Treutler**

2020-10-21 06:13:06.010 PM

Got it .. excuse me .. it's when I'm between 12-2 only on my mobile .. excuse the dumb question .. I'll ask Shelisha if there is something we need to do .. thanks

**Harumi Urata-Thompson**

2020-10-21 06:29:10.010 PM

no worries no worries. You are doing so much. hard to keep things straight. I know

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS    CELSIUSNETWORK_00209278

Johannes Treutler

2020-10-21 06:40:54.013 PM

Yeah I need an assistant, living in my living room 😅🙇🏽‍♀️

Johannes Treutler

2020-10-21 06:41:11.013 PM

Shelisha is currently doing final check for ITB

Johannes Treutler

2020-10-21 06:42:05.013 PM

Do we want to add Patrick to the call with ITB? Goal should be to send them money best case today to press play ..

Harumi Urata-Thompson

2020-10-21 06:43:46.013 PM

sure

Johannes Treutler

2020-10-21 08:53:22.027 PM

Started a .

Johannes Treutler

2020-10-21 08:54:42.027 PM

Just wanted to ask something about JUMP & wanted to hear your thoughts .. not urgent

Harumi Urata-Thompson

2020-10-21 08:55:55.027 PM

you want to call me right now or talk immediately after ITB?

Johannes Treutler

2020-10-21 08:56:20.027 PM

Started a .

Johannes Treutler

2020-10-21 09:52:33.030 PM

Can we test both strategies with $250k each?

Johannes Treutler

2020-10-21 09:53:04.030 PM

Would love to just press play ASAP to have some data to look at next week

Harumi Urata-Thompson

2020-10-21 09:55:34.030 PM

I was afraid he was going to say this but Patrick wanted to read through the agreement so it will be another day. But I promise we will get there

Johannes Treutler

2020-10-21 09:57:45.030 PM

Ok - but maybe we can set up the wallet on Friday with them and maybe press play on Friday

Harumi Urata-Thompson

2020-10-21 10:30:06.033 PM

I will see what I can do - Patrick is like a rock. He decdied on something, an elephant can't move him

Johannes Treutler

2020-10-21 10:38:37.033 PM

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

hm ok .. hopefully we can move the rock on JUMP & LTB a bit to move forward with them

Johannes Treutler

2020-10-21 10:41:26.033 PM

Do you agree on the Jump terms I drafted? *Celsius can call the loan within 30 days if:* • *the borrower sells off >20% of the lend CEL at or below the USD loan repayment price* • *the borrower on purpose short sells CEL if the token is down >30% within 3 days* • *the borrower does not add Liquidity on both sides of the market* • *the borrower has 0% market share in CEL markets for 10 consecutive days*

Harumi Urata-Thompson

2020-10-21 10:49:47.033 PM

Yes to me this is a good way of saying "this is what you have to do"

Harumi Urata-Thompson

2020-10-21 10:50:26.033 PM

I am talking to Patrick on the side a lot. That's only the way I can get him going on many things since he tends to be a bit of a single tasker. But of course what he does, he is amazing

Harumi Urata-Thompson

2020-10-21 10:50:36.037 PM

That's probably why he is very good at what he does

Johannes Treutler

2020-10-21 10:59:51.037 PM

yes I absolutely understand that the characteristics that might annoy someone who works with him are the characteristics that make him very good in his job

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS