## Chat Filters　　　Events　　　History　　　Disclaimers

| Participant | Entity | Login | Email |
|---|---|---|---|
| 16465524499@s.whatsapp.net Alex Mashinsky | S.whatsapp | 16465524499@s.whatsapp.net | 16465524499@s.whatsapp.net 10 1 |
| 16462710003@s.whatsapp.net Harumi Urata-Thompson | S.whatsapp | 16462710003@s.whatsapp.net | 16462710003@s.whatsapp.net 17 0 |
| System Message System Message | | System Message | 0 0 |

16462710003@s.whatsapp.net Harumi Urata-Thompson

2020-10-21 12:17:22.000 PM

Alex, Irvin @ BttF sent response earlier today and it has a step by step of how you can withdraw - seems like you are only the person who can do it. You are included in the email, but just to bring this on the top of your inbox, I will "forward" this email to you right now.

16462710003@s.whatsapp.net Harumi Urata-Thompson

2020-10-21 12:17:36.000 PM

Please let me know if the instruction gets you to some place. Thank you

16465524499@s.whatsapp.net Alex Mashinsky

2020-10-21 01:21:15.000 PM

Send me BTC. ETH and bank Infor you want to transfer these funds to. I logged in just need this data.

16462710003@s.whatsapp.net Harumi Urata-Thompson

2020-10-21 01:27:01.000 PM

ETH - 0xCa9Ac16b08E6AA1dAC2c83feA1DddBd46c6E38D1 9:26 BTC - 16Zq9WJYYGv4oAFHxNjsisG6ChwrnV6kMZ

16462710003@s.whatsapp.net Harumi Urata-Thompson

2020-10-21 01:27:07.000 PM

and bank

16462710003@s.whatsapp.net Harumi Urata-Thompson

2020-10-21 01:27:16.000 PM

Beneficiary Details Beneficiary Account: 1503222589 Beneficiary Name: Celsius Network Limited Beneficiary Address: 1 Bartholomew Lane, London, UK, EC2N 2AX Beneficiary Bank Details Beneficiary Bank: Signature Bank ABA/Routing Number: 026013576 Beneficiary Bank Address: 565 Fifth Avenue, New York, NY 10017 (International) SWIFT Code: SIGNUS33XXX

16462710003@s.whatsapp.net Harumi Urata-Thompson

2020-10-21 01:27:29.000 PM

I can drop this in the email right now also so you have all of them in one place for this purpose right now

16462710003@s.whatsapp.net Harumi Urata-Thompson

2020-10-21 02:21:41.000 PM

🚫 Deleted by the sender

16462710003@s.whatsapp.net Harumi Urata-Thompson

2020-10-21 02:31:07.000 PM

Hi Alex. let me try this again. The letter/invoice from Yankwitt, the amount of 5,849.45, is this something that we spent on

AMV research work? We need the job description attached to a legal bill like this, so before paying, trying to confirm with you. Also, if indeed that is it, then we need the wiring information from them. There is no email in the letter. I suppose we can give them a call but if you happen to have it, please send over. thank you

16465524499@s.whatsapp.net Alex Mashinsky

2020-10-21 04:05:47.000 PM

This was related to an agreement I had to sign and I needed my own lawyer since the company would not represent me. Roni knows the details. It is AMV agreement.

16465524499@s.whatsapp.net Alex Mashinsky

2020-10-21 04:07:59.000 PM

Send me the ETH wallet again.

16465524499@s.whatsapp.net Alex Mashinsky

2020-10-21 04:08:26.000 PM

I have 9:26 at the end of that address.

16462710003@s.whatsapp.net Harumi Urata-Thompson

2020-10-21 04:15:05.000 PM

sorry, I copied and time stamp went in - in the email I made sure to take it out, but here it is

16462710003@s.whatsapp.net Harumi Urata-Thompson

2020-10-21 04:15:06.000 PM

ETH - 0xCa9Ac16b08E6AA1dAC2c83feA1DddBd46c6E38D1

16465524499@s.whatsapp.net Alex Mashinsky

2020-10-21 04:15:25.000 PM

kk, its done

16465524499@s.whatsapp.net Alex Mashinsky

2020-10-21 04:15:35.000 PM

now we just need them to send the funds.

16462710003@s.whatsapp.net Harumi Urata-Thompson

2020-10-21 04:15:52.000 PM

Ok. Would you happen to have their bank details? Or email address? Then I can check the wiring info

16462710003@s.whatsapp.net Harumi Urata-Thompson

2020-10-21 04:16:31.000 PM

Perfect. When they do (I assume you are only the one to get the notification) please let me know how much of what we should be expecting. Then we will confirm on our side

16462710003@s.whatsapp.net Harumi Urata-Thompson

2020-10-21 04:17:02.000 PM

I assume they will hold back a chunk of funds still as they told me that they are still conducting diligence of a number of investors

16462710003@s.whatsapp.net Harumi Urata-Thompson

2020-10-21 04:17:17.000 PM

(just last week)

16465524499@s.whatsapp.net Alex Mashinsky

2020-10-21 04:18:23.000 PM

dae95e58-304c-487d-bac1-98e7f9c90cc3.jpg

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                                        CELSIUSNETWORK_01061364



16462710003@s.whatsapp.net Harumi Urata-Thompson

2020-10-21 07:43:45.000 PM

by the way I understand that you were trying to support the morning sell off earlier today before I was able to get Connor to move coins and work with Johannes. Thank you

16465524499@s.whatsapp.net Alex Mashinsky

2020-10-21 08:42:32.000 PM

I bought 300 ETH in three orders. Johannes gave me the instructions :).

16465524499@s.whatsapp.net Alex Mashinsky

2020-10-21 08:42:49.000 PM

I asked him why he did not call me earlier...

16462710003@s.whatsapp.net Harumi Urata-Thompson

2020-10-21 08:43:02.000 PM

I really appreciate that. Really.

16462710003@s.whatsapp.net Harumi Urata-Thompson

2020-10-21 08:44:14.000 PM

and with Johannes update of contract very close, he will be given a coin moving privileges' very soon also so this will be a whole new ballgame for us very soon

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS        CELSIUSNETWORK_01061365

Kk

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                    CELSIUSNETWORK_01061366



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_01061367