| Chat Filters | Events | History | Disclaimers | | |
|---|---|---|---|---|---|
| **Participant** | | **Entity** | **Login** | **Email** | |
| Harumi Urata-Thompson<harumi@celsius.network> | | Celsius | UTNCMP49G | harumi@celsius.network | 6 0 |
| Johannes Treutler<johannes.treutler@celsius.network> | | Celsius | UP9BC1BR6 | johannes.treutler@celsius.network | 7 1 |

**Harumi Urata-Thompson**
2020-10-25 12:19:31.000 PM

That's great.

**Harumi Urata-Thompson**
2020-10-25 12:30:37.003 PM

Johannes did Patrick reach out to talk to you about intership and their cel purchase intent? They want to likely bug 4-5 million $ worth CELs in the next 10-14 days

**Harumi Urata-Thompson**
2020-10-25 12:31:54.003 PM

Patrick is working a loan deal and cel purchase is a part of this talk so you don't have to do much of the talk but you have to decide the price and we have to get the reg s signed at that time

**Johannes Treutler**
2020-10-25 01:05:37.010 PM

Hi Harumi, I hope you had a great weekend so far. I heard about Intership from Aliza and Alex. But Patrick did not reach out to us. Alex told me about this the day we hit $1 and basically asked me to figure out how we can take care the CEL price goes back to $1.30+ before the deal closes .. so yeah, I'm waiting for Patrick to reach out and appreciate a lot that we handle it officially with the OTC desk and not like last time .. Something else: Do you know whom Alex sold 13,000,101 CEL? I saw this morning that Alex now holds that much less in the App and someone else popped up with this amount of CEL (I'm referring to the Top200 CEL Holder list on the website..)

**Harumi Urata-Thompson**
2020-10-25 01:06:47.013 PM

No he did not say anything about that to me

**Harumi Urata-Thompson**
2020-10-25 01:07:25.013 PM

And patrick supposedly reached out to you to talk but has not heard back from you yet. Doesn't matter to me. The important thing is you are aware of intership deal

**Johannes Treutler**
2020-10-25 01:12:43.013 PM

I'll report to you

**Johannes Treutler**
2020-10-25 01:13:00.013 PM

Didn't hear anything from Patrick

**Johannes Treutler**
2020-10-25 01:13:12.013 PM

I will reach out to him

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                                                                       CELSIUSNETWORK_00209306

| | |
|---|---|
| Johannes Treutler | 2020-10-25 08:28:19.003 PM |
| Alex send some CEL to Krissy .. so it wasn't a real sell to someone 👌 | |
| Harumi Urata-Thompson | 2020-10-25 08:47:10.003 PM |
| saw your message thank you | |
| Johannes Treutler | 2020-10-25 08:48:00.003 PM |
| Just wanted to point out that it's this time nothing bad 😅 | |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                    CELSIUSNETWORK_00209307