**Chat Filters**     **Events**     **History**     **Disclaimers**

| Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|
| Harumi Urata-Thompson<harumi@celsius.network> | Celsius | UTNCMP49G | harumi@celsius.network | 38 | 0 |
| Johannes Treutler<johannes.treutler@celsius.network> | Celsius | UP9BC1BR6 | johannes.treutler@celsius.network | 33 | 0 |

**Johannes Treutler**                                                                                           2020-11-07 03:25:39.000 AM

Attachments: { "author_name": "Celsius Network", "service_name": "YouTube", "title": "Celsius AMA - Ask Mashinsky Anything - Friday, November 6", "title_link": "https://youtu.be/apWkwq8uscU", "fallback": "YouTube Video: Celsius AMA - Ask Mashinsky Anything - Friday, November 6", "from_url": "https://youtu.be/apWkwq8uscU", "service_icon": "https://a.slack-edge.com/80588/img/unfurl_icons/youtube.png", "id": "1", "service_url": "https://www.youtube.com/", "author_link": "https://www.youtube.com/channel/UC3yZY7UVs-zPKBuyNuPinbQ", "thumb_url": "https://i.ytimg.com/vi/apWkwq8uscU/hqdefault.jpg", "thumb_width": 480, "thumb_height": 360, "video_html": "", "video_html_width": 400, "video_html_height": 225, "original_url": "https://youtu.be/apWkwq8uscU" }

**Johannes Treutler**                                                                                           2020-11-07 03:26:03.000 AM

Watch from 32:40 - 34..

**Harumi Urata-Thompson**                                                                                       2020-11-07 12:32:49.000 PM

You talking about unsecured loans? I just told him that the number is increasing and overall ratio of collateral with institution is going down

**Johannes Treutler**                                                                                           2020-11-07 12:43:21.003 PM

Yes - so why does he publish so dangerous statements "Everyone out there - if you ever got a unsecured loan - tell everyone that I'm a liar." hmmm

**Harumi Urata-Thompson**                                                                                       2020-11-07 02:16:11.000 PM

I will talk to him. I said this numerous times

**Johannes Treutler**                                                                                           2020-11-07 02:16:24.000 PM

Another thing

**Johannes Treutler**                                                                                           2020-11-07 02:16:38.000 PM

Alex said yesterday in AMA that UK loans are back

**Harumi Urata-Thompson**                                                                                       2020-11-07 02:17:02.003 PM

What does he mean?

**Johannes Treutler**                                                                                           2020-11-07 02:17:06.003 PM

I have a few large OTC buyer that requested a loan And now requested already a trade while Waiting for load desk to reply

**Johannes Treutler**

2020-11-07 02:17:37.003 PM

And right now the first guys came back to me said that loans are still not available in UK

**Johannes Treutler**

2020-11-07 02:17:46.003 PM

Do you know anything about it?

**Harumi Urata-Thompson**

2020-11-07 02:17:54.003 PM

We were suspecting UK customers because of the stable coin situation and he is resuming???

**Harumi Urata-Thompson**

2020-11-07 02:18:08.007 PM

Is that what he is suggesting?

**Harumi Urata-Thompson**

2020-11-07 02:18:19.007 PM

No I don't

**Johannes Treutler**

2020-11-07 02:19:00.007 PM

I have no idea .. it's just customers that told me Alex announced we can again give our stable / Cash loans for customers

**Johannes Treutler**

2020-11-07 02:19:06.007 PM

Hmmm I'll talk to Tal

**Johannes Treutler**

2020-11-07 02:19:21.007 PM

Big confusion everywhere

**Johannes Treutler**

2020-11-07 02:19:28.007 PM

And third:

**Harumi Urata-Thompson**

2020-11-07 02:19:33.007 PM

Yes please do.

**Harumi Urata-Thompson**

2020-11-07 02:19:41.007 PM

I don't think anything is "back"

**Johannes Treutler**

2020-11-07 02:21:57.013 PM

Alex said in AMA that if price rises too fast we will sell to get it back down .. He also said to me 3 days ago I should sell CEL on exchanges And I told him I really really don't want to do this .. when we as a company start selling on Exchanges we break the whole market .. I told him I'm very convinced we should sell as much as we can OTC - without a price impact .. but never ever on exchanges ..

