| | Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|---|
| ☑ | Johannes Treutler | Celsius | UP9BC1BR6 | johannes.treutler@celsius.network | 62 | 0 |
| ☑ | Connor Nolan | Celsius | U010ZEZPF52 | connor.nolan@celsius.network | 39 | 0 |

**Johannes Treutler**     2020-11-28 12:00:00.007 AM
is there a good time to add 10 resting orders today?

**Johannes Treutler**     2020-11-28 12:00:11.007 AM
(sorry I forgot how late it is already)

**Johannes Treutler**     2020-11-28 01:34:47.000 AM
You live?

**Johannes Treutler**     2020-11-28 01:35:22.000 AM
This guy sold a first part of his old ICO stake few weeks ago and I just got an alert that he moved everything to Uniswap ..

**Johannes Treutler**     2020-11-28 01:35:51.003 AM
Now he sold the first 300k of his 1.2M already market on Uniswap string a price of $2.05

**Connor Nolan**     2020-11-28 01:36:01.003 AM
live now

**Johannes Treutler**     2020-11-28 01:36:16.003 AM
The question is if he's looking to destroy the price with the rest or wait for a recovery ....

**Johannes Treutler**     2020-11-28 01:37:04.007 AM
1th question: Are you in a hurry to leave the computer soon? Or are you able to relax near the computer and add orders when best timing?

**Connor Nolan**     2020-11-28 01:37:32.007 AM
i can be here tonight sure

**Connor Nolan**     2020-11-28 01:37:45.007 AM
isnt there a way for us to just add resting though?

**Johannes Treutler**     2020-11-28 01:38:11.007 AM
Yes we can .. and we should

**Johannes Treutler**     2020-11-28 01:38:26.007 AM
Do we have enough funds?

**Connor Nolan**     2020-11-28 01:39:19.007 AM
we have 70 BTC and 1780 ETH

**Johannes Treutler**     2020-11-28 01:39:48.007 AM
Free? Or in total?

**Connor Nolan**     2020-11-28 01:41:10.007 AM
free

**Johannes Treutler**     2020-11-28 01:43:56.007 AM
Ok .. he just did the next 350k

**Johannes Treutler**     2020-11-28 01:44:01.007 AM
430k left

**Connor Nolan**     2020-11-28 01:44:22.010 AM
so what order do u suggest

**Johannes Treutler**     2020-11-28 01:44:24.010 AM

| | |
|---|---|
| 500,000 0.0040 ETH | |
| Johannes Treutler | 2020-11-28 01:45:00.010 AM |
| 500,000 0.00012 BTC | |
| Johannes Treutler | 2020-11-28 01:45:16.010 AM |
| And we remove these orders after everything is done | |
| Johannes Treutler | 2020-11-28 01:45:42.010 AM |
| Price on Uniswap is $1.70 | |
| Connor Nolan | 2020-11-28 01:45:50.010 AM |
| done | |
| Connor Nolan | 2020-11-28 01:45:53.010 AM |
| added those | |
| Connor Nolan | 2020-11-28 01:48:01.010 AM |
| why are all these guys always awful traders haha | |
| Johannes Treutler | 2020-11-28 01:48:27.010 AM |
| Uniswap $1.5 | |
| Johannes Treutler | 2020-11-28 01:48:35.013 AM |
| He sold another 350k | |
| Johannes Treutler | 2020-11-28 01:48:40.013 AM |
| 123k left | |
| Connor Nolan | 2020-11-28 01:48:45.013 AM |
| yeah hence why im saying hes a bad trader | |
| Johannes Treutler | 2020-11-28 01:48:57.013 AM |
| He was the largest seller in 2018&2019 | |
| Johannes Treutler | 2020-11-28 01:49:02.013 AM |
| This is his last stake | |
| Johannes Treutler | 2020-11-28 01:49:07.013 AM |
| His very last CELs | |
| Johannes Treutler | 2020-11-28 01:49:22.013 AM |
| (He bought 25M CEL at ICO just FYI) | |
| Connor Nolan | 2020-11-28 01:50:00.013 AM |
| good for him haha | |
| Connor Nolan | 2020-11-28 01:51:29.013 AM |
| the ethorder got some fill | |
| Johannes Treutler | 2020-11-28 01:51:45.013 AM |
| Arbitrage bots are slow | |
| Connor Nolan | 2020-11-28 01:52:09.017 AM |
| Yep | |
| Johannes Treutler | 2020-11-28 01:52:23.017 AM |
| He is done | |
| Johannes Treutler | 2020-11-28 01:53:38.017 AM |
| 250k 0.0045 ETH 250k 0.000135 BTC | |
| Johannes Treutler | 2020-11-28 01:54:14.017 AM |
| These orders will bring up Uniswap within the next minutes ..... | |
| Johannes Treutler | 2020-11-28 01:54:48.017 AM |

