| | Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|---|
| ☑ | Johannes Treutler | Celsius | UP9BC1BR6 | johannes.treutler@celsius.network | 29 | 0 |
| ☑ | Connor Nolan | Celsius | U010ZEZPF52 | connor.nolan@celsius.network | 19 | 0 |

**Johannes Treutler** — 2020-11-30 01:32:59.003 AM
Will there be a good time for a last small order or do you prefer tomorrow morning?

**Connor Nolan** — 2020-11-30 01:38:45.003 AM
Possible to wait for morning?

**Johannes Treutler** — 2020-11-30 01:39:21.003 AM
yes sir

**Johannes Treutler** — 2020-11-30 01:39:26.003 AM
have a great one

**Johannes Treutler** — 2020-11-30 02:32:35.000 PM
Can we refill BTC & ETH & eventually a bit USDC to Liquid?

**Connor Nolan** — 2020-11-30 02:33:45.003 PM
Yes I can but are we going to be buying less? Or no? Again- burning like 200 BTC a week is not sustainable

**Johannes Treutler** — 2020-11-30 02:40:04.003 PM
Yes we are always trying to buy as less as much to keep the OTC flywheel alive and to rescue CEL from large sellers if needed .. We can buy 200 BTC worth of CEL if we sell let's say 250 or 300 BTC worth of CEL OTC .. Last week we sold for example $5.3M worth of CEL OTC ..

**Johannes Treutler** — 2020-11-30 02:40:28.003 PM
Some weeks we will buy more one market than OTC sales, some less ..

**Johannes Treutler** — 2020-11-30 02:40:46.003 PM
at the end our goal is to get Cash in with this whole operations

**Johannes Treutler** — 2020-11-30 02:41:41.007 PM
For today I do not aim to buy much .. but we need to add some resting orders below the market

**Johannes Treutler** — 2020-11-30 02:42:48.007 PM
Your thoughts?

**Connor Nolan** — 2020-11-30 03:27:35.007 PM
yes but when we sell otc we are receiving stables mostly yes? so like right now we are losing money as mkt goes up

**Johannes Treutler** — 2020-11-30 03:30:11.007 PM
I thought always there is some monitoring in the background to make sure we don't sell off BTC while receiving USDT/USDC/WIREs ... but I learned from you it isn't .. So I guess we need to buy BTC & ETH with the OTC inbound .. right?

**Johannes Treutler** — 2020-11-30 03:30:52.007 PM
But that should be something we implement on the backend .. We could also just send Stables to Liquid and buy BTC & ETH there once we need it ..

**Connor Nolan** — 2020-11-30 03:31:47.007 PM
yes its something we need to impliment and that i plan on working on with you once we have a more full team

**Connor Nolan** — 2020-11-30 03:31:59.010 PM
but for no nothing in place and its ALOT of moving parts

**Connor Nolan** — 2020-11-30 03:32:04.010 PM
now*

**Johannes Treutler** — 2020-11-30 03:32:31.010 PM
Ok .. I'll talk to Harumi how we handle this ..

| | |
|---|---|
| Johannes Treutler | 2020-11-30 03:32:48.010 PM |
| Especially as we do it this way since months | |
| Johannes Treutler | 2020-11-30 03:33:07.010 PM |
| But in the meantime we still need to refill Liquid and keep markets stable | |
| Johannes Treutler | 2020-11-30 03:57:03.010 PM |
| Harumi is fine with it and thankful we brought it up .. we restocked BTC in the past and just need to do more frequently the larger our operations become | |
| Connor Nolan | 2020-11-30 03:58:17.013 PM |
| agreed | |
| Johannes Treutler | 2020-11-30 03:58:35.013 PM |
| She'll handle the past and we can implement a system for the future that fits best in our opinion | |
| Connor Nolan | 2020-11-30 03:58:42.013 PM |
| 100 btc on way to liquid | |
| Johannes Treutler | 2020-11-30 03:59:02.013 PM |
| I can start reporting to you on a weekly basis what comes in in OTC desk and we can buy BTC & ETH with pat of it | |
| Connor Nolan | 2020-11-30 03:59:08.013 PM |
| i need to do a withdrawal of cel today as well - going to break up into tranches since i didnt last week with holida | |
| Johannes Treutler | 2020-11-30 03:59:40.013 PM |
| How many CEL do we exactly have on Liquid | |
| Connor Nolan | 2020-11-30 04:00:01.013 PM |
| 3772404 | |
| Connor Nolan | 2020-11-30 04:00:06.013 PM |
| sending 1.9 now | |
| Johannes Treutler | 2020-11-30 04:01:29.017 PM |
| thanks | |
| Johannes Treutler | 2020-11-30 06:36:52.017 PM |
| 20k 0.000131BTC 20k 0.000130 BTC 10k 0.000132 BTC That's all for today if nothing else happens. | |
| Connor Nolan | 2020-11-30 06:56:42.017 PM |
| ok got it | |
| Connor Nolan | 2020-11-30 06:59:32.017 PM |
| the 100 BTC is stuck on chain since i sent during the run up | |
| Connor Nolan | 2020-11-30 06:59:38.017 PM |
| but i can remove a resting | |
| Connor Nolan | 2020-11-30 06:59:44.017 PM |
| and readd when it gets here | |
| Johannes Treutler | 2020-11-30 07:00:03.017 PM |
| Ok sounds good | |
| Johannes Treutler | 2020-11-30 10:30:36.017 PM |
| can we accept ADA for OTC? (pleeeease???) | |
| Johannes Treutler | 2020-11-30 10:31:00.020 PM |
| (I already issued the terms, just realized seconds ago we don't have ADA as asset in our app) | |
| Connor Nolan | 2020-11-30 10:31:15.020 PM |
| no we cant - isnt supported on fireblocks | |
| Johannes Treutler | 2020-11-30 10:31:29.020 PM |
| ufff .. | |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

| | |
|---|---|
| Connor Nolan | 2020-11-30 10:31:32.020 PM |

we keep it on a trezor i believe that only nuke has access to

| | |
|---|---|
| Johannes Treutler | 2020-11-30 10:32:08.020 PM |

can't we sent to exchange immediately to sell off?

| | |
|---|---|
| Connor Nolan | 2020-11-30 10:32:30.020 PM |

why wouldnt we make them do that then buy lol. We will lose money

| | |
|---|---|
| Johannes Treutler | 2020-11-30 10:32:53.020 PM |

yeah I see .. damn .. my bad

| | |
|---|---|
| Johannes Treutler | 2020-11-30 10:33:29.023 PM |

it's a large US whale who wanted to test us first with a small CEL <> ADA trade before selling rest of his assets for CEL ... argh ,,

| | |
|---|---|
| Connor Nolan | 2020-11-30 10:44:35.023 PM |

cant we not do us

| | |
|---|---|
| Johannes Treutler | 2020-11-30 11:15:26.023 PM |

What do you mean with we don't do US

| | |
|---|---|
| Johannes Treutler | 2020-11-30 11:15:48.023 PM |

I told him already he needs to SWAP to Stables or what ever .. all good