Chat Filters    Events    History    Disclaimers

| Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|
| Harumi Urata-Thompson<harumi@celsius.network> | Celsius | UTNCMP49G | harumi@celsius.network | 47 | 0 |
| Johannes Treutler<johannes.treutler@celsius.network> | Celsius | UP9BC1BR6 | johannes.treutler@celsius.network | 54 | 4 |

**Harumi Urata-Thompson**                                                                        2020-11-30 01:03:57.003 AM

How much did we sell this week (CEL OTC)?

**Johannes Treutler**                                                                            2020-11-30 01:11:31.003 AM

give me a few minutes

**Harumi Urata-Thompson**                                                                        2020-11-30 01:12:51.003 AM

thank you. This is way too late for you

**Harumi Urata-Thompson**                                                                        2020-11-30 01:13:04.003 AM

just happened to see you on exco presentation

**Johannes Treutler**                                                                            2020-11-30 01:17:44.003 AM

I just saw EXCO is tomorrow

**Johannes Treutler**                                                                            2020-11-30 01:18:02.003 AM

uffffff ..

**Johannes Treutler**                                                                            2020-11-30 01:19:45.007 AM

$5,255,000 OTC Sales $1,945,000 OTC Buys (mostly employees/Management) $2,650,000 buybacks on markets (90% of it Fridays during an attack on the price)

**Johannes Treutler**                                                                            2020-11-30 01:20:17.007 AM

NET +$660k .......

**Johannes Treutler**                                                                            2020-11-30 01:21:10.007 AM

not the NET+$2-3M we were aiming for ..... hmm ... but we helped employees sell off without a market impact and defended CEL in a large sell off attack on friday ....

**Harumi Urata-Thompson**                                                                        2020-11-30 01:22:56.007 AM

I will report this as is. They need to know

**Harumi Urata-Thompson**

2020-11-30 01:23:20.010 AM

It is either this buyback / take the buy order or we let the market do it

Johannes Treutler

2020-11-30 01:28:59.013 AM

This week was another showcase how important the OTC business is .. look at the price .. we are still trading $2.50 .. even so employees had to sell larger bags and a seller tried to destroy the price with a huge attack .. in a normal world without the OTC desk we would have hit $1 and below and especially the sell attack would have caused panic and FUD all around ....

Johannes Treutler

2020-11-30 01:31:07.013 AM

But especially the sell attack - I saw it coming 10 minutes before it started (thanks to the tracking bots of Ryan & Raag) and called Connor and we were ready the second it started ... the seller brought Uniswap sown to $1.50 within minutes but we absorbed all this - backed by the OTC sales of the last days ......... and most people didn't even see this attack ...

Harumi Urata-Thompson

2020-11-30 01:38:06.017 AM

It's like FBI. THe job we do is not to be noticed

Johannes Treutler

2020-11-30 01:41:29.017 AM

haha yeah that's right .. this week is the best example *1 week performance:* • Price +-0% • OTC proceeds +$660k you could think nothing happened at all .. and that's fine 😉

Harumi Urata-Thompson

2020-11-30 01:44:11.017 AM

but that's what I have been saying all along. I will be talking less and less what we do

Harumi Urata-Thompson

2020-11-30 01:44:23.017 AM

this is what it means to have firewall

Johannes Treutler

2020-11-30 01:53:55.017 AM

Yes, fully agreed.

Harumi Urata-Thompson

2020-11-30 01:54:43.020 AM

But I definitely will bring this up at EXCO so everyone especially Alex gets it.

Harumi Urata-Thompson

2020-11-30 01:54:52.020 AM

and don't start telling us these funky things

Johannes Treutler

2020-11-30 01:59:41.020 AM

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00209353



**Celsius - Alex**
zul. online gestern um 19:04

*Samstag*

I took a nap and missed the show. What happened ? 03:47

Someone wanted to hurt us 03:47

I'll explain 03:47

Do we know who it is ? 03:48

Where did they get the CEL. 03:49

You remember the guy who was the owner of one of the 32,500,000 CEL pools?

He was the largest seller in 2018-mid2019

He left 1.5M CEL in his wallets.

