cbf6ff7c-38a5-4bd4-a6de-70c4265dee2b - 16465524499-1608831578@g.us

Chat Filters    ☑ Events    ☑ History    ☑ Disclaimers

| ☑ | Participant | Entity | Login | Email | 💬 | 📎 |
|---|---|---|---|---|---|---|
| ☑ | 16465524499@s.whatsapp.net Alex Mashinsky | S.whatsapp | 16465524499@s.whatsapp.net | 16465524499@s.whatsapp.net | 6 | 0 |
|  | 16462710003@s.whatsap... | | | | | |

| System Message System Message | 2020-12-24 05:39:39.000 PM |
|---|---|
| Alex Mashinsky (16465524499@s.whatsapp.net owner) created the group "OTC" | |
| System Message System Message | 2020-12-24 05:39:39.000 PM |
| 🔒 Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more | |
| 16465524499@s.whatsapp.net Alex Mashinsky | 2020-12-24 05:40:12.000 PM |
| Having CEL go up so fast is not good for Celsius or the community. | |
| 16465524499@s.whatsapp.net Alex Mashinsky | 2020-12-24 05:40:58.000 PM |
| Please talk to Harumi about new guidelines for how we put more cash on the balance sheet. | |
| 491757575961@s.whatsapp.net Johannes Treutler | 2020-12-24 05:41:20.000 PM |
| Im currently celebrating Christmas night but in short: We have record OTC sales due to the price appreciation. | |
| 491757575961@s.whatsapp.net Johannes Treutler | 2020-12-24 05:42:05.000 PM |
| If the price continues like this in Janusry we expect a lot of Cash and less need to buy anything back as markets started to fly without us supporting them .. | |
| 16465524499@s.whatsapp.net Alex Mashinsky | 2020-12-24 05:42:08.000 PM |
| So sell some CEL. You can not have record selling and record price something have to give. | |
| 491757575961@s.whatsapp.net Johannes Treutler | 2020-12-24 05:42:30.000 PM |
| We sold $5,000,000 last 24 hours | |
| 491757575961@s.whatsapp.net Johannes Treutler | 2020-12-24 05:43:08.000 PM |
| And only bought back $150k on markets | |
| 16465524499@s.whatsapp.net Alex Mashinsky | 2020-12-24 05:43:36.000 PM |
| We need to free $100m in BTC we give as collateral. The best way to do so is to sell some CEL and put $10-20m a month in treasury. | |
| 16462710003@s.whatsapp.net Harumi Urata-Thompson | 2020-12-24 05:43:48.000 PM |
| I will work out the guideline that will be easy to love and breath. And we will make it effective new year. Before anything goes effective I will be sure to consult both of you | |
| 16462710003@s.whatsapp.net Harumi Urata-Thompson | 2020-12-24 05:44:19.000 PM |
| So alex, thank you for starting this channel and Johannes, for picking up message while celebrating the holy day | |
| 16465524499@s.whatsapp.net Alex Mashinsky | 2020-12-24 05:44:22.000 PM |
| From EXCO I saw vey low net numbers | |
| 16462710003@s.whatsapp.net Harumi Urata-Thompson | 2020-12-24 05:44:42.000 PM |
| Please enjoy your respective day and I will be sure to come up with a plan. | |
| 16465524499@s.whatsapp.net Alex Mashinsky | 2020-12-24 05:44:44.000 PM |
| Enjoy the holidays | |
| 16462710003@s.whatsapp.net Harumi Urata-Thompson | 2020-12-24 05:45:06.000 PM |
| Will ping both of you when ready | |
| 491757575961@s.whatsapp.net Johannes Treutler | 2020-12-24 05:45:07.000 PM |
| Last thesis before I go back to family: The higher price The higher market cap The more high level people show up buying large stakes .. For now it seems to be correct .. few funds showing up getting feeds wet as we enter Top25 territory 👍 | |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS SUBJECT TO JANUARY 13, 2023 STIPULATION

CELSIUSNETWORK_00823291