Chat Filters          Events          History          Disclaimers

| Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|
| Harumi Urata-Thompson<harumi@celsius.network> | Celsius | UTNCMP49G | harumi@celsius.network | 9 | 0 |
| Johannes Treutler<johannes.treutler@celsius.network> | Celsius | UP9BC1BR6 | johannes.treutler@celsius.network | 5 | 0 |

**Johannes Treutler**
2020-12-25 12:46:58.010 AM

Yeah I see it. But I won't get Connor online before Dec 26th if it's not an emergency. And also, it's super hard to sell an amount that really makes a difference .. if you look at markets you'll see that selling 100,000 CEl a day is already a decent task without crashing the current rally. And now look at Alex, he decided that he does not like CEL to rise too fast and is now selling as much as he can to stop that .. he sold already close to 100,000 CEL bringing the price down from $3.90 to $3.60 ... if we would now add selling pressure as well we would bring prices down even more and stop the positive price move .. and that's no good. Easiest way for us to sell a shot ton of CEL without stopping the rally is to sell OTC .. We can sell any size without adding pressure on markets

**Harumi Urata-Thompson**
2020-12-25 01:10:56.000 AM

Agreed! That's now what I was suggesting - to put anyone particularly at work at this time!!!

**Harumi Urata-Thompson**
2020-12-25 01:12:05.003 AM

If you like, at next all hands, I can remind everyone that they can sell the vested and available cels

**Harumi Urata-Thompson**
2020-12-25 01:12:10.003 AM

One of the things to think about

**Harumi Urata-Thompson**
2020-12-25 01:12:37.003 AM

Anyway didn't meant to get you come online on your holy day

**Harumi Urata-Thompson**
2020-12-25 01:12:46.003 AM

We will talk after next week start

**Harumi Urata-Thompson**
2020-12-25 01:13:26.003 AM

If you ask me. Maybe he was even setting a stage for him to just sell to take some profit. You know what I mean?

**Harumi Urata-Thompson**
2020-12-25 01:13:54.007 AM

It's not like he will run out of cels if he takes a little profit on some portion and he didn't even pay for those

**Johannes Treutler**
2020-12-25 08:21:56.003 PM

Hi =) I offered anyone with spare time today 100 CEL in our OTC chat and as you saw Jacob took the offer and sent out all agreements

**Johannes Treutler**

2020-12-25 08:23:07.003 PM

This was a great help as CEL is trading a bit volatile $3.40-3.80 and Its great to have everyone signing agreements

Johannes Treutler

2020-12-25 08:23:39.003 PM

Merry Christmas 🎄 Have a great evening

Johannes Treutler

2020-12-25 08:24:39.007 PM

Oh BTW - I was told Alex announced on AMA today major exchange listing February and a super large partnership with someone else .. do you know any details / if it's real? 😇

Harumi Urata-Thompson

2020-12-25 08:33:11.007 PM

No I don't.

Harumi Urata-Thompson

2020-12-25 08:34:06.007 PM

what Alex says half the time is not true as far as finance goes. So I would keep wide eyes open

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                                                                              CELSIUSNETWORK_00209402