**Chat Filters**     **Events**     **History**     **Disclaimers**

| Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|
| Harumi Urata-Thompson<harumi@celsius.network> | Celsius | UTNCMP49G | harumi@celsius.network | 28 | 0 |
| Johannes Treutler<johannes.treutler@celsius.network> | Celsius | UP9BC1BR6 | johannes.treutler@celsius.network | 25 | 0 |

**Harumi Urata-Thompson**                                                                                                                  2020-12-30 10:07:07.000 AM

We forgot to address pricing mechanism yesterday of otc offers

**Johannes Treutler**                                                                                                                      2020-12-30 10:16:17.010 AM

oh yes you're right .. I wanted to hear if things changed For now we do • spot for international • up to 5% discount for US (not the juicy 10% anymore) • up to 10% on a case to case basis for trades that WE want to happen like parter, coin fund, or a frequent buyer who is accumulating large amounts every week or if it's basically a large amount where we want to have the cash .. 1.)What we need to optimize is the timeframe we provide .. we usually say "price is good for 3 hours" but if the price rises within these 3 hours the customer gets actually a discount created by the market volatility ... We try to bring the timeframe down to 1 hour but depends also a lot on how fast WE can respond to emails 2.) What also needs to be optimized is the backlog management .. Lets say spot is $4 and we offer $4, customer replies within minutes that he accepts $4 ... now we face delays like me yesterday and price rises to $4.50 before I reply to the customer 5-6 hours later .. and there us no way for me to ask him for a higher price as he did best efforts and just I was too late .. you get me? And that's the largest reason for huge differences between deal price and spot last week .. as we were sometimes 6-12 hours behind ... I don't have a solution other than growing the team

**Harumi Urata-Thompson**                                                                                                                  2020-12-30 10:31:58.010 AM

And I was asked not to grow any more of the trading desk analyst size for now given limit of how many people they can train at once. Since I am not directly involved it is hard for me to force. I am looking for one more in the US

**Harumi Urata-Thompson**                                                                                                                  2020-12-30 10:32:16.010 AM

But let me ask you this. Do you think OTC can use a full person?

**Johannes Treutler**                                                                                                                      2020-12-30 10:44:41.013 AM

If I understand you question correctly: Yes OTC can be a full time job for 3-4 people .. Especially given that the desk need to be run in shifts to cover 24/7 ..

**Harumi Urata-Thompson**                                                                                                                  2020-12-30 11:02:35.013 AM

We will talk about that later. Cel acceleration is definitely faster than anything else. Be ready to do some kind of control sell or least Alex to start doing something. One or the other I think

**Harumi Urata-Thompson**                                                                                                                  2020-12-30 11:03:07.013 AM

Did we place a limit order above the market yet?

**Harumi Urata-Thompson**                                                                                                                  2020-12-30 11:05:01.017 AM

I will be totally honest with you. Before Alex starts saying something let's do something even a little bit

**Johannes Treutler**
2020-12-30 11:08:41.017 AM

We started to sell 5 minutes after our call

**Johannes Treutler**
2020-12-30 11:09:35.017 AM

As we have buy order with size of 5k-20k in the market we decided to enter 30 smaller sell order with 2,500 - 5,000 size

**Johannes Treutler**
2020-12-30 11:09:55.017 AM

2 hours later we refilled as we sold the first 7,500 CEL

**Johannes Treutler**
2020-12-30 11:10:17.017 AM

currently we sold already 20,000 CEL I think .. I am waiting for Connor to come back online to refill sell orders

**Johannes Treutler**
2020-12-30 11:12:16.020 AM

Since our call yesterday the CEL price in BTC fluctuated between unchanged until 5% above ... and in ETH between unchanged and up to +7% ... so it's not toooo wild .. CEL price is mostly going up cause BTC & ETH grew in value

**Johannes Treutler**
2020-12-30 11:13:36.020 AM

*Please tell Alex we started selling and have a clear guideline how to sell*

**Johannes Treutler**
2020-12-30 11:19:21.023 AM

FYI Alex sold yesterday $1,000,000 worth of CEL .. he uses Uniswap which is 100 x more liquid than the Liquid exchange .. but one thing is for sure - if he sells less for his private account we can sell more for the company .. It will not be a 1:1 ratio as we are not able to sell off that easy on Liquid .. so it's more like a 1:3 or so ...

**Harumi Urata-Thompson**
2020-12-30 11:28:47.027 AM

This I have to say. He did it because we are not selling. Good or bad. I just don't want to give him an excuse

**Harumi Urata-Thompson**
2020-12-30 11:29:00.027 AM

Please. Let's show that we sold. That would give him less reason to sell

**Harumi Urata-Thompson**
2020-12-30 11:29:35.027 AM

If you want to sell it on uniswap somehow if we can figure out a way I will give you a whole treasury

**Harumi Urata-Thompson**
2020-12-30 11:29:49.027 AM

And because liquid is much thinner maybe we can cool it down with less cels

**Harumi Urata-Thompson**
2020-12-30 11:33:44.027 AM

I get that we might get caught in cross but we are using only one market maker right?

