| | Participant | Entity | Login | Email | 💬 | 📎 |
|---|---|---|---|---|---|---|
| ☑ | Harumi Urata-Thompson | Celsius | UTNCMP49G | harumi@celsius.network | 12 | 0 |
| ☑ | Johannes Treutler | Celsius | UP9BC1BR6 | johannes.treutler@celsius.network | 16 | 0 |
| ☑ | Connor Nolan | Celsius | U010ZEZPF52 | connor.nolan@celsius.network | 1 | 0 |

**Johannes Treutler**     2020-12-31 01:54:03.017 AM

@Harumi Urata-Thompson The target that CEL underperforms BTC & ETH was achieved .. but the target to sell a lot on exchanges was only achieveable during last nights overperformance of CEL against BTC & ETH ...

**Johannes Treutler**     2020-12-31 01:59:16.023 AM

I just asked Connor to add buy orders again to maintain stability ... I don't want to go too much into details but dropping CEL prices especially against ETH & BTC hurt our OTC sales a lot .. and as you know we have currently a shit ton of deals pending ... We risk to lose $2-3M OTC sales if we are not willing to spend $100-200k to stop the price drop at this level

**Johannes Treutler**     2020-12-31 01:59:47.023 AM

FYI the last 48 hours we did >150 OTC trades and have proceeds of net $7M

**Harumi Urata-Thompson**     2020-12-31 02:00:44.023 AM

Thank you for the update.

**Connor Nolan**     2020-12-31 02:01:07.027 AM

I added these :)

**Harumi Urata-Thompson**     2020-12-31 02:05:03.030 AM

I just was afraid when I went to the gym in the morning and the market was where it was and we just talked about the strategy of how to go about to delicately place the sell order. Plus it looks like fractal will be able to address our most immediate needs as soon as mid-end of January. But didn't have the chance to show it yet and I was just afraid that Alex was just going to "jump" it. And he did. Just yesterday during EXCO while he was attacking me in front of everyone (Leo to Cel to cash management to everything else that you can think of that one can achieve while 10+ people are presenting during 1.5 hours. And repeatedly. He even hijacked unrelated subject time to attack me) and I told everyone that I will work out a "reverse strategy" with the team but pendulum takes a little extra time to swing. He does this. I knew he was going to and it just happened

**Harumi Urata-Thompson**     2020-12-31 02:05:21.030 AM

Some days I really really hate everything

**Harumi Urata-Thompson**     2020-12-31 02:05:55.033 AM

Thank you for placing the order and thank you for the update Johannes

**Harumi Urata-Thompson**     2020-12-31 02:06:45.033 AM

To make the matters worse looks like Aliza and Patrick decided to lay down all the problems the CEL has and put that into email. I am pretty sure I will have to go through this all over again tomorrow

**Harumi Urata-Thompson**     2020-12-31 02:06:58.033 AM

(At least minus Alex sell, hopefully)

**Harumi Urata-Thompson**     2020-12-31 02:08:11.037 AM

When someone says "let me work out the strategy, need one day" why can't everyone wait one day? And I said pendulum swings hard 3 times during exco at least

**Harumi Urata-Thompson**     2020-12-31 10:22:42.003 AM

One question to you guys. After the market went down did you see much activities in the market, like uniswap or liquid? Did you see anyone buying cels?

**Johannes Treutler**     2020-12-31 10:27:24.003 AM

Good morning. Excuse me that I did not reply yesterday.

**Johannes Treutler**     2020-12-31 10:27:42.003 AM

Since CeL started underperform BTC & ETH:

**Johannes Treutler**     2020-12-31 10:27:53.003 AM

-40% Trading Volume

**Johannes Treutler**     2020-12-31 10:28:07.003 AM

Less buyers & more seller on exchanges

| Johannes Treutler | 2020-12-31 10:28:43.007 AM |
|---|---|

new OTC buy requests -75% new OTC sell requests +100%

| Johannes Treutler | 2020-12-31 10:30:14.007 AM |
|---|---|

Roundabout $4.5M of the $13M OTC sales we did the last 48 hours reached out again to see if they can either get a lower deal price or reduce the size of the order or walk away for now

| Johannes Treutler | 2020-12-31 10:31:21.010 AM |
|---|---|

The above sounds like a big shit show - but that's somehow fine for a -10 to -15% underperformance after a 2 week long over performance

| Johannes Treutler | 2020-12-31 10:32:14.010 AM |
|---|---|

… how do you feel about it?

| Johannes Treutler | 2020-12-31 10:34:39.013 AM |
|---|---|

We will be back to normality in 1-2 days if CEL stays stable against BTC & ETH ..

| Johannes Treutler | 2020-12-31 10:35:33.013 AM |
|---|---|

Also it's a bit of a Special situation as we have end of year and some people need to sell for tax reasons :man-shrugging::skin-tone-4:

| Harumi Urata-Thompson | 2020-12-31 10:35:45.017 AM |
|---|---|

In all fairness I feel a bit better that we didn't keep going up. But that's market. And the buy sell balance gives me a good stats for me to base my discussion off of

| Johannes Treutler | 2020-12-31 10:38:15.017 AM |
|---|---|

Yeah TBH I love price corrections as long as they stay in a healthy range. These sideways periods build bottoms for future price increases and are super important

| Johannes Treutler | 2020-12-31 10:39:05.017 AM |
|---|---|

The first 24 hours after the end of a price rally are always a bit tricky, so the OTC desk for example behaved as expected ..

| Harumi Urata-Thompson | 2020-12-31 10:44:48.017 AM |
|---|---|

Super great stats though. Thank you

| Johannes Treutler | 2020-12-31 10:45:22.020 AM |
|---|---|

It's all about mining the numbers 🙂

| Harumi Urata-Thompson | 2020-12-31 10:59:14.020 AM |
|---|---|

Yes correct !

| Harumi Urata-Thompson | 2020-12-31 05:04:51.003 PM |
|---|---|

we can have another call (more so that it is a bit easier to update you) but I told Alex AND Daniel about everything that we have planned on CELs and stats and still Alex would have none of it. All he wanted to say was bring down the buy back level much lower than where we currently have. the slight upside was that he is not in rush to do the selling side

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS    CELSIUSNETWORK_00065573