| D011P5HJ1FA | | | | | |
|---|---|---|---|---|---|
| Chat Filters | ☑ Events | ☑ History | ☑ Disclaimers | | |
| ☑ Participant | Entity | Login | Email | | |
| ☑ Johannes Treutler | Celsius | UP9BC1BR6 | johannes.treutler@celsius.network | 28 | 0 |
| ☑ Connor Nolan | Celsius | U010ZEZPF52 | connor.nolan@celsius.network | 18 | 0 |

**Connor Nolan** — 2021-01-02 02:04:18.000 AM
Cel on FTX

**Connor Nolan** — 2021-01-02 02:04:25.000 AM
do we need to prepare for anything

**Johannes Treutler** — 2021-01-02 07:25:48.000 AM
ufffff ... WTF .. did they agree to not list perps?

**Johannes Treutler** — 2021-01-02 01:55:59.000 PM
IMO CEL needs to fly a bit today .. during the next leg of the BTC Bull Run

**Johannes Treutler** — 2021-01-02 01:56:41.000 PM
We have *+13.5M NET* on the OTC desk this week so far .. so we can definitely buy some CEL without sweating

**Johannes Treutler** — 2021-01-02 02:05:55.007 PM
BTC 50,000 @ 0.000190 (clean up) 75,000 @ 0.0001875 50,000 @ 0.0001850 25,000 @ 0.0001825 ETH 50,000 @ 0.0077 40,000 @ 0.0076 30,000 @ 0.0075 USDC 15,000 @ 5.50 5,000 @ 5.55 15,000 @ 5.60 5,000 @ 5.65 15,000 @ 5.70 5,000 @ 5.75

**Connor Nolan** — 2021-01-02 02:11:18.007 PM
Perps they said not for now but they want to have discussions with us on it

**Connor Nolan** — 2021-01-02 02:11:27.007 PM
These I can add in 15 minutes

**Johannes Treutler** — 2021-01-02 02:11:44.007 PM
Yeah saw their messages .. talked to Camilla .. all good so far

**Johannes Treutler** — 2021-01-02 02:12:05.007 PM
I called Wintermute this morning and they are already live making markets over there

**Connor Nolan** — 2021-01-02 02:29:49.010 PM
Just hope they didn't do this for alameda to be able to build a large short 😊

**Johannes Treutler** — 2021-01-02 02:49:10.010 PM
I just updated the orders ✓

**Johannes Treutler** — 2021-01-02 02:50:35.010 PM
Our community will eat up all shorts and squeeze them out

**Connor Nolan** — 2021-01-02 02:52:26.010 PM
Thanks I'm signing in now

**Johannes Treutler** — 2021-01-02 03:00:32.010 PM
awesome

**Connor Nolan** — 2021-01-02 03:00:50.010 PM
Not sure I have enough BTC without taking down a lot of our restings

**Johannes Treutler** — 2021-01-02 03:01:13.010 PM
Let's take down what we need to take down and re add later

**Johannes Treutler** — 2021-01-02 03:01:34.010 PM
I need to redesign it anyway .. everything is changing so fast ..

| | |
|---|---|
| Connor Nolan | 2021-01-02 03:03:49.013 PM |

Didn't even have enough. Changed the 185 to 30k and the 1825 to 10k

| | |
|---|---|
| Connor Nolan | 2021-01-02 03:04:08.013 PM |

Let me know if u want to rework those with the 1875

| | |
|---|---|
| Johannes Treutler | 2021-01-02 03:04:31.013 PM |

Oh so we have no BTC orders below 1825?

| | |
|---|---|
| Connor Nolan | 2021-01-02 03:04:38.013 PM |

no

| | |
|---|---|
| Johannes Treutler | 2021-01-02 03:05:09.013 PM |

ufff .. ok we didn't add for a while .. I just saw trading stats for the last days and they were fine .. so seems we just did not add for a while

| | |
|---|---|
| Connor Nolan | 2021-01-02 03:05:21.013 PM |

We don't have much eth either

| | |
|---|---|
| Johannes Treutler | 2021-01-02 03:05:25.013 PM |

And also - most we did was BTC last days .. kkkkkk

| | |
|---|---|
| Connor Nolan | 2021-01-02 03:05:55.017 PM |

I mean yeah a 200k cel buy is a million dollars worth of coins. It's getting super expensive and we still aren't sure of our numbers with covering the BTC and eth we use here

| | |
|---|---|
| Johannes Treutler | 2021-01-02 03:06:59.017 PM |

yes that's correct .. will be the first job of the latest hire who'll start the next days to make sure we know exact exposure ETH BTC and so on given our OTC and buyback activities

| | |
|---|---|
| Connor Nolan | 2021-01-02 03:07:42.017 PM |

We were good on eth actually just deleted a few old ones

| | |
|---|---|
| Johannes Treutler | 2021-01-02 03:07:47.017 PM |

If you add BTC ETH USDC reserves on Liquid I can send you a new designed resting orders list in 30 minutes ...

| | |
|---|---|
| Johannes Treutler | 2021-01-02 06:56:32.000 PM |

OTC desk is crazy .. people NEED MORE CEL .. wow ..

| | |
|---|---|
| Johannes Treutler | 2021-01-02 06:56:59.000 PM |

Did you refill BTC?

| | |
|---|---|
| Connor Nolan | 2021-01-02 06:57:20.000 PM |

I'm traveling at the moment and can't add

| | |
|---|---|
| Johannes Treutler | 2021-01-02 06:57:27.003 PM |

oh

| | |
|---|---|
| Connor Nolan | 2021-01-02 06:57:29.003 PM |

Is it an emergency

| | |
|---|---|
| Johannes Treutler | 2021-01-02 06:57:41.003 PM |

BTC orderbook has only 200k Liquidity

| | |
|---|---|
| Johannes Treutler | 2021-01-02 06:57:54.003 PM |

a $200k seller would bring it down to $0

| | |
|---|---|
| Johannes Treutler | 2021-01-02 06:58:10.003 PM |

not an emergency but a not soooo good situation

| | |
|---|---|
| Connor Nolan | 2021-01-02 07:01:02.003 PM |

Yeah I get that. Taner is sending more BTC there and I can add in a few hours

| | |
|---|---|
| Johannes Treutler | 2021-01-02 07:01:39.003 PM |

Ok I will send the orders and update frequently but please ping when online

| | |
|---|---|
| Johannes Treutler | 2021-01-02 08:47:39.003 PM |

BTC 65,000 0.00018500 15,000 0.00018400 15,000 0.00018300 15,000 0.00018200 15,000 0.00018100 50,000 0.00018000 50,000 0.00017750 50,000 0.00017500 50,000 0.00017000 50,000 0.00016500 50,000 0.00016000 50,000 0.00015500 50,000 0.00015000

| | |
|---|---|
| Johannes Treutler | 2021-01-02 08:47:51.003 PM |
| When ever you find time. | |
| Johannes Treutler | 2021-01-02 08:48:39.003 PM |
| +ETH 35,000 @ 0.0076 | |
| Johannes Treutler | 2021-01-02 08:48:43.003 PM |
| Thank you | |
| Connor Nolan | 2021-01-02 08:53:55.003 PM |
| I'm signing in now | |
| Connor Nolan | 2021-01-02 09:02:33.003 PM |
| Done | |
| Johannes Treutler | 2021-01-02 09:29:59.003 PM |
| Appreciate your help | |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                          CELSIUSNETWORK_00065155