| | Participant | Entity | Login | Email | 💬 | 📎 |
|---|---|---|---|---|---|---|
| ☑ | 16465524499@s.whatsapp.net Alex Mashinsky | S.whatsapp | 16465524499@s.whatsapp.net | 16465524499@s.whatsapp.net | 13 | 0 |
| ☑ | System Message System | | System Message | | 0 | 0 |

**a02f9e89-2735-48d3-8e36-83970a730ae8 - 491757575961@s.whatsapp.net**

Chat Filters  ☑ Events  ☑ History  ☑ Disclaimers

---

**16465524499@s.whatsapp.net Alex Mashinsky**  2021-01-03 05:21:09.000 PM

We will be paying all CEL from treasury until further notice. Please stop buying any CEL for the weekly interest unless it drops 30% or more from the $6.7 levels.

**16465524499@s.whatsapp.net Alex Mashinsky**  2021-01-03 05:21:22.000 PM

CEL going up too fast is not good for us.

**16465524499@s.whatsapp.net Alex Mashinsky**  2021-01-03 05:25:13.000 PM

Wintermute should continue doing their job. Did we talk to them about adding FTX and increasing the CEL liquidity they have?

**491757575961@s.whatsapp.net Johannes Treutler**  2021-01-03 05:28:43.000 PM

Hi Alex, I just discussed with Harumi this morning and with Connor every few hours .. I promise you we do not buy actively yet. We only have resting orders that the market is slowly selling into while CEL price in ETH & BTC is dropping. Same time we sell 10x that much OTC. Please let us maintain this for another 24 hours to give me ability to close all OTC deals that are still on the table .. we would lose them if I jus delete all Liquid buy orders Can we replace the DeFi call tomorrow with a CEL call and not leave the table before we are all at the same page? Currently we are bringing 7-10M Cash a week which is really good given your $100M Cash Target .. I think we risk to destroy this if we change things today without having the holistic plan .. Do you give me 24 hours? We have a plan, we want you to approve it tomorrow, and if you don't like the plan we adjust .. I don't care if we spend 10 hours in tomorrow's call before we have this plan

**491757575961@s.whatsapp.net Johannes Treutler**  2021-01-03 05:28:54.000 PM

Hope that is fine for you

**491757575961@s.whatsapp.net Johannes Treutler**  2021-01-03 05:29:20.000 PM

I told Wintermute to MM on FTX and they are live since yesterday morning

**16465524499@s.whatsapp.net Alex Mashinsky**  2021-01-03 05:30:17.000 PM

What matters is the net amount Celsius gets. Since you and Harumi do not provide me with numbers as instructed I have to take unilateral action.

**491757575961@s.whatsapp.net Johannes Treutler**  2021-01-03 05:30:47.000 PM

Last week net $7M

**16465524499@s.whatsapp.net Alex Mashinsky**  2021-01-03 05:30:51.000 PM

What is the net proceeds to Celsius you have since you started OTC?

**491757575961@s.whatsapp.net Johannes Treutler**  2021-01-03 05:30:54.000 PM

This week net $10M

**491757575961@s.whatsapp.net Johannes Treutler**  2021-01-03 05:31:21.000 PM

Since we started can show tomorrow don't have it as I'm On Mobile Right now

**16465524499@s.whatsapp.net Alex Mashinsky**  2021-01-03 05:31:22.000 PM

Since the beginning, I don't care about one week numbers

**491757575961@s.whatsapp.net Johannes Treutler**  2021-01-03 05:31:33.000 PM

Got it

**16465524499@s.whatsapp.net Alex Mashinsky**  2021-01-03 05:31:48.000 PM

The only number that matters is net proceeds since you started OTC.

**491757575961@s.whatsapp.net Johannes Treutler**  2021-01-03 05:32:01.000 PM

I'll Send you later

**16465524499@s.whatsapp.net Alex Mashinsky**  2021-01-03 05:32:02.000 PM

I keep asking for it and keep not getting it.

**491757575961@s.whatsapp.net Johannes Treutler**  2021-01-03 05:33:01.000 PM

Sorry for that, will show you all the numbers tomorrow if you agree To that call,

| | |
|---|---|
| 16465524499@s.whatsapp.net Alex Mashinsky | 2021-01-03 05:33:09.000 PM |

CEL chart is parabolic since Dec 11. We can not support these price levels and I do not want to use our funds supporting these levels.

| | |
|---|---|
| 16465524499@s.whatsapp.net Alex Mashinsky | 2021-01-03 05:34:06.000 PM |

You can use OTC but not your net proceeds and you can not start buying back until it is lower by 30% or you will not have enough funds to support anything.

| | |
|---|---|
| 491757575961@s.whatsapp.net Johannes Treutler | 2021-01-03 05:34:19.000 PM |

Fully agree we need to cash out as much as we can

| | |
|---|---|
| 16465524499@s.whatsapp.net Alex Mashinsky | 2021-01-03 05:35:29.000 PM |

Cash out is not buying + OTC. It is not putting more sell orders in more CEL

| | |
|---|---|
| 16465524499@s.whatsapp.net Alex Mashinsky | 2021-01-03 05:38:16.000 PM |

CEL will get the $10 but over time not because we support all price levels.

| | |
|---|---|
| 491757575961@s.whatsapp.net Johannes Treutler | 2021-01-03 05:40:26.000 PM |

We heard you, our main target with all CEL operations is now to give you $100M ASAP. We will do this and trust me we don't care for the price per se but for how we get this $100M ... I would love to discuss our plan in detail tomorrow 4-6pm EST if you agree.

| | |
|---|---|
| 16465524499@s.whatsapp.net Alex Mashinsky | 2021-01-03 05:41:29.000 PM |

Good. We have M&A and other needs, send me totals net since start when you have it.

| | |
|---|---|
| 491757575961@s.whatsapp.net Johannes Treutler | 2021-01-03 05:42:14.000 PM |

Ok 👍