03-bf22-6cd873f6d914-16462710003@s.whatsapp.net

| Chat Filters | Events | History | Disclaimers | | | |
|---|---|---|---|---|---|---|
| **Participant** | | | **Entity** | **Login** | **Email** | |
| 16465524499@s.whatsapp.net Alex Mashinsky | | | S.whatsapp | 16465524499@s.whatsapp.net | 16465524499@s.whatsapp.net | 1 0 |
| 16462710003@s.whatsapp.net Harumi Urata-Thompson | | | S.whatsapp | 16462710003@s.whatsapp.net | 16462710003@s.whatsapp.net | 0 0 |
| System Message System Message | | | System Message | | | 0 0 |

16465524499@s.whatsapp.net Alex Mashinsky

2021-01-03 04:32:29.000 PM

I see all the CEL buying coming from Liquid. I hope this is not us buying. Did you instruct your team not to buy any more and only place -20% buy orders?

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
CELSIUSNETWORK_00416435