**mpdm-connor.nolan--johannes.treutler--harumi-1**

Chat Filters  ☑ Events  ☑ History  ☑ Disclaimers

| ☑ | Participant | Entity | Login | Email | 💬 | 📎 |
|---|---|---|---|---|---|---|
| ☑ | Harumi Urata-Thompson | Celsius | UTNCMP49G | harumi@celsius.network | 6 | 0 |
| ☑ | Johannes Treutler | Celsius | UP9BC1BR6 | johannes.treutler@celsius.network | 8 | 0 |
| ☑ | Connor Nolan | Celsius | U010ZEZPF52 | connor.nolan@celsius.network | 0 | 0 |

**Harumi Urata-Thompson**  2021-01-21 10:32:58.003 AM

I had a talk with Alex about what happened last week (big seller, otc desk quoting lower purchase price to customers directing them to go to the market, our resting order at much lower price and we saw what we saw last week yasayadayada...)

**Harumi Urata-Thompson**  2021-01-21 10:33:43.003 AM

He thought about it and says that's what he wanted -allowing market to go down and us buying back more CELs at lower price

**Johannes Treutler**  2021-01-21 10:35:47.010 AM

Ok good to know we met his expectation. And is that also what he wants to maintain for the next -30% or how does he feel about that?

**Harumi Urata-Thompson**  2021-01-21 10:35:50.010 AM

So I guess today's market is what he wanted. Let's let him have it. If we delay the $5 bonus unlock a little bit that by itself is not the worst thing I suppose (we have to sell 15 million worth cel to finance this and I am just not ready for that)

**Harumi Urata-Thompson**  2021-01-21 10:36:58.010 AM

I will have a follow up talk RE: today's market but I think he needs to feel it first

**Johannes Treutler**  2021-01-21 10:38:28.013 AM

The last two days we gave markets more support to stop the huge drop of CEL in BTC & ETH, successfully .. guess we should stop that / don't add more support and just let markets do what they want to do.

**Johannes Treutler**  2021-01-21 10:40:12.013 AM

Thank you for the update

**Harumi Urata-Thompson**  2021-01-21 10:42:28.017 AM

Yes. I like to know for my knowledge where the sell is coming from though. Again ICO owner profit taking? Lots of small sells? So I am prepared to defend our position no matter what kind of question might come

**Harumi Urata-Thompson**  2021-01-21 10:42:34.017 AM

So you have insight yet?

**Johannes Treutler**  2021-01-21 10:42:47.017 AM

Now let me give you an update from OTC desk: I'm chatting with 2-3 x more people today than usual but 99% of it is • "Can I please step back from my deal" • "CEL is dropping like a stone please give me a better price" • "Can we please adjust to $25k instead of $100k" • "Can I please have my CEL immediately I need to hedge"

**Johannes Treutler**  2021-01-21 10:47:23.023 AM

seller as we traded between $4.75-5.50 • 20% ICO participants • 70% guys who bought between $0.2-$1 • 10% guys who bought in the last 2-3 months Seller now that we trade below $4.50 • 10% ICO • 60% $0.2-$1 • 10% $1-$2.5 • 20% $2.5-$6.5

**Johannes Treutler**  2021-01-21 10:48:32.027 AM

Keep in mind that the selling below $4.50 is now 3..4..5 x more selling volume than the selling above $4.50 ...... we are in the panic zone where people fear to drop back to $1

**Johannes Treutler**  2021-01-21 10:48:56.027 AM

Don't know if these busy statistics were helpful ..

**Johannes Treutler**  2021-01-21 10:51:42.030 AM

In short: • The last few days we saw a large increase in selling from accounts that bought into CEL during the winter hype • The last few days a lot of OTC customers breached their contracts and sold 1-2 days after the deal, some wanted to cash in the discount, some just panic What we do against OTC seller - we decided to only offer discounts with a 30 day lock up going forward even if it makes more work for us.