Chat Filters     Events     History     Disclaimers

| Participant | Entity | Login | Email |
|---|---|---|---|
| 16465524499@s.whatsapp.net Alex Mashinsky | S.whatsapp | 16465524499@s.whatsapp.net | 16465524499@s.whatsapp.net 1 0 |
| 16462710003@s.whatsapp.net Harumi Urata-Thompson | S.whatsapp | 16462710003@s.whatsapp.net | 16462710003@s.whatsapp.net 4 1 |
| System Message System Message | | System Message | 0 0 |

| | |
|---|---|
| 16465524499@s.whatsapp.net Alex Mashinsky<br><br>Is Johannes out of hospital? Let's do a call to talk about price of CEL | 2021-01-21 12:53:49.000 PM |
| 16462710003@s.whatsapp.net Harumi Urata-Thompson<br><br>He is out yes. Sure. | 2021-01-21 01:02:01.000 PM |
| 16462710003@s.whatsapp.net Harumi Urata-Thompson<br><br>I will ping Julie to schedule a call | 2021-01-21 01:02:22.000 PM |
| 16462710003@s.whatsapp.net Harumi Urata-Thompson<br><br>Hi Alex - joining the CEL price call? | 2021-01-21 11:05:26.000 PM |
| 16462710003@s.whatsapp.net Harumi Urata-Thompson<br><br>https://meet.google.com/yuc-kbxn-nbk?authuser=0 | 2021-01-21 11:05:31.000 PM |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                    CELSIUSNETWORK_00416440