**mpdm-connor.nolan--johannes.treutler--harumi-1**

Chat Filters  ☑ Events  ☑ History  ☑ Disclaimers

| ☑ | Participant | Entity | Login | Email | 💬 | 📎 |
|---|---|---|---|---|---|---|
| ☑ | Harumi Urata-Thompson | Celsius | UTNCMP49G | harumi@celsius.network | 4 | 0 |
| ☑ | Johannes Treutler | Celsius | UP9BC1BR6 | johannes.treutler@celsius.network | 3 | 0 |
| ☑ | Connor Nolan | Celsius | U010ZEZPF52 | connor.nolan@celsius.network | 0 | 0 |

---

**Johannes Treutler**                                                    2021-01-24 08:58:33.003 AM

@Harumi Urata-Thompson: Please convince Daniel & Alex to use the original language for the $5 / $10 / $15 bonus level. *Bonus gets distributed after $CEL traded above $5 for 30 consecutive days.* • This way we have a minimum of 30 days from now • We could temporarily outperform and rise to $6 short term without unlocking any bonus • If we trade above $5 for 25 days and after it below $5 for 1 day the whole 30-day-timer would be reseted again

**Johannes Treutler**                                                    2021-01-24 09:06:31.010 AM

*Update about "rescue our CEL flywheel"* • When we discussed the rescue plan (Thursday night) we looked at *last weeks $8M Cash* and were fine to end up *spending this week -$6M Cash* to normalize markets and end up with +$2M after two weeks ... • Now that the current week is almost over we see that we spend only *$3.85M* / $6M ... And (most important) we woke up the OTC business again and the week is now about to end with *+ $5M Cash instead of - $6M Cash* as anticipated • This means we actively spend money to normalize markets but instead of making a $6M loss as anticipated we end up with a $5M profit • This all results from waking up OTC business again, *we sold $12M worth of CEL within 48 hours via OTC* thanks to the actively buying operation which spread a lot of confidence and a "buy the dip" feeling for the community

**Johannes Treutler**                                                    2021-01-24 10:01:13.017 AM

*Two important takeaways from this week:* 1. We see that JUMP is stabilizing markets as well. Each time one phase of our operation ended the last 2-3 days we experienced that a market maker (Jump) stabilized overall markets at this level. I see how they do it and I like it a lot. The are no magicians and can't hold markets there but the way they stabilize is great. This is a large improvement from what we had just a 1.5 weeks ago before they started!! 2. Our good old thesis about CEL markets is still valid: Buying CEL tokens actively is at least 3 x as effective as adding resting orders and waiting for them to get filled. A dropping market will just drop to the resting orders and sell them off and drop to the next resting orders even lower. But when we start buying actively with good size & good timing we ( the FED of CEL ) made a huge positive impact ..

**Harumi Urata-Thompson**                                                2021-01-24 11:25:46.000 AM

Thank you for this info and update. Now let me see what I can do

**Harumi Urata-Thompson**                                                2021-01-24 08:07:14.000 PM

Just FYI - this requires 2 slightly different sets of people to address but I am trying to address both of them this weekend to start. One of them is easier than the other, but trying to line up a call as I speak. Will keep you both posted on the progress

**Harumi Urata-Thompson**                                                2021-01-24 10:55:22.007 PM

On the bonus unlock, I got a "loss" for the $5 round and "win" for the $10 and $15. I spoke to both Jeremie and Daniel

**Harumi Urata-Thompson**                                                2021-01-24 10:57:45.007 PM

Long story short, we have no choice but to do the $5 as advertised but we all agreed that we are doing $10 and $15. We can have a call about this if either of you are interested. I don't even feel like typing everything

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                              CELSIUSNETWORK_00065576