Message

| | |
|---|---|
| **From:** | Alex Mashinsky [alex@celsius.network] |
| on behalf of | Alex Mashinsky <alex@celsius.network> [alex@celsius.network] |
| **Sent:** | 2/5/2021 11:13:03 PM |
| **To:** | Roni Pavon [roni@celsius.network] |
| **Subject:** | Iterative |

It used to be a $3m problem now it is a $17m problem

We can not exchange 1:1 with CEL and just think it will work.

We need to dig in and decide what to do next.  I am happy to be on a call but we have to take it away from Patrick.

We were supposed to get 200 BTC back.  Never happened.

Alex Mashinsky
Founder
Www.celsius.network
Www.transitwireless.com
Www.arbinet.com
@mashinsky
www.mashinsky.com

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
SUBJECT TO JANUARY 13, 2023 STIPULATION

CELSIUSNETWORK_02474554