Chat Filters    Events    History    Disclaimers

| Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|
| 16465524499@s.whatsapp.net Alex Mashinsky | S.whatsapp 16465524499@s.whatsapp.net | 16465524499@s.whatsapp.net | 9 | 0 |
| System Message System Message | System Message | | | 0 | 0 |
| 972504446020@s.whatsapp.net Roni Cohen pavon Celsius | S.whatsapp 972504446020@s.whatsapp.net | 972504446020@s.whatsapp.net | 15 | 0 |

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-03-05 03:54:48.000 AM

It seems like they bought pretty much the amount of CEL they were supposed to (bought 54M CEL tokens for paying 48M CEL as interest). The problem is that they used BTC and ETH for all purchases, including for interest of CEL, while the interest on BTC & ETH is 30 percent of the entire liability.

16465524499@s.whatsapp.net Alex Mashinsky

2021-03-05 04:00:32.000 AM

So we should have plenty of excess of other coins. Let's finish the count and see where we are. I think we still have some other issues.

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-03-05 04:07:47.000 AM

We're on the stablecoins now

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-03-05 04:07:50.000 AM

And cash

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-03-05 04:08:18.000 AM

So at least we know how much we can buy tomorrow

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-03-05 05:07:45.000 AM

I think I have a way to be positive

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-03-05 05:26:50.000 AM

I have a plan

16465524499@s.whatsapp.net Alex Mashinsky

2021-03-05 03:13:58.000 PM

For all excess LTC Matic and Link buy ETH first as it dropped more than BTC

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-03-05 03:14:33.000 PM


👍

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00695685

16465524499@s.whatsapp.net Alex Mashinsky

2021-03-05 03:14:50.000 PM

Copy me on all we buy and show remaining ETH hole.

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-03-05 03:42:35.000 PM

Our number is 30K BTC

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-03-05 03:42:39.000 PM

Hers is 15K

16465524499@s.whatsapp.net Alex Mashinsky

2021-03-05 04:50:37.000 PM

She said 15841 for EFH + 15273 for Tether. 31k total

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-03-05 04:50:46.000 PM

Yep

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-03-05 04:51:09.000 PM

I sent it to you when she said 15 and then she updated the Humber

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-03-05 04:51:11.000 PM

Number

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-03-05 04:52:27.000 PM

The OTC desk is selling at 3.55. Sent some people to buy and that was the quote

16465524499@s.whatsapp.net Alex Mashinsky

2021-03-05 04:57:32.000 PM

WhT is the lawyer name from Bitfinex.

16465524499@s.whatsapp.net Alex Mashinsky

2021-03-05 04:57:48.000 PM

Who asked me to sign I don't live in NY

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-03-05 04:58:56.000 PM

Chris

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-03-05 05:28:21.000 PM

We don't have enough stablecoins as all are deployed except for 20M. We are building a plan to close the gap in 10 days and then I'll try to make it shorter. I'll update you

16465524499@s.whatsapp.net Alex Mashinsky

2021-03-05 08:31:57.000 PM

Pull back from Jason. If he does not respond let me know.

16465524499@s.whatsapp.net Alex Mashinsky

2021-03-05 08:32:18.000 PM

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00695686

Shiran has access so we may need to do it ourselves

16465524499@s.whatsapp.net Alex Mashinsky

2021-03-05 08:32:50.000 PM

Is it clear in our agreements with Jason that we have control to withdraw at any time ?

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY CELSIUS

CELSIUSNETWORK_00695687