| | Participant | Entity | Login | Email | 💬 | 📎 |
|---|---|---|---|---|---|---|
| ☑ | Harumi Urata-Thompson | Celsius | UTNCMP49G | harumi@celsius.network | 17 | 0 |
| ☑ | Johannes Treutler | Celsius | UP9BC1BR6 | johannes.treutler@celsius.network | 8 | 2 |
| ☑ | Connor Nolan | Celsius | U010ZEZPF52 | connor.nolan@celsius.network | 9 | 0 |

**Johannes Treutler**     2021-03-21 02:39:07.003 PM

Hi @Connor Nolan Dean whitelisted the FTX account for USDC & CEL but was out of time to send the first test transaction. Would you mind sending a first test first and the rest later? Thanks

**Harumi Urata-Thompson**     2021-03-21 03:59:54.000 PM

And Alex wants to buy only equivalent of half of what we need to buy and take the rest from the treasury (no matter what we call the purchase) so let's make sure, to keep the low profile for now, we do that. Please confirm

**Harumi Urata-Thompson**     2021-03-21 04:03:02.003 PM

If you don't do this and Alex finds out, he probably will get rid of me for insubordination. Not sure if it matters at this time but if you want me sticking around a bit longer, please help me

**Harumi Urata-Thompson**     2021-03-21 04:03:09.003 PM

and whatever happens, will happen

**Johannes Treutler**     2021-03-21 04:09:22.003 PM

Yes sure. We will discuss details later

**Harumi Urata-Thompson**     2021-03-21 04:11:27.003 PM

great. Then I will confirm with Alex (and Yaron) and we will make sure that we will keep it to 50% for the foreseeable future

**Johannes Treutler**     2021-03-21 04:44:34.010 PM

Just to clarify between us three: The last 3-4 months we bought always more CEL than what we pay as interest per week but we did not buy it for the interest payments, that was just what we told the community. The last months we hedged 25-50% of the OTC sales on exchanges, that's why we bought CEL. A normal OTC desk would buy 100% on exchanges and markets are driven by supply and demand as usual. We only bought 25-50% and put the other 50-75% into our pocket as Cash. We were aware it puts pressure on markets. But as long as we bought at least 25% of the OTC sales back on exchanges we kept markets healthy enough...

**Johannes Treutler**     2021-03-21 04:45:11.013 PM

I will follow what they want and make sure we buy halt the interest payments on exchanges. 100%

**Johannes Treutler**     2021-03-21 04:47:27.017 PM

But I will also let them know that I expect our OTC Cash proceeds to drop by 50-90% if we buy less and less .. especially if Alex keeps selling 30-45k CEL a day (I pinged Roni twice a day since a week to bother him to end this .. but it's still happening ... and today was the first day where the main community got aware of it on social chats .. the weeks before it was just whale chats from OGs..)

**Johannes Treutler**     2021-03-21 04:47:35.017 PM





| | |
|---|---|
| Johannes Treutler | 2021-03-21 04:48:46.017 PM |

Ok ... so @Connor Nolan please help me fund FTX with Cash and CEL and I'll start working with the new guidelines 🙂

| | |
|---|---|
| Connor Nolan | 2021-03-21 10:48:54.017 PM |

@Harumi Urata-Thompson please confirm the amount of each I'm able to find if able

| | |
|---|---|
| Harumi Urata-Thompson | 2021-03-21 10:50:59.017 PM |

I think it was 1 million USDC and 2 million CEL - let me check. It seems so ancient when I saw the original numbers. Sorry

| | |
|---|---|
| Harumi Urata-Thompson | 2021-03-21 10:56:29.020 PM |

actually what I found what Johannes originally suggested the best case scenario

| | |
|---|---|
| Harumi Urata-Thompson | 2021-03-21 10:56:49.020 PM |

$5M USD & $10M CEL. (I guess I got the ratio right, not the numbers themselves)

| | |
|---|---|
| Harumi Urata-Thompson | 2021-03-21 10:57:00.020 PM |

Now, I am pretty sure we don't have that many CELs, do we?

| | |
|---|---|
| Harumi Urata-Thompson | 2021-03-21 10:57:19.020 PM |

@Connor Nolan

| | |
|---|---|
| Harumi Urata-Thompson | 2021-03-21 10:58:30.020 PM |

I sent question to Jeremie and Roni yesterday because originally, several months ago, they were leaning towards selling off Partners wallet before we open up the Treasury wallet again. So if I don't hear anything by end of today, I will resurrect that email and ask them or ping them

| | |
|---|---|
| Connor Nolan | 2021-03-21 10:59:07.020 PM |

we have the cel we sent back from ftx @Johannes Treutler assume we cant use this?

| | |
|---|---|
| Connor Nolan | 2021-03-21 10:59:19.023 PM |

not sure where we are able to pull for this purpse

| | |
|---|---|
| Connor Nolan | 2021-03-21 10:59:40.023 PM |

i can start to send the usdc though

| | |
|---|---|
| Harumi Urata-Thompson | 2021-03-21 11:02:05.023 PM |

yes, you can send any CELs that you can find at the moment. And we will "replenish" it with additional CELs shortly (as fast as Jeremie/Roni can confirm) - whether Partners or Treasury.

| | |
|---|---|
| Harumi Urata-Thompson | 2021-03-21 11:03:08.023 PM |

I will confirm that one way or another next week. I just prefer that it is not Treasury as we announce Bittrex and Bitfinex listing (might be seen as a sign that we will sell CELs off into the market and like to put at least a couple of weeks in between)

| | |
|---|---|
| Harumi Urata-Thompson | 2021-03-21 11:03:47.023 PM |

If it is Treasury, I kind of want Alex to send out a positive story before we open it up. He is good at that kind of spin

| | |
|---|---|
| Connor Nolan | 2021-03-21 11:04:08.027 PM |

we shouldnt use cel from main no?

| | |
|---|---|
| Connor Nolan | 2021-03-21 11:04:22.027 PM |

and default gets tracked. So was wondering what johannes thinks

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS    CELSIUSNETWORK_00065584

| Harumi Urata-Thompson | 2021-03-21 11:05:14.027 PM |
|---|---|

HOw much do we have in Main? Let's use what we can find. Johannes was under the impression that we don't have CELs that we can just send around anymore so I was considering the option before we completely go dry in the transit/main

| Connor Nolan | 2021-03-21 11:08:21.027 PM |
|---|---|

we have in main but thats a mix of customer funds

| Harumi Urata-Thompson | 2021-03-21 11:08:53.027 PM |
|---|---|

ah that kind of main

| Harumi Urata-Thompson | 2021-03-21 11:09:19.027 PM |
|---|---|

ok, so that, let's have Johannes opine. I think he might be talking to Jonathan right now actually

| Harumi Urata-Thompson | 2021-03-21 11:09:38.027 PM |
|---|---|

And then I am sure he will see this message @Johannes Treutler

| Johannes Treutler | 2021-03-21 11:40:59.030 PM |
|---|---|

I'm out of time yet to read all messages above - but: please only send 250k CEL today .. we need to fill up slowly so the community does not see us moving large CEL bags to exchanges if you agree

| Connor Nolan | 2021-03-21 11:41:47.030 PM |
|---|---|

the issue is what cel we can send plz read it if able

| Connor Nolan | 2021-03-21 11:41:52.030 PM |
|---|---|

and i need an address to send to