Chat Filters        Events        History        Disclaimers

| Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|
| 16465524499@s.whatsapp.net Alex Mashinsky | S.whatsapp | 16465524499@s.whatsapp.net | 16465524499@s.whatsapp.net | 15 | 0 |
| System Message System Message | System Message | | | 0 | 0 |
| 491757575961@s.whatsapp.net Johannes Treutler | S.whatsapp | 491757575961@s.whatsapp.net | 491757575961@s.whatsapp.net | 12 | 1 |

---

16465524499@s.whatsapp.net Alex Mashinsky

2021-07-23 03:48:46.000 AM

Saw this. This is why they bought Blockfolio. We were supposed to launch with them.

16465524499@s.whatsapp.net Alex Mashinsky

2021-07-23 03:50:20.000 AM

I am worried about USDT. Everyone borrows it from us. We should try to go short where we can or swap to USDC and deploy. See if you can use any with your cash and Cary and cel buys. At least until the storm passes. Spoke to Roni about this as well.

16465524499@s.whatsapp.net Alex Mashinsky

2021-07-23 03:50:33.000 AM

And Rodney so suggest what you can.

16465524499@s.whatsapp.net Alex Mashinsky

2021-07-23 03:50:59.000 AM

Thanks for helping with Jonathan , let me know if I should talk to him as well.

491757575961@s.whatsapp.net Johannes Treutler

2021-07-23 10:20:07.000 AM

We are monitoring how our community thinks about the FTX/BlockFolio offering.

491757575961@s.whatsapp.net Johannes Treutler

2021-07-23 10:20:25.000 AM

Ok, we will work on that. Good idea.

491757575961@s.whatsapp.net Johannes Treutler

2021-07-23 10:24:18.000 AM

FYI CEL is down -17% from $5.50 to $4.60 since the latest BlockFi news last night. It seems we have some decent CEL seller that refer on Telegram to that news and don't understand what Celsius does different / why we should not face the same situation.

16465524499@s.whatsapp.net Alex Mashinsky

2021-07-23 10:44:23.000 AM

How much does he have to sell ?

16465524499@s.whatsapp.net Alex Mashinsky

2021-07-23 10:45:19.000 AM

New news on Blockfi or old stuff.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS        CELSIUSNETWORK_00299153

491757575961@s.whatsapp.net Johannes Treutler
2021-07-23 10:46:06.000 AM

https://www.coindesk.com/blockfi-faces-crackdown-by-a-third-us-state-texas
blockfi-faces-crackdown-by-a-third-us-state-texas.html

491757575961@s.whatsapp.net Johannes Treutler
2021-07-23 10:46:27.000 AM

This is what people discuss the last 12 hours and wonder why we should be different

491757575961@s.whatsapp.net Johannes Treutler
2021-07-23 10:47:10.000 AM

It's 2 or 3 seller and I would say they sold already $5m and have another $3m to go if I counted right …

491757575961@s.whatsapp.net Johannes Treutler
2021-07-23 11:30:59.000 AM

I'll focus the next hours on the token price - I can buy those sellers and sell elsewhere with very low market impact and keep the price stable while keeping our pocket closed … But don't worry I'll also focus on my other jobs. Is there something interesting you'll mention during the AMA that we could make some noise about in the community to be louder than the BlockFi FUD?

16465524499@s.whatsapp.net Alex Mashinsky
2021-07-23 11:41:23.000 AM

I can announce we signed the investor term sheet and will be announcing soon.

16465524499@s.whatsapp.net Alex Mashinsky
2021-07-23 11:41:44.000 AM

Let me know if you have other ideas.

491757575961@s.whatsapp.net Johannes Treutler
2021-07-23 11:42:12.000 AM

Oh really? This would most likely shut down all other conversation.

16465524499@s.whatsapp.net Alex Mashinsky
2021-07-23 12:02:07.000 PM

Also adding ADA

491757575961@s.whatsapp.net Johannes Treutler
2021-07-23 12:05:33.000 PM

Also a great announcement. I think the term sheet is by far the most interesting. Our community discusses a lot about potential large partnerships as part of the equity round. So what ever you'd as will fuel the rumors and give them something to speculate about the next days..

16465524499@s.whatsapp.net Alex Mashinsky
2021-07-23 12:11:30.000 PM

We have few big deals like Revolute

491757575961@s.whatsapp.net Johannes Treutler
2021-07-23 12:14:16.000 PM

That will give us some great publicity in the future! We're preparing to be ready to a jump in AUM!! And also CEL is undervalued by a lot these days. Should be $10-15 given how Celsius performs.

16465524499@s.whatsapp.net Alex Mashinsky
2021-07-23 12:16:13.000 PM

Earning in CEL for US will be a big help

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS          CELSIUSNETWORK_00299154

16465524499@s.whatsapp.net Alex Mashinsky
2021-07-23 12:17:27.000 PM

We also sending all non US who passed KYC and did not deposit $5 in CEL so they can earn interest and learn about Celsius.

491757575961@s.whatsapp.net Johannes Treutler
2021-07-23 12:33:30.000 PM

Btw FYI we tracked BlockFolio to see what they do with the coins people send them and we did not see any indication for now how coins might be used in the end. No connection to FTX for now .. so it seems to be a pure marketing stunt as expected .. I'll talk to risk team in 30 min from now to see how they think about significant deposits with BlockFolio to collect the yield as long as they can afford to pay it ..

16465524499@s.whatsapp.net Alex Mashinsky
2021-07-23 01:36:07.000 PM

I am sure they will provide them to Alameda

491757575961@s.whatsapp.net Johannes Treutler
2021-07-23 01:40:52.000 PM

Agreed. We will track.

16465524499@s.whatsapp.net Alex Mashinsky
2021-07-23 01:44:52.000 PM

we need to use this for our benefit, I asked Ron Sabo to deploy our coins via Blockfolio especialy CEL and XRP

16465524499@s.whatsapp.net Alex Mashinsky
2021-07-23 01:45:24.000 PM

lets earn 5% on all idle assets until they run out of the $900m

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                CELSIUSNETWORK_00299155