Message

| | |
|---|---|
| **From:** | yarden.noy@celsius.network [yarden.noy@celsius.network] |
| **Sent:** | 8/1/2021 3:44:20 PM |
| **To:** | 'Alex Mashinsky' [alex@celsius.network] |
| **CC:** | 'Roni Pavon' [roni@celsius.network]; 'S. Daniel Leon' [daniel@celsius.network]; 'Nir Atar' [nir.atar@celsius.network]; 'Moriya Malka' [moriya.malka@celsius.network]; 'Ran Shitrit' [ran.shitrit@celsius.network]; 'Tom McCarthy' [tom.mccarthy@celsius.network]; 'Shahar Peter' [shahar.peter@celsius.network] |
| **Subject:** | RE: Website 1.0.2 Release |
| **Attachments:** | Fwd: FW: Price prediction compilation video |

Hi Alex
To highlight accuracy in predictions – we have the video you sent on Friday - Ran and I reviewed, two minor edits sent to Tom earlier, good to go once implemented, including on the website.

As to the CNBC piece – is there a particular segment you want to show? Generally, not an interview we are too happy to share ('wallet', 'deposit', 'give our profit back to users', 'manage assets', sensitive regulatory issues...)


Thanks
Yarden

**From:** Alex Mashinsky <alex@celsius.network>
**Sent:** Sunday, August 1, 2021 6:23 PM
**To:** Shahar Peter <shahar.peter@celsius.network>
**Cc:** Yarden Noy <yarden.noy@celsius.network>; Roni Pavon <roni@celsius.network>; S. Daniel Leon <daniel@celsius.network>; Nir Atar <nir.atar@celsius.network>; Moriya Malka <moriya.malka@celsius.network>
**Subject:** Re: Website 1.0.2 Release

Roni, can we uee a 10 second segment from https://www.cnbc.com/video/2021/07/21/how-does-cryptobanking-work.html on our web site ?

I want to use very short segments from Bloomberg, Yahoo Finance and CNBC to highlight our accuracy in describing what is happening in markets.

Alex Mashinsky
Founder & CEO Celsius.Network
Twitter @mashinsky
Youtube
Download the App.



On Sun, Aug 1, 2021 at 11:18 AM Shahar Peter <shahar.peter@celsius.network> wrote:

חח

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS        CELSIUSNETWORK_03516705

On Sun, Aug 1, 2021 at 4:19 PM <yarden.noy@celsius.network> wrote:

Thanks Shahar

I will get back to you on 1,2 and 3 below.

Please **HOLD** on number 3 as well, we have some gaps there too.

Please proceed with 4.

Thanks.

Yarden

---

**From:** Shahar Peter <shahar.peter@celsius.network>
**Sent:** Sunday, August 1, 2021 12:55 PM
**To:** Roni Pavon <roni@celsius.network>
**Cc:** Alex Mashinsky <alex@celsius.network>; Yarden Noy <yarden.noy@celsius.network>; S. Daniel Leon <daniel@celsius.network>; Nir Atar <nir.atar@celsius.network>; Moriya Malka <moriya.malka@celsius.network>
**Subject:** Re: Website 1.0.2 Release

Hi Roni

Find below the status for the planned legal changes:

# Redacted

**Redacted**

**Redacted**

Shahar🖤

On Fri, Jul 30, 2021 at 2:42 AM <roni@celsius.network> wrote:
> Shahar – I know you just took over the website, but there are many links to legal documents that are simply wrong. The privacy policy is wrong, the ToU were wrong in the past. Can you please have a short meeting with @Yarden Noy to see how can we address this issue?

**From:** Shahar Peter <shahar.peter@celsius.network>
**Sent:** Thursday, July 29, 2021 7:50 PM
**To:** Alex Mashinsky <alex@celsius.network>
**Cc:** S. Daniel Leon <daniel@celsius.network>; Yarden Noy <yarden.noy@celsius.network>; Roni Pavon <roni@celsius.network>; Nir Atar <nir.atar@celsius.network>
**Subject:** Re: Website 1.0.2 Release

Alex - yeah, we can do that. We are working on adding the search bar as well.
Rony - For sure
Yarden - Swag ship link in the footer was fixed.

