

**Exco Meeting**

September 14, 2021

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS





FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS



Transfer numbers have and may very well continue to see cool offs as our users have unloaded most of their dry powder between ADA, BlockFi, and BTC run up for the last 2-3 weeks.

While we continue to see higher counts of first time users make their very first transfers, this initial volume is realistically a drop in the bucket → this may change as users build within their first 90 days.

The flash crash will loom over the coming week. While our existing users did not exhibit any panic sell behavior (HODL!), this will undoubtedly taper the hype of fast money, FOMO, and prospective new users as they got hit with a sobering reality of crypto mid bull run.

Last week we were characterized by extreme greed [79], entering this current week we are in heavy fear [sub 40]



# CNS Dashboard - Sep. 3, 2021 - Sep. 9, 2021

**BTC Transfers in coin**

Celsius (6.2% → 3.51%)
BlockFi (4.5→ 1.0→ 0.1%)
Nexo (4% scales to 8%)
Crypto.com (1.5% scales to 8.5%)

**ETH Transfers in coin**

Celsius (5.35% → 5.05%)
BlockFi (5.0 → 1.5→ 0.25%)
Nexo (4% scales to 8%)
Crypto.com (3.5% scales to 8.5%)

**Stable Transfers in coin**

Celsius (8.88%)
BlockFi (8% → 5%)
Nexo (8% scales to 12%)
Crypto.com (6% scales to 14%)

5

ETH and BTC re-emerge as our dominate coins after the initial ADA launch and net inflows/growth were solid last week. Stablecoins do no see this growth.
We continue to see whales and other larger accounts shift assets from stables into more risk on assets. Within our platform, we see instances of Stablecoin taken out and ETH/BTC brought back in soon after → but, this does not capture the vast majority of assets by any means.
Altcoin season is upon us, and non-appreciating assets may be moving in favor of catching waves like Solana which we may not offer.



ADA continues to see assets trickling in which is surprising realistically given the fact that we don't even offer the highest rates out there. Testament that our brand, community, and trust in the long term has the potential to overcome financial optimization → should look into demonstrating more value add with ADA like loans as we continue to explore upping rates based on deployabilty.

Other indications of alt coin rise can be seen in some of the best LINK and MATIC weeks we've had in a long time.

Again to call out that stables have actually been negative. Despite record # of users bringing in stables due to promo codes, large accounts are pushing dollar value negative by sheer size of transfers. (Example, Voyager taking out 70mil stable and bringing in 166 mil in ETH) - over the weekend (not reflected in this chart).

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS



Despite transfers dropping, registrations continue to push past and into all time highs. Even though there is are issues and FUD around promo/referrals → the proportion of users coming in through referrals is rather consistent at around 38-42% on any given week.

Our registration numbers tend to lag the market slightly so these numbers are reflective of the afterglow of BTC pushing 50k pre El Salvador day flash crash. Moving into next week, we should expect and anticipate us to fall from this new peak. We will do our best to mitigate, but there is a ton of fear in market that plays into new registrant's decisions. Let's have realistic expectations moving into next week.



As we experience the flash crash we can see that perhaps the deciding factor of "will i enter the market" is extremely contingent on external price/market sentiment driven factors. The coefficient or amplifier of "who should I choose/use" is what we have been building up to be stronger and stronger.

Looking back, We've experienced over a month of continued WoW increases in registration numbers that have tracked with the market. However, we at this point have been drastically outperforming the market.

Broad Market Resurgence: Revived Sentiment and risk-on behavior

During down markets we built our brand such that our brand becomes a stronger amplifier during bull-runs for new user/competitive acquisition:

Cel By the Numbers, 1M Users, 21B AUM → Trust Transfers and Registrations

Announced Mining, Chainlink, Proof of Community, ADA, LUNA, BNB, Loans in Cali, Swap, etc. → Built partnerships, bridged, and our platform

Competitors dropping the ball → BlockFi

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS



Gross new loans hit all time highs are more users may be trying to take advantage of the then rising markets.
Over the past weeks we have seen the proportional rise of loan closures which cut into the net loan numbers. Further research
should be conducted into these loan closures to see if these are simply a function of loan terms coming to an end, or user
experimentation, etc.



Despite a rise in the count of new users taking loans, the USD value of these loans week over week has decreased, tho still positive and comparatively at a stable "higher high" compared to our May-June dips. HIGH VALUE CLOSURES.
This is both a function of certain larger loan closures as well as smaller sized gross loans opening.



Over the last 2 weeks we've seen a big influx of first time transfers, many of them from past registration cohorts [we won't see the right hand side of the green go up, but the plaque was reduced during this period]

A combination of external and internal factors that we've mentioned already → but we need to see if this trend continues or was just a blip of big converging events.
ADA, blockfi, market run ups, 1M+ and other trust transfer points

                    CELSIUSNETWORK_00310034





We could add further utility to the CEL token by providing added benefits should people hodl the CEL token.

