| Chat Filters | Events | History | Disclaimers | | | |
|---|---|---|---|---|---|---|
| **Participant** | | **Entity** | **Login** | **Email** | | |
| 16465524499@s.whatsapp.net Alex Mashinsky | | S.whatsapp | 16465524499@s.whatsapp.net | 16465524499@s.whatsapp.net | 6 | 2 |
| System Message System Message | | | System Message | | 1 | 0 |
| 972504446020@s.whatsapp.net Roni Cohen pavon Celsius | | S.whatsapp | 972504446020@s.whatsapp.net | 972504446020@s.whatsapp.net | 7 | 0 |

---

System Message System Message

2021-09-15 01:17:08.000 AM

Missed Voice Call

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-09-15 01:20:07.000 AM

Forgot to talk with you about Nir. It feels like we are losing momentum with him and the progress we've made last week is at risk. I think you should call him and tell him he'll manage the roadmap as discussed. Hearing this from me is not enough

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-09-15 11:56:19.000 AM

Are you free?

16465524499@s.whatsapp.net Alex Mashinsky

2021-09-15 12:19:16.000 PM

Call when you can. Free till 9

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-09-15 12:29:15.000 PM

On calls

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-09-15 12:43:03.000 PM

I'm thinking about building a plan to burn CEL tokens

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-09-15 12:43:56.000 PM

Talking with Johannes and several clients, it seems like we're closer to $3 than to $6

16465524499@s.whatsapp.net Alex Mashinsky

2021-09-15 02:17:25.000 PM

d1d551c2-f285-4434-a9ad-412e6fea6590.jpg



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                                          CELSIUSNETWORK_01062196

16465524499@s.whatsapp.net Alex Mashinsky

2021-09-15 02:38:13.000 PM

Chris did the BSC EVM.

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-09-15 02:38:29.000 PM

That's the guy you met?

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-09-15 02:38:51.000 PM

Do you have contact details?

16465524499@s.whatsapp.net Alex Mashinsky

2021-09-15 02:48:34.000 PM

No. Find him online. I will try to get.

16465524499@s.whatsapp.net Alex Mashinsky

2021-09-15 03:18:09.000 PM

16465524499@s.whatsapp.net Alex Mashinsky

2021-09-15 11:47:01.000 PM

See how Abra presents it as legal due to PrimeTrust. https://app.criticalmention.com/app/#clip/view/356742d1-36f9-4a99-97d2-79a391fad256?token=58b3dc07-4ebb-4a18-b4da-70df743f3d21 Critical Mention



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS          CELSIUSNETWORK_01062197



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                    CELSIUSNETWORK_01062198



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                    CELSIUSNETWORK_01062199