Message

| | |
|---|---|
| **From:** | Bethany Davis [bethany.davis@celsius.network] |
| on behalf of | Bethany Davis <bethany.davis@celsius.network> [bethany.davis@celsius.network] |
| **Sent:** | 10/1/2021 2:44:19 PM |
| **To:** | Roni Pavon [roni@celsius.network] |
| **CC:** | Alex Mashinsky [alex@celsius.network]; Zach Wildes [zachary.wildes@celsius.network]; Julie Secor [julie.secor@celsius.network]; Ron Deutsch [ron.deutsch@celsius.network]; Oren Blonstein [oren.blonstein@celsius.network]; Yarden Noy [yarden.noy@celsius.network]; Ron Sabo [ron.sabo@celsius.network] |
| **Subject:** | Re: AMA - Burn numbers and text |

Thank you Roni

On Fri, Oct 1, 2021 at 10:06 AM <roni@celsius.network> wrote:

**Some important points on today's AMA:**

- No talking about CEL price or what this would do to it;
- Zach should not to pick any questions about CEL price or what this would do to it; and
- No saying anything about regulators, good or bad, except that we are collaborating with them and working together to find appropriate solution, but nothing further, and nothing about how they work for banks etc.

**See below the wording for today:**

*"Today we are launching the CEL burn program. As you know, every week we buy CEL in the market to pay rewards to our clients, whether in kind for the CEL balance or as the premium rate for other assets. Starting this week, and we will provide additional details on the website, 10 percent of the total number of CEL we buy in the market to pay as rewards will be burned.*

*The first burn is today and I'll do it live -*

*As more clients choose to get their rewards in CEL, up to 25 percent more than in kind, the more CEL we buy in the market and burn, adding a layer of deflation to CEL, that is increasing as the adoption of CEL increases.*

*We will publish the burn details every week on our website and on our weekly email".*

**Numbers –**

We paid on 24 September:

**526,817.91 total CEL**

222,476.16 CEL on CEL

304,341.75 CEL on non CEL

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS    CELSIUSNETWORK_03212280



*Download the Celsius app today!*

**Roni Cohen Pavon**
**CRO | Celsius**
T: +972-504446020
E: roni@celsius.network

--

**Bethany Davis**
*Chief of Staff to CEO*

**Unbank Yourself**
celsius.network

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                          CELSIUSNETWORK_03212281