Chat Filters    Events    History    Disclaimers

| Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|
| 16465524499@s.whatsapp.net Alex Mashinsky | S.whatsapp | 16465524499@s.whatsapp.net | 16465524499@s.whatsapp.net | 2 | 0 |
| System Message System Message | | System Message | | 0 | 0 |
| 972504446020@s.whatsapp.net Roni Cohen pavon Celsius | S.whatsapp | 972504446020@s.whatsapp.net | 972504446020@s.whatsapp.net | 13 | 0 |

16465524499@s.whatsapp.net Alex Mashinsky
2021-10-02 02:14:11.000 AM

I will talk to him.

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2021-10-02 09:51:21.000 AM

I don't think it will be good enough if someone will come after us. We need to start taking disciplinary actions against people and put this on record. I can't keep getting on calls with regulators and explain why a 20 years old is putting the entire company at risk simply because we have no control on what he says (and I, personally, can't keep on policing these people and waste hours of my day day to listen to videos and then ask people to edit them, simply because no one listens)

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2021-10-02 09:51:53.000 AM

And for the day someone may come and take all of our emails and WhatsApp, such things must be on record

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2021-10-02 10:11:16.000 AM

And BTW - the first thing we should do is to prevent this information from getting to him.

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2021-10-02 06:13:15.000 PM

Told CDPQ about EFH

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2021-10-02 06:13:24.000 PM

He either doesn't understand or doesn't care

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2021-10-02 06:13:39.000 PM

I told him we covered this only by the price appreciation of CEL

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2021-10-02 06:16:37.000 PM

And he says - we're here for you and with you

16465524499@s.whatsapp.net Alex Mashinsky
2021-10-02 06:33:00.000 PM

Great. Now let's do WestCap

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2021-10-02 06:34:34.000 PM

Alex is getting married today

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2021-10-02 06:34:52.000 PM

He's the one we should update

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2021-10-02 06:35:06.000 PM

Maybe we simply send them the new appendix from CDPQ as a rep

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2021-10-02 07:45:40.000 PM

Had a session with 10T. They want to join as part of WC ticket (50 out of the 250), but this basically means we're going through a DD again

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2021-10-02 07:46:14.000 PM

I told them they cannot spend anyone's time and they can only get products from me or WC, as we wasted enough time in the past

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2021-10-02 07:46:15.000 PM

They're good