Message

| | |
|---|---|
| **From**: | Rodney Sunada-Wong [rodney.sunada-wong@celsius.network] |
| **on behalf of** | Rodney Sunada-Wong <rodney.sunada-wong@celsius.network> [rodney.sunada-wong@celsius.network] |
| **Sent**: | 10/17/2021 5:25:22 PM |
| **To**: | Yarden Noy [yarden.noy@celsius.network]; Roni Pavon [roni@celsius.network] |
| **CC**: | Ran Shitrit [ran.shitrit@celsius.network]; Tom McCarthy [tom.mccarthy@celsius.network]; Oren Blonstein [oren.blonstein@celsius.network]; Risk Management [riskmngmt@celsius.network]; Ron Deutsch [ron.deutsch@celsius.network] |
| **Subject**: | Re: Needed AMA youtube edits 10/15 |

Thanks for pointing that out.  I too was surprised when he said that.

Roni?

-------------
Rodney Sunada-Wong
908-447-1819m

On Sun, Oct 17, 2021 at 9:07 AM <yarden.noy@celsius.network> wrote:

Hi all

Thank you for your review and comments.

(**58:17**) rightfully removed.

(**1:26**) – indeed that whole part needs to be removed please. @Tom McCarthy We are not distributing profits to our customers.

**Rest we can live with.**

**Another thing (unless I'm missing any giveaway I'm not familiar with) – (49:20)** "We're going to shower you with CEL tokens. Use CelPay, we're gonna give you CEL token. Use Loans, we're gonna give you CEL tokens. Using Swaps using yield, we gonna shower you with some CEL token. that's obviously mostly going to be for non US users."

**What is that about? Anyone has any background? Know of a particular CEL shower plan?**

**Otherwise, we need to remove this please.**

Thanks
YN

**From:** Ran Shitrit <ran.shitrit@celsius.network>
**Sent:** Saturday, October 16, 2021 11:19 PM

CELSIUSNETWORK_03516941

**To:** Rodney Sunada-Wong <rodney.sunada-wong@celsius.network>
**Cc:** Oren Blonstein <oren.blonstein@celsius.network>; Risk Management <riskmngmt@celsius.network>; Ron Deutsch <ron.deutsch@celsius.network>; Roni Pavon <roni@celsius.network>; Yarden Noy <yarden.noy@celsius.network>
**Subject:** Re: Needed AMA youtube edits 10/15

Much appreciated!

Thanks Rodney,

Ran

מאת ‏‎23:09, 2021 ‏באוק׳ 16 ,שבת בתאריך Rodney Sunada-Wong <rodney.sunada-wong@celsius.network>:
Ran - here is the link to the full transcript

https://docs.google.com/document/d/186LajTV7NtrgkiM05qAESe6jdSuLHsnu8J3DGW7Iz1k/edit

On Sat, Oct 16, 2021 at 11:24 AM Ron Deutsch <ron.deutsch@celsius.network> wrote:
My suggestions below

---

**From:** Roni Pavon <roni@celsius.network>
**Sent:** Saturday, October 16, 2021, 12:27 AM
**To:** Rodney Sunada-Wong; Oren Blonstein
**Cc:** Tom McCarthy; Ran Shitrit; Yarden Noy; Ron Deutsch; Zach Wildes; Jerry Ho; Risk Management
**Subject:** Re: Needed AMA youtube edits 10/15

+ @Oren Blonstein

On Sat, Oct 16, 2021 at 7:19 AM Rodney Sunada-Wong <rodney.sunada-wong@celsius.network> wrote:
**Tom -** *Thanks for already removing this one*

**Alex 58:17**
.... Right. Another point is that, you know, we used to tell you every week that we had no laws, no, we call it, no counter or institutional investors have not been paid that alone so I'm here to say that again. We have amazingly right over four years, **never had an institution that took a loan from us and did not pay back**, didn't pay their yield, and so on so we're still betting 100 there, and plan to stay that way. So it's an important thing to save today. And. All right, next question. Okay,

*I think this one we should edit out.*

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

**Alex 32:10**

Redacted

.... And the more, the more safe and secure, and, and the more assets we have, it is safe for you to all do yours with us right so why do you give your money to the largest banks because you feel that they're safer than others, it's the same thing in crypto. **Why do you want to put your coins to Celsius is because we are safer than many of the other platforms that you normally use and you think that they're safe again**. We're now with this increase in their Bitcoin, probably something like 28 billion in assets 8 billion, no one is even close. So, you have to ask yourself, Okay, well, of these other guys were bigger I thought these other guys were safer, but if you ask any of the questions that you just talked about if you ask them those questions...

**Ran, Yarden, Ron.**

Redacted

# Redacted

Here is the transcript:

https://docs.google.com/document/d/1kD11nxtCnAWPvRH2QEGmKT7a9OCt7raGMZcCIOyymsk/edit

------------
Rodney Sunada-Wong
908-447-1819m

--
--

**Roni Cohen Pavon**

**CRO** | Celsius

phone: +972-50-444-6020

*Download the Celsius app today!*

--

------------
Rodney Sunada-Wong
908-447-1819m

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS