**Chat Filters**   **Events**   **History**   **Disclaimers**

| Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|
| 16465524499@s.whatsapp.net Alex Mashinsky | S.whatsapp 16465524499@s.whatsapp.net | 16465524499@s.whatsapp.net | 5 | 2 |
| System Message System Message | System Message | | | 0 | 0 |
| 972504446020@s.whatsapp.net Roni Cohen pavon Celsius | S.whatsapp 972504446020@s.whatsapp.net | 972504446020@s.whatsapp.net | 14 | 1 |

---

16465524499@s.whatsapp.net Alex Mashinsky

2021-10-23 01:26:56.000 AM

https://www.jdsupra.com/legalnews/president-biden-mulling-executive-order-1694588/ The Biden administration is reportedly considering the issuance of an executive order that would create a governmentwide approach to the oversight and...

Brownstein

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-10-23 09:38:28.000 AM

I got a call yesterday night from Latham. A few states called them saying they've collected enough statement about regulators, regulations and our regulatory position from Celsius employees, and they also mentioned the AMA, to issue cease and desist and all US states immediately. They said it's the last time they warn us before taking a very aggressive action.

16465524499@s.whatsapp.net Alex Mashinsky

2021-10-23 01:00:57.000 PM

Time to settle with SEC. CEL won't survive this.

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-10-23 01:10:23.000 PM

**Redacted**

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-10-23 01:10:29.000 PM

**Redacted**

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-10-23 01:10:43.000 PM

**Redacted**

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-10-23 01:10:57.000 PM

**Redacted**

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-10-23 01:11:13.000 PM

**Redacted**

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-10-23 01:46:54.000 PM

**Redacted**

16465524499@s.whatsapp.net Alex Mashinsky

2021-10-23 02:05:38.000 PM

**Redacted**

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-10-23 02:10:40.000 PM

They mentioned the Twitter live and the AMA, saying employees (not necessarily you) are saying 'nothing will change, regulators just want to understand our model and don't really have a problem with us, we don't see any problem with what we do'. They said they don't expect us to be quite (they're fine with the blogpost, that was approved by Latham), but they don't want us to say it's nothing and everything will stay the same. This is why NJ pushed back on giving us an extension (but they eventually did. Updated me yesterday night).

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-10-23 02:11:04.000 PM

Will you be free for a call later? You wanted to speak about Aslihan and I have another 2-3 issues, including the CEL

16465524499@s.whatsapp.net Alex Mashinsky

2021-10-23 02:14:40.000 PM

Sure. Call anytime.

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-10-23 02:14:48.000 PM

Ok, thx

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-10-23 02:33:09.000 PM

https://www.coindesk.com/business/2021/10/23/terras-do-kwon-was-served-by-sec-new-lawsuit-shows/ It solves a lingering mystery of Messari's Mainnet conference.



16465524499@s.whatsapp.net Alex Mashinsky

2021-10-23 05:59:58.000 PM

87f3fc81-8859-40bd-82bd-a0b9cd47320b.mp4

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-10-23 06:02:32.000 PM

Smart boy

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-10-23 06:02:40.000 PM

We should open the Celsius Academy

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-10-23 09:23:24.000 PM

Free?

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                    CELSIUSNETWORK_03146560

Brownstein

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
CELSIUSNETWORK_03146561



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS  CELSIUSNETWORK_03146562

**Document Produced in Native Format**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS        CELSIUSNETWORK_03146563