| Chat Filters | Events | History | Disclaimers | | |
|---|---|---|---|---|---|
| **Participant** | | **Entity** | **Login** | **Email** | |
| Trunshedda Ramos | | Celsius | U018E0YDB09 | trunshedda.ramos@celsius.network | 0 0 |
| Ron Deutsch | | Celsius | U01PME7LEHK | ron.deutsch@celsius.network | 0 0 |
| Tom McCarthy | | Celsius | U0102JFH3U4 | tom.mccarthy@celsius.network | 1 0 |
| Roni Pavon | | Celsius | U01B6KNK8DB | roni@celsius.network | 0 0 |
| Gal Arad cohen | | Celsius | U02U9T01BFV | gal.cohen@celsius.network | 0 0 |
| Adrian Alisie | | Celsius | U02CJ4TQTLL | adrian.alisie@celsius.network | 0 0 |
| Mariana Hall | | Celsius | U01L5EH0E8L | mariana.hall@celsius.network | 0 0 |
| Jerry Ho | | Celsius | U02AQ286PUP | jerry.ho@celsius.network | 0 0 |
| Michal Hanuka | | Celsius | U02DQLA5GGY | michal.hanuka@celsius.network | 0 0 |
| Peter Salyga | | Celsius | U0322KDTKUZ | peter.salyga@celsius.network | 0 0 |
| Rodney Sunada-Wong | | Celsius | U01RFJFGJRF | rodney.sunada-wong@celsius.network | 4 2 |
| Susana Tiong | | Celsius | U035PT2BPGT | susana.tiong@celsius.network | 0 0 |
| Gilad Ouzan | | Celsius | U0245HTS7NH | gilad.ouzan@celsius.network | 0 0 |
| George Smith | | Celsius | U02DEQ8RT6E | george.smith@celsius.network | 0 0 |
| Jackie Rubin | | Celsius | U03ECU8PPCM | jackie.rubin@celsius.network | 0 0 |
| Zachary Wildes | | Celsius | UTTE4GFLL | zachary.wildes@celsius.network | 0 0 |
| Ofer Ganot | | Celsius | U02BAV5TDA8 | ofer.ganot@celsius.network | 0 0 |
| Oren Blonstein | | Celsius | U01L29LKNBG | oren.blonstein@celsius.network | 0 0 |
| Peter Graham | | Celsius | U01HHRN7NTH | peter.graham@celsius.network | 0 0 |
| Yarden Noy | | Celsius | U01JW5MHGDP | yarden.noy@celsius.network | 0 0 |
| Daniel Urman | | Celsius | U030QFKJVL1 | daniel.urman@celsius.network | 0 0 |
| Adam Malley | | Celsius | U02M368C6P7 | adam.malley@celsius.network | 0 0 |
| Brian Strauss | | Celsius | U01TNB41TEC | brian.strauss@celsius.network | 0 0 |
| Asaf Yashayev | | Celsius | U025X49LG6L | asaf.yashayev@celsius.network | 0 0 |

| Victor Vesnaver Jr. | Celsius | U03FC6HMERX | victor.vesnaver@celsius.network | 0 | 0 |
| Shakti Tailor | Celsius | U01TEQ8JHQU | shakti.tailor@celsius.network | 0 | 0 |
| Anvar Nurullayev | Celsius | U02T099F87J | anvar.nurullayev@celsius.network | 0 | 0 |

Rodney Sunada-Wong
2021-10-29 06:53:07.000 PM

Tom - Please see your inbox. There are a couple of things that I think need to be edited out, and a few others that legal should advise as to whether they are required. Here are the ones that need to be edited out:

Rodney Sunada-Wong
2021-10-29 06:55:08.003 PM

38 minutes: "Celsius does not sell its tokens. We're not in the market. Usually we are in the market usually buying not selling."



Rodney Sunada-Wong
2021-10-29 06:57:57.003 PM

1:22 - "We don't treat businesses or individuals differently". This statement could be misinterpreted to say we don't treat institutional _borrowers_ differently from retail borrowers. We definitely do institutional lending that is uncollateralized.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                                              CELSIUSNETWORK_03212229



Tom McCarthy

Hey Rodney, I will get on this

2021-10-29 07:03:04.003 PM

Rodney Sunada-Wong

Thanks Tom!

2021-10-29 07:56:57.007 PM

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                    CELSIUSNETWORK_03212230