Message

**From:** Alex Mashinsky [alex@celsius.network]
**on behalf of** Alex Mashinsky <alex@celsius.network> [alex@celsius.network]
**Sent:** 11/9/2021 1:15:10 PM
**To:** Roni Pavon [roni@celsius.network]
**Subject:** Fwd: AMA Lessons

Like I told you. If he keeps saying this about non US we will not be able to do anything.

We need to approve certain platforms as free zone for marketing.

Why would we have any limitations on Bitfinex or FTX if they are blocked to all US users ?

Please clean this up.

Alex Mashinsky
Founder
Www.celsius.network
Www.transitwireless.com
Www.arbinet.com
@mashinsky
www.mashinsky.com


Begin forwarded message:

**From:** Yarden Noy <yarden.noy@celsius.network>
**Date:** November 9, 2021 at 5:45:08 AM EST
**To:** Alex Mashinsky <alex@celsius.network>, Tushar Nadkarni <tushar@celsius.network>
**Cc:** Oren Blonstein <oren.blonstein@celsius.network>, Roni Pavon <roni@celsius.network>, Rodney Sunada-Wong <rodney.sunada-wong@celsius.network>, Tom McCarthy <tom.mccarthy@celsius.network>
**Subject: AMA Lessons**


Thanks
Tushar and I will connect.
Generally, same limitations apply outside the US as well.


Sent from my mobile, please excuse any typos.

**From:** Alex Mashinsky <alex@celsius.network>
**Sent:** Monday, November 8, 2021 4:09:12 PM
**To:** Yarden Noy <yarden.noy@celsius.network>; Tushar Nadkarni <tushar@celsius.network>
**Cc:** Oren Blonstein <oren.blonstein@celsius.network>; Roni Pavon <roni@celsius.network>; Rodney Sunada-Wong <rodney.sunada-wong@celsius.network>; Tom McCarthy <tom.mccarthy@celsius.network>
**Subject:** Re: AMA Lessons

I understand re AMA.

We will be targeting non US users via platforms that are blocked to US and need to know if you have any limitations there. Tushar will be running many new campaigns so we need to be on the same page.

Alex Mashinsky
Founder & CEO Celsius.Network
Twitter @mashinsky
Youtube
Download the App.



On Mon, Nov 8, 2021 at 8:13 AM <yarden.noy@celsius.network> wrote:

Hi Alex

Following our reviews of AMAs from recent weeks, there are a couple of recurring things we want to bring to your attention:

• CEL burn: When this was first initiated, we gave you the ground rules of what can and can't be said around this. "Deflation", "decreasing supply" are fine. **We can't say that this will drive the price of remaining tokens, or that "existing CEL holders will benefit from this".**

• Don't use "**AUM**", we are not an asset manager and don't manage assets.

• **Distributing profits to the community** – That's a major issue for regulator which we are strongly fighting to disclaim. **Please avoid anything around that.**

• Any **future looking statement** regarding the token (e.g. we are "looking at additional exchanges to list CEL") should be avoided.

Thanks
YN



**Yarden Noy**
*Head of Regulation*

**Unbank Yourself**
celsius.network