Message

| | |
|---|---|
| **From:** | Ron Deutsch [ron.deutsch@celsius.network] |
| on behalf of | Ron Deutsch <ron.deutsch@celsius.network> [ron.deutsch@celsius.network] |
| **Sent:** | 11/12/2021 4:53:20 AM |
| **To:** | Rodney Sunada-Wong [rodney.sunada-wong@celsius.network]; Oren Blonstein [oren.blonstein@celsius.network]; yarden.noy@celsius.network |
| **CC:** | Brian Strauss [brian.strauss@celsius.network]; Jerry Ho [jerry.ho@celsius.network]; Peter Graham [peter.graham@celsius.network]; Ran Shitrit [ran.shitrit@celsius.network]; Risk Management [riskmngmt@celsius.network]; Shahar Peter [shahar.peter@celsius.network]; Tal Bentov [tal.bentov@celsius.network]; Tom McCarthy [tom.mccarthy@celsius.network]; Tushar Nadkarni [tushar@celsius.network] |
| **Subject:** | Re: AMA Youtube Portugal - needed edits |

Yes, we mention it every week and ask to refrain from any comments. Just facts on how much was the burn.

---

**From:** Rodney Sunada-Wong <rodney.sunada-wong@celsius.network>
**Sent:** Monday, November 8, 2021 7:55:06 AM
**To:** Oren Blonstein <oren.blonstein@celsius.network>; Ron Deutsch <ron.deutsch@celsius.network>; yarden.noy@celsius.network <yarden.noy@celsius.network>
**Cc:** Brian Strauss <brian.strauss@celsius.network>; Jerry Ho <jerry.ho@celsius.network>; Peter Graham <peter.graham@celsius.network>; Ran Shitrit <ran.shitrit@celsius.network>; Risk Management <riskmngmt@celsius.network>; Shahar Peter <shahar.peter@celsius.network>; Tal Bentov <tal.bentov@celsius.network>; Tom McCarthy <tom.mccarthy@celsius.network>; Tushar Nadkarni <tushar@celsius.network>
**Subject:** Re: AMA Youtube Portugal - needed edits

Yarden - regarding 3:50, are you or is anybody discussing the recurring issues with Alex in the prep sessions?

On Mon, Nov 8, 2021 at 5:47 AM <yarden.noy@celsius.network> wrote:
> Hi all
>
> Please see additional items to be removed from AMA here -
> https://docs.google.com/document/d/1P1wrinFlAJPkYyjPR3YLOg5_QyYNW18shkxiGK9mDws/edit
> - 0:13 "We are working on a few other exchanges" – forward looking statement impacting demand/price for CEL. To be removed.
> - 3:50 "when we burn sell, it's good for everybody who's holding cell token **the rest of your cell token of worth much more**" – we need to STOP saying that.
> - 4:49 "If you understand it, you probably want to own more CEL token"
> - 7:10 "And we're continuously looking at different exchanges which are within our ability to be able to list so you'll see some of those changes." – again
> - 45:08 "10s of billions of dollars in **AUM**"
> - 58:24 "and Celsius gives most of that **back to the community**, right?"
> -



**Yarden Noy**
*Head of Regulation*

**Unbank Yourself**
celsius.network

**From:** Shahar Peter <shahar.peter@celsius.network>
**Sent:** Friday, November 5, 2021 11:02 PM
**To:** Peter Graham <peter.graham@celsius.network>
**Cc:** Brian Strauss <brian.strauss@celsius.network>; Jerry Ho <jerry.ho@celsius.network>; Oren Blonstein <oren.blonstein@celsius.network>; Ran Shitrit <ran.shitrit@celsius.network>; Risk Management <riskmngmt@celsius.network>; Rodney Sunada-Wong <rodney.sunada-wong@celsius.network>; Ron Deutsch <ron.deutsch@celsius.network>; Tal Bentov <tal.bentov@celsius.network>; Tom McCarthy <tom.mccarthy@celsius.network>; Tushar Nadkarni <tushar@celsius.network>; Yarden Noy <yarden.noy@celsius.network>
**Subject:** Re: AMA Youtube Portugal - needed edits


Thank you for the clarification Peter.

We'll make sure (together with Tom) that this specific part is not included in the video.


Shahar🤍

On Fri, 5 Nov 2021 at 20:42 Peter Graham <peter.graham@celsius.network> wrote:
+Shahar,

Hi Shahar,

Please see below as we are editing the AMA.

PG

On Fri, Nov 5, 2021 at 4:02 PM Peter Graham <peter.graham@celsius.network> wrote:
Hi,

At around 1:15, Shahar stated that a swap would not affect a token-specific promo code. I checked with Matt and this is incorrect, if you were holding for a token-specific promo code and swapped to another coin and the amount of the first went under the threshold you would lose the promo. I think we should remove it.

PG



On Fri, Nov 5, 2021 at 2:49 PM Tal Bentov <tal.bentov@celsius.network> wrote:
Hey Rodney,

In total of loans out to retail clients - I believe we are also way above billion (only in active we have 700-800m ) so with every thing we ever sent out - I'm pretty sure we are above a billion (should check data)

On Fri, Nov 5, 2021 at 6:37 PM Rodney Sunada-Wong <rodney.sunada-wong@celsius.network> wrote:

0:04.  I think this is fine, but thought I would paste it here in case anyone thinks it's not OK



0:51 During a discussion about retail loans, Alex said we have tens of thousands of loans, but to say "billions in loans out" is misleading. . (We do have billions out in institutional loans.)

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                              CELSIUSNETWORK_03521077



-------------
Rodney Sunada-Wong
908-447-1819m

--

Tal Bentov

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS   CELSIUSNETWORK_03521078

**Senior Director of Lending Operations** | Celsius

mobile: +972-58-629-1928
Twitter: @Theloansqueen

--



Shahar Peter

Head of Web Products | Celsius

phone: +972-58-404-7020

Download the Celsius app today!

--

-------------
Rodney Sunada-Wong
908-447-1819m

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                    CELSIUSNETWORK_03521079