| Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|
| Fernando Dreyfus | Celsius | U019H447M38 | fernando.dreyfus@celsius.network | 0 | 0 |
| Rodney Sunada-Wong | Celsius | U01RFJFGJRF | rodney.sunada-wong@celsius.network | 8 | 0 |
| Tat Chan | Celsius | U01US373M8U | tat.chan@celsius.network | 0 | 0 |
| Stevan Maglic | Celsius | U020QSWMFNZ | stevan.maglic@celsius.network | 0 | 0 |
| Brian Strauss | Celsius | U01TNB41TEC | brian.strauss@celsius.network | 2 | 0 |

**Rodney Sunada-Wong**         2021-11-29 04:29:45.003 PM

regarding the AMA and giving AM feedback, RonD has said they do, but I don't know if legal truly does that. I have not observed RonD doing it. And of course, "you can lead a horse to water...". Every so often, I ask AM not to say certain things (e.g. Banks have 50 to 1 leverage. Celsius has no leverage; Celsius never had an institutional default).

**Brian Strauss**         2021-11-29 04:30:59.003 PM

Okay, thanks. Should we start adding him to the distribution list for these emails?

**Rodney Sunada-Wong**         2021-11-29 04:33:52.007 PM

I'd rather not. The response rate on emails is low so I wouldn't know if he read it. If I have a concern I'll message him or I'll discuss it with him in my one on one.

**Rodney Sunada-Wong**         2021-11-29 04:34:46.007 PM

So this week I messaged him and spoke with him about the big issue that happened this week, and how I thought we should handle it.

**Rodney Sunada-Wong**         2021-11-29 04:35:11.007 PM

I don't want to fire too many bullets

**Brian Strauss**         2021-11-29 04:35:20.007 PM

okay, thank you. Good to hear. These just feel like unforced errors

**Rodney Sunada-Wong**         2021-11-29 04:36:42.010 PM

They are, but we need a public relations person to manage that with him. I'd rather we get Tushar or that person to handle that stuff, and that I only speak with him when it's egregious. Only when it's egregious.

**Rodney Sunada-Wong**         2021-11-29 04:48:48.010 PM

@Tat Chan @Brian Strauss In this article, Alex supposedly said: "Celsius started to get into the mining sector in 2020 and *issued loans and equipment leases to* mining firms like *Core Scientific* and *Argo Blockchain* for their facility

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                      CELSIUSNETWORK_03212240

expansion plans. "We are catering to miners who don't want to sell their bitcoin and *we lend them against their bitcoin* or their hash power so they can basically send us bitcoin [as collateral] when they mine it," Mashinsky said. But he added that the company will only do so for machines that are based in Europe or North America, rather than more unstable regions." Attachments: { "service_name": "The Block", "title": "Crypto lender Celsius increases Bitcoin mining investment to $500 million", "title_link": "https://www.theblockcrypto.com/post/124968/celsius-500-million-bitcoin-mining", "fallback": "The Block: Crypto lender Celsius increases Bitcoin mining investment to $500 million", "image_url": "https://www.tbstat.com/wp/uploads/2021/10/211019_Crypto_Bitcoin_Mining_General2.jpg", "from_url": "https://www.theblockcrypto.com/post/124968/celsius-500-million-bitcoin-mining", "image_width": 444, "image_height": 250, "image_bytes": 434141, "service_icon": "https://www.theblockcrypto.com/img/icons/android-icon-48x48.png", "id": "1", "text": "Centralized crypto lending and earning platform Celsius Network has doubled down on its Bitcoin mining investment with another $300 million.", "original_url": "https://www.theblockcrypto.com/post/124968/celsius-500-million-bitcoin-mining" }

Rodney Sunada-Wong                                                              2021-11-29 04:50:03.013 PM

@Brian Strauss so i _*infer*_ this may be where this "Argo" loan loss reserve arose (another reason it's incorrect to say we've never had an institutional loan default).

Rodney Sunada-Wong                                                              2021-11-29 04:50:49.013 PM

@Brian Strauss @Tat Chan BUT, more importantly, do we 1) show in instilend loans to Core Scientific or Argo? 2) Are we doing any other lending to miners?

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                              CELSIUSNETWORK_03212241