Message

| | |
|---|---|
| **From:** | yarden.noy@celsius.network [yarden.noy@celsius.network] |
| **Sent:** | 11/29/2021 12:42:39 PM |
| **To:** | 'Bethany Davis' [bethany.davis@celsius.network]; 'Tushar Nadkarni' [tushar@celsius.network]; 'Alex Mashinsky' [alex@celsius.network] |
| **CC:** | ran.shitrit@celsius.network; 'Oren Blonstein' [oren.blonstein@celsius.network]; roni@celsius.network |
| **Subject:** | FW: Please Review - CEO Magazine Publication |
| **Attachments:** | Alex Mashinsky.pdf; Alex Mashinsky.docx |

Hi Bethany
This article says everything we **cannot** say in 3 pages.
From "returning profits to customers", to "deposits" and "savers", to "all loans are fully collateralized".

It's going to be a challenge to get all that edited out, but I trust your skills.

See edits.

Highlighted parts –
Because Celsius is not a bank, funds there are not protected by government-backed insurance schemes. One way the company protects funds is by always requiring its borrowers to put up more than 100 per cent of the value of their loan in collateral in another asset, which can be cryptocurrency or something else. – **this is not true, and we can not say that. We should provide an alternative explanation of how good of risk management we have in place. Otherwise remove the whole part.**

the company spent just US$3 million on marketing in 2020. What's more, its customer retention rate is more than 96 per cent - **please verify that.**



**Yarden Noy**
*Head of Regulation*

**Unbank Yourself**
celsius.network

---

**From:** Bethany Davis <bethany.davis@celsius.network>
**Sent:** Sunday, November 28, 2021 9:28 PM
**To:** Regulation@celsius.network; Celsius Legal <legal@celsius.network>
**Cc:** Tushar Nadkarni <tushar@celsius.network>
**Subject:** Please Review - CEO Magazine Publication

Hi,

Alex is being featured in the attached magazine. We have until Wednesday, December 1 to provide our edits. I've attached the PDF for your review.

**Please note**: *Our editorial policy is for one round of fact checking only. We wish to ensure all factual data used in the feature is correct. Please use the 'sticky notes' feature on the PDF to highlight any factual errors.*

Best,

Bethany
--

**Bethany Davis**
*Chief of Staff to CEO*
—

**Unbank Yourself**
celsius.network

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                   CELSIUSNETWORK_03212273



SAVERS' PARADISE



CELSIUS NETWORK WENT FROM HAVING US$1 BILLION IN ASSETS ON ITS PLATFORM TO MORE THAN US$10 BILLION IN JUST ONE YEAR. FOUNDER AND CEO ALEX MASHINSKY SAYS OUTCOMPETING THE BANKS IS EASY.

WORDS MARTIN KHOURY

Celsius Network's offer to customers who choose to keep their money on its platform is so generous that many simply don't believe it. While major banks offer savers interest rates of practically zero, the fintech startup typically gives its customers yields of around 8.8 per cent or higher, and pays the money directly into their accounts each week.

Such rates for savers are virtually unheard of in recent years, leading some to wonder if Celsius has malicious motives. "I have friends who would call me and say, 'Alex, look, come on,'" says Alex Mashinsky, Celsius's founder and CEO. "'If you offered me three or four per cent, I would actually give you some pounds. But 8.8 per cent? Come on, it's obviously a scam. It's obviously a Ponzi scheme.'"

He understands the skepticism. After all, there is no shortage of marketing out there aimed at misleading and misleading people. But there is really no secret, Alex says, in what Celsius does.

Like a bank, the company makes money by lending loans with people's deposits. It also lends crypto coins to hedge funds, exchanges and institutional traders. The key difference is that instead of keeping all of the profits, Celsius returns a large share to the savers whose capital made those profits possible. "We're bringing interest back from the dead," Alex says.

It is an extremely simple idea, but one that Alex thinks will upend the banking system. Early in his career, the Ukraine-born entrepreneur played a pivotal role in bringing live voice calls to the masses over the internet — something that didn't a huge blow to the business models of phone companies. Now, he says, it's the banks' turn to feel the heat.



"This isn't about us looting the banks. This is about 7.8 billion people not unlocking their life dreams because a few banks decided that they are going to make rich people even more rich."

"We got used to the fact that we can't earn interest. We got used to the fact that we should pay fees. We got used to the idea that it's a necessary evil," he says. "This isn't about us looting the banks. This is about 7.8 billion people not unlocking their life dreams because a few banks decided that they are going to make rich people even more rich. That's what it is. It's the greed right there, the global greed."

### UNBANK YOURSELF

Celsius urges its customers to "unbank" themselves by depositing their money in the form of cryptocurrency. While the value of bitcoin and ethereum is volatile, customers also have the option to deposit stable coins, crypto assets that are pegged to the value of traditional currencies, including the US dollar.



Advertisement

Because Celsius is not a bank, deposits there are not protected by government-backed insurance schemes. One way the company protects deposits is by always requiring its borrowers to put up more than 100 per cent of the value of their loan in collateral in another asset, which can be cryptocurrency or something else.

Celsius now has over a million customers and is managing around US$10 billion worth of assets after experiencing an enormous growth spurt during the pandemic. A little over a year ago the company had just US$1 billion in assets.

"How many hedge funds have gone from US$1 billion to more than US$10 billion in one year?" Alex says. "I don't think anyone in history has done this. So this is either because we're so good, or it's because the banks are so bad. And I think it's because the banks are so bad, it's so easy to win here."

"How many hedge funds have gone from US$1 billion to more than US$10 billion in one year?"

But such rapid growth has created challenges. The Celsius team quickly grew from 40 people to 300 people as the company rushed to keep up with all of the new customers. One problem during this time was the quality of customer service, with people waiting up to two or three days to hear back from a representative.

"We definitely had growth challenges. People were saying, 'That's my money. I need to know about it right away. I don't want to wait two or three days,'" Alex says.

### STAYING COMPLIANT

Another key challenge is a regulatory one. Celsius is not yet available in Japan, for example, because of the regulations there.

"We're trying to stay compliant," Alex says. "There are a lot of pirates in the crypto space who don't care about any regulation, but we're trying to remain a good actor, because if we're going to have a billion customers tomorrow and we knock on the door of the Japanese market, the regulators are going to say, 'Yes, you were a bad boy for 10 years.'"



"Flaunting everybody wins, especially poor customers, is in your best interests as CEO of a successful company."

Most of Celsius's business comes from word of mouth; the company spent just US$3 million on marketing in 2020. What's more, its customer retention rate is never than 96 per cent. "We've proven once again that if you give your customers more than they expect, you will have very, very passionate and lifelong customers," Alex says.

"Flaunting everybody wins, especially your customers, is in your best interests as CEO of a successful company. It's not a zero-sum."

That proposition is difficult to swallow in the zero-sum world of finance, where people are used to the idea that someone has to lose in order for another person to win. But if it helps, Alex says, you can remember that there are losers in this equation: the banks.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
CELSIUSNETWORK_03212275

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS NETWORK_03212276