**Chat Filters**     **Events**     **History**     **Disclaimers**

| Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|
| 16465524499@s.whatsapp.net Alex Mashinsky | S.whatsapp | 16465524499@s.whatsapp.net | 16465524499@s.whatsapp.net | 4 | 0 |
| 16505186660@s.whatsapp.net Tushar | S.whatsapp | 16505186660@s.whatsapp.net | 16505186660@s.whatsapp.net | 2 | 0 |
| System Message System Message | | System Message | | 0 | 0 |
| 972504446020@s.whatsapp.net Roni Cohen pavon Celsius | S.whatsapp | 972504446020@s.whatsapp.net | 972504446020@s.whatsapp.net | 5 | 1 |

---

16465524499@s.whatsapp.net Alex Mashinsky
2021-12-11 02:31:03.000 AM

Let's publish buyback program of $50m or more. Send language and let's approve and place in Cointelegraph on Monday.

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2021-12-11 08:21:31.000 AM

Let's talk about it

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2021-12-11 08:21:48.000 AM

As of now, no one is buying in the market except for us

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2021-12-11 08:22:50.000 AM

We spent $20M in the last 36 hours (16M to buy out Intership and 4M to support in the market).

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2021-12-11 08:23:15.000 AM

And this is after we're going up and the entire market is going down, people are still selling

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2021-12-11 08:38:37.000 AM

d0bb6a13-e914-45b8-a7a3-f462f203ff34.jpg



16465524499@s.whatsapp.net Alex Mashinsky

2021-12-11 04:24:21.000 PM

Tushar. The only thing you need from a technical standpoint to turn on earn in CEL for Americans is that rewards will be locked. Then we have a year to fix all other issues. When can they give you a patch to lock rewards for accredited Americans?

16465524499@s.whatsapp.net Alex Mashinsky

2021-12-11 04:24:44.000 PM

Launching this will create 3x more buying pressure on CEL

16465524499@s.whatsapp.net Alex Mashinsky

2021-12-11 04:25:25.000 PM

Ramping marketing to non US will do the same - when can we start campaigns outside the US?

16505186660@s.whatsapp.net Tushar

2021-12-11 06:40:28.000 PM

That's the main hurdle. Locking the token. So we can build everything else except the backend work for that. The previous timeline was mid-Feb. I'm reorganization dev teams to do a mid-Jan launch - pushing, will be tough. It's primarily backend work. In the interim, we will start accepting accreditation verification from US users (not elegant in app) on Dec 23 with an ability to approve (or reject) within 48 hrs. Separately, getting a plan for the frontend team plus UX to pull up a couple of new product work up, so we can have a big launch in Jan. Will keep you posted.

16505186660@s.whatsapp.net Tushar

2021-12-11 06:40:51.000 PM

We do have non-US campaigns running. Started ramping up last week.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS