Message

|  |  |
|---|---|
| **From:** | Ran Shitrit [ran.shitrit@celsius.network] |
| on behalf of | Ran Shitrit <ran.shitrit@celsius.network> [ran.shitrit@celsius.network] |
| **Sent:** | 12/21/2021 11:22:38 AM |
| **To:** | Tom McCarthy [tom.mccarthy@celsius.network] |
| **CC:** | Peter Graham [peter.graham@celsius.network]; Brian Strauss [brian.strauss@celsius.network]; Jennifer Kattula [jennifer.kattula@celsius.network]; Jerry Ho [jerry.ho@celsius.network]; Regulation@celsius.network; Risk Management [riskmngmt@celsius.network]; Rodney Sunada-Wong [rodney.sunada-wong@celsius.network]; Ron Deutsch [ron.deutsch@celsius.network]; Roni Pavon [roni@celsius.network]; Tal Bentov [tal.bentov@celsius.network]; Tushar Nadkarni [tushar@celsius.network]; Zach Wildes [zachary.wildes@celsius.network] |
| **Subject:** | Re: AMA Youtube Dec 10 - needed edits |

Hi Tom,

Please see some more edits in the highlighted parts of the transcript .

Thanks,

Ran

> On Mon, Dec 13, 2021 at 4:56 PM Tom McCarthy <tom.mccarthy@celsius.network> wrote:
> Hey Peter
>
> All good, youtube can be incredibly slow 👍
>
> cheers,
> Tom
>
>> On Mon, Dec 13, 2021 at 2:44 PM Peter Graham <peter.graham@celsius.network> wrote:
>> Thanks Tom. Sorry for blaming you!
>>
>>> On Mon, Dec 13, 2021 at 9:05 AM Tom McCarthy <tom.mccarthy@celsius.network> wrote:
>>> Hey Peter
>>>
>>> These edits have been made.
>>>
>>> It takes Youtube time to compile the new video, we will update the thread here when the processing has finished.
>>>
>>> For now you are seeing the old version, we have no control over the processing time.
>>>
>>> cheers,
>>> Tom
>>>
>>>> On Mon, Dec 13, 2021 at 2:01 PM Peter Graham <peter.graham@celsius.network> wrote:
>>>> Hi -- these edits have **not** been made. I believe we are looking to have the second edit REMOVED and for **Regulatory** to comment on the rest.
>>>>
>>>> Thank you, hope everyone has a nice week.

PG

On Fri, Dec 10, 2021 at 2:53 PM Tushar Nadkarni <tushar@celsius.network> wrote:
+Jen
(Rodney - please add Jen to your distro list from next week. Thanks.)

On Fri, Dec 10, 2021 at 11:28 AM Rodney Sunada-Wong <rodney.sunada-wong@celsius.network> wrote:

0:10 **Regulatory:** Is it ok to give this advice?



0:17 **Tom - please remove**: Alex is saying that Celsius bought out an owner who has been selling CEL tokens and therefore the sideways trading of CEL "is out of the way"



0:18 **Regulatory:** is it ok to talk about how buybacks "going to have a huge effect"

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                    CELSIUSNETWORK_03515515



0:19 **Regulatory:** Celsius is the only one doing buybacks

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS								CELSIUSNETWORK_03515516



0:28 **Regulatory:** financial advice

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                                   CELSIUSNETWORK_03515517



0:38 **Regulatory:** Celsius X will create scarcity for CEL; Fortunately there is a banner saying Celsius does not give financial advice.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                    CELSIUSNETWORK_03515518



0:39 **Regulatory:** Financial advice

loan starting at just 1% APR when using

-------------

Rodney Sunada-Wong
908-447-1819m

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS    CELSIUSNETWORK_03515519

--

Download the Celsius app today!

**Tom McCarthy**
**Head of Creative & Production** | Celsius

--

Download the Celsius app today!

**Peter Graham**
**Credit Officer** | Celsius

phone: +1 (917) 447-9864

--

Download the Celsius app today!

**Tom McCarthy**
**Head of Creative & Production** | Celsius

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                              CELSIUSNETWORK_03515520