Chat Filters | Events | History | Disclaimers

| Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|
| 16465524499@s.whatsapp.net Alex Mashinsky | S.whatsapp 16465524499@s.whatsapp.net | 16465524499@s.whatsapp.net | 7 | 1 |
| System Message System Message | System Message | | 0 | 0 |
| 972504446020@s.whatsapp.net Roni Cohen pavon Celsius | S.whatsapp 972504446020@s.whatsapp.net | 972504446020@s.whatsapp.net | 6 | 0 |

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-12-27 01:03:46.000 AM

If we want to get to something reasonable, CEL should get to 5.5-6

16465524499@s.whatsapp.net Alex Mashinsky

2021-12-27 01:07:29.000 AM

It will get there if we announce the buyback but it has to happen tomorrow.

16465524499@s.whatsapp.net Alex Mashinsky

2021-12-27 01:09:56.000 AM

**Redacted**

16465524499@s.whatsapp.net Alex Mashinsky

2021-12-27 01:11:08.000 AM

**Redacted**

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-12-27 01:16:29.000 AM

We need to find a way it won't look as a desperate move

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-12-27 01:16:38.000 AM

We will say - we bought so much, the price still went down

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2021-12-27 01:17:14.000 AM

And now we're buying more even though we hold (together with founders and employees) - over 60 percent of CEL

16465524499@s.whatsapp.net Alex Mashinsky

2021-12-27 04:45:17.000 AM

We show strong support for CEL and remind everyone soon US will earn in CEL. All we need to do is tilt to positive momentum

16465524499@s.whatsapp.net Alex Mashinsky

2021-12-27 04:45:38.000 AM

It is better than doing nothing.

| | | |
|---|---|---|
| 972504446020@s.whatsapp.net Roni Cohen pavon Celsius | | 2021-12-27 10:11:20.000 AM |
| Have you spoken with a group called 'Invest Machine'? | | |
| 16465524499@s.whatsapp.net Alex Mashinsky | | 2021-12-27 04:57:47.000 PM |
| 7de265d2-56b3-4fef-bd00-2f6672f3fafd.jpg | | |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                               CELSIUSNETWORK_03203331