| Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|
| 16465524499@s.whatsapp.net Alex Mashinsky | S.whatsapp | 16465524499@s.whatsapp.net | 16465524499@s.whatsapp.net | 4 | 0 |
| System Message System Message | | System Message | | 0 | 0 |
| 972504446020@s.whatsapp.net Roni Cohen pavon Celsius | S.whatsapp | 972504446020@s.whatsapp.net | 972504446020@s.whatsapp.net | 7 | 0 |

16465524499@s.whatsapp.net Alex Mashinsky

2022-01-01 01:54:27.000 AM

Spoke to Miko. He is willing to look at both the joinin the VC team job as well as leading the bus dev and M&A teams reporting to you. Please reach out.

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2022-01-01 01:54:47.000 AM

👍

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2022-01-01 01:55:02.000 AM

Can you send me his number? I only have his email

16465524499@s.whatsapp.net Alex Mashinsky

2022-01-01 01:55:33.000 AM

16465524499@s.whatsapp.net Alex Mashinsky

2022-01-01 01:55:53.000 AM

Do we need CEL above 5 or we ok

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2022-01-01 02:01:06.000 AM

It was not simple to get it where it is

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2022-01-01 02:01:15.000 AM

And based on UK time anyway

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2022-01-01 02:03:16.000 AM

Now we need to prepare the audits and the narrative

16465524499@s.whatsapp.net Alex Mashinsky

2022-01-01 02:58:45.000 AM

Kk. I think you have another $27m of gains from over hedging EFH and then doing the offset against their cash position. Look at the right side of the chart Dean prepared.

972504446020@s.whatsapp.net Roni Cohen pavon Celsius

2022-01-01 02:59:58.000 AM

| | |
|---|---|
| It's already included in the balance sheet | |
| 972504446020@s.whatsapp.net Roni Cohen pavon Celsius | 2022-01-01 03:00:01.000 AM |
| Made sure of it | |

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY CELSIUS

CELSIUSNETWORK_00695806