**Chat Filters**      **Events**      **History**      **Disclaimers**

| Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|
| 19084471819@s.whatsapp.net Rodney S-W | S.whatsapp | 19084471819@s.whatsapp.net | 19084471819@s.whatsapp.net | 12 | 5 |
| System Message System Message | | System Message | | 0 | 0 |
| 19178477783@s.whatsapp.net Ron Deutsch | S.whatsapp | 19178477783@s.whatsapp.net | 19178477783@s.whatsapp.net | 6 | 0 |

---

19178477783@s.whatsapp.net Ron Deutsch

2022-01-13 02:05:28.000 AM

What is this call tomorrow morning about? CEL? Tweets? What is the agenda? Why is Peter, Brian, Aslihan and Ran invited? Why are Oren and Roni not invited? Please speak with me on the phone before scheduling calls that appear to involve legal and compliance matters on topics I specifically told you already I'm working on with outside counsel.

19084471819@s.whatsapp.net Rodney S-W

2022-01-13 02:39:43.000 AM

Hi. Take a look at the links in the calendar invitation.

19084471819@s.whatsapp.net Rodney S-W

2022-01-13 02:43:01.000 AM

It's important you're aware of an issue (in case you aren't already) that is being discussed in social media.

19178477783@s.whatsapp.net Ron Deutsch

2022-01-13 03:07:50.000 AM

Thanks Rodney. I looked. I have a conflict. Please call me directly to discuss. It's a legal matter and I'm not sure we need everyone else on this invite. Would be great to have a call tomorrow between you, me and Oren if he's available. Thanks

19084471819@s.whatsapp.net Rodney S-W

2022-01-13 03:17:04.000 AM

FYI I invited Yarden and Ran because they have been the primary folks providing us (me and my team) guidance into what things said in the AMA were ok and what wasn't ok (and should be removed). I may be wrong , but as a layperson it seems to me that Alex really, really, really needs their guidance ASAP.

19178477783@s.whatsapp.net Ron Deutsch

2022-01-13 03:23:25.000 AM

Thanks for bringing the tweets to my attention. Can we please reschedule the call? Let's do smaller group later in the day tomorrow. You me and Yarden or Oren. I'll make time

19084471819@s.whatsapp.net Rodney S-W

2022-01-13 03:29:33.000 AM

I will try. By the way, I'm trying to find a third tweet which somebody shared with me. It's a recording of AM during his "Twitter spaces " yesterday. Callers' questions are not "selected". Rather the next person "in line" has "the floor " and can ask whatever he or she wants. Then AM answers extemporaneously.

19084471819@s.whatsapp.net Rodney S-W

2022-01-13 03:47:04.000 AM

Found it: https://mobile.twitter.com/mikeburgersburg/status/1481278176332558339?s=10 "I asked Alex Mashinsky if he would disclose his $cel trades. Response? "We are not a public company, so what the fuck are you talking about?"



19084471819@s.whatsapp.net Rodney S-W

2022-01-13 04:35:25.000 AM

FYI: Looking at your calendar, Oren's, Yarden's and mine, no timeslots Thursday look like they will work. And I think the team needs to give Alex advice no later than Thursday because of Friday's AMA.

19178477783@s.whatsapp.net Ron Deutsch

2022-01-13 04:37:30.000 AM

See if Roni can join in lieu of Yarden. I can move things for this at 11am or 3pm

19178477783@s.whatsapp.net Ron Deutsch

2022-01-13 04:37:56.000 AM

Or after 6:30pm

19084471819@s.whatsapp.net Rodney S-W

2022-01-13 04:48:37.000 AM

3 looks like it might work, but that's rather late in Israel. 6:30 is "are you kidding me?"-late in Israel.

