Chat Filters History

| Participant/Sender | Messages | Attachments |
|---|---|---|
| Dean Tappen | 13 | 0 |
| Jason Perman | 15 | 0 |

# PARTICIPANTS List: Dean Tappen , Jason Perman

**Dean Tappen**
03/03/2022 12:04:59 AM(UTC +0)

Yeah sorry was moving a bunch of stuff getting ready for Saturday

**Jason Perman**
03/03/2022 12:23:46 AM(UTC +0)

Also like wtf is showcase tsy to Alex

**Jason Perman**
03/03/2022 12:24:26 AM(UTC +0)

I legit don't give af what Alex thinks. He has zero idea how to run Treasury so I give zero fucks what he thinks

**Dean Tappen**
03/03/2022 12:43:14 AM(UTC +0)

Agreed but we can show him the normal stuff

**Jason Perman**
03/03/2022 01:15:56 AM(UTC +0)

Are u in NJ tommorrowe

**Jason Perman**
03/03/2022 01:17:05 AM(UTC +0)

ill be in for a noon meeting with Alex and Rod

**Dean Tappen**
03/03/2022 01:22:47 AM(UTC +0)

Yupp I'll be in Hoboken tomorrow

**Jason Perman**
03/03/2022 01:50:02 AM(UTC +0)

ok cool see ya tomorrow, meeting is for me rod and alex but maybe you can sneak in

**Jason Perman**
03/03/2022 01:50:09 AM(UTC +0)

prob get told how to do our jobs better

**Dean Tappen**
03/03/2022 01:51:26 AM(UTC +0)

I'd rather not join but can if needed lol

**Jason Perman**
03/03/2022 02:01:43 AM(UTC +0)

Ha same

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS SUBJECT TO JANUARY 13, 2023 STIPULATION

CELSIUSNETWORK_00840710

**Dean Tappen**
03/03/2022 02:02:04 AM(UTC +0)

I'll try to get some things centralized beforehand to make it easy

**Jason Perman**
03/03/2022 02:03:49 AM(UTC +0)

Also he told us to watch the flywheel video lol

**Dean Tappen**
03/03/2022 02:04:28 AM(UTC +0)

Yeah we don't need to see it

**Jason Perman**
03/03/2022 02:04:34 AM(UTC +0)

Literally sent us links to it and ExCo also

**Jason Perman**
03/03/2022 01:32:55 PM(UTC +0)

I watched half of of it. Made my brain explode

**Dean Tappen**
03/03/2022 02:01:15 PM(UTC +0)

That he makes it seem like it works or how much it currently breaks down and is not true

**Jason Perman**
03/03/2022 02:02:15 PM(UTC +0)

So I can't tell if he acrually believes it all or he's just naive

**Jason Perman**
03/03/2022 02:02:18 PM(UTC +0)

Either way it's bad

**Jason Perman**
03/03/2022 02:02:27 PM(UTC +0)

Or like he knows it's all BS but says it anyways

**Dean Tappen**
03/03/2022 02:03:25 PM(UTC +0)

That is the part I don't know and can't figure out

**Dean Tappen**
03/03/2022 02:03:32 PM(UTC +0)

I think it's the latter

**Dean Tappen**
03/03/2022 02:03:41 PM(UTC +0)

But then sometimes he gets it but then reverts back

**Dean Tappen**
03/03/2022 02:03:51 PM(UTC +0)

Almost like knows it might be true but doesn't wanna believe it

**Jason Perman**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS SUBJECT TO JANUARY 13, 2023 STIPULATION

CELSIUSNETWORK_00840711

03/03/2022 02:37:48 PM(UTC +0)

Yea maybe that's probably the way to think about. If u watch that video and understand the truth / how things actually work he seems like a mad man

**Dean Tappen**

03/03/2022 08:37:02 PM(UTC +0)

our new plan is to wait for rate change and then close wyre and push them to app so that +100mm of BTC shows up after rates get lowered

**Jason Perman**

03/03/2022 09:52:20 PM(UTC +0)

for Wyre though arent we borrowing USDC unsecured from them?

**Dean Tappen**

03/03/2022 09:52:55 PM(UTC +0)

USDC, BTC, and ETH

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY CELSIUS
SUBJECT TO JANUARY 13, 2023
STIPULATION

CELSIUSNETWORK_00840712