Message

_____

**From**:          Rodney Sunada-Wong [rodney.sunada-wong@celsius.network]
**on behalf of**   Rodney Sunada-Wong <rodney.sunada-wong@celsius.network> [rodney.sunada-wong@celsius.network]
**Sent**:          4/9/2022 12:00:00 PM
**To**:            Roni Pavon [roni@celsius.network]
**Subject**:       Re: AMA Youtube April 8 - Needed edits


Makes sense

On Fri, Apr 8, 2022 at 8:12 PM Roni Pavon <roni@celsius.network> wrote:
  Let's get your team to send it to him and CC me, Oren, Ron, Aslihan and Rod.

  I think we all agree on the necessity on fixing it and not only by editing (especially since it's live and there are cases we are unable to edit, like twitter space and 3rd party interviews)

  Thoughts?

  On Sat, Apr 9, 2022 at 12:43 AM Rodney Sunada-Wong <rodney.sunada-wong@celsius.network> wrote:
    We could, but haven't added him because the email has ~30 people in it.

    Maybe we send an email to him and cc a very limited number of others where we say "FYI Alex, we removed the following items..."  I think this would feel more "private" for Alex.

    FYI - I have at times mentioned to him in our one on one's about avoiding certain statements e.g. don't say we take no leverage, whereas banks are leveraged 50 times.

    (Last year, I provided him data that showed both banks and Celsius were ~10-20x.  Fortunately, nowadays he says banks are 10-20, not 50x, but even as recently as March he said we have 1.0-1.2 leverage.)




    On Fri, Apr 8, 2022 at 3:58 PM Roni Pavon <roni@celsius.network> wrote:
      Don't you think we should have Alex on this thread? Maybe it will make him more aware of the do's and don'ts


      ---------- Forwarded message ---------
      From: **Shakti Tailor** <shakti.tailor@celsius.network>
      Date: Fri, Apr 8, 2022 at 10:40 PM
      Subject: Re: AMA Youtube April 8 - Needed edits
      To: Peter Graham <peter.graham@celsius.network>
      Cc: S. Daniel Leon <daniel@celsius.network>, Zach Wildes <zachary.wildes@celsius.network>, Tom McCarthy <tom.mccarthy@celsius.network>, <Regulation@celsius.network>, Nuke Goldstein <nuke@celsius.network>, Roni Pavon <roni@celsius.network>, Ron Deutsch <ron.deutsch@celsius.network>, Bethany Davis <bethany.davis@celsius.network>, Tushar Nadkarni <tushar@celsius.network>, Yarden Noy <yarden.noy@celsius.network>, Jennifer Kattula <jennifer.kattula@celsius.network>, Risk Management <riskmngmt@celsius.network>, Aslihan Denizkurdu <aslihan.denizkurdu@celsius.network>, Oren Blonstein <oren.blonstein@celsius.network>, Jerry Ho <jerry.ho@celsius.network>, Anvar Nurullayev <anvar.nurullayev@celsius.network>, Rodney Sunada-

Wong <rodney.sunada-wong@celsius.network>, Shawn Dej <shawn.dej@celsius.network>, Connor Nolan <connor.nolan@celsius.network>

Hey Team,

All these edits have been made and the video is currently processing on YouTube.

Have an awesome weekend.

Cheers,
Shakti

On Fri, Apr 8, 2022 at 7:49 PM Peter Graham <peter.graham@celsius.network> wrote:
 Hi all,

 Please find below for requests for comment (FROM REGULATORY) and removals.

