Chat Filters    Events    History    Disclaimers

| Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|
| Dean Tappen<dean.tappen@celsius.network> | Celsius | U018R79AFH6 | dean.tappen@celsius.network | 42 | 1 |
| Jason Perman<jason.perman@celsius.network> | Celsius | U028PN0N03B | jason.perman@celsius.network | 52 | 1 |

Jason Perman

whats the ETH for on that cel requests?

2022-04-29 05:07:26.760 PM

Dean Tappen

they are buying back CEL on defi now

2022-04-29 05:08:58.060 PM

Jason Perman

But where is the ETH coming from

2022-04-29 05:09:33.317 PM

Jason Perman

are we using customer funds

2022-04-29 05:09:37.407 PM

Jason Perman

bc we shouldnt be

2022-04-29 05:09:39.597 PM

Jason Perman

and i wont approve that

2022-04-29 05:09:42.383 PM

Dean Tappen

of course we are we use customer funds for everything we do here

2022-04-29 05:11:39.227 PM

Jason Perman

But you know what I mean

2022-04-29 05:12:39.363 PM

Jason Perman

Using as collateral is diff than outright selling

2022-04-29 05:12:49.093 PM

Jason Perman

But isn't the same thing we talked about selling BTC and ETH for CEL and not hedging it etc

2022-04-29 05:14:05.213 PM

Dean Tappen

right I got you - yeah I let them know to tell Paul so he can properly hedge

2022-04-29 05:14:21.693 PM

Confidential
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CEL_EXAM-00171749

**Dean Tappen**
2022-04-29 05:14:33.187 PM

might be worth getting him added to that channel for visibility

**Jason Perman**
2022-04-29 05:15:02.913 PM

But do u agree we shouldn't be doing this at all

**Dean Tappen**
2022-04-29 05:15:46.893 PM

I mean us buying CEL in general is stupid since we are using customer stable coins (we borrow but are growing short in customer coins) which is very ponzi like so yeah agreed we should be buying back nothing until we start making money

**Dean Tappen**
2022-04-29 05:16:23.820 PM

every $$$ we spend on CEL is a $$$ we won't be able to return to the community

**Jason Perman**
2022-04-29 05:19:55.513 PM

But this DeFi thing is stupid to fake volume

**Jason Perman**
2022-04-29 05:19:59.787 PM

I don't wanna do it

**Jason Perman**
2022-04-29 05:20:03.747 PM

May flag this to Rod

**Dean Tappen**
2022-04-29 05:21:38.613 PM

up to you - that is why I asked you to approve from now on - I certainly am not comfortable making this call

**Jason Perman**
2022-04-29 05:22:57.147 PM

Ok I'll respond. Answer is no on ETH

**Jason Perman**
2022-04-29 06:17:27.497 PM

im on a mission, Matt martin told me Nuke has a $5mm loan against his CEL

**Jason Perman**
2022-04-29 06:17:40.687 PM

flagging to Rod and asking for it to be unwound

**Jason Perman**
2022-04-29 06:17:44.757 PM

also compliance

**Dean Tappen**
2022-04-29 06:17:49.720 PM

not surprising

**Dean Tappen**
2022-04-29 06:17:58.550 PM

Confidential
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
CEL_EXAM-00171750

he has sold a lot too

**Jason Perman**

guy's a fuckin joke

2022-04-29 06:18:03.893 PM

**Dean Tappen**

they all sold and have loans

2022-04-29 06:18:12.247 PM

**Jason Perman**

I think he is only one with a loan

2022-04-29 06:18:18.953 PM

**Dean Tappen**

ahh I remember some others used to

2022-04-29 06:18:28.537 PM

**Jason Perman**

think they closed

2022-04-29 06:18:34.117 PM

**Dean Tappen**

kinda ridiculous

2022-04-29 06:18:37.490 PM

**Jason Perman**

they are using the company as a piggybank

2022-04-29 06:18:38.820 PM

**Dean Tappen**

yeah

2022-04-29 06:18:41.957 PM

**Dean Tappen**

its messed

2022-04-29 06:18:44.830 PM

**Jason Perman**

I am gonna see if I can see it in BO

2022-04-29 06:19:10.040 PM

**Jason Perman**

also who approved those guys to buy back on DeFi

2022-04-29 06:19:21.817 PM

**Dean Tappen**

not sure

2022-04-29 06:19:30.910 PM

**Dean Tappen**

probably alex

2022-04-29 06:19:32.540 PM

Confidential
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CEL_EXAM-00171751

Jason Perman

i told Josh T separately no

2022-04-29 06:19:38.667 PM

Jason Perman

I said Tsy owns buyback and this is the 1st im hearing of it

2022-04-29 06:19:54.020 PM

Dean Tappen

2022-04-29 06:22:55.460 PM

Dean Tappen

thats one of the accounts not the main one

2022-04-29 06:23:00.353 PM

Dean Tappen

2022-04-29 06:23:25.743 PM

Dean Tappen

4.2mm loan against CEL

2022-04-29 06:23:29.587 PM

Dean Tappen

this is the one

2022-04-29 06:23:35.610 PM

Jason Perman

Ok I need to access my VPN

2022-04-29 06:24:14.730 PM

Jason Perman

to pull it up

2022-04-29 06:24:18.090 PM

Jason Perman

I see it

2022-04-29 06:32:56.513 PM

Jason Perman

whats the margin call threshold for 25% LTV loans

2022-04-29 06:33:25.577 PM

Dean Tappen

like 65%

2022-04-29 06:33:33.283 PM

Jason Perman

should be 50%

2022-04-29 06:33:38.047 PM

Jason Perman

margin call his ass

2022-04-29 06:33:40.847 PM

Confidential
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CEL_EXAM-00171752

Dean Tappen

why he will just choose to default

2022-04-29 06:33:54.353 PM

Dean Tappen

lose lose

2022-04-29 06:33:56.847 PM

Jason Perman

haha

2022-04-29 06:34:01.793 PM

Jason Perman

im gonna send to Rod

2022-04-29 06:34:06.947 PM

Dean Tappen

tell him to repay it

2022-04-29 06:34:10.683 PM

Dean Tappen

we can close it in 700 days!!!

2022-04-29 06:35:56.403 PM

| | |
|---|---|
| Origination date: | 04/01/2021 |
| Maturity Date: | 04/01/2024  (702 days left)  Extend loan term |
| To complete min payment: | $3,503.20 |
| Interest rate: | 1% |

Jason Perman

what a joke

2022-04-29 06:36:05.967 PM

Jason Perman

so this costs us 8% per year

2022-04-29 06:36:11.530 PM

Dean Tappen

yupp

2022-04-29 06:36:18.833 PM

Dean Tappen

320k

2022-04-29 06:36:42.007 PM

Jason Perman

sending to Rod

2022-04-29 06:36:57.677 PM

Dean Tappen

Confidential
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CEL_EXAM-00171753

thanks

    2022-04-29 06:37:02.667 PM

**Dean Tappen**    2022-04-29 06:37:12.400 PM

our new job roles should be Celsius Custodians

**Jason Perman**    2022-04-29 06:37:20.830 PM

then telling him if he doesn't i will flag to compliance

**Dean Tappen**    2022-04-29 06:37:21.687 PM

we are just going piece by piece cleaning up the shit

**Jason Perman**    2022-04-29 06:38:06.717 PM

yup

**Dean Tappen**    2022-04-29 06:39:12.743 PM

walked through a bunch of stuff with Chris - he noticed the NIM calc doesn't include the asset liability mismatch on the waterfall so is asking to include it going forward which is good

**Jason Perman**    2022-04-29 06:44:34.217 PM

why would it include that 😒

**Dean Tappen**    2022-04-29 06:45:38.133 PM

would make too much sense

**Jason Perman**    2022-04-29 06:46:06.627 PM

exactly

**Jason Perman**    2022-04-29 06:46:08.147 PM

sent u a TG

**Jason Perman**    2022-04-29 06:55:50.593 PM

was gonna send this to Annalee Sure, is this May from GK8 a real person?

**Jason Perman**    2022-04-29 06:55:52.797 PM

haha

**Dean Tappen**    2022-04-29 06:57:45.367 PM

Hahahaha

**Dean Tappen**    2022-04-29 06:57:48.130 PM

Please do not

Confidential    CEL_EXAM-00171754
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

**Dean Tappen**

2022-04-29 06:58:06.413 PM

That actually got me good

**Jason Perman**

2022-04-29 06:58:27.090 PM

ok how about this

**Jason Perman**

2022-04-29 06:58:33.983 PM

Sounds good, would be a first that Dean or I met someone from GK8. Would go a long way disproving our conspiracy theory that it's actually a myth 😊

**Dean Tappen**

2022-04-29 06:58:46.033 PM

Yeah that's good lol

**Dean Tappen**

2022-04-29 06:58:54.480 PM

I still don't believe this is a real company

**Jason Perman**

2022-04-29 06:58:59.643 PM

me neither

**Jason Perman**

2022-04-29 06:59:04.443 PM

someone off cam in their apt

**Jason Perman**

2022-04-29 06:59:12.877 PM

"Hello this is GK8, how can I help you"

**Dean Tappen**

2022-04-29 06:59:19.080 PM

Probably share an office with us in tel Aviv

**Jason Perman**

2022-04-29 06:59:52.490 PM

are you a seinfeld fan?

**Jason Perman**

2022-04-29 06:59:55.393 PM

or have seen

**Dean Tappen**

2022-04-29 06:59:57.393 PM

I actually met them like a year ago they were going through their system

**Dean Tappen**

2022-04-29 07:00:02.930 PM

Of course

Jason Perman                                                                                        2022-04-29 07:00:30.993 PM

Attachments: { "service_name": "WikiSein", "title": "Vandelay Industries | WikiSein | Fandom", "title_link": "https://seinfeld.fandom.com/wiki/Vandelay_Industries", "fallback": "WikiSein: Vandelay Industries | WikiSein | Fandom", "from_url": "https://seinfeld.fandom.com/wiki/Vandelay_Industries", "service_icon": "https://static.wikia.nocookie.net/seinfeld/images/4/4a/Site-favicon.ico/revision/latest?cb=20210619233539", "id": "1", "text": "Vandelay Industries is a fictional company that George Costanza claims to have been interviewed for as a latex salesman in when applying for an extension at the unemployment office in the Season...", "thumb_url": "https://static.wikia.nocookie.net/seinfeld/images/b/bc/Wiki.png/revision/latest/zoom-crop/width/200/height/200?cb=20110816202409", "thumb_width": 200, "thumb_height": 200, "original_url": "https://seinfeld.fandom.com/wiki/Vandelay_Industries" }

Jason Perman                                                                                        2022-04-29 07:00:43.190 PM

"SAY VANDELAY INDUSTRIES!!!"

Jason Perman                                                                                        2022-04-29 07:00:53.380 PM



Dean Tappen                                                                                         2022-04-29 07:02:12.273 PM

Hahaha

Confidential                                                                                        CEL_EXAM-00171756
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS