**b29e6fc7-856a-42b8-a8c7-21ad55a1ecde - 17186838744@s.whatsapp.net**

Chat Filters    ☑ Events    ☑ History    ☑ Disclaimers

| | Participant | Entity | Login | Email | 💬 | 📎 |
|---|---|---|---|---|---|---|
| ☑ | System Message System Message | | System Message | | 0 | 0 |
| ☑ | 16476253763@s.whatsap... | S.whatsapp | 16476253763@s.whatsapp.net | 16476253763@s.whatsapp.net | 43 | 0 |

---

**16476253763@s.whatsapp.net RB**                                                                  2022-05-10 11:40:07.000 AM

Nice nice job on The outlook document. I'm an empath is it possible to the total name? Also Wine is with the one you have no faster fun? I think you're gross and net may be underneath it off? Also any way to show an hour away or is that too much too soon?

**17186838744@s.whatsapp.net Chris Ferraro**                                                       2022-05-10 11:40:54.000 AM

Can I call?

**17186838744@s.whatsapp.net Chris Ferraro**                                                       2022-05-10 11:43:29.000 AM

Not sure I follow

**16476253763@s.whatsapp.net RB**                                                                  2022-05-10 12:32:46.000 PM

do you follow now?

**16476253763@s.whatsapp.net RB**                                                                  2022-05-10 12:32:52.000 PM

after our discussion?

**16476253763@s.whatsapp.net RB**                                                                  2022-05-10 12:33:10.000 PM

omg.

**16476253763@s.whatsapp.net RB**                                                                  2022-05-10 12:33:20.000 PM

i just read my dictated message. i can't stop laughing

**17186838744@s.whatsapp.net Chris Ferraro**                                                       2022-05-10 12:33:39.000 PM

Not sure I follow-

**16476253763@s.whatsapp.net RB**                                                                  2022-05-10 12:34:02.000 PM

omg.

**16476253763@s.whatsapp.net RB**                                                                  2022-05-10 12:34:05.000 PM

that message is epic

**17186838744@s.whatsapp.net Chris Ferraro**                                                       2022-05-10 12:34:25.000 PM

No more vodka in your OJ

**16476253763@s.whatsapp.net RB**                                                                  2022-05-10 12:52:26.000 PM

it was windy!!!

**16476253763@s.whatsapp.net RB**                                                                  2022-05-10 12:52:45.000 PM

and i was dictating walking with my bag and a starbucks. no glasses so i couldn't see what it came up as. lol

**16476253763@s.whatsapp.net RB**                                                                  2022-05-10 12:53:00.000 PM

is it clear based on our brief discussion on the 8am ET call?

**17186838744@s.whatsapp.net Chris Ferraro**                                                       2022-05-10 12:53:50.000 PM

Can you send again or chat after portfolio call

**16476253763@s.whatsapp.net RB**                                                                  2022-05-10 12:54:09.000 PM

it was the stuff I called about

**17186838744@s.whatsapp.net Chris Ferraro**                                                       2022-05-10 12:58:16.000 PM

I need to meditate- my mind is full of too much data. Can you remind me, sadly I forgot

**16476253763@s.whatsapp.net RB**                                                                  2022-05-10 12:58:24.000 PM

a friend sent me a text this morning..."I guess if you have to call something 'stable'...it probably isn't"

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                          CELSIUSNETWORK_00078144

| | |
|---|---|
| 16476253763@s.whatsapp.net RB | 2022-05-10 12:58:41.000 PM |
| you put a note on page 5. | |
| 16476253763@s.whatsapp.net RB | 2022-05-10 12:58:47.000 PM |
| and p4 | |
| 17186838744@s.whatsapp.net Chris Ferraro | 2022-05-10 12:59:31.000 PM |
| Yes, sorry. I got those | |
| 16476253763@s.whatsapp.net RB | 2022-05-10 12:59:43.000 PM |
| on page 7 (this is new), can you reconcile the $ deployed to the total? $10bn to the $20bn it has been | |
| 17186838744@s.whatsapp.net Chris Ferraro | 2022-05-10 01:00:15.000 PM |
| Yes. Do u need this for exco or the afternoon meeting? | |
| 16476253763@s.whatsapp.net RB | 2022-05-10 01:00:15.000 PM |
| and we need the cash positions and equity. i think i sent that on email? | |
| 17186838744@s.whatsapp.net Chris Ferraro | 2022-05-10 01:00:24.000 PM |
| I added to p7 | |
| 17186838744@s.whatsapp.net Chris Ferraro | 2022-05-10 01:00:33.000 PM |
| P8 | |
| 16476253763@s.whatsapp.net RB | 2022-05-10 01:00:36.000 PM |
| afternoon meeting | |
| 17186838744@s.whatsapp.net Chris Ferraro | 2022-05-10 01:00:44.000 PM |
| P8 bottom of page | |
| 17186838744@s.whatsapp.net Chris Ferraro | 2022-05-10 01:00:56.000 PM |
| Or you want a trend graph? | |
| 16476253763@s.whatsapp.net RB | 2022-05-10 01:01:51.000 PM |
| ah. that's good. any chance you can add to pages 9 & 11? the stablecoin deficit. | |
| 17186838744@s.whatsapp.net Chris Ferraro | 2022-05-10 01:02:13.000 PM |
| No problem, I'll add | |
| 16476253763@s.whatsapp.net RB | 2022-05-10 01:09:07.000 PM |
| Yankees = Putin | |
| 16476253763@s.whatsapp.net RB | 2022-05-10 01:09:30.000 PM |
| lol. that's for Roni | |
| 17186838744@s.whatsapp.net Chris Ferraro | 2022-05-10 01:09:48.000 PM |
| Agree! | |
| 16476253763@s.whatsapp.net RB | 2022-05-10 01:21:48.000 PM |
| so what is outlook for next week? | |
| 17186838744@s.whatsapp.net Chris Ferraro | 2022-05-10 01:23:01.000 PM |
| Negative 5mm WoW—-so call it negative $4mm net rev | |
| 16476253763@s.whatsapp.net RB | 2022-05-10 01:23:06.000 PM |
| -$5mm run rate. -$500k on Mining. CeFi +300k. DeFi $2.5mm loss Terra. Matic $2mm loss. So total loss $9-10mm? | |
| 17186838744@s.whatsapp.net Chris Ferraro | 2022-05-10 01:26:13.000 PM |
| I expect mining to be +1mm. | |
| 17186838744@s.whatsapp.net Chris Ferraro | 2022-05-10 01:26:32.000 PM |
| Defi is a 2.5mm loss or reduction WoW? | |
| 16476253763@s.whatsapp.net RB | 2022-05-10 01:28:29.000 PM |
| these are week over week changes | |
| 16476253763@s.whatsapp.net RB | 2022-05-10 01:28:35.000 PM |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS    CELSIUSNETWORK_00078145

| | |
|---|---|
| on top of $5mm loss | |
| 16476253763@s.whatsapp.net RB | 2022-05-10 01:33:11.000 PM |
| outlook pages need an intro | |
| 16476253763@s.whatsapp.net RB | 2022-05-10 01:33:24.000 PM |
| why are rewards getting cut in half?? or how? | |
| 17186838744@s.whatsapp.net Chris Ferraro | 2022-05-10 01:35:05.000 PM |
| On with Kai, we both believe down $5mm WoW so net rev of negative 4mm | |
| 17186838744@s.whatsapp.net Chris Ferraro | 2022-05-10 01:36:46.000 PM |
| Down 5-5.5mm, Defi will be down 3, other revenue down 2, mining down 1-1.5 and CeFi up 1 | |
| 17186838744@s.whatsapp.net Chris Ferraro | 2022-05-10 01:39:31.000 PM |
| I'm working on it. Too many meetings | |
| 16476253763@s.whatsapp.net RB | 2022-05-10 01:40:02.000 PM |
| no point to meetings if we drive off a cliff | |
| 16476253763@s.whatsapp.net RB | 2022-05-10 01:40:10.000 PM |
| stating the obvious | |
| 17186838744@s.whatsapp.net Chris Ferraro | 2022-05-10 01:40:33.000 PM |
| Lower user balances by turning off growth reduced rewards/ then simply adjusted the payout ratio to be below 100% | |
| 17186838744@s.whatsapp.net Chris Ferraro | 2022-05-10 01:41:05.000 PM |
| You say driving off cliff - Alex say flying down hill with wind at our backs | |
| 17186838744@s.whatsapp.net Chris Ferraro | 2022-05-10 01:41:14.000 PM |
| 🙂 | |
| 16476253763@s.whatsapp.net RB | 2022-05-10 01:45:40.000 PM |
| that aint happening without more of a hard hitting recommendaiton | |
| 17186838744@s.whatsapp.net Chris Ferraro | 2022-05-10 01:46:30.000 PM |
| I'm asking Joe to run a scenario where we match blockfi | |
| 17186838744@s.whatsapp.net Chris Ferraro | 2022-05-10 01:53:42.000 PM |
| No other way to say you can't payout more than 100%? You are basically using user balances to pay user rewards | |
| 17186838744@s.whatsapp.net Chris Ferraro | 2022-05-10 01:55:23.000 PM |
| Do you want me to cut rewards at all or do we get rid of outlook and just show the April run rate scenario? | |
| 16476253763@s.whatsapp.net RB | 2022-05-10 01:56:18.000 PM |
| use the outlook but fix it at 80%. we won't get to 38%! | |
| 16476253763@s.whatsapp.net RB | 2022-05-10 01:56:49.000 PM |
| can you add BTC price on the monthly pages? | |
| 17186838744@s.whatsapp.net Chris Ferraro | 2022-05-10 01:57:09.000 PM |
| I see now- I was looking at FY | |
| 17186838744@s.whatsapp.net Chris Ferraro | 2022-05-10 01:57:14.000 PM |
| Yes | |
| 17186838744@s.whatsapp.net Chris Ferraro | 2022-05-10 01:58:10.000 PM |
| It's flat at $31k | |
| 16476253763@s.whatsapp.net RB | 2022-05-10 02:01:38.000 PM |
| page 6 BTC mining page. please add a line explaining funding cost. i think that's the rate to Parent? | |
| 17186838744@s.whatsapp.net Chris Ferraro | 2022-05-10 02:01:56.000 PM |
| Yes, exactly- will add | |
| 16476253763@s.whatsapp.net RB | 2022-05-10 02:02:05.000 PM |

| | |
|---|---|
| maybe a second lens should include the 7.5% SC funding rate so the Celsius Network may be poistive | |
| 16476253763@s.whatsapp.net RB | 2022-05-10 02:02:38.000 PM |
| let's add some sensitivity if BTC goes back to $35k or $40k. | |
| 16476253763@s.whatsapp.net RB | 2022-05-10 02:08:01.000 PM |
| i need to anticipate his 100 arguments. so i'm going to be a pain on this one | |
| 17186838744@s.whatsapp.net Chris Ferraro | 2022-05-10 02:44:57.000 PM |
| It's effectively 12% which is a great boost to Celsius | |
| 16476253763@s.whatsapp.net RB | 2022-05-10 02:47:07.000 PM |
| funny money | |
| 17186838744@s.whatsapp.net Chris Ferraro | 2022-05-10 02:47:19.000 PM |
| Exactly | |
| 17186838744@s.whatsapp.net Chris Ferraro | 2022-05-10 03:18:51.000 PM |
| I'm going to work on exec summary- I think all the items have been updated- running bit on fumes so probably forgot few things | |
| 16476253763@s.whatsapp.net RB | 2022-05-10 03:22:00.000 PM |
| take a walk before 11:30 ET | |
| 17186838744@s.whatsapp.net Chris Ferraro | 2022-05-10 05:57:22.000 PM |
| Would Fredrick work for Mining or Network? | |
| 16476253763@s.whatsapp.net RB | 2022-05-10 05:59:40.000 PM |
| July 18th!!! | |
| 16476253763@s.whatsapp.net RB | 2022-05-10 05:59:56.000 PM |
| we promised him to Amir. But that was for May. | |
| 16476253763@s.whatsapp.net RB | 2022-05-10 05:59:59.000 PM |
| we need to solve for Amir | |
| 17186838744@s.whatsapp.net Chris Ferraro | 2022-05-10 06:10:57.000 PM |
| he would officially sit in mining? Trunshedda is asking | |
| 16476253763@s.whatsapp.net RB | 2022-05-10 06:11:07.000 PM |
| thats fine | |
| 17186838744@s.whatsapp.net Chris Ferraro | 2022-05-10 06:11:40.000 PM |
| He would need to report to the mining cfo with dotted to me | |
| 17186838744@s.whatsapp.net Chris Ferraro | 2022-05-10 06:32:09.000 PM |
| Hi, I'm on an expense initiative call - if you want to meet ping me | |
| 16476253763@s.whatsapp.net RB | 2022-05-10 06:40:35.000 PM |
| stay on that | |
| 16476253763@s.whatsapp.net RB | 2022-05-10 06:40:48.000 PM |
| still w/ Alex. now w/ Aslihan too | |
| 17186838744@s.whatsapp.net Chris Ferraro | 2022-05-10 11:12:23.000 PM |
| I met with Prakash who I believe runs card. He is experienced and seems to know the card space. I Found out more today - we are not taking credit risk, the bank sponsor takes the risk and gets all the NII. We get basically interchange slice of 120bps-ish. But will easily pay that away in points. I'll continue to look into product and business case. But it's good to know we are not underwriting or taking credit risk. Downside is no profit - maybe better marketing engine to lead with card and to help with engagement/ stickiness of existing | |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00078147