**dc458b6f-dbdc-4010-9e09-1f270aa48c13 - 16462209911@s.whatsapp.net**

**Chat Filters**        ☑ **Events**    ☑ **History**    ☑ **Disclaimers**

| ☑ | Participant | Entity | Login | Email | 🕷 | 📎 |
|---|---|---|---|---|---|---|
| ☑ | 16465524499@s.whatsapp.net Alex Mashinsky | S.whatsapp | 16465524499@s.whatsapp.net | 16465524499@s.whatsapp.net | 1 | 0 |
| ☑ | 16462209911@s.whatsan | S.whatsapp | 16462209911@s.whatsapp.net | 16462209911@s.whatsapp.net | 2 | 0 |

| | |
|---|---|
| 16462209911@s.whatsapp.net Nuke Goldstein | 2022-05-12 07:33:26.000 PM |

If CEL keeps falling I'll start getting liquidated. Not good for anyone.

| | |
|---|---|
| 16465524499@s.whatsapp.net Alex Mashinsky | 2022-05-12 08:05:10.000 PM |

I am trying to stop it. We are freezing your loan. No liquidation.

| | |
|---|---|
| 16462209911@s.whatsapp.net Nuke Goldstein | 2022-05-12 08:08:16.000 PM |

Thank you!

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS