Chat Filters    Events    History    Disclaimers

| Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|
| 16465524499@s.whatsapp.net Alex Mashinsky | S.whatsapp | 16465524499@s.whatsapp.net | 16465524499@s.whatsapp.net | 9 | 1 |
| System Message System Message | | System Message | | 0 | 0 |
| 972504446020@s.whatsapp.net Roni Cohen pavon Celsius | S.whatsapp | 972504446020@s.whatsapp.net | 972504446020@s.whatsapp.net | 10 | 0 |

16465524499@s.whatsapp.net Alex Mashinsky

c2e21d15-59b4-449b-8a1d-1b84944d934c.jpg

2022-05-12 12:07:41.000 AM

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS    CELSIUSNETWORK_01062467

8:07

< 9  **Sandeep Nailwal Polygon**
last seen today at 8:01 PM

> you're telling me that you won't use cxBTC?
> 5:03 PM

> Memes for cxTokens, harder push coming soon Sir!
> 7:29 PM

Let's push it hard. We need more use cases for it.
10:23 PM

Today

Tough day but we will come out stronger. I wanted to congratulate you for becoming a Dad and look forward to the big launch in Spain.
7:36 PM

2 UNREAD MESSAGES

You
Tough day but we will come out stronger. I wanted to congratulate you for becoming a Dad and look forward to the big launch in S...

> Thank you sir for the kind wishes
> 8:01 PM

> I have no doubt that you guys will come out stronger
> 8:01 PM

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2022-05-12 12:08:10.000 AM

💪

16465524499@s.whatsapp.net Alex Mashinsky
2022-05-12 12:11:46.000 AM

Jump sending first 500 BTC back

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2022-05-12 12:14:15.000 AM

Great

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2022-05-12 12:14:32.000 AM

We 99% got the metaverse deal

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2022-05-12 12:14:44.000 AM

We have a final meeting in the morning to finalize

16465524499@s.whatsapp.net Alex Mashinsky
2022-05-12 12:15:15.000 AM

LT is worried. Having dinner with Rod. Let's hope he has the same story line

16465524499@s.whatsapp.net Alex Mashinsky
2022-05-12 12:15:46.000 AM

Get some sleep so you don't tell him he is a Palestinian

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2022-05-12 12:15:49.000 AM

What worries him? The market in general or something with us?

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2022-05-12 12:16:12.000 AM

Today I told him I'm a Real Madrid fan. Don't worry, we're already family, even though he's Catalan

16465524499@s.whatsapp.net Alex Mashinsky
2022-05-12 12:16:19.000 AM

Can we get to profitability because of our shrinking revenues.

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2022-05-12 12:16:45.000 AM

I told Rod I need to get to a room with him for a few days and we'll resolve everything

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2022-05-12 12:16:57.000 AM

We need to build the infrastructure and be opportunistic

972504446020@s.whatsapp.net Roni Cohen pavon Celsius
2022-05-12 12:17:09.000 AM

And stop wasting time on BS

16465524499@s.whatsapp.net Alex Mashinsky
2022-05-12 12:18:03.000 AM

We have a great team now. Happy with all just need to execute.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                    CELSIUSNETWORK_01062469

| | |
|---|---|
| 16465524499@s.whatsapp.net Alex Mashinsky<br><br>Uri will be great as well. | 2022-05-12 12:18:22.000 AM |
| 16465524499@s.whatsapp.net Alex Mashinsky<br><br>Wants to join us for Marketing. https://www.linkedin.com/in/ronaldangsiy | 2022-05-12 02:05:46.000 AM |
| 16465524499@s.whatsapp.net Alex Mashinsky<br><br>Let's defend CEL here so we don't loose all our users. | 2022-05-12 04:30:45.000 PM |
| 972504446020@s.whatsapp.net Roni Cohen pavon Celsius<br><br>1 min | 2022-05-12 05:19:55.000 PM |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS         CELSIUSNETWORK_01062470

**Sandeep Nailwal Polygon**
last seen today at 8:01 PM

> you're telling me that you won't use cxBTC?
> 5:03 PM

> Memes for cxTokens, harder push coming soon Sir!
> 7:29 PM

> Let's push it hard. We need more use cases for it.
> 10:23 PM

Today

> Tough day but we will come out stronger. I wanted to congratulate you for becoming a Dad and look forward to the big launch in Spain.
> 7:36 PM

2 UNREAD MESSAGES

> You
> Tough day but we will come out stronger. I wanted to congratulate you for becoming a Dad and look forward to the big launch in S...
>
> Thank you sir for the kind wishes
> 8:01 PM

> I have no doubt that you guys will come out stronger
> 8:01 PM

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS        CELSIUSNETWORK_01062471