**Chat Filters**   **Events**   **History**   **Disclaimers**

| Participant | Entity | Login | Email | | |
|---|---|---|---|---|---|
| Fernando Dreyfus | Celsius | U019H447M38 | fernando.dreyfus@celsius.network | 0 | 0 |
| Chen Zhu | Celsius | U02SAH82RBL | chen.zhu@celsius.network | 0 | 0 |
| Graham Novitch | Celsius | U018JPP3XJS | graham.novitch@celsius.network | 2 | 0 |
| Dwaipayan Majumdar | Celsius | U030576AFUN | dwaipayan.majumdar@celsius.network | 0 | 0 |
| Jerry Ho | Celsius | U02AQ286PUP | jerry.ho@celsius.network | 0 | 0 |
| Peter Salyga | Celsius | U0322KDTKUZ | peter.salyga@celsius.network | 0 | 0 |
| Rodney Sunada-Wong | Celsius | U01RFJFGJRF | rodney.sunada-wong@celsius.network | 10 | 2 |
| Tat Chan | Celsius | U01US373M8U | tat.chan@celsius.network | 0 | 0 |
| Susana Tiong | Celsius | U035PT2BPGT | susana.tiong@celsius.network | 0 | 0 |
| Shelly Shen | Celsius | U02MVRYS3U0 | shelly.shen@celsius.network | 11 | 3 |
| Alexey Shitov | Celsius | U02UAKUJ3LJ | alexey.shitov@celsius.network | 0 | 0 |
| Fan Bai | Celsius | U024WGD6SDQ | fan.bai@celsius.network | 0 | 0 |
| Stevan Maglic | Celsius | U020QSWMFNZ | stevan.maglic@celsius.network | 0 | 0 |
| Peter Graham | Celsius | U01HHRN7NTH | peter.graham@celsius.network | 4 | 1 |
| Tamas Antal | Celsius | U024PNXVA86 | tamas.antal@celsius.network | 1 | 0 |
| Brian Strauss | Celsius | U01TNB41TEC | brian.strauss@celsius.network | 4 | 0 |
| Asaf Yashayev | Celsius | U025X49LG6L | asaf.yashayev@celsius.network | 0 | 0 |
| Anvar Nurullayev | Celsius | U02T099F87J | anvar.nurullayev@celsius.network | 1 | 0 |

Rodney Sunada-Wong
2022-05-13 12:49:20.670 PM
Alex said Roni has a plan for Tether. I must have missed it. What is his plan?

Brian Strauss
2022-05-13 12:50:09.977 PM
No idea. Also, mischaracterization re Shiran/gas fees

Rodney Sunada-Wong
2022-05-13 12:51:11.560 PM
I think Shiran was talking about manual vs automation? but automation of what? i'm having trouble remembering

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                                CELSIUSNETWORK_03516411

Anvar Nurullayev

2022-05-13 12:52:59.750 PM

He mentioned automation of reserves

Rodney Sunada-Wong

2022-05-13 04:53:47.927 PM

@Tat Chan @Tamas Antal do you know how much stETH do we have? I think it's trading at a 4-ish% discount. On May 9th we had 194,000 stETH

Rodney Sunada-Wong

2022-05-13 04:55:08.497 PM



Graham Novitch

2022-05-13 05:00:05.467 PM

Ready for ama 👍

Brian Strauss

2022-05-13 05:00:20.533 PM

Great; thank you

Rodney Sunada-Wong

2022-05-13 05:03:08.177 PM

:01 "we have billions of dollars of liquidity"

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                CELSIUSNETWORK_03516412

Shelly Shen
2022-05-13 05:07:05.280 PM

Given Recon Live, we have 433,033 stETH/(414,505.5 ETH equivalent)

Shelly Shen
2022-05-13 05:07:27.660 PM

| Coin | sum Balance | Original | sum Original Balance | sum Balance $USD | Protocol | Vault Name |
|---|---|---|---|---|---|---|
| ETH | 414,505.49 | stETH | 433,033.79 | $906,820,381.54 | Aave V2 | Celsius Borrows Account |

Rodney Sunada-Wong
2022-05-13 05:11:21.290 PM

Has the number of stETH increased from May 9th? I interpret your May 9th Mkt Risk report to say we had 194,000 stETH with a MV of $448mm

| Adjusted Coin Exposure (x1000) | Adjusted Net Exposure ($MM) | custody Liabiliti | Coin |
|---|---|---|---|
| 346,083.8 | $564.1 | -306.8 | CEL |
| 374.56 | $865.1 | | WETH |
| 194.37 | $448.9 | | stETH |

Shelly Shen
2022-05-13 05:12:30.067 PM

yes, the number of stETH increased since 5/9 freeze

Rodney Sunada-Wong
2022-05-13 05:14:25.523 PM

There are two numbers: sum balance 414k orig balance 433k we are to use "orig balance" and ignore "sum balance"

Shelly Shen
2022-05-13 05:16:05.223 PM

OK, got it

Shelly Shen
2022-05-13 05:16:21.277 PM

btw, asked Justin to confirm the stETH position now

Shelly Shen
2022-05-13 05:28:25.357 PM

Justin said we have very little stETH - see the screen shot below

Shelly Shen
2022-05-13 05:28:28.697 PM

 Justin Catuna 12:25 PM
So we sent all of our stETH to borrows on 5/11, we actually have very little if any stETH
Believe the difference could be our unwind from our bETH position on Terra a few days back, will confirm the numbers

Shelly Shen
2022-05-13 05:29:05.907 PM

he is further confirming the difference now

Rodney Sunada-Wong
2022-05-13 05:29:37.623 PM

That's the DeFi team. They feel they returned the stETH to Treasury

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                    CELSIUSNETWORK_03516413

2022-05-13 05:29:58.663 PM

0:27 - "Bitcoin is deflationary" = capped supply /= deflationary, thoughts ?

Rodney Sunada-Wong

2022-05-13 05:30:10.330 PM

I estimate 433,000 * $2,075 * -4% discount = -$36mm

Peter Graham

2022-05-13 05:32:34.300 PM

@Stevan Maglic says we do, not removing unless you disagree.

Peter Graham

2022-05-13 05:34:04.670 PM

we need a firm-wide metaphor moratorium.

Shelly Shen

2022-05-13 05:34:23.640 PM

[12:31 PM] We unwound 215,649.95 bETH from RD - ANCHOR - bETH.2 and 9,301 NETH from RD - Anchor - bETH. Both bETH and nETH are essentially stETH on the Terra chain and they were converted back to stETH when moved back to Ethereum. That accounts for all but 14k in the increase [12:32 PM] We don't have any additional bETH or nETH left on the Terra chain

Shelly Shen

2022-05-13 05:34:36.227 PM

above from Justin

Brian Strauss

2022-05-13 05:35:10.237 PM

I like your alliteration

Shelly Shen

2022-05-13 05:40:51.863 PM

Yes, you are right Rodney. DeFi team thought they unwind all the stETH and sent back to Treasury


Justin Catuna 12:27 PM
Thanks!
We unwound 215,649.95 bETH from RD - ANCHOR - bETH.2 and 9,301 NETH from RD - Anchor - bETH. Both bETH and nETH are essentially stETH on the Terra chain and they were converted back to stETH when moved back to Ethereum. That accounts for all but 14k in the increase
We don't have any additional bETH or nETH left on the Terra chain


Shelly Shen 12:36 PM
I see, so it means we have all the stETH (433k or so) on Ethereum and above statement for very little stETH is for the stETH on Terra, right?


Justin Catuna 12:37 PM
No, we actually sent all stETH from unwinding the Terra positions to either treasury or borrows. We also unwound our YD - Curve - stETH position and sent all of that to borrows as well

Peter Graham

2022-05-13 05:56:27.410 PM

0:55 -- Millions of customers, untrue

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS     CELSIUSNETWORK_03516414

over a billion dollars worth of withdraws, which is just a you know triple quadruple what a normal week is right? I mean did that fall asleep so and and these are tens of thousands of transactions and we're not talking about like 10 transactions of a hundred million right. That's not what happening at Celsius right? <u>We have millions of customers</u> and when they all knock on the door at the same time. And yes there are delays. It's not just delays our system functioned properly. We might have some slippage or some




#Bitcoin #crypto

Celsius AMA May 13 2022

944 watching now  Started streaming 54 minutes ago  Articles mentioned in the AMA:
Janet Yellen wants stablecoin legislation done by the end of the year ...more

👍 270   👎 Dislike   ➡ Share   ✂ Clip   =+ Save   🚩

Brian Strauss
2022-05-13 06:05:26.780 PM

Good catch

Rodney Sunada-Wong
2022-05-13 06:05:54.563 PM

ok. i got clarity that • DeFi owns the basis risk of stETH vs ETH • Treasury owns liquidity risk

Tamas Antal
2022-05-13 06:18:12.883 PM

Just finished listening to the AMA ... there are some big announcements coming on mining. I cannot wait to find it out what the mining plans are from one of the next AMAs.

Graham Novitch
2022-05-13 06:23:05.417 PM

Transcript link:

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                      CELSIUSNETWORK_03516415