Message

| | |
|---|---|
| **From:** | Jason Perman [jason.perman@celsius.network] |
| on behalf of | Jason Perman <jason.perman@celsius.network> [jason.perman@celsius.network] |
| **Sent:** | 5/22/2022 4:20:15 PM |
| **To:** | Rod Bolger [rod.bolger@celsius.network]; Yaniv Tsur [yaniv.tsur@celsius.network]; Chris Ferraro [chris.ferraro@celsius.network]; Kai Tang [kai.tang@celsius.network] |
| **Subject:** | Re: URGENT!!!: May 18 Youtube AMA - Needed edits |

I sent a note that we need to sign off on weekly ama data

**From:** Rod Bolger <rod.bolger@celsius.network>
**Sent:** Sunday, May 22, 2022 11:49:36 AM
**To:** Yaniv Tsur <yaniv.tsur@celsius.network>; Chris Ferraro <chris.ferraro@celsius.network>; Kai Tang <kai.tang@celsius.network>; Jason Perman <jason.perman@celsius.network>
**Subject:** Fwd: URGENT!!!: May 18 Youtube AMA - Needed edits

further background on posting the wrong materials this past week. and the need for CFO Group sign-off going forward. for all disclosure.

also, the marketing team updates certain financial information on the main webpage. we need to validate that too going forward.

---------- Forwarded message ---------
From: **Tom McCarthy** <tom.mccarthy@celsius.network>
Date: Sat, May 21, 2022 at 6:13 PM
Subject: Re: URGENT!!!: May 18 Youtube AMA - Needed edits
To: Yusuf Begg <yusuf.begg@celsius.network>
Cc: Roni Pavon <roni@celsius.network>, Rodney Sunada-Wong <rodney.sunada-wong@celsius.network>, Shakti Tailor <shakti.tailor@celsius.network>, Peter Graham <peter.graham@celsius.network>, regulation@celsius.network <Regulation@celsius.network>, Zach Wildes <zachary.wildes@celsius.network>, Josh Tolin <josh.tolin@celsius.network>, Gal Arad cohen <gal.cohen@celsius.network>, Anvar Nurullayev <anvar.nurullayev@celsius.network>, Aslihan Denizkurdu <aslihan.denizkurdu@celsius.network>, Jerry Ho <jerry.ho@celsius.network>, Oren Blonstein <oren.blonstein@celsius.network>, Risk Management <riskmngmt@celsius.network>, Ron Deutsch <ron.deutsch@celsius.network>, Shawn Dej <shawn.dej@celsius.network>, Tushar Nadkarni <tushar@celsius.network>, Yarden Noy <yarden.noy@celsius.network>, Rod Bolger <rod.bolger@celsius.network>


Thanks Yusuf

We need confirmation from folks here that this is how we will present the weekly stats moving forward.

Please bare in mind we just present the stats we are told. If this is not a suitable method for presenting our user flowers it needs to  be escalated.

Cheers,
Tom

On Sat, 21 May 2022, 21:39 Yusuf Begg, <yusuf.begg@celsius.network> wrote:
  Hey Rodney and team,

I have removed the image from Friday's AMA. When it is done processing, it will be taken out of the show.

Best,

Yusuf

**Yusuf Begg**
Marketing Associate | Production

**Email:** yusuf.begg@celsius.network
celsius.network

On Sat, May 21, 2022 at 4:28 PM <roni@celsius.network> wrote:

I now see it's not the one sent by Westcap, but it's also not the one sent to me by the Data team. Let me double check with Zeran and update everyone.

**From:** Rodney Sunada-Wong <rodney.sunada-wong@celsius.network>
**Sent:** Saturday, May 21, 2022 6:09 PM
**To:** Yusuf Begg <yusuf.begg@celsius.network>; Shakti Tailor <shakti.tailor@celsius.network>; Tom McCarthy <tom.mccarthy@celsius.network>
**Cc:** Peter Graham <peter.graham@celsius.network>; Regulation@celsius.network; Zach Wildes <zachary.wildes@celsius.network>; Josh Tolin <josh.tolin@celsius.network>; Gal Arad cohen <gal.cohen@celsius.network>; Anvar Nurullayev <anvar.nurullayev@celsius.network>; Aslihan Denizkurdu <aslihan.denizkurdu@celsius.network>; Jerry Ho <jerry.ho@celsius.network>; Oren Blonstein <oren.blonstein@celsius.network>; Risk Management <riskmngmt@celsius.network>; Ron Deutsch <ron.deutsch@celsius.network>; Roni Pavon <roni@celsius.network>; Shawn Dej <shawn.dej@celsius.network>; Tushar Nadkarni <tushar@celsius.network>; Yarden Noy <yarden.noy@celsius.network>; Rod Bolger <rod.bolger@celsius.network>
**Subject:** URGENT!!!: May 18 Youtube AMA - Needed edits

Hi. Regarding our slack messages today, would you please remove this image from Friday's AMA? Many Thanks!

at 46:46



--------------

Rodney Sunada-Wong

908-447-1819m


On Fri, May 20, 2022 at 3:15 PM Yusuf Begg <yusuf.begg@celsius.network> wrote:
> Hi Peter and team,
>
> These edits have been made and the video is now processing on YouTube.
>
> Thank you,
>
> Yusuf



**Yusuf Begg**

**Marketing Associate** | Production

**Email:** yusuf.begg@celsius.network

**celsius.network**


On Fri, May 20, 2022 at 2:54 PM Peter Graham <peter.graham@celsius.network> wrote:
> Hi all,
>
> Please see below for a removal from this week's AMA:

# Redacted

**1:00 - REMOVAL** - Alex says that staking (and by reference, credit cards, swaps, on-ramps, and loans), will be available to all users regardless of accreditation. My understanding is that this is untrue -- unaccredited users in states in which we cannot provide custody will not be able to use services that require custody. Please remove.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                                                    CELSIUSNETWORK_00079850



Thanks and have a good weekend.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                         CELSIUSNETWORK_00079851

> PG
>
> --

**Peter Graham**
**Credit Officer** | Celsius

phone: +1 (917) 447-9864

Download the Celsius app today!

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                              CELSIUSNETWORK_00079852