Message

| | |
|---|---|
| **From**: | Peter Graham [peter.graham@celsius.network] |
| on behalf of | Peter Graham <peter.graham@celsius.network> [peter.graham@celsius.network] |
| **Sent**: | 5/27/2022 6:37:31 PM |
| **To**: | Regulation@celsius.network; Shakti Tailor [shakti.tailor@celsius.network]; Tom McCarthy [tom.mccarthy@celsius.network]; Zach Wildes [zachary.wildes@celsius.network]; Josh Tolin [josh.tolin@celsius.network]; Gal Arad cohen [gal.cohen@celsius.network]; Yusuf Begg [yusuf.begg@celsius.network] |
| **CC**: | Anvar Nurullayev [anvar.nurullayev@celsius.network]; Aslihan Denizkurdu [aslihan.denizkurdu@celsius.network]; Jerry Ho [jerry.ho@celsius.network]; Oren Blonstein [oren.blonstein@celsius.network]; Risk Management [riskmngmt@celsius.network]; Rodney Sunada-Wong [rodney.sunada-wong@celsius.network]; Ron Deutsch [ron.deutsch@celsius.network]; Roni Pavon [roni@celsius.network]; Shawn Dej [shawn.dej@celsius.network]; Tushar Nadkarni [tushar@celsius.network]; Yarden Noy [yarden.noy@celsius.network]; Jackie Rubin [jackie.rubin@celsius.network] |
| **Subject**: | May 27 Youtube AMA - Needed Edits |

Hi all,

Please see below for this week's removals.

**0:12 - REMOVAL -** Zach says that we do not have directional positions. This is untrue and misrepresents material risk factors associated with yield accounts, please remove.



**0:29 -- REMOVAL --** Alex says that Celsius does not charge fees, we charge loan liquidation fees. Please remove.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS



**Celsius AMA May 27 2022**

848 watching now  Started streaming 31 minutes ago  Articles mentioned in the AMA:

**0:37 -- REMOVAL --** Alex says that on Tuesday everyone will have swaps. Because Celsius cannot provide custody in several jurisdictions, and custody is required for swaps, we will not be providing swaps to everyone. Please remove.



**Celsius AMA May 27 2022**

889 watching now  Started streaming 36 minutes ago  Articles mentioned in the AMA:

**0:33 -- REMOVAL --** Alex insinuates that our operations are the same with $2bn assets or $20bn, this is incorrect, please remove.



**Celsius AMA May 27 2022**

**0:41 -- REMOVAL --** Alex says that it's BAU at Celsius and that we are unaffected by a downturn, this is incorrect, please remove.



**Celsius AMA May 27 2022**

**0:41 -- REMOVAL --** Alex says we had nothing to do with LUNA/UST and that it is only a coin in our app and that articles speculating otherwise are incorrect. This is not true, please remove.



**Celsius AMA May 27 2022**

897 watching now  Started streaming 43 minutes ago  Articles mentioned in the AMA:

**0:46 -- REMOVAL** -- Alex says that the chances of being liquidated are lower now if you take a loan. There is no way to know this and it is therefore forward looking, please remove.



**Celsius AMA May 27 2022**

899 watching now  Started streaming 45 minutes ago  Articles mentioned in the AMA:
Three key measures announced by Rishi Sunak to help ease cost of living crisis
https://www.manchestereveningnews.co

**0:47 - REMOVAL** - Alex says that we do not offer any leverage; this can be incorrect in certain readings, please remove.



**Celsius AMA May 27 2022**

914 watching now  Started streaming 47 minutes ago  Articles mentioned in the AMA:

**0:56 - REMOVAL --** Alex says that almost 2mm users have earned yield with us; while we have 1.8mm registered users, my understanding is that many of these have not transferred assets and therefore would not have earned yield. Please remove.



Celsius AMA May 27 2022

06 watching now  Started streaming 56 minutes ago  Articles mentioned in the AMA:

Thanks.

PG

--



**Peter Graham**
**Credit Officer** | Celsius

phone: +1 (917) 447-9864

*Download the Celsius app today!*

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS