**af31673b-541a-448a-b6ed-35bd3f8454b3**

Chat Filters    ☑ Events    ☑ History    ☑ Disclaimers

| ☑ | Participant | Entity | Login | Email | 💬 | 📎 |
|---|---|---|---|---|---|---|
| ☑ | alex@mashinsky.com<br>Alex Mashinsky | Mashinsky | alex@mashinsky.com | alex@mashinsky.com | 0 | 0 |
| ☑ | +19172092254 Laurence Tosi | | +19172092254 | | 9 | 2 |

---

**+16465524499 Tmobile**  2022-06-01 12:00:42.000 AM

We are at 11.5B or so.

**+16465524499 Tmobile**  2022-06-01 12:02:02.000 AM

They must be doing follow up on this BS analysis. Over 30 firms withdrew large amounts but they focus on us even through we were not the first or last.

**+16465524499 Tmobile**  2022-06-01 12:02:10.000 AM

https://www.bloomberg.com/news/articles/2022-05-27/terra-s-woes-prompted-in-part-by-celsius-activities-nansen-says
~/Library/SMS/Attachments/01/01/BE4B97C8-7321-44F7-A96A-F39614C64022/876814F5-510E-4861-918A-6C87C1B44C48.pluginPayloadAttachment
_Libr_1(8)
876814F5-510E-4861-918A-6C87C1B44C48.pluginPayloadAttachment

**+16465524499 Tmobile**  2022-06-01 12:02:26.000 AM

This researcher is 25 years old

**+16465524499 Tmobile**  2022-06-01 12:02:59.000 AM

We engaged this PR firm

**+16465524499 Tmobile**  2022-06-01 12:03:01.000 AM

Frank Luntz or Navigator (Jamie Watt)

**+16465524499 Tmobile**  2022-06-01 12:03:31.000 AM

I am seeing Tom in NY tomorrow. Will let him know as well

**+19172092254 Laurence Tosi**  2022-06-01 12:07:07.000 AM

The PR firms think that you have become the problem and you are not listening to advice. The crisis manager who walked away from Celsius called us and said you were uncoachable and the part of the problem. You are not being the partner we thought you were going to be. We did not sign up for a one man show .... We do this for a living.

**+16465524499 Tmobile**  2022-06-01 12:14:28.000 AM

Coinbase has $37 B in net custody withdrawals in Q1 and most of crypto is down 80% and I am the problem...

**+16465524499 Tmobile**  2022-06-01 12:15:08.000 AM

Ask the risk team who objected to the Luna trade and asked to be met short UST.

**+16465524499 Tmobile**  2022-06-01 12:16:42.000 AM

We have seen several winters and got through them. We will get through this one as well.

**+19172092254 Laurence Tosi**  2022-06-01 12:19:02.000 AM

That's not the point. This wasn't bad luck. You have to listen and it's not about you always being right on every trade. Look at where we are? The company should address this and all Pr not you, too much baggage and too late for that.

**+16465524499 Tmobile**  2022-06-01 12:22:44.000 AM

This Bloomberg article is because we provided a short written comment and did not explain our side. This is not what I wanted to do.

**+16465524499 Tmobile**  2022-06-01 12:24:02.000 AM

The reporters are looking for someone to blame and if we don't explain our actions clearly we will be painted as the people who caused the Crypto crash.

**+16465524499 Tmobile**  2022-06-01 12:24:56.000 AM

Luna is the one who removed liquidity first not us or others. They destabilized the system but you will not find that in any report

**+19172092254 Laurence Tosi**  2022-06-01 12:52:03.000 AM

I agree - just stand up Rod or make it a corporate comment otherwise it's negative if it's you. Tell the story forcefully but get someone to do it. You should have a crisis firm full time.

**+16465524499 Tmobile**  2022-06-01 01:37:41.000 AM

| | |
|---|---|
| BTW. I spoke to Rod and Rodney about changing the reporting as discussed and both said it's a bad idea and they want to keep it as is. I did not want to push but it might be a good idea for you to talk to Rod as to why. I removed Adrian and Nuke from my direct reports and will work on moving a few more down. | |
| +19172092254 Laurence Tosi | 2022-06-01 01:53:40.000 AM |
| Bad idea or their relationship works? | |
| +16465524499 Tmobile | 2022-06-01 01:55:46.000 AM |
| Their relationship is great. I think Rodney looks at it as a demotion or me not appreciating risk importance. I explained it's all about how many direct reports I have... | |
| +16465524499 Tmobile | 2022-06-01 01:56:11.000 AM |
| Rod understands risk management much better than me and should own it. | |
| +19172092254 Laurence Tosi | 2022-06-01 01:57:12.000 AM |
| Agree. Balance in an org with defer to the expert makes for great companies. | |
| +16465524499 Tmobile | 2022-06-01 01:57:35.000 AM |
| Do your magic. | |
| +19172092254 Laurence Tosi | 2022-06-01 01:57:36.000 AM |
| Imbalance is a hedge fund that goes to zero. Bill Huang will write a book on that. | |
| +16465524499 Tmobile | 2022-06-01 01:58:29.000 AM |
| I will move HR after we finish the reductions as it is too sensitive at this point. | |
| +19172092254 Laurence Tosi | 2022-06-01 03:32:39.000 AM |
| At what point do you actually listen to anyone other than yourself? | |
| +19172092254 Laurence Tosi | 2022-06-01 03:32:42.000 AM |
| https://twitter.com/Mashinsky/status/1531387964856717316?t=2VuijZ2FA7AVe7iL4VITEA&s=19 ~/Library/SMS/Attachments/fb/11/AFE90A0D-F92F-4EB8-B75B-E243F768639D/0A04FC0D-9A86-454D-9099-B69AB19A705C.pluginPayloadAttachment<br>_Libr_1(9)<br>0A04FC0D-9A86-454D-9099-B69AB19A705C.pluginPayloadAttachment | |
| +19172092254 Laurence Tosi | 2022-06-01 03:34:31.000 AM |
| You just blamed your own community for the crash of your own coin. Really? | |
| +16465524499 Tmobile | 2022-06-01 12:50:37.000 PM |
| If they know why CEL dropped they can stop worrying about Celsius and believe all the FUD. If no one tells them they start believing the lies. | |
| +16465524499 Tmobile | 2022-06-01 12:54:24.000 PM |
| Community comms and prime media are two very different things. To get coins in we have to restore trust around CEL. We just need to do a bit better than all the alts out there which we are | |