### Institutional Lending Credit Exposure Report (as of June 14 2022)

| Type | Company Name | Assets | Liabilities | Net Exposure | Collateral % | Status |
|---|---|---|---|---|---|---|
| Legacy Loans | Equities First Holdings | $ 439,449,850 | $ - | $ (439,449,845) | 0% | Legacy Default -- continued work underway to dollarize remaining obligations |
| | Iterative OTC LLC | $ 9,947,700 | $ - | $ (9,947,700) | 0% | Legacy Default |
| | Reliz LTD | $ 4,931,024 | $ - | $ (4,681,024) | 5% | Legacy Default |
| Unsecured | Wintermute Trading Ltd | $ 5,607,665 | $ - | $ (5,607,665) | 0% | Closed out USDC, BTC unsecured loans. Remaining loans are unsecured alt coins (lower liquidity priority) |
| | Flow Traders BV | $ 167,613 | $ - | $ (167,613) | 0% | $10m unsecured USDT loan closed today. Remaining loan is a minor AVAX unsecured loan |
| | FalconX Limited | $ 9,132,103 | $ - | $ (9,132,103) | 0% | No action taken, all remaining loans are unsecured alt coins (lower liqudty priority) |
| | JSCT Hong Kong Limited | $ 8,947,744 | $ - | $ (8,947,744) | 0% | Work underway to close all loans |
| | Amber - Maple | $ 8,644,814 | $ - | $ (8,644,814) | 0% | In discussions with CP to unwind MAPLE platform loans |
| | Wintermute - Maple | $ 4,457,986 | $ - | $ (4,457,986) | 0% | In discussions with CP to unwind MAPLE platform loans |
| | JUMP Trading | $ 667,604 | $ - | $ (667,604) | 0% | Only CEL loan remains - no action taken |
| | Nascent LP | $ 952,317 | $ - | $ (952,317) | 0% | Only CEL loan remains. All other loans have been closed prior to this week |
| Partially Secured | Three Arrows Capital Ltd | $ 75,000,000 | $ 37,531,346 | $ (37,468,654) | 50% | Defaulted. Holding BTC collateral 24 hours before converting to loan asset (USDC) |
| | B-Brick Inc | $ 30,710,229 | $ 8,422,195 | $ (22,288,034) | 27% | Defaulted. Collateral closed out |
| | Auros Tech Limited | $ 57,766,106 | $ 16,093,586 | $ (41,672,519) | 28% | Brian / CP to have a call - potential liquidity issues - update following call |
| | Druk Holding and Investments | $ 37,000,000 | $ 31,473,045 | $ (5,526,955) | 85% | Have not posted a margin call claiming that they want clarity on app withdrawals |
| | Parallel Capital Management Limited | $ 6,844,241 | $ 1,996,179 | $ (4,848,062) | 29% | Closed out BTC vs ETH loans. Two loans remaining (BTC & ETH vs USDC); may look to close should there be a liquidity benefit |
| | LUOJI2017 Limited | $ 5,144,887 | $ 1,882,768 | $ (3,262,119) | 37% | Refi on BNB loan, discussed with CP if willing to work with us and help us out - noting 7 day put/cal notice |
| | Tower BC Ltd | $ 2,322,014 | $ 849,992 | $ (1,472,022) | 37% | Loan is BTC versus USDT collateral. No action taken yet given previous guidance provided - may look to revisit |
| | Fasanara Investments Master Fund | $ 7,430,308 | $ 3,574,319 | $ (3,855,989) | 48% | Closed FTT unsecured loans. Remaining loans are alt coins (lower liquidity priority) |
| | Amber Technologies Limited | $ 32,709,477 | $ 16,204,534 | $ (16,504,944) | 50% | Closed out two BTC loans, 30% collateral vs ETH. Continue to be mindful of our current positions (i.e., what we have available) and will look to close down other loans as well |
| | Wincent Investment Fund PCC Ltd | $ 5,000,000 | $ 2,500,000 | $ (2,500,000) | 50% | Loan is USDT versus USDC. No actions taken yet as Wincent continues to be approved 50% collateral |
| | Profluent Trading Inc | $ 9,719,907 | $ 5,418,498 | $ (4,301,408) | 56% | Closed FTT and BTC loans. Remaining loans are alt coins (lower liquidity priority) and one ETH loan vs BTC |
| | Liquidity Technologies LTD | $ 44,421,200 | $ 33,011,876 | $ (11,409,324) | 74% | Planning to close out loans (USDC/BTC vs BCH collateral) over the course of this week |
| | Tether International Limited | $ 8,289,750 | $ 7,251,756 | $ (1,037,994) | 87% | USDT borrow liquidated, EURT borrow closed |
| | Matrix Port Technologies Limited | $ 2,451,850 | $ 2,268,024 | $ (183,826) | 93% | CP requested to close the outstanding loan and borrow, both are 1:1 collateralized but would not help liquidity profile given assets are LTC/DOGE |
| | Onchain Custodian Pte Ltd | $ 2,328,170 | $ 2,287,308 | $ (40,862) | 98% | No action taken. ETH & USDC loan versus BTC collateral. Currently closing loan is not helpful to our liquidity profile |
| | B2C2 LTD | $ 24,323,352 | $ 24,154,460 | $ (168,891) | 99% | Remaining loans are all alt coins (lower liquidity priority) versus BTC collateral and collateralized at 1:1. CP requested to close loans but closing loans does not help Celsius' liquidity profile |
| Fully Collateralized | OPTIMAL ALPHA MASTER FUND | $ 4,073,285 | $ 4,069,051 | $ (4,234) | 100% | wBTC bersus BTC 1-1 loan. No action taken as would not benefit liquidity profile |
| | Alameda Research Ltd | $ 114,815,859 | $ 123,386,321 | $ 8,570,462 | 107% | Closed out USDC and ETH loans, have not returned full collateral to CP yet |
| | Symbolic Capital Partners Ltd | $ 25,007,352 | $ 27,741,772 | $ 2,734,419 | 111% | Remaining loans are alt coins (lower liquidity priority) versus ETH. CP has requested multiple margin calls, latest margin call has not been honored |
| | Vexil Capital Ltd | $ 1,501,223 | $ 1,667,677 | $ 166,453 | 111% | Remaining loans are alt coins (lower liquidity priority) versus BTC. Closed DOGE |
| | Blockchain Access UK Ltd | $ 1,643,834 | $ 1,833,251 | $ 189,416 | 112% | Remaining loans are alt coins (lower liquidity priority) versus BTC. Closed FTT |
| | Mountain Cloud Global Limited | $ 563,846 | $ 649,253 | $ 85,407 | 115% | We requested to close the outstanding SOL loan, but asked CP to hold off as awaiting guidance |
| | 168 Trading Limited | $ 925,316 | $ 1,652,258 | $ 726,942 | 179% | At risk of defaulting on our obligations to CP. CP asked for a reverse call on DOT/USDC loan, we have provided no answer |
| | Pharos Fund SP | $ 27,871,024 | $ 54,000,000 | $ 26,128,976 | 194% | At risk of defaulting on our obligations to CP. CP requested to close unsecured borrows and has issued margin calls which have not been met |
| | Pharos USD Fund SP | $ 5,813,657 | $ 59,981,200 | $ 54,167,543 | 1032% | |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00071419