# Exhibit Filed With Court Due to Size