| Message |
| --- |

**From**:      Celsius Network [hello@celsius.network]
on behalf of    Celsius Network <hello@celsius.network> [hello@celsius.network]
**Sent**:      1/22/2020 5:56:16 PM
**To**:      nuke+2@celsius.network
**Subject**:    Take a Loan, Lend a Hand AU



Take a Loan, Lend a Hand AU

CELSIUSNETWORK_00113214

Celsius is pledging to **donate $100** toward Australian wildfire relief efforts **for each person that gets approved for a loan** by January 31, 2020. You'll get the cash you need at the lowest rates in the industry and help us spread our mission of doing good and doing well.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS







**HODL Behavior**

Did you know the average Celsian is earning over $300 annually on their crypto? Heat up your cold storage and put your coins to work! There's no minimum deposit, no fees, and no lockups. Plan ahead with the Celsius interest calculator and see what kinds of profits you could pocket.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS



January 17 - 24, 2020                    *Same in Kind  *Same in CEL

  





















- No minimum deposit
- No fees or penalties
- No lockups
- Interest paid weekly



 



### CEL Community Insights 🔎

540,770
Weekly CEL Tokens Purchased

18,654,953
Total CEL Tokens Purchased

$8,465,775.21
Total Interest Earned

38.08%
Celsians Earning in CEL

For additional community insights, visit the "Community" page of the Celsius Network app
and audit our data via the blockchain at Celsians.com.





Last 12 months

Jan 20, 2020

● CEL Change    ● ETH Change    ● BTC Change
233.11 %    63.43 %    110.62 %

Track Celsius Network's CEL purchases in real time through our public wallet address which shows the total number of tokens purchased that have not been withdrawn.

CEL tokens can be purchased on Liquid, IDEX, Switcheo, and HitBTC.

**Around the World with Team Celsius 🌐**

Check out some of our upcoming events and be sure to join us at a city near you!

**Bitcoin Wednesday**

February 5 | Amsterdam, Netherlands



Tickets



**Blockchain Economy**

February 20-21 | Istanbul, Turkey





S. Daniel
Leon

**Paris Blockchain Week Summit**

March 31 - April 1 | Paris, France





Unbank Yourself

    

Celsius Network
43 W 23rd Street
2nd Floor, New York
NY 10010

Unsubscribe

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00113225