```
                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF NEW YORK


-----------------------------x
                             :
UNITED STATES OF AMERICA     :
                             :
v.                           :
                             :        Case No. 23 Cr. 347 (JGK)
ALEXANDER MASHINSKY,         :
                             :
           Defendant.        :
                             :
-----------------------------X




         Crypto Market Commentary with Alex Mashinsky
                  Celsius YouTube Channel




              Date: March 13, 2020
              Participants:  Alexander Mashinsky
```

```
 1   MASHINSKY:      So we're always in the market protecting
 2                   our depositors. Our job, job number one,
 3                   job number two is to always return the
 4                   assets that were given to us, back to our
 5                   depositors. And to do that, we make sure
 6                   that we manage the risk with the
 7                   counterparties.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```