```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK


-----------------------------x
                             :
UNITED STATES OF AMERICA     :
                             :
v.                           :
                             :    Case No. 23 Cr. 347 (JGK)
ALEXANDER MASHINSKY,         :
                             :
         Defendant.          :
                             :
-----------------------------x




                    "Ask Mashinsky Anything" Video




              Date: October 23, 2020
              Participants:  Alexander Mashinsky
                             UM (Unidentified Male)
```

```
 1  UM:         Question from Jonathan here. Would Celsius
 2              survive a run on all of the company's
 3              holdings? Like, if everyone withdrew, would
 4              Celsius be alright?
 5  MASHINSKY:  Yeah, so the answer is yes, and I do this
 6              every AMA. We have plenty more assets, uh,
 7              uh, than all of our deposits put together.
 8              Meaning tomorrow, if everybody came and
 9              said, Alex, enough with this BS, we want to
10              withdraw all of our coins, we can give all
11              the coins to all of our depositors and we
12              have plenty left over. Like tens of millions
13              of dollars leftover, plus another 400
14              million dollars worth of CEL token that
15              Celsius owns.
16
17
18
19
20
21
22
23
24
25
```