23/10/2021, 22:14 - Roni Pavon Cohen: Apart from you, I don't care who is on the call
23/10/2021, 22:15 - ronsabo: It is good that he will be
10/23/2021, 10:15 PM - ronsabo: And - did you hear anything from Terzata about options to convert ?
23/10/2021, 22:25 - ronsabo: https://www.coindesk.com/business/2021/10/23/terras-do-kwon-was-served-by-sec-new-lawsuit-shows/
23/10/2021, 22:25 - ronsabo: he is suing the SEC
23/10/2021, 22:31 - Roni Pavon Cohen: Brave
10/23/2021, 22:34 - Roni Pavon Cohen : <Media omitted>
23/10/2021, 22:36 - ronsabo: He asked you to make him an admin in the Telegram group
23/10/2021, 22:37 - ronsabo: Or stupid ...
24/10/2021, 00:25 - ronsabo: FTX spot margin - we have 15k BTC there now making 2%
10/24/2021, 00:48 - Roni Pavon Cohen: Wow
10/24/2021, 00:48 - Roni Pavon Cohen: Not bad
10/24/2021, 00:48 - Roni Pavon Cohen: Kobi is operating this? ?
10/24/2021, 00:53 - ronsabo: Yes
10/24/2021, 00:53 - Roni Pavon Cohen: When did we start ?
10/24/2021, 00:53 - Roni Pavon Cohen: Is this part of the 55 thousand that sat and did nothing ?
10/24/2021, 00:54 - ronsabo: two or three weeks, but in the last few days we went from 2k to 15k because the interest rates went up
24/10/2021, 00:55 - ronsabo: It seems that people are shorting
10/24/2021, 00:57 - Roni Pavon Cohen: Does it go in Kobi's or Johannes' line ?
10/24/2021, 00:57 - Roni Pavon Cohen: Did we check that Kai is a ware of this ?
10/24/2021, 00:57 - ronsabo: Kobi
24/10/2021, 00:58 - ronsabo: It reports to Eric directly, Kai hasn't built a follow up for it yet
10/24/2021, 00:58 - Roni Pavon Cohen: I understand
10/24/2021, 01:58 - Roni Pavon Cohen: Will you be available for a conversation with Johannes soon ?
24/10/2021, 01:59 - ronsabo: Yes
24/10/2021, 01:59 - ronsabo: CEL?
10/24/2021, 01:59 - Roni Pavon Cohen: Yep
10/24/2021, 02:02 - Roni Pavon Cohen: He's free in another ten minutes
10/24/2021, 02:02 - Roni Pavon Cohen: Does it suit you ?
24/10/2021, 02:03 - ronsabo: Yes
10/24/2021, 02:03 - Roni Pavon Cohen: great
10/24/2021, 02:03 - Roni Pavon Cohen: Thank you
10/24/2021, 02:03 - Roni Pavon Cohen: I will send a message
10/24/2021, 02:23 - Roni Pavon Cohen : To join the video meeting, click this link: https://meet.google.com/prd-dyma-gfb
24/10/2021, 02:24 - ronsabo: Connecting
24/10/2021, 03:04 - ronsabo: It's a bit funny that we are working hard to raise the price so that Alex can sell higher
10/24/2021, 03:05 - ronsabo: instead of his just stopping buying for now

10/24/2021, 03:05 - Roni Pavon Cohen: Exactly what I wanted to write
10/24/2021, 03:05 - Rony Pavon Cohen: the ones who benefit are the Market Makers and Alex
10/24/2021, 03:07 - ronsabo: Will we have time to sit down tomorrow ?
10/24/2021, 03:18 - Roni Pavon Cohen: Yes
10/24/2021, 03:18 - Roni Pavon Cohen: a second update
10/24/2021, 03:18 - Roni Pavon Cohen: I spoke with Alex, he will not sell this week
10/24/2021, 03:23 - Roni Pavon Cohen: By the way, in my opinion no one bets on the CEL because of volume
10/24/2021, 03:23 - Roni Pavon Cohen: If it doesn't go up 5 times, you can't take the risk of not being able to sell
10/24/2021, 03:24 - Rony Pavon Cohen: Today there was a withdrawal of 13 million CEL dollars from the system
24/10/2021, 03:24 - ronsabo: Absolutely. Volume and volatility is what traders are looking for
10/24/2021, 03:25 - Roni Pavon Cohen: Until we reach 30, there is nothing to talk about
10/24/2021, 03:25 - Roni Pavon Cohen: After that we will promote it between traders
24/10/2021, 03:27 - Roni Pavon Cohen: Johannes has no interest in volume because it prevents him from manipulating
10/24/2021, 03:28 - ronsabo: What manipulations do you think he is doing ?
10/24/2021, 03:28 - Roni Pavon Cohen: raises the price
24/10/2021, 03:28 - Rony Pavon Cohen: He invested his entire life in the token
10/24/2021, 03:28 - Roni Pavon Cohen: And in the company's equity
10/24/2021, 03:29 - Rony Pavon Cohen: He has nothing but that
10/24/2021, 03:29 - Rony Pavon Cohen: And he has millions of CEL
10/24/2021, 03:29 - Roni Pavon Cohen: This is how he got to the company
10/24/2021, 03:29 - Roni Pavon Cohen: And we let the cat watch the cream
10/24/2021, 03:29 - Roni Pavon Cohen: Why do you think he spends so much money ?
10/24/2021, 03:31 - ronsabo: And he doesn't sell himself ?
10/24/2021, 03:38 - Roni Pavon Cohen: No
10/24/2021, 05:56 - Roni Pavon Cohen: Do you want to talk to Nir tomorrow about the option that Rea will work for you on the coin ?
24/10/2021, 05:56 - Roni Pavon Cohen: We need someone who does just that
10/24/2021, 05:57 - ronsabo: ok
10/24/2021, 06:05 - Roni Pavon Cohen: Ask Kobi what he thinks about him
24/10/2021, 08:20 - Rony Pavon Cohen : https://twitter.com/thefinancer/status/1452044306554970115?s=24
10/24/2021, 1:30 PM - ronsabo: Agree with most of what he says. I assume that at least some of the features he offers have to be blocked for Americans and then we have to figure out if it's worth the development + creates problematic situations (non-Americans get benefits according to CEL holdings, what about Americans? Do they get it anyway? Not get it at all ?)
10/24/2021, 20:35 - Roni Pavon Cohen: Are you here ?
10/25/2021, 01:19 - ronsabo: I saw that Yaron has scheduled another conversation with Westcap for tomorrow at 22:30
10/25/2021, 01:19 - ronsabo: Is it instead of the exchanges?
10/25/2021, 02:30 - Roni Pavon Cohen: I'm trying to get things in order now