Until something else happens this is the cheapest cash source
[7/10/20, 8:27:23 PM] Harumi Urata-Thompson: Even Patrick didn't have anything to say about this :)
[7/10/20, 11:19:03 PM] Alex Mashinsky: Nice
[7/13/20, 1:04:28 PM] Harumi Urata-Thompson: Alex are you joining ITI call?
[7/13/20, 1:04:36 PM] Harumi Urata-Thompson: https://meet.google.com/yat-twut-brg?authuser=0
[7/13/20, 6:49:53 PM] Alex Mashinsky: How much cash do we still have in Deltec bank ?  Let's move it to Signature.
[7/13/20, 7:04:19 PM] Harumi Urata-Thompson: Ok...we had just short of 5 until last week and I told them to move a couple into deltec from bitfinex just to test.  Let me check with Connor
[7/14/20, 7:39:42 AM] Alex Mashinsky: If CEL drops more than 20% due to Coindesk be ready to do some buys.
[7/14/20, 7:53:12 AM] Harumi Urata-Thompson: We are doing the cel purchase throughout the week now and concentrating it at the beginning of week this week
[7/14/20, 7:53:39 AM] Harumi Urata-Thompson: Or you are asking me to do more but than our weekly purchase
[7/14/20, 8:31:56 AM] Alex Mashinsky: Yes do more if it drops a lot.
[7/14/20, 8:33:30 AM] Harumi Urata-Thompson: Ok.  will find money from somewhere
[7/14/20, 8:41:47 AM] Harumi Urata-Thompson: Alex, just a little "linus blanket" thing for the market.  we always had below the market buy order and they are currently sitting at 20 and 30% below the market. So if it dips beyond our current cash very fast, the exiting buy orders are sitting there already and maybe, as a starter, that will work as a psychological support as not too many traders will try to trade through the thick order line.  Either way we are prepared and ready to go
[7/14/20, 3:00:06 PM] Alex Mashinsky: Kk good.
[7/14/20, 3:00:52 PM] Alex Mashinsky: Let's setup time with Camilla and Asaf Connor to go through institutional opportunities to increase what we are earning.
[7/14/20, 3:53:20 PM] Harumi Urata-Thompson: We took all but 100k out of Deltec.  They asked to leave a little money so the compliance wouldn't jump on them.
[7/14/20, 3:53:44 PM] Harumi Urata-Thompson: and ok to above.  I will work with Kimberley.  But before that, will prep Asaf and Connor
[7/14/20, 3:56:20 PM] Alex Mashinsky: Kk.
[7/15/20, 1:19:03 PM] Alex Mashinsky: Missed voice call
[7/15/20, 3:36:41 PM] Harumi Urata-Thompson: Repo was something completely different and doesn't exist today yet anyway.  Silvano does want to have a three way call to figure out what we might be able to do re: fiat loan. I think you were also beginning to talk about lending against their treasury. Game?  If not, I will just let Silvano know that he and I can continue having conversation.  (mainly because we both had to drop, we had to have the conversation "to be continued")
[7/15/20, 4:20:39 PM] Harumi Urata-Thompson: Alex, I have a bunch of questions from Benedikt.  I can address some/all with my angle but I think it is best if you address them.  I will forward questions.  Please

CONFIDENTIAL TREATMENT REQUESTED

HUT-000579