with some people on monday ..
[20.06.21, 07:45:18] Celsius - Alex: Talk to Carl and Ron Sabo for a plan.
[22.06.21, 13:13:40] Celsius - Alex: How are you holding up in this sell off ?
[22.06.21, 14:36:20] Johannes Treutler: It was a wild ride, but we performed very good.
Great team work working on deleveraging and margin calls together and now that it calmed down we clean up and get ready to redeploy as soon as markets look good.
[22.06.21, 14:37:53] Johannes Treutler: Unfortunately there was no huge panic & I did only earn $3 million trading these markets.
[22.06.21, 14:40:35] Johannes Treutler: Talking CEL: we bought a few more CEL than we should usually buy between $4.50-5 .. Michel Bussard is still the biggest seller and does not communicate with us .. right now CEL trades $5.50 & we will sell those extra CELs between $6-7
[22.06.21, 14:42:23] Johannes Treutler: Talking BTC:
We see that the seller seem to be miner that need to sell to move operations outside China and we do not see any other institutions sell - which is bullish as the mining crack down / move out of China is already getting old news and the selling pressure to pay for the move will get less and less …
[22.06.21, 14:43:14] Johannes Treutler: I hope you're doing well and I hope our future Series B Investors are used to volatile markets
[22.06.21, 14:45:44] Celsius - Alex: <Anhang: 00001041-PHOTO-2021-06-22-14-45-44.jpg>
[22.06.21, 14:46:00] Celsius - Alex: <Anhang: 00001042-PHOTO-2021-06-22-14-46-00.jpg>
[22.06.21, 14:46:09] Celsius - Alex: Serbia and Israel teams.
[22.06.21, 14:47:27] Celsius - Alex: Great job. We are a legend now …
[22.06.21, 14:47:35] Celsius - Alex: All good with investors.
[24.06.21, 17:11:36] Johannes Treutler: https://twitter.com/CoinDesk/status/1408148277879574536
[24.06.21, 17:12:41] Celsius - Alex: Yes. We are on it. Launching with Paxos.
[24.06.21, 17:12:59] Johannes Treutler: I see
[26.06.21, 17:29:56] Celsius - Alex: How much more selling left with the large seller Bussard ?
[26.06.21, 17:30:18] Johannes Treutler: 3m CEL
[26.06.21, 17:31:08] Johannes Treutler: He is selling aggressively especially in these moments when markets fall which is very annoying as we need to buy some from him in those moments to jot be down twice as much as the rest of the market ..
[26.06.21, 17:34:44] Celsius - Alex: He would not take your OTC quote ? Maybe make one now for full amount at 4.80
[26.06.21, 17:36:22] Johannes Treutler: I sent him an email earlier today invited him to talk again .. but nothing

Will try to buy them all at $4.80 if you recommend that.
[26.06.21, 17:50:23] Celsius - Alex: Yes let's do that and then slowly sell into the market at a profit.
[26.06.21, 17:50:45] Celsius - Alex: If we wait too long others will start selling as well.
[26.06.21, 17:51:08] Celsius - Alex: How much is going to employees ? Some will sell as well.
[26.06.21, 17:51:50] Johannes Treutler: Others started already the last days. They see him and that it'll take another 2-3 weeks / another -30% against BTC until he's done …
[26.06.21, 17:52:50] Johannes Treutler: What do you mean?
[26.06.21, 17:53:35] Celsius - Alex: We are done NG quarterly employee vesting of CEL this week. Just wondering how much that is in usd ?
[26.06.21, 17:54:27] Johannes Treutler: Got it. I am not invited in the numbers but I see them coming to the OTC desk and selling.
[26.06.21, 17:55:08] Celsius - Alex: Ashley H or HR can tell you it will help manage the sell pressure.
[26.06.21, 17:55:38] Johannes Treutler: I'll ask her and mention you're fine with me seeing these numbers. Thank you.
[26.06.21, 18:41:23] Johannes Treutler: I sent Michel the offer and meanwhile sold $2m worth CEL between $5.2-4.90 on exchanges and $600k at $5 via OTC … This should make things easier for us
[26.06.21, 18:52:27] Celsius - Alex: Good move…
[26.06.21, 22:28:20] Celsius - Alex: Maybe you did it too well.
[26.06.21, 23:55:46] Celsius - Alex: Remember we have loans and collateral in CEL so let's make sure we have no issues with those
[27.06.21, 03:40:06] Johannes Treutler: Yes I'm aware and have my eyes on all of this.