**Johannes Treutler**

2020-11-07 02:23:24.013 PM

And honestly in my opinion CEL needs to rise to $3 the next 2-3 months otherwise people get bored ;) if we fear we have to pay too much interest wen can just pay it from OTC proceeds or reduce the % we buy on exchanges..

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                CELSIUSNETWORK_00135489

**Johannes Treutler**
2020-11-07 02:23:36.013 PM

Just my 2 cents on that

**Johannes Treutler**
2020-11-07 02:23:46.017 PM

But guess that's more a topic for our next 1:1

**Harumi Urata-Thompson**
2020-11-07 02:26:27.017 PM

Yes a bit too much for slack. But thank you

**Johannes Treutler**
2020-11-07 02:27:20.017 PM

Yeah I figured .. sorry 😅 I was just in a mood to Talk to someone after chatting with OTC customers the last hours 😅

**Johannes Treutler**
2020-11-07 02:27:25.017 PM

Have a great weekend

**Harumi Urata-Thompson**
2020-11-07 02:43:16.003 PM

You can chat of course. It is not a problem. Just that all these require some one of decision (?) in the end and it is a bit too much for slack to do. We can always chat about it. Sorry if I sounded like shutting down the convo. That wasn't the intention

**Harumi Urata-Thompson**
2020-11-07 02:45:04.007 PM

I just don't know what goes through Alex mind when he talks about things that go against regulatory things. Changing the product roadmap or what marketing wasn't planning on is one thing. It is just the change of plan. But talking about something that is not compliant we could get sanctioned. I just sometimes feel like throwing up

**Johannes Treutler**
2020-11-07 02:46:45.007 PM

I totally feel you. We need a designated team around him to take care of everything he says 🙈

**Harumi Urata-Thompson**
2020-11-07 02:47:40.007 PM

I already said number of times we need communication policy and marketing department has to stand up strong for that. Unfortunately we never had strong person in marketing. How difficult can it be?

**Harumi Urata-Thompson**
2020-11-07 02:49:42.010 PM

We went through many CFOs because it is hard to control Alex with money. But (I think) we found one. Marketing is consisted of more mouthy bunch than finance (finance people are overall introvert and not the fighting type although strong personality oriented of course). It should be easier to find a mouthy type who can set how to do things and address things against Alex if nexesssry

**Harumi Urata-Thompson**
2020-11-07 02:50:12.010 PM

I just think Daniel continue going for a wrong type and keep shooting his foot

**Johannes Treutler**
2020-11-07 03:23:57.003 PM

Hmmm .. I see .. BTW this guy we hired with his company - Ishan Goel - he's really really good. I handed over things to

him and the way he handled them is super professional, very powerful, and he knows exactly how to force them to do better .. I'm really impressed. Feels like he's an external CMO 😁

**Harumi Urata-Thompson**                                                                 2020-11-07 03:43:47.000 PM

You told me that was the purpose

**Harumi Urata-Thompson**                                                                 2020-11-07 03:44:12.000 PM

But he is external so he won't do things that will go against Alex will in the end

**Harumi Urata-Thompson**                                                                 2020-11-07 03:44:40.003 PM

That said we do have an option of using external service for just about anything

**Johannes Treutler**                                                                     2020-11-07 04:49:43.003 PM

I honestly don't know what would be best. I wish we would find a crypto+FinTech affine marketing god as CMO

**Harumi Urata-Thompson**                                                                 2020-11-07 05:05:35.003 PM

I am not sure if we need the god or the best. That's the whole point. We need someone who can work and work hard and can get along with Alex (and speak up when necessary) instead of finding the absolutely best. I really believe that

**Harumi Urata-Thompson**                                                                 2020-11-07 05:06:10.003 PM

I will not degrade myself but I don't think I am absolutely the best CFO there is. But I just work in this environment because of what I can do. Don't you think?

**Harumi Urata-Thompson**                                                                 2020-11-07 05:07:09.007 PM

If you are looking for CFO I would not come up from the recruiters search, for example, because I have not actually worked in the capacity of CFO before. Just have done a lot of things that Celsius needed in my opinion

**Harumi Urata-Thompson**                                                                 2020-11-07 05:07:17.007 PM

I think marketing at Celsius is the same

**Harumi Urata-Thompson**                                                                 2020-11-07 05:09:08.007 PM

Although probably yes, marketing here is definitely more focused on marketing work than what Celsius CFO needed to do. That I completely understand

**Johannes Treutler**                                                                     2020-11-07 07:23:59.000 PM

Now I got you and fully agree. Yeah you're completely right, we need someone who makes things happen and who knows how to handle Alex.

**Johannes Treutler**                                                                     2020-11-07 07:24:11.000 PM

Did you just sign Oro view?

**Johannes Treutler**                                                                     2020-11-07 07:24:45.003 PM

They wanted to buy @$0.7 already - a few months ago - but were afraid at some point .. now they came back and bought in

**Harumi Urata-Thompson**  2020-11-07 07:26:37.003 PM

sorry, please remind me What is Oro view?

**Johannes Treutler**  2020-11-07 07:26:44.003 PM

Reg S

**Johannes Treutler**  2020-11-07 07:26:58.003 PM

I thought you signed it already

**Harumi Urata-Thompson**  2020-11-07 07:27:16.003 PM

I don't remember such price from the last couple of hours

**Johannes Treutler**  2020-11-07 07:27:19.003 PM

Oro View Limited just bought 130 BTC worth of CEL

**Harumi Urata-Thompson**  2020-11-07 07:27:26.007 PM

Oh sorry osry

**Harumi Urata-Thompson**  2020-11-07 07:27:27.007 PM

yes yes

**Harumi Urata-Thompson**  2020-11-07 07:27:41.007 PM

I thought you were talking about me signing something for 0.7/CEL

**Johannes Treutler**  2020-11-07 07:27:54.007 PM

No sorry that was just the background

**Harumi Urata-Thompson**  2020-11-07 07:28:26.007 PM

There is a lag in time you do the closing and paper work coming into my inbox, so I sometimes have to think about it

**Harumi Urata-Thompson**  2020-11-07 07:28:34.007 PM

and sometimes making sure that the prices are right

**Johannes Treutler**  2020-11-07 07:33:17.007 PM

Yeah sorry didn't want to confuse you. Just wanted to see if you already noticed this larger Reg S ..

**Harumi Urata-Thompson**  2020-11-07 07:37:23.007 PM

It hasn't come in yet though

**Harumi Urata-Thompson**
2020-11-07 07:38:43.007 PM

and it just came in!!!!!!!!!

**Harumi Urata-Thompson**
2020-11-07 07:38:49.007 PM

Graham's ear must have been burning

**Harumi Urata-Thompson**
2020-11-07 07:39:30.007 PM

I just signed in.

**Johannes Treutler**
2020-11-07 07:46:38.010 PM

Thanks ok now we can move on. Connor will settle this one as they kind of asked to settle today.

**Harumi Urata-Thompson**
2020-11-07 07:47:42.010 PM

so you asked him separately about this?

**Harumi Urata-Thompson**
2020-11-07 07:48:34.010 PM

by the way, at the rate we are selling CELs, I am guessing it only makes sense to bring out the CELs properly from the partners' wallet relatively soon. Last time we opened up the treasury wallet, it was back in June. So we probalby should get the number of CELs we have out in circulation right soon

**Johannes Treutler**
2020-11-07 07:48:35.013 PM

Yes I chatted with him if he would be available to settle as I saw he's online

**Johannes Treutler**
2020-11-07 07:49:33.013 PM

Yeah we need to transfer Partners CELs into Transit where we settle everything

**Harumi Urata-Thompson**
2020-11-07 07:49:40.013 PM

don't have to do it until the week after or so, but after we opened the tresausry one and only time, we used a part of Treasury to buy the CELs a few more times and then we have been buying 100% so I think we should bring out a few from the treasury and rest, from the partners wallet

**Johannes Treutler**
2020-11-07 07:49:46.013 PM

We can do this start of next week before we settle Intership

**Harumi Urata-Thompson**
2020-11-07 07:50:56.017 PM

got you. I assume you are keeping the CEL spreadsheet up to date always, so we can do this any time you are ready

**Harumi Urata-Thompson**
2020-11-07 07:51:12.017 PM

It requires 3 way agreement (you me and Connor/Dean) to move forward to get it right and do it right

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS          CELSIUSNETWORK_00135493