| | |
|---|---|
| When Liquid price = Uniswap price we will delete all large orders and add a small resting schedule nothing big at all .. | |
| Johannes Treutler | 2020-11-28 01:55:19.017 AM |
| Wow ... that was really a super Wild attack ... | |
| Connor Nolan | 2020-11-28 01:57:31.017 AM |
| Ei add those now | |
| Connor Nolan | 2020-11-28 01:57:33.020 AM |
| Will | |
| Connor Nolan | 2020-11-28 01:58:18.020 AM |
| This is in addition to the others? Or take them down and add those | |
| Connor Nolan | 2020-11-28 01:58:20.020 AM |
| Let me know | |
| Johannes Treutler | 2020-11-28 01:59:01.020 AM |
| On top | |
| Connor Nolan | 2020-11-28 01:59:09.020 AM |
| I don't have the coins | |
| Johannes Treutler | 2020-11-28 01:59:22.020 AM |
| Ok than instead hahaha | |
| Johannes Treutler | 2020-11-28 01:59:47.020 AM |
| Honestly we don't need the low restings anymore as the seller is done ... | |
| Johannes Treutler | 2020-11-28 02:00:43.023 AM |
| Delete the large orders And do between 200-300k each Coin depending on how much is left .. | |
| Johannes Treutler | 2020-11-28 02:01:32.023 AM |
| We just need to remove all selling pressure that still comes out of Uniswap and once both are back to normal we can delete everything and install Smart small Orders | |
| Connor Nolan | 2020-11-28 02:08:54.023 AM |
| i took down the large one added buys on both and added a resting in btc of 200k units @ .00012 | |
| Connor Nolan | 2020-11-28 02:09:02.023 AM |
| should be good for the night | |
| Johannes Treutler | 2020-11-28 02:09:26.023 AM |
| You need to leave? | |
| Connor Nolan | 2020-11-28 02:09:54.027 AM |
| dont need to but is a friday after holiday haha | |
| Connor Nolan | 2020-11-28 02:09:57.027 AM |
| would like to | |
| Connor Nolan | 2020-11-28 02:10:10.027 AM |
| why what else is needed? | |
| Johannes Treutler | 2020-11-28 02:10:31.027 AM |
| Can we fast add 5 small restings? We don't need large ones .. | |
| Connor Nolan | 2020-11-28 02:10:39.027 AM |
| yes | |
| Connor Nolan | 2020-11-28 02:10:43.027 AM |
| needs to be in btc pair tho | |
| Johannes Treutler | 2020-11-28 02:11:06.027 AM |
| Ok got it | |
| Johannes Treutler | 2020-11-28 02:12:06.027 AM |

25k 0.00014 50k 0.000135 50k 0.00013 75k 0.00012

| Johannes Treutler | 2020-11-28 02:12:09.027 AM |
|---|---|

Works?

| Johannes Treutler | 2020-11-28 02:13:02.030 AM |
|---|---|

Thank you for your time !!!!! Without your help price would have settled $1.80 and would have stayed there ..

| Connor Nolan | 2020-11-28 02:13:37.030 AM |
|---|---|

i have the 200k at .00012 also think i should leave?

| Connor Nolan | 2020-11-28 02:13:39.030 AM |
|---|---|

275 now

| Johannes Treutler | 2020-11-28 02:14:12.030 AM |
|---|---|

Yeah it's fine if you're fine with it

| Johannes Treutler | 2020-11-28 02:14:52.030 AM |
|---|---|

Ok ... can't say enough how thankful I'm for this 1 hour of your time

| Connor Nolan | 2020-11-28 02:15:05.030 AM |
|---|---|

no problem it was important ☺

| Johannes Treutler | 2020-11-28 02:16:02.033 AM |
|---|---|

And I'm super happy I don't need to track his wallets again as he's now gone .. bye bye 👋

| Connor Nolan | 2020-11-28 02:17:14.033 AM |
|---|---|

how many of these dudes still exist lol

| Johannes Treutler | 2020-11-28 02:18:10.033 AM |
|---|---|

Outside the App no one above 1M anymore ..

| Johannes Treutler | 2020-11-28 02:18:42.033 AM |
|---|---|

There were soooooooooo many that sold 2018/19 for 2..3..4 cents

| Johannes Treutler | 2020-11-28 02:19:17.037 AM |
|---|---|

And only a few of the large ICO investors became App users ..... so

| Johannes Treutler | 2020-11-28 02:19:40.037 AM |
|---|---|

And today the majority of CEL is really held by users .. that's amazing

| Johannes Treutler | 2020-11-28 02:38:13.000 PM |
|---|---|

25k 0.000135 BTC 25k 0.0045 ETH 25k 0.00013 BTC 25k 0.0043 ETH

| Johannes Treutler | 2020-11-28 02:38:56.000 PM |
|---|---|

When ever you're ready 😊 no hurry

| Connor Nolan | 2020-11-28 04:18:10.000 PM |
|---|---|

I'm here now

| Connor Nolan | 2020-11-28 04:18:18.000 PM |
|---|---|

These need to be amended?

| Johannes Treutler | 2020-11-28 04:20:31.000 PM |
|---|---|

Lemme check

| Johannes Treutler | 2020-11-28 04:20:57.000 PM |
|---|---|

Still good

| Johannes Treutler | 2020-11-28 04:28:39.003 PM |
|---|---|

Please ping when you add them 👋😊

| Johannes Treutler | 2020-11-28 04:58:13.000 PM |
|---|---|

40k 0.000135 BTC 25k 0.0045 ETH 25k 0.00013 BTC 25k 0.0043 ETH

| Connor Nolan | 2020-11-28 04:58:27.000 PM |
|---|---|

Yes I'm signing in sorry had to run an errand

| | |
|---|---|
| Connor Nolan | 2020-11-28 04:58:44.000 PM |
| Post office closed at noon on Saturday's 😊 | |
| Johannes Treutler | 2020-11-28 04:59:09.003 PM |
| No issue at all just wanted to update in case you are ready 😊 | |
| Connor Nolan | 2020-11-28 05:06:05.003 PM |
| we actually burnt through allour eth there... i need to send more | |
| Connor Nolan | 2020-11-28 05:06:09.003 PM |
| i added the two BTC | |
| Connor Nolan | 2020-11-28 05:06:17.003 PM |
| can we add a couple more BTC instead? | |
| Johannes Treutler | 2020-11-28 05:06:31.003 PM |
| Yes we can | |
| Johannes Treutler | 2020-11-28 05:06:36.003 PM |
| Lemme check | |
| Johannes Treutler | 2020-11-28 05:07:28.003 PM |
| Another 25k 0.000135 25k 0.0001325 25k 0.0001275 25k 0.000125 | |
| Johannes Treutler | 2020-11-28 05:07:39.007 PM |
| Thoughts? | |
| Johannes Treutler | 2020-11-28 05:07:59.007 PM |
| BTw Alex called me last night after the attack and was happy we solved it | |
| Connor Nolan | 2020-11-28 05:08:04.007 PM |
| thats in addition? | |
| Connor Nolan | 2020-11-28 05:08:16.007 PM |
| good you deserve the credit | |
| Johannes Treutler | 2020-11-28 05:08:46.007 PM |
| You too .. it's not normal to jump to the laptop in mid of the night to safe the day 😊 | |
| Johannes Treutler | 2020-11-28 05:09:25.007 PM |
| The seller must be pissed 1.) he could have made way more money 2.) he did not hurt us | |
| Johannes Treutler | 2020-11-28 05:09:36.007 PM |
| 😂💥 | |
| Connor Nolan | 2020-11-28 09:40:19.000 PM |
| Lol agreed | |