He sold 300k few days ago

And the rest 1.2M today 03:50

His behaviour shows he tried to destroy the price with his last CEL stake he had from ICO 03:50

I saw him move the CELs 10 minutes before he started to sell .. so I was able to call Conor few minutes in advance.

We waited until he sold off nearly

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS      CELSIUSNETWORK_00209354

Johannes Treutler

2020-11-30 02:00:36.020 AM

This was Friday night 10pm few minutes after the attack ..

Harumi Urata-Thompson

2020-11-30 02:03:19.020 AM

I see. So he is beginning to undrestand. (although he was never against buying dips. But rather, a ragular buy back in the market)

Harumi Urata-Thompson

2020-11-30 02:03:32.020 AM

that's ok. we will prow thourhg

Harumi Urata-Thompson

2020-11-30 02:03:47.020 AM

and if anyone says otherwise, they either get my cold eyes or ignoring

Harumi Urata-Thompson

2020-11-30 10:32:54.000 AM

When able, would you provide the total cel value? Thank you!

Johannes Treutler

2020-11-30 10:33:50.000 AM

334M CEL * $2.50 = $835M

Johannes Treutler

2020-11-30 10:41:44.003 AM

I'm super delayed with my EXCO slides .. uff .. last night after we chatted we had to leave the house in the mid of the night for a few hours as the building next to us burned down ..

Johannes Treutler

2020-11-30 10:42:14.003 AM



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

**Harumi Urata-Thompson**

2020-11-30 10:45:27.003 AM

Oh my god

**Harumi Urata-Thompson**

2020-11-30 10:45:32.003 AM

Yours was ok?

**Johannes Treutler**

2020-11-30 10:54:12.003 AM

Yes all good, was just a very cold night with the kids in our car ..

**Harumi Urata-Thompson**

2020-11-30 12:19:54.000 PM

Glad to hear you are all alright

**Johannes Treutler**

2020-11-30 12:20:58.000 PM

I'm thinking about wether I should join EXCO during my slides and just speak through them as I won't be able to sync with Daniel today

**Johannes Treutler**

2020-11-30 12:21:05.003 PM

What's your opinion on that?

**Johannes Treutler**

2020-11-30 12:21:28.003 PM

Most likely I'll have my slides ready few minutes before EXCO starts 😅

**Harumi Urata-Thompson**

2020-11-30 01:05:07.003 PM

I can tell the exco that if you like

**Johannes Treutler**

2020-11-30 01:07:03.007 PM

What do you mean? A) You will take them through my slides B) You will tell them that I can join & take them through my slides sorry If this is a dumb question ..

**Harumi Urata-Thompson**

2020-11-30 01:21:22.007 PM

I was thinking b.

**Harumi Urata-Thompson**

2020-11-30 01:21:36.007 PM

If I do a, I might hurt Daniel feeling

**Harumi Urata-Thompson**

2020-11-30 01:22:06.007 PM

B we can explain that we just didn't manage time to make it Monday exco

**Johannes Treutler**

2020-11-30 01:25:21.007 PM

I would like to join, can we assure we cover the slides before 11:45 am EST? I need to jump 11:45

**Harumi Urata-Thompson**

I can send email to exco right now explaining the situation

2020-11-30 01:25:56.010 PM

Johannes Treutler

2020-11-30 01:26:52.010 PM

sounds good boss, thanks

Harumi Urata-Thompson

2020-11-30 01:31:48.010 PM

Ok done. Do you have a link to join?

Harumi Urata-Thompson

2020-11-30 01:31:59.010 PM

Unless I hear from someone otherwise, you are up to present

Johannes Treutler

2020-11-30 01:32:21.010 PM

I don't have a link yet

Johannes Treutler

2020-11-30 01:32:24.010 PM

thanks

Harumi Urata-Thompson

2020-11-30 01:33:39.010 PM

Johannes Treutler

2020-11-30 01:39:12.010 PM

BTW .. you know this guy that Alex sold cheap sell with 25% discount and without lock up?

Johannes Treutler

2020-11-30 01:39:16.010 PM

Michael Bussard?

Johannes Treutler

2020-11-30 01:39:37.013 PM

He just reached out to sell $2.5M CEL

Johannes Treutler

2020-11-30 01:40:06.013 PM

As this is >$2M I need to discuss this with you first

Johannes Treutler

2020-11-30 01:40:55.013 PM

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00209358

**Michel Bussard** <mb@smblaw.ch>
to me, Alex, Tal

Hi,

I would like to confirm I would like to sell US$2.5m worth of CEL tokens via OTC ASAP.

The current price is around $2.45, we would like to only proceed where the current price is greater than US$2.30.

Please can you confirm what the terms are, and if there is any premium that you charge for this service?

Ideally, we wish to receive as FIAT (USD or ideally GBP equivalent), however we can also accept TUSD or TGPB if FIAT is not available.

Best regards.
Michel Bussard

_____

Siassi McCunn Bussard, Avocats
Rue de l'Ecole de Chimie, CH-1205 Geneva, Switzerland
Tel:  +41 22 310 97 67
E-mail: mb@smblaw.ch     Website: www.smblaw.ch

---

Johannes Treutler
2020-11-30 01:41:04.013 PM

Alex & Tal are in CC ..

Harumi Urata-Thompson
2020-11-30 01:41:50.013 PM

yes I do remember him very well.

Johannes Treutler
2020-11-30 01:42:09.013 PM

If he would not have mentioned the $2.30 minimum I would have said $2.20/CEL as quote for him ... as it's large size ..

Harumi Urata-Thompson
2020-11-30 01:42:59.017 PM

I think it is reasonable to counter

Harumi Urata-Thompson
2020-11-30 01:43:15.017 PM

CEL market has become active but still not big enough to absorb 2 million sell in one shot

Harumi Urata-Thompson
2020-11-30 01:44:04.017 PM

I was actually going to suggest to do this over the course of a few days (for example) and do buy and sell simultaneousy as he is willing to sell below the market so we can buy below the market and sell at the market if we can do a small portion at a time and do it over the course of few days

Harumi Urata-Thompson
2020-11-30 01:44:19.017 PM

it is in his best interest as well as he doesn't have to crush the market. In my opinion

Johannes Treutler

2020-11-30 02:17:51.017 PM

I sent him a mail .. you're in CC

**Harumi Urata-Thompson**

2020-11-30 02:18:04.017 PM

thank you

**Johannes Treutler**

2020-11-30 03:36:13.020 PM

Hi Harumi, one issue Conor and I just spoke about is the following: We sell CEL OTC mostly for USDC/USDT/WIREs .. and we buy back CELs on Liquid 70% in BTC 30% in ETH .. This means we at the end we are short BTC & ETH .. And the bigger the CEL OTC flywheel gets the more important that we implement a process to for example buy BTC&ETH with a part of the USD OTC sale proceeds

**Johannes Treutler**

2020-11-30 03:36:19.020 PM

What are your thoughts?

**Johannes Treutler**

2020-11-30 03:37:22.020 PM

Until today - All the time we did CEL purchases for Interest payments & CEL repurchases for OTC we only calculated in USD ...

**Harumi Urata-Thompson**

2020-11-30 03:53:48.020 PM

Ah yes. Because I have accounting in my head as well, I was thinking of only obscure coins and bringing them back to USD(something). But you are absolutely right.

**Harumi Urata-Thompson**

2020-11-30 03:54:13.023 PM

This is fine We can do whatever we want (as in what makes sense from business sense) with what we bring in from OTC transactions

**Harumi Urata-Thompson**

2020-11-30 03:54:50.023 PM

so yes, I guess we are really short BTC over the course of months that we have been buying them using BTC so let's try to re-stock it. Thank you (and Connor) for reminding me

**Johannes Treutler**

2020-11-30 03:55:02.023 PM

we sold off all LTC XRP and all the other obscures

**Johannes Treutler**

2020-11-30 03:55:49.023 PM

Yeah we need to restock BTC a lot I think ..

**Harumi Urata-Thompson**

2020-11-30 03:55:50.023 PM

Yes, we did that a while ago with the first batch

**Johannes Treutler**

2020-11-30 03:56:17.027 PM

Ok that's good .. So we need to so it just more frequently the bigger our operations become

**Harumi Urata-Thompson**

Yes. You can tell Connor that I agreed. Or I can tell him later'

2020-11-30 04:00:35.027 PM

Johannes Treutler

2020-11-30 04:00:47.027 PM

I told him seconds ago

Johannes Treutler

2020-11-30 04:00:52.027 PM

Will join EXCO now

Johannes Treutler

2020-11-30 04:32:07.027 PM

Ok .. I just jumped ..

Harumi Urata-Thompson

2020-11-30 04:33:04.027 PM

thank you!

Johannes Treutler

2020-11-30 04:33:07.027 PM

You know what is interesting .. exactly during the days where we had this huge amount on new users & coins incoming we dit this campaign with AirSpeed18 on Twitter and they reported a loooot of response

Johannes Treutler

2020-11-30 04:33:25.027 PM

The day the contract ended the new user & coin flow dried up

Harumi Urata-Thompson

2020-11-30 04:33:39.030 PM

is this cel? everything?

Johannes Treutler

2020-11-30 04:34:00.030 PM

Call it a coincidance .. but I am willing to send them another $10k or what ever it was for another 4 weeks ..

Harumi Urata-Thompson

2020-11-30 04:34:06.030 PM

I can mention that when my turn comes

Johannes Treutler

2020-11-30 04:34:10.030 PM

not only CEL .. I was talking about all coins and new user sign ups

Harumi Urata-Thompson

2020-11-30 04:35:52.030 PM

got you

Johannes Treutler

2020-11-30 04:38:19.033 PM

They were cheap and Ishan talked to them (as I asked him) and negotiated an even cheaper deal .... (this was the days before Ishan & Kim escalated) .... My suggestion: I would love to ask Ishan to pay AirSpeed18 for a second marketing splash but this time managed by him and not by me .. I can't afford to put even 10 minutes into this ..

Harumi Urata-Thompson

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                                    CELSIUSNETWORK_00209361

ok talking to Ishan part, I am meeting him on Thursday so I will bring this up during the EXCO and will talk to him on Thursday

Johannes Treutler
2020-11-30 04:41:27.037 PM

2020-11-30 04:39:43.033 PM

That's awesome .. we nee to turn on the marketing machine ASAP .. especially the very cheap but effective ones ..

Johannes Treutler
2020-11-30 04:42:58.037 PM

Just FYI: Kristen Ryan just reached out to OTC desk with a $200k sell order .. I'll treat her like every other OTC customer ..

Harumi Urata-Thompson
2020-11-30 05:02:38.037 PM

BTC and ETH are coming in at the same speed, so where do you see the exact "drop"? Just so I know what I need to say exactly

Johannes Treutler
2020-11-30 05:41:57.037 PM

Sorry for the delay. I saw the growth rate of the increase in new users drop as well as the NET deposits .. am not at my laptop right now ..

Harumi Urata-Thompson
2020-11-30 05:44:56.040 PM

the dumb and dumber from the marketing team stayed throughout so I just decided to ping Daniel and said "I have Goel on my payroll, influencers is one of their deliverables and we see some drop since when the airspeed dropped. I will front load some of the influencers that will require a bit of money"

Harumi Urata-Thompson
2020-11-30 05:44:58.040 PM

and he said "ok"

Harumi Urata-Thompson
2020-11-30 05:45:02.040 PM

so we are fine

Johannes Treutler
2020-11-30 06:03:54.040 PM

Sounds good 👌

Johannes Treutler
2020-11-30 07:43:41.040 PM

Hi Harumi, I can't attend the DeFi call. I'm still working on moving from our apartment to my parents in law due to the fire last night .. as we were asked to move for a few ..

Johannes Treutler
2020-11-30 07:43:46.043 PM

Hope that's fine

Johannes Treutler
2020-11-30 07:44:00.043 PM

Am working on OTC from Mobile of important deals come in

Harumi Urata-Thompson
2020-11-30 09:01:09.043 PM

I got your message

Johannes Treutler

2020-11-30 09:07:37.043 PM

Sorry for that .. am fully back to work in 60-90 minutes

Harumi Urata-Thompson

2020-11-30 09:09:31.043 PM

you have a very good excuse not to make it today

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                    CELSIUSNETWORK_00209363