**Harumi Urata-Thompson**
2020-12-30 11:33:54.027 AM

Can we control the timing?

**Harumi Urata-Thompson**
2020-12-30 11:34:09.027 AM

I am done giving Alex an excuse to benefit from the situation

**Johannes Treutler**
2020-12-30 11:36:29.030 AM

Let's tell Alex we started adding selling to our operations and he should please reduce his selling to a minimum to enable us to sell more

**Johannes Treutler**
2020-12-30 11:36:45.030 AM

What do you mean with ,arket makers & timing?

**Harumi Urata-Thompson**
2020-12-30 11:38:15.030 AM

We are still buying rewards out there right? So if we sell into our own buy order that could be bad

**Harumi Urata-Thompson**
2020-12-30 11:38:44.030 AM

But if we can lag the timing of buy and sell because we know when we are selling and buying technically we should be ok.

**Harumi Urata-Thompson**
2020-12-30 11:38:57.033 AM

Only technicality but I am still thinking about it

**Harumi Urata-Thompson**
2020-12-30 11:39:08.033 AM

And also I am seriously thinking who can help us on uniswap

**Harumi Urata-Thompson**
2020-12-30 11:39:40.033 AM

If we can repo st zero cost and ask someone to provide market for us on uniswap it would be a slam dunk

**Harumi Urata-Thompson**
2020-12-30 11:42:52.033 AM

Maybe I will ask the fractal guys if they have non American partner who can help us?

**Johannes Treutler**
2020-12-30 12:06:47.037 PM

We are buying the rewards the exact same way like we buy the OTC repurchases

**Johannes Treutler**
2020-12-30 12:06:54.037 PM

We have resting orders below the market

**Johannes Treutler**
2020-12-30 12:07:04.037 PM

And if they get filled by a seller we purchase CEL

**Johannes Treutler**
2020-12-30 12:07:17.037 PM

In 99% of the cases we do not actively buy anything

**Johannes Treutler**
2020-12-30 12:07:45.037 PM

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                CELSIUSNETWORK_00209413

So in case markets would ONLY go up up up we would miss out and not buy anything .. and we would be happy about it 😉

Johannes Treutler

2020-12-30 12:08:02.037 PM

So there is no timing when we buy

Johannes Treutler

2020-12-30 12:08:46.037 PM

100% of the time we have active buy orders below the market for the only reason to buy the dips and raise the liquidity .. that's it

Johannes Treutler

2020-12-30 12:09:12.037 PM

So if we want to sell CEL on markets we need to do it on our own to make sure we do not sell into our own orders

Johannes Treutler

2020-12-30 12:10:13.040 PM

Let's do this -> we test how effective our selling operations are for 2-3 weeks and after this you me Connor meet again and think about hiw to move forward ..

Harumi Urata-Thompson

2020-12-30 12:24:32.040 PM

I an not sure if we have that kind of time. To be quite frank

Harumi Urata-Thompson

2020-12-30 12:24:48.040 PM

That's 2-3 weeks we are giving Alex all sorts of excuses. I have no doubt

Harumi Urata-Thompson

2020-12-30 12:25:25.040 PM

But that's one strategy. Let's proceed. And I will ask fractal guys if they have a partner who can do just cel on uniswap. That would give all of us a piece of mind

Johannes Treutler

2020-12-30 12:26:56.040 PM

kk 😁

Harumi Urata-Thompson

2020-12-30 12:29:50.043 PM

Lately every other day I think about doing something else 😡

Harumi Urata-Thompson

2020-12-30 12:30:32.043 PM

To have to deal with people whom you can't reason with...

Johannes Treutler

2020-12-30 12:30:59.043 PM

feel your pain

Harumi Urata-Thompson

2020-12-30 12:35:14.043 PM

By the way I feel so rude. I should have started my day with this. I am so sorry

Harumi Urata-Thompson

How is your grandma? Holding?

**Harumi Urata-Thompson**

2020-12-30 12:36:08.047 PM

I am sending all my prayers as I can from my end. Since I don't follow one specific god, love is coming from every being

**Johannes Treutler**

2020-12-30 12:44:13.047 PM

Trying to get any info on her but I fail .. not allowed to visit her and no one know anything .. what a shit show

**Johannes Treutler**

2020-12-30 07:53:42.047 PM

Harumi, you changed the meeting to tomorrow 5pm EST .. guess that was accidentally and you wanted to change to today 5pm EST?

**Harumi Urata-Thompson**

2020-12-30 07:57:39.047 PM

Oh I am sorry. Yes, that was by accident, just re-changed. sorry about that!

**Johannes Treutler**

2020-12-30 08:00:38.047 PM

thank you very much