On Thu, Jul 29, 2021 at 6:24 PM Alex Mashinsky <alex@celsius.network> wrote:
> Great job Shahar and team, many of these new pages can not be found as they were not added to the menu and there is no search bar on the site.
>
> Lets include multiple links, for example https://celsius.network/earn-rewards-on-your-crypto should appear under Earn, link from the token list PAXG, appear in search and be linked form the FAQ list
>
> We have lots of hidden content we need to bring back to life. Yarden approved the use of Alessio search as long as we limit it to what is on our youtube so lets give that priority and make it the center of how users find static or video content.
>
> Alex Mashinsky
>
> Founder & CEO Celsius.Network
>
> Twitter @mashinsky
>
> Youtube

Download the App.

On Thu, Jul 29, 2021 at 6:06 AM Shahar Peter <shahar.peter@celsius.network> wrote:

Hey Alex and team

Yesterday we released an update for the website (v.1.0.2)

Note that from now and on the website will have Bi-weekly release cycles. The next release is planned for Aug 10th (v.1.0.4)

Here are the updates from yesterday's release:
1. New earn gold page - link
2. New API Partners Inquiry Form - link
3. Changed copy - *Earn up to 17%* to *Earn up to 17% APY, weekly*
4. Changed the PAX logo to the correct one.
5. Updated AppsFlyer smart script to read utm_content
6. Added all active promo codes to /download-app page - link
7. Fixed Typo on ToU page - link
8. Updated *Top Holders* to *Top Hodlers*
9. Fixed the Earn in CEL toggle bug on the [earn chart] - link
10. Changed /swag-shop destination to the USAStrong store - link
11. Added test IDs to critical parts of the site for QA automation
12. Created Modular Banner so we can set the text/link on any page globally


Best,
Shahar ♡

--

Shahar Peter

Web App Product Lead | Celsius

phone: +972-58-404-7020

*Download the Celsius app today!*

--

Shahar Peter

WebApp & Website Product Lead | Celsius

phone: +972-58-404-7020

*Download the Celsius app today!*

--

Shahar Peter

WebApp & Website Product Lead | Celsius

phone: +972-58-404-7020

*Download the Celsius app today!*

--

Shahar Peter

WebApp & Website Product Lead | Celsius

phone: +972-58-404-7020

*Download the Celsius app today!*

Message

| | |
|---|---|
| From: | Ran Shitrit [ran.shitrit@celsius.network] |
| on behalf of | Ran Shitrit <ran.shitrit@celsius.network> [ran.shitrit@celsius.network] |
| Sent: | 8/1/2021 1:09:25 PM |
| To: | Tom McCarthy [tom.mccarthy@celsius.network] |
| CC: | Yarden Noy [yarden.noy@celsius.network] |
| Subject: | Fwd: FW: Price prediction compilation video |

Hi Tom,

You're good to go under implementing 2 changes:

1. Please remove the slide in 1.34 min "take whatever cash you have and buy some bitcoin".
2. Please add at the beginning and the end of the clip - "not a financial advice" slide.

Can please add it to the video table?- just for our track of approvals.

Let me know if you have any questions,

Thanks,

Ran


---------- Forwarded message ---------
From: <yarden.noy@celsius.network>
Date: Sun, Aug 1, 2021 at 11:01 AM
Subject: FW: Price prediction compilation video
To: Ran Shitrit <ran.shitrit@celsius.network>


לטיפולך בבקשה


**From:** Alex Mashinsky <alex@celsius.network>
**Sent:** Friday, July 30, 2021 4:47 PM
**To:** Tom McCarthy <tom.mccarthy@celsius.network>; Yarden Noy <yarden.noy@celsius.network>
**Cc:** Brianna Herlihy <brianna.herlihy@celsius.network>; Bethany Davis <bethany.davis@celsius.network>
**Subject:** Re: Price prediction compilation video

**Redacted**

Alex Mashinsky

Founder & CEO Celsius.Network

Twitter @mashinsky

Youtube

Download the App.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS         CELSIUSNETWORK_03516710

On Fri, Jul 30, 2021 at 8:43 AM Tom McCarthy <tom.mccarthy@celsius.network> wrote:
> Hey All
>
> It was requested we make a short compelation video to share with Journalists that highlights Alexs price predictions and when they were forecast.
>
> We still need to add the BTC price charts as shown on Binance/Bitfinex exchange. Also planning on requesting a change in music.
>
> If you can let me know if this document will work for the purpose you need. We can make any structural changes.
>
> cheers,
> Tom
>
> 📄 _price prediction video test 01.mp4

--

**Tom McCarthy**
Video producer | Celsius

*Download the Celsius app today!*