Being in the top 10 list will boost our companies new depositor growth due to the "free marketing" by appearing in the top 10 coins. (Most people check what the top 10 coins are)

CELSIUSNETWORK_00310036



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                CELSIUSNETWORK_00310037



# Finance (CFO) – Yaron

Corporate Goal 2021

| Finance Infrastructure | Goal: Smooth Move to US; IPO readiness; automated and reliable management & control Systems & processes (Clarity) | Update: Focusing on (i) new corporate structure functionalities due to leaving UK; and (ii) Clarity |
| --- | --- | --- |

### New Initiatives / Top Priorities This Week

- Work with Westcap's team; Closing July-Aug reports by Friday
- SPAC readiness
- Financial Position → critical mission
    - Continuance performance review / 'Coins & Wallet count' process
    - Clarity project / Automation
    - Derivatives accounting
- Tax and Corporate financing planning - finalizing
- Budget - Operation // Bizdev // Finance effort

### Highlights from last week

15

CELSIUSNETWORK_00310038

# Finance (CFO) – Yaron

| Revenues | 31-Jul-21<br>6-Aug-21 | 7-Aug-21<br>13-Aug-21 | 14-Aug-21<br>20-Aug-21 | 21-Aug-21<br>27-Aug-21 | 28-Aug-21<br>3-Sep-21 | 4-Sep-21<br>10-Sep-21 |
|---|---|---|---|---|---|---|
| Retail lending | 429,752 | 436,995 | 466,997 | 456,888 | 463,270 | 472,010 |
| Institutional lending | 2,860,187 | 2,555,201 | 2,939,466 | 3,509,490 | 4,206,642 | 4,370,214 |
| Exchanges: Bitfinex BOT | 65,833 | 235,424 | 347,493 | 334,724 | 403,524 | 444,002 |
| Exchanges FTX | | | | | | |
| Exchanges Cash and Carry | 236,016 | 1,418,161 | 1,459,121 | 1,032,320 | 1,994,376 | 1,699,572 |
| Trading' spread | 14,559,765 | 5,361,656 | 5,180,879 | 1,996,450 | 7,802,933 | (11,253,741) |
| DeFi | | | | | | |
| DeFi (ofi) | | | | | | |
| DeFi (New) | 3,901,718 | 2,118,874 | 2,630,029 | 2,864,276 | 4,034,129 | 980,044 |
| Yield Farming | | | | | | |
| Staking | 953,068 | 1,212,642 | 1,439,291 | 1,354,193 | 1,072,507 | 1,260,572 |
| OTC net inflow(outflow) | 104,965 | 5,706,523 | (3,036,962) | 3,862,279 | (2,854,405) | 1,844,594 |
| Sale of Cel Tokens from Treasury | 1,436,811 | 1,561,575 | 1,575,066 | 1,453,449 | | |
| Mining | 3,608,573 | 4,118,637 | 3,997,175 | 3,944,196 | 3,680,137 | 3,773,681 |
| Equities | 128,630 | 349,189 | 20,662 | 52,788 | (4,488,375) | (3,820,887) |
| EAM | 920,311 | 838,559 | 404,639 | 488,281 | 321,224 | (214,688) |
| Total Revenue | 29,455,580 | 25,853,736 | 17,453,886 | 21,349,535 | 16,637,171 | (626,842) |
| | | | | | | |
| COGS | | | | | | |
| Rewards | (11,509,467) | (12,399,012) | (13,101,894) | (12,783,747) | (14,532,223) | (14,058,750) |
| Borrowing costs | (1,403,131) | (1,506,918) | (1,404,616) | (2,982,160) | (2,477,843) | (5,814,951) |
| | | | | | | |
| Gross Profit | 15,571,982 | 11,947,807 | 2,927,376 | 5,983,428 | (372,094) | (14,500,833) |

| | 45.73<br>GBTC | 8.1<br>ETHC | 17<br>LTCN | 5.49<br>BCHG |
|---|---|---|---|---|
| Originally Purchased | 18,199,830 | 15,584,006 | 687,888 | (45,300) |
| Already sold | -1,983,555 | -12,914,117 | -510,507 | -843,300 |
| Greyscale Available (not yet) | 11,812,475 | 1,669,489 | 876,795 | 0 |
| Greyscale Available $ | $404,194,733 | $51,754,159 | $6,409,515 | 50 |
| Greyscale Free (in the bank) | 11,812,475 | 1,669,489 | 143,854 | 347,210 |
| Greyscale Free $ | $404,194,732 | $51,754,159 | $2,445,518 | $1,675,634 |

| | | Borrow undeployed Collaterals updated Sep 14 | | | |
|---|---|---|---|---|---|
| Lender | Amount | Weekly interest $ | APR% | Collateral $ | LTV |
| Tether International | 1,996,580,000 | 2,297,435 | 5.98% | 2,869,227,228 | 1.44 |
| Equities Free Holdings | | | | 807,394,836 | |
| Defi | 1,265,656,177 | 1,118,814 | 4.60% | 3,032,284,282 | 2.43 |

| | CEL TOKENS | | | |
|---|---|---|---|---|
| | 14-Aug-21<br>20-Aug-21 | 21-Aug-21<br>27-Aug-21 | 28-Aug-21<br>3-Sep-21 | 4-Sep-21<br>10-Sep-21 |
| Value: | | | | |
| Deployed (FTX) | 42,344,710 | 33,401,340 | 33,350,198 | 33,362,195 |
| Deployed (10CP) | | 0 | 0 | |
| In USD | $253,380,511 | $189,387,500 | $206,793,615 | $180,101,656 |

**AUM ~$23.6 B**

# Revenues - Deployment - Roni

**Corporate Goal 2021**

| Coin Deployment | Goal: 2.8% marginal yield on community assets | Status: BTC: 86.23%, ETH 91.3%, stables 95% |
|---|---|---|
| | | |

**New Initiatives / Top Priorities This Week**

- Setting a limit for Tether loans (defi spiking rates)
- Waterfall rebuilding - almost completed
- BETH (Ledger Prime as only option)
- BTC and ETH - new rates
- PMS
- Alternative accounts on CeFi
- Deribit deployment
- FTT Deployment

**People Update: How are you integrating them into your team/firm?**

- Frank's onboarding
- Rebuilding OTC team
- Comp structure completed, kicking off structure for the teams (Frank and Gerrit completed)
- Australian Traders
- Adeel's hirings

17

| Category | USD amount [Millions] | % of AUM | APY % | COFA % | NIM (with collateral) |
|---|---|---|---|---|---|
| Posted Collateral | $7,098 | 31.40% | 0.19% | 0.00% | 0.19% |
| Institutional Loans | $3,361 | 14.87% | 7.03% | 7.28% | 1.33% |
| Defi | $2,362 | 10.45% | 7.64% | 4.26% | 3.38% |
| Exchange | | | | | |
| Staking | $4 | 0.02% | 0.59% | 4.23% | -3.64% |
| Retail Loans | $616 | 2.72% | 4.14% | 10.86% | 7.14% |
| Mining | $266 | 1.18% | 30.00% | 8.65% | 21.35% |
| EAM | $290 | 1.28% | 6.58% | 6.05% | 0.53% |
| undeployed | $2,552 | 11.29% | 0.00% | 4.31% | -4.31% |
| CEL Users | $1,642 | 7.26% | 0.00% | 3.65% | -3.65% |
| CEL Treasury | $1,514 | 6.70% | 0.00% | 0.00% | 0.00% |
| Trust | $609 | 2.70% | 0.00% | 3.52% | -3.52% |
| Other | $22 | 0.10% | 0.00% | 9.97% | -9.97% |
| Total | $22,605 | 100.00% | 4.14% | 3.06% | 1.08% |

| | Collateral value [M USD] | Collateralization Ratio | TP Annual Income | TP income / Collateral | TP income / loan |
|---|---|---|---|---|---|
| Retail Loans | $2,185 | 354.81% | $85.38 | 3.91% | 13.87% |
| Institutional Loans | $2,730 | 70.00% | $61.41 | 2.25% | 1.57% |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS     CELSIUSNETWORK_00310041

## Institutional Lending

| Lending Book | 9/8/2021 | 16/8/2021 | 23/8/2021 | 6/9/2021 | 13/9/21 |
|---|---|---|---|---|---|
| Total Lending $$ Value | $2,093,564,599 | $2,359,059,907 | $2,814,159,766 | $3,216,417,192 | $3,252,630,257 |
| Avg Rate | 6.29% | 6.28% | 6.50% | 6.90% | 7.62% |
| Total Collateral $ Value | $1,042,506,991 | $1,138,550,583 | $1,423,785,117 | $2,113,576,395 | $2,250,820,556 |
| Avg Collateral % | 49.80% | 48.26% | 50.59% | 65.71% | 69.20% |
| Avg size $$ | $9,559,655.70 | $10,626,395.98 | $11,393,359.38 | $12,046,506.34 | $11,784,892.24 |
| # of loans outstanding | 219 | 222 | 247 | 267 | 275 |

## Exchanges

- **$700m CnC**
  - +$1.7m
  - Sa-Mo +$1.7m (avg APY 33%)
  - Market down 20-25% & OI 25% down
  - Tu-Fr +-0 (APY -15% to +15%)
  - Stabilized end of week at levels last seen @ BTC $37k

- **Swing Trades**
  - -$11m last week
  - LONG1 bleeding, mostly ETH
  - Less opportunity / more risk management

- **Bitfnex ($400m)**
  - +$444k last week
  - Huge LUNA return, rest calm



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00310042

## Defi Analysis

| | Last Week PNL | Average of Previous 5 Weeks PNL | Difference | Comment |
|---|---|---|---|---|
| All defi wallets | $980,044 | $3,081,182 | -$2,101,137 | |
| YD - Curve - stETH | $144,434 | $1,164,527 | -$1,020,094 | Depegging |
| OmniMan1 | $25,174 | $773,720 | -$748,547 | SNX |
| Yield Desk - Badger | $72,531 | $391,347 | -$318,816 | |
| YD - Convex - LUSD | -$157,667 | $11,994 | -$169,661 | |
| YieldDesk_Main | $71,643 | $173,286 | -$101,643 | |
| YD - AlphaHv2 | $48,075 | $143,652 | -$95,577 | |
| YD - Curve - sETH | -$79,898 | $10,458 | -$90,356 | |
| YD - CONVEX - PBTC | $26,631 | $76,691 | -$50,060 | |
| YD - CONVEX - OBTC | $129,591 | $73,226 | $56,366 | |
| YD - Curve - hBTC | $166,921 | -$5,291 | $172,213 | |

20

# Revenues - Corporate Development - Roni

**Fundraise**
- Westcap's convertible note signed and funded
- CDPQ - DD completed except for retention of key persons. Investment committee tomorrow.
- Work with Deloitte and advisors (Larry and Jeff) will gear up this week

**Mining**
- EL with Citi - Signed. PR is with the agency.
- Separating entities and management - in process
- Hiring CFO & CTO - two candidates in final stages of negotiation. Comp advisor to be onboarded.

**M&A**
- **GK8** - moving to stage 2
- **Bittrex** - irrelevant

**Strategy and New Products**
- Analysis under the assumption no earn product
- Plan built by Roni, Amir and Oren
- Separation between institutional, accredited and retail clients
- Robinhood model (rehypothecation against no fees)
- To be presented to Alex, Daniel, Nuke and Nir next week
- Licensing kicked off (MTLs, Lending, Financial Advisor and BD)
- Building the accreditation team/alternatives

**Partnerships**
- Paxos - engaging with NYDFS
- Revolute - signed

21

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

# Retail Lending - Aliza



| Retail Lending | Goal: 25% of AUM | Update: $628 Million    $2.3 B in Collateral |
|---|---|---|

**Corporate Goal 2021**

**$1B in Loans by EOY**
**$3B in collateral by EOY**
**50,000 Loans**

**New Initiatives / Top Priorities This Week your team/firm?**

- **$100 Minimum - next Thursday**
- **Liquidations/Clean our book**
- **Requesting guidance on Jira**
- **Stuck on Promo Codes**

**People Update:  How are you integrating them into**

Absorbing compliance work means we need to do another round of hiring.

Also need to expand VIP team

22



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS



# Retail Lending - Initiatives/Projects



**PAID ADS**

1) Redacted
2) Budget

**POR/COMPLIANCE**

Working on training and guidance for lending team to do first layer of POR approvals rather than compliance.

Training: Next Wednesday

**SYNTHETIC LIQUIDATION**

The MVP has launched. Will be using to clean up our books.

**REFERRAL PROGRAM**

Outstanding: new contract, program manager, tracking software.

'Beta' test mid september with a friendly.

**CALIFORNIA LAUNCH**

Hired project manager, evaluating agencies, working on live event with Tal for Oct 1.

**NEW PRODUCTS**

With initial MAMBU flow closed, time to commence scoping new offerings.

**These will all get stuck without front end flexibility.**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS        CELSIUSNETWORK_00310048



# Business Operations Priorities & Progress (September 14th):

| Priorities | Status Trajectory | Comments |
|---|---|---|
| **Program: Credit Card** | ↓ | **"Apply"** - Lack of dedicated Engineering resources - Nuke addressing.<br>**"Use & Manage"** - Estimation Intake for WebApp. Decision to be made on Native App. |
| **Program: BTC-2 (Swaps, Circle, etc.)** | ➡ | **Swaps** - [Blocked by lack of **Wintermute contract**] Internal celsius company launch (in available US jurisdictions) - with employees gated over September<br>Week 9/26 - First wave of 100 Platinum CA Customers, then ongoing conversation with Risk about scale of BETA.<br>Roni to guide on National & International launches. |
| **Program: BTC-2 (Swaps, Circle, etc.)** | ↑ | **Circle** - Project Kick Off. [Blocked by **lack of Wintermute contract**] |
| **Program: Function Building: Investment Ops (Middle/Back Office)** | ↓ | ~~Need record on a request~~ **HRBP addressing.** Transitioning to Business as Usual. |
| **Program: Function Building: Corporate / VIP** | ↑ | Waiting on Headcount approval. |
| **Program: Function Building: Data** | ↑ | ~~Need record on a request~~ **HRBP addressing.** Transitioning to Business as Usual. |
| **Program: Function Building: Product** | ➡ | Agreed on organizing principles. Post-Holiday next steps to socialize changes.. |
| **Foundation Stones:**<br>a. SOPs<br>b. Policies | ➡ | **Resource constrained -**<br>**SOPs:** Ongoing<br>**Policies:** Designing Template with Legal, Compliance & Security [30th September deadline]. |
| **Firefighting:**<br>a. Due Diligence Support<br>b. GK-8 | ↑ | **Due Diligence Support:** Ongoing support where needed.<br>**GK-8:** Initial Technology Due Diligence Completed [Green Light]. 1 Key Strategic risk identified and mitigated |

↑ On Target, trending positively

➡ Unresolved issue damaging / significantly slowing the project

↓ Underlying issue significantly damaged the project

26

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS    CELSIUSNETWORK_00310049



## GK8 Update (September 14th):

| | On Target, trending positively |
| --- | --- |
| | Unresolved issue damaging / significantly slowing the project |
| | Underlying issue significantly damaged the project |

| Workstreams | Status Trajectory | This Weeks Deliverable |
| --- | --- | --- |
| Tech | ↑ | • Clearly Defined Post Acquisition Operating Model (with HR, Business Workstreams)<br>• Detailed product roadmap and 100 day workplan<br>• Engineering management plan (i.e., RACI of who owns / manages what) |
| Finance | ↑ | • Finalized P&L Model<br>• Budget for 100 day workplan (in coordination with Tech, Business, and HR workstreams)<br>• Tax structure analysis |
| Legal | ↑ | **Redacted** |
| Business | ↑ | • Input on post-acquisition workplan and operating model<br>• Suggestions for key KPIs and milestones aligned with strategic goals of Celsius core |
| HR | ↑ | • Review of employment contracts + mapping of rewards / compensation<br>• (with Shiran) Assessment of timeline / capacity / headcount needs to integrate GK8<br>• Run process for identifying key personnel to lead business (on GK8 side), to lead integration (on Celsius side), and to ensure progress against tech roadmap (internal to GK8)<br>• Redacted |
| Ops | ↑ | • MDLF to follow up with Nuke to give input into Names to be attached to PMI project<br>• Refine PMI plan for additional areas of work (e.g., determining RACI / governance, comms planning, etc.)<br>• Clean up timeline & roles and responsibilities for the first 100 Days<br>• Determine location for all key stakeholders / employees<br>• Determine org structure & process for key personnel |
| Risks | ↑ | • Largest custody based risk mitigated |

27

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00310050



Investment: 7
Customer Care: 5
Compliance / AML: 8
IT / Security: 3
Partnership: 2
Ops: 1
Risk: 4

Big Challenges for these projects:
Resource allocation at the function level and within Ops.
Dependency on Policies being created and signed off before SOPs established.
Dependency on Technology being implemented and configured before SOPs established.
Pending final sign off/approvals from various key stakeholders.
NOTE: The Policies project emerged from the SOP project to cope with the dependencies.
To be clear, these are not "Completed" because a large number of them are pending approval.
Odette's strategy (which I agree with), is to get all of the critical SOPs documented and then do a 1hr meeting to get them all approved by the relevant stakeholders in one go.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

# Customer Care

## 6. - 12. September 2021

- Untouched Tickets: 5,200
- Pending Tickets      625
- OnHold Tickets    1.902
- One Touch Quote: 77.9%      (+ 5.1%)
- First Reply Time: 5.4 hrs      (- 8.5%)
- Full Resolution Time: 24.4 hrs      (+ 15.6%)

**Total New Tickets September:   23,235**

### Tickets (06.09.-12.09.) vs. to the previous week

- Created Tickets: 13,264 vs. 16,388      (- 19.0%)
- Internal Comments: 4,996 vs. 5,325      (- 6.2%)
- Answers Sent: 11,264 vs. 12,337      (- 8.7%)
- Solved Tickets: 10,596 vs 12,106      (- 12.5%)



Decreasing tickets by 19% to previous week. (Peak reached)
One Touch Quote and First Reply Time stable. Increase in due to raising OnHold Tickets

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS    CELSIUSNETWORK_00310052



70% of tickets due to promo and referral Code.
Process changes within the next 1 week to decrease handling time. Weekly meeting with Marketing and Dev team to avoid miscommunication with customers in publications. creating a more advanced alert system to activate red flags before backlogs starting.



Increasing backlog due to longer handling time. increasing OnHold tickets. Process changes within the next 7 days to decrease numbers.



New Applications :
New Corporate Applications for the week  :  87 (down slightly from previous week, which was 90)
Corporate Applications approved within the week :  52 (exactly same as previous week)
Team :
Team stable at 8 account managers (2 UK, 3 US, 2 Israel, 1 Cyprus). Hiring plan submitted/approved
Interesting accounts :
Finter - Finter is the crypto arm of Exness, one of the largest CFD brokers in the world. Most likely this will be a deposit account only and they are discussing putting $50m with us.
EToro - Engagement with the client via Cyprus office. Initial call done with Lending (Kenny Huang), but this account will most likely touch all remaining client-facing teams ( BD & Partnerships), given the nature of their business.
Bhutan Sovereign Wealth Fund (mentioned previously) - Still on track / engaging with us regarding onboarding.
CoinMeester (mentioned previously) - We are working with Partnerships. Follow up call at 12noon UK today. As a reminder they are dissatisfied with Nexo and have $200-300m with them.
Tagus - Working with BD on this client. They will open a holding a/c and a trading a/c and are discussing a notional of $15m
Large Withdrawals :
Large WD - we continue to process many WD over $150k, including on weekends, with no client complaints
Other :
Antony recorded a panel discussion yesterday at Eurofinance (part of The Economist) Corporate Treasury Conference. A virtual event which attracts 4,000 Corporate Treasurers. "What treasurers need to know about the future of Crypto" was the title alongside the CEO of Genesis and Head of Digital Assets for Goldman Sachs.
Zach Wildes attended Bitmain conference and Gabriel Podolsky (NY) will join other Celsians this week at the NY DAS conference (14/15 Sep)

CELSIUSNETWORK_00310055

# Technology / Product – Nuke



Corporate Goal 2021

| Priorities: | Goal: | Updates: |
|---|---|---|
| 1. Reorg to support tech/product - hiring, onboarding, MVP... | 1. ~100 devs in the next few months | • Fireblocks invoices [Daniel] |
| 2. Strategic infrastructure - APIs, Mambu, DeFi/CeFi bridge | 2. Devs portal + API 2.0 | |
| 3. Infrastructure - harden the system against systemic risks | 3. Transition to Mambu before year end | |
| security, Fireblocks, AWS, etc. | 4. DeFi/CeFi architecture + TBD | |
| prepare for flood of users/assets (QA, Devops) | 5. Devops and QA infrastructure | |

### New Initiatives / Top Priorities This Week

- **Presenting next week** - [delayed] detailed plan on improving throughput of the tech department.
- **Release calendar** - will improve internal and external communications.
- **Budget** - working with Arik
- Implementing an organization methodology used by Spotify and Netflix

### People Update: How are you integrating them into your team/firm?

- Need 65+ more devs
- Need 16 QA
- Devops
- Hiring + onboarding + training – about 5 months to full capacity

33

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS



# Tech Dept. Updates

**September 6th - 12th (169 tasks):**

**Biggest features:**

- Accredited Investors BO tables
- Sushi & 1inch
- Swap goes into alpha testing
- Large withdrawal engine - on staging

**Next week biggest updates [Sep 13th - 19th]:**

- Upgrading nodejs on Backend – expected systemwide downtime ~60min
- Enabling liquidation to end-users
- End-user creation on Partners API

---

You can track the progress of all next week's releases on the Release Calendar.

## Security - Nuke

**Corporate Goal 2021**

| Zero Incidents | **Goal:** Zero significant and even medium severity incidents | |
|---|---|---|

**New Initiatives / Top Priorities This Week**

- Sent Conferences & Travel guide

**People Update:  How are you integrating them into your team/firm?**

- Team working well. Some targeted hiring needed. 2-3 people.

**Highlights from Last Week**

- Keep in mind that zero incidents doesn't mean 0 attempts or risks. Next event is coming. Keep vigilant and focused.

35

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00310058



# Risk Management – Rodney

**Corporate Goal 2021**

| "Right-Size" Risk-Taking | Goal: | Update: will discuss strategies to manage valuations of publicly-traded mining companies working with Coin Deployment on tactics to enhance liquidity to offset margin calls |
|---|---|---|
| **Increase Inst'l Credit Approvals** | **Goal:** Above $2Bn; now >$3Bn | **Update:** Established $100MM limit: Falconx; Increased Nascent LP to $20MM Three DDs scheduled this week |

**New Initiatives / Top Priorities This Week**      **People Update: How are you integrating them into your team/firm?**

- **Workout EFH loan –**
  - Negotiating MLA terms and conditions
  - Considering dynamic hedge strategy tied to BTC price
- **Remediating USDT depeg & funding risks**
  - **Treasury:** Diversify DeFi borrowing e.g. USDC, DAI
  - **IT:** Fix put on hold until broader fix is enabled
- **JTreutler's exchg activities:** Limits reporting this week
  - awaiting proposal re: larger CnC strategy

*Final discussions underway for Head of Market Risk*
    10 FTEs
    + 1 Sr OpRisk (Oct)
    + 1 Model Validation (Oct)
    + 1 Credit (Oct)
    + 1 Liquidity/Analytics (Nov)
    + 3 Mkt Risk (Sept, Oct, Nov)
    = 17 FTEs

**Highlights from Last Week**
- Mining: executed 475 BTC collar hedge (out of 300BTC proposal)
- EFH: lawyer proposed repayment schedule on #3: 850 BTC

36



# Assets: Deployed



Mining values prior to August are invested amounts: August and onwards are PV of forward production
BTC and ETH posted as collateral to EFH is treated as collateral, not as an institutional loan



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00310062



## Human Resources – Trunshedda

### Corporate Goal 2021

| HR: September 14th | Goal: Recruiting/Onboarding/Performance Management | Update: 13 New Hires This Week (20 Last Week) Headcount: 485 (Growth of 439% YTD) |
|---|---|---|

### New Initiatives / Top Priorities This Week

- **Learning & Development**
  - Review Management Development Training (MDT) content with Employee Experience
  - Prepare to collaborate with HRBPs for final course recommendations.
  - Facilitate MDT course early Q4
  - 30-60-90 Day Surveys created and launched as of 9/10/21
- **Total Rewards**
  - Finalizing Equity Plan rollout as follows:
    - Plan documents and agreements
    - Administrative platform (Carta)
    - Employee grant type
    - Employee data
  - Finalizing Serbia payroll for September go live
  - Preparing for Q3 Cel Token distribution
- **Talent Acquisition (Recruiting)**
  - Onboarding additional agencies to support ambitious growth in tech
  - Redacted
  - Change US legal entity in Offer Letters (intend to hire + Employment Agreement)

### Highlights from Last Week

- **TA** - 125 Positions open and actively being sourced; 4312 Applicants; 550 Candidates Interviewed; 13 Positions Filled since last week.

### People Update: How are you integrating them into your team/firm?

- **Current - 24 People Team Members + Dept. Head = 25**
  - **Talent Acquisition - 9**
    - Future Hires - 4 (Lead and Recruiters-Search In Progress)
  - **Total Rewards - 4**
  - **Learning & Development - 2**
  - **HR Operations - 10**
    - Future Hire - 3 (Partner,  Las Vegas Generalist, Serbia Generalist)

New Hires to People have two days of new hire orientation, including organizational and business overview, followed by 1:1 introductions and shadowing with the appropriate team members. Weekly 1:1 and team meetings as well as an onboarding partner are imperative for support during the first two weeks.

*Yom Kippur Holiday - Israel Office closed on Wednesday, September 15th - Saturday, September 18th*

40

*ExCo Leadership 360 Survey Feedback was Due yesterday, Monday, September 13th*

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

# Human Resources – Trunshedda

**ESOP-RSUs - Overview**

**Employee Populations:**
- Through September 30, 2021 – All employees and long term contractors hired through September 30,2021 will receive a grant
- After September 30, 2021 – Employees/contractors onboarded after September 30,2021, will be evaluated for eligibility for a grant which must be approved by CEO.

**Grant Types:**
- Under the Celsius Network Ltd Omnibus Plan we will deliver 4 types of grants:
  1. Converted ESOP – ISOs for US and Section 102 for Israel for existing shareholders
  2. Non Qualified ESOP – For employees/contractors outside the US
  3. Section 102 ESOP – For employees in Israel
  4. RSUs – For US employees only, limited to this grant

**Employee Details Summary:**
- Awards based on 3 principles:
  1. Preserve existing grants/promises
  2. Leverage grade structure to ensure fair & equitable treatment on grants globally
  3. Maintain share allocation to allow for a reserve for future key hires
- Vesting for **new grants** will be 4 years with a one year cliff
- Going forward, shares allocated to termed employees will return to the pool

**What's Next:**
- Review recommended awards for employees with Department Heads
- Finalize plan documents
- Finalize employee grant recommendations
  - Department Head feedback
  - New hire eligibility assessment
- Communicate launch to employees
- Implement new equity award program

**Timing**
- Communications: September 23rd Internal AMA
- Target grant date: September 23rd
- Vesting will be recognized from employment date



41





## CEO Office – Alex

**Corporate Goal 2021**

| CEL Token to | Goal: $10 dollars (Jan 2021) | Update: Use CEL as collateral |
|---|---|---|

**New Initiatives / Top Priorities This Week**     **People Update: How are you integrating them into your team/firm?**

| CEL as collateral | CSCA – focus your team on the number one task |
|---|---|

**Highlights from Last Week**

43

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS      CELSIUSNETWORK_00310066

# Marketing / Analytics - Alex

**Corporate Goal 2021**

| User Growth | 1.5MM users by EOY | Updates |
|---|---|---|
| | | • Registered users growth contracted by 23% w/s prior week |
| Free coins on books | $1B in loans, $3B in collateral by EOY | |

| New initiatives / Top Priorities This Week | People Update: How are you integrating them into your team/firm? |
|---|---|
| **September events:**<br>❖ Block(works) Digital Asset Summit September 14-15<br>    ➢ 10 staff attending<br>    ➢ Celsius sponsored reception at the event<br>❖ iHeart Radio Music Festival September 17-18<br>    ➢ 4 staff attending<br>    ➢ Hosting the AMA live from Vegas WeWork<br>    ➢ Hosting a lunch for Vegas employees<br>❖ Mainnet by Messari Conference September 20-22<br>    ➢ 10 staff attending<br>    ➢ Alex hosting a sponsored breakout session<br>    ➢ Managing a Celsius booth<br>❖ NYC Celsius Community Event September 22<br>    ➢ 7:00-10:00PM<br>    ➢ 150-person event | |

**Highlights from Last Week**

44. WSJ and MarketWatch mentions





## Celsius Sustainable Competitive Advantage to $20B

| Assignment | Owner |
| --- | --- |
| 1. Wrapped tokens, BTC ETF leverage, @75% LTV to borrow any asset | |
| **Nuke** | |
| 2. Cross chain liquidity and burn as a FED of cross chains | |
| **Nuke** | |
| 3. Do internal settlement and instant credit to be faster & cheaper than all others - credit on all chains | **Nuke** |
| 4. Use our $4B CEL balance sheet to borrow productive assets/USD | |
| **Yaron** | |
| 5. Financial systems overseeing and managing operational activities | |
| **Yaron** | |
| 6. Stop bleeding money EFH, GBTC, CEL, under deployed | |
| **Yaron** | |
| 7. Public-Reporting grade financial team & systems - supporting scalable growth | |
| **Yaron** | |
| 8. Issue synthetic stable coin/DAI to dominate credit in DeFi - Terra.money | |
| **Roni** | |
| 9. Hire away or buy startups for best talent to dominate industry - 50% DeFi | |
| **Roni/Trunshedda** | |
| 10. CC that pays its own interest to bring to the masses - 1m new users | |

46

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

## Top Projects/Goals Status Review - Snapshot

| Project: | Strategic Goal (2021): | Lead: | Status (one liner): |
|---|---|---|---|
| 1. CEL Token to | $10 dollars ✗ (Jan 2021) | Alex | Use CEL as collateral for $4B loans FTX Bitfinex Tether Maker AAVE |
| 2. Community Pool Growth 2021 | $350bn = $50bn crypto, $250bn USD and stablecoin lending, $5bn - Gold | Alex - retail, Roni - b2b | $1bn USDT, $533m USDC Instit loans, Gold - solving yield issue |
| 3. Fundraising | $250mil Debt + $250m Equity | Roni | Finalizing financials, starting to sign investors on SAFEs, closed BITF and DX should be opened by the end of the week. Debt instruments in Sweden and Israel. |
| 4. Coin Deployment | 80%. | Yaron | All 67.42% BTC 84.84% ETH 85.80%. |
| 5. Finance Infrastructure | Financial Position Dashboard automated. | Yaron | Instlend improvements slowly. Hedgeguard multi-project Mambu in the long term. Basis for enhanced data-driven financial and risk decision making processes. |
| 6. Retail Lending | 1 Billion Loans, 3 Billion Collateral HAPPY CUSTOMERS | Alex | $296m in active liabilitii |
| 7. People | Recruiting the best talent to support growth. Engaged culture. | Truhshedda | 20  New Hires Onboarded this week (7 Hires Last Week). |
| 8. Customer Service | One-Touch Service | Daniel | 173 Agent Touches per Ticket. First time ever below 2 touches per ticket. |
| 9. "Right-Size" Risk-Taking    Increase Inst'l Credit Approvals | 1st and 2nd v. of Risk Dashboard [RD]   to $2Bn | Rodney | |

**Redacted**

47



**Closing Remarks**

48

CELSIUSNETWORK_00310071