19178477783@s.whatsapp.net Ron Deutsch

2022-01-13 04:52:10.000 AM

Agree. Roni might still be up. Let's try one of these two. Thanks

19084471819@s.whatsapp.net Rodney S-W

2022-01-13 11:45:48.000 AM

Here are 4 screenshots of messages I sent Daniel:

19084471819@s.whatsapp.net Rodney S-W

2022-01-13 11:46:29.000 AM

 **Daniel Leon**

Today

Hi Daniel. I'm messaging you at this strange hour because I couldn't sleep thinking about a risk we've been taking (I refer to it in the Risk Committee as "communication risk") which impacts you and Alex personally because you are Directors, and , of course, impacts the firm.      5:46 AM

I *think* this risk will spike exponentially leading up to the point when we file the *NewCo S-1 *and

It definitely will spike when the mining company goes public      5:47 AM

Last week I copied you on

19084471819@s.whatsapp.net Rodney S-W
Case 1:23-cr-00347-JGK    Document 145-101    Filed 04/29/25    Page 4 of 13
2022-01-13 11:46:37.000 AM

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                    CELSIUSNETWORK_03909658

 **Daniel Leon**  

Last week I copied you on an email which I and my team draft during Alex's AMA about what needs to be edited out of the recording. We've been doing this each Friday for several months to *try* to protect Alex and anybody who speaks, and to protect the firm.

5:52 AM

I'm a layman, but I *think* with the NewCo s-1 filing that we will be regulated by the SEC.

With the mining company IPO we *definitely* will be regulated by the SEC.

5:56 AM

When those happen, I thin'

19084471819@s.whatsapp.net Rodney S-W
Case 1:23-cr-00347-JGK    Document 145-101    Filed 04/29/25    Page 6 of 13
2022-01-13 11:46:43.000 AM

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                    CELSIUSNETWORK_03909660

**Daniel Leon**

When those happen, I think what my team does will no longer be nearly enough to protect you, Alex and the firm.
5:59 AM

I think we need to *reassess completely*:
- the AMA
- Twitter Spaces
- public interviews
6:01 AM

I have had this issue in my ExCo "issues to solve" for the past two weeks, but each time the ExCo ended before I was able to discuss the issue.
6:06 AM

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS         CELSIUSNETWORK_03909661

19084471819@s.whatsapp.net Rodney S-W
83dce2e7-e9b5-4ab2-8b46-ee61fe0d462e.jpg
2022-01-13 11:46:49.000 AM

> Alex has been doing the AMA's (and maybe Twitter spaces) for years, so I think we have to get this in front of him as early as possible, so he has time to absorb it and so we have enough time to figure out a major "course correction".
>
> 6:10 AM

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                    CELSIUSNETWORK_03909662



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
CELSIUSNETWORK_03909663

**Daniel Leon**

Today

> Hi Daniel. I'm messaging you at this strange hour because I couldn't sleep thinking about a risk we've been taking (I refer to it in the Risk Committee as "communication risk") which impacts you and Alex personally because you are Directors, and, of course, impacts the firm.
>
> 5:46 AM

> I *think* this risk will spike exponentially leading up to the point when we file the *NewCo S-1 *and
>
> It definitely will spike when the mining company goes public
>
> 5:47 AM

Last week I copied you on

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS   CELSIUSNETWORK_03909664

 **Daniel Leon**   

Last week I copied you on an email which I and my team draft during Alex's AMA about what needs to be edited out of the recording. We've been doing this each Friday for several months to *try* to protect Alex and anybody who speaks, and to protect the firm.

5:52 AM

I'm a layman, but I *think* with the NewCo s-1 filing that we will be regulated by the SEC.

With the mining company IPO we *definitely* will be regulated by the SEC.

5:56 AM

When those happen, I thin'

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS        CELSIUSNETWORK_03909665

**Daniel Leon**  

> When those happen, I think what my team does will no longer be nearly enough to protect you, Alex and the firm.
>
> 5:59 AM

> I think we need to *reassess completely*:
> - the AMA
> - Twitter Spaces
> - public interviews
>
> 6:01 AM

> I have had this issue in my ExCo "issues to solve" for the past two weeks, but each time the ExCo ended before I was able to discuss the issue.
>
> 6:06 AM

> Alex has been doing the AMA's (and maybe Twitter spaces) for years, so I think we have to get this in front of him as early as possible, so he has time to absorb it and so we have enough time to figure out a major "course correction".
>
> 6:10 AM

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                                     CELSIUSNETWORK_03909667