# Redacted

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

# Redacted

**0:27 - REMOVAL -** we state we have the highest insurance in the industry, this has been flagged before for removal in the past, please remove again.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS



custodian they're based in Israel for about 35 employees who do an excellent job. Keeping your stuff safe, right? The highest insurance in the industry right 750 million 150 million right? Get it insurance pair clients right per client. I don't think anyone else in the world. Has that right in the markets. It's amazing yeah so and and you guys are helping Celsius. Keep our asset safe right and also launch many new assets right right so we do self-custody for very large institutions by working with the banks exchanges custo

Celsius AMA April 8th 2022

433 watching now • Scheduled for Apr 8, 2022

**0:29 - 0:32 - BIG REMOVAL -** The IR rep from JKL Capital states that they are one of Celsius's biggest clients, that they pledge ETH/BTC and borrow USD, and that they like the transparency of Celsius. They are onboarded, but have no history of loans with Celsius, and the trading desk has never heard of them. Because the relationship she describes does not exist, *everything she says about JKL's relationship with Celsius should be removed. (images below are not exhaustive)*



how do you find the conference the Bitcoin 2020? It's my first big conference and I'm actually getting a little bit overwhelmed here with all the events. The biggest trick here. The biggest trick at the moment is organized all the parties after the conference because there's a lot overlaping closer. Yeah all right. So a lot of our customers. Always ask wait a second who borrows all this Bitcoin you you. Yeah you collected 159,000 Bitcoin you keep it safe but who actually borrows it. Why do they need to borrow it so maybe explain what the bit what

Celsius AMA April 8th 2022

20 watching now • Scheduled for Apr 8, 2022

267    DISLIKE    SHARE    SAVE



run and then I have to sell it so hopefully I wish I was a math wizard but basically we have an AI model running and arbitrage and directional strategy, so that's our main business and then for our existing clients. We also offer landing and boring solutions is an investment so from the one the one hand that it works. Is we pledge BTC and ETH with Celsius. We have a big contract with with guys and then we would borrow USD on the other side and and vice versa. How been your experience with working with a Celsius team

Celsius AMA April 8th 2022

18 watching now • Scheduled for Apr 8, 2022

267    DISLIKE    SHARE    SAVE    ...

**0:34 - REMOVAL** - Most insurance, per above, removal.



on somebody's else nodes and they're effectively giving up the keys instead of holding it themselves so that's an important distinction to explain you know. Just want to add that now all of GK clients can have the best of both they can have decaved highest level security highest level of insurance together with cellulose highest yield in the market and that's like win-win for everybody. So super that's right and we just need one feet one more female here to dominate the stage instead of you

Alex Mashinsky and his guests are not investment advisers. All opinions are Alex Mashinsky's and his guests' alone. Nothing discussed today may be considered investment advice, tax advice, or any other professional advice, and should not be relied upon for investment, tax, other financial decisions, or any other purpose. This show is solely for education and entertainment purposes only and does not include any solicitation or inducement to buy or sell any assets or to make any financial decisions. Buying, holding, trading, and using digital assets involve significant risks.

Zach

elsius AMA April 8th 2022

## Redacted

CELSIUSNETWORK_00081418

# Redacted

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00081419

# Redacted

# Redacted

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

# Redacted

**0:56 - REMOVAL -** Alex says that we are the only crypto company with phone support, this is not true, Coinbase has a phone number, please remove.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

part of the Las Vegas customer care team senior agent. There is the best Celsius is the best. Yeah where can I get a hold of of customer care? You can get a hold of us at all now or Celsius dot network?Just click on care and submit a ticket.Fantastic! Still Celsius the only team that has font support where you can just call and talk to somebody right you don't feel good. Your stomach hurts call 1-866 huddle now okay yeah okay you said hey my name is you safe and part of the marketing production

**Celsius AMA April 8th 2022**

17 watching now • Scheduled for Apr 8, 2022

👍 279    👎 DISLIKE    ↪ SHARE    ☰+ SAVE    ...

Have a good weekend.

PG

--



**Peter Graham**
**Credit Officer** | Celsius

phone: +1 (917) 447-9864

*Download the Celsius app today!*

--

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS



**Shakti Tailor**
*Creative Video*
......

**Unbank Yourself**
celsius.network

--
....
.....



**Roni Cohen Pavon**
**Chief Revenue Officer** | Celsius

phone: +972-50-444-6020

*Download the Celsius app today!*

--
....
.....



**Roni Cohen Pavon**
**Chief Revenue Officer** | Celsius

phone: +972-50-444-6020

*Download the Celsius app today!*

--

-------------
Rodney Sunada-Wong
908-447-1819m