09/14/2021, 15:08 - ronsabo: We will contact you directly but it doesn't seem right to hide the fact that we arrived following ITB. We are also just closing the deal over the new terms with them. It's worth more .
09/14/2021, 18:38 - Roni Pavon Cohen: Tell me, did you go over the things we talked about yesterday at waterfall?
09/14/2021, 18:42 - ronsabo: Yes. free to talk
09/14/2021, 18:42 - Roni Pavon Cohen: 2 and a half ?
09/14/2021, 18:43 - ronsabo: 👍
09/14/2021, 19:27 - Roni Pavon Cohen: Sorry, five minutes late
09/14/2021, 19:27 - ronsabo: 👍
09/14/2021, 20:24 - ronsabo: It's fine with me
14/09/2021, 20:25 - ronsabo: <Media omitted>
09/14/2021, 20:25 - Roni Pavon Cohen: I have it now too
09/15/2021, 17:36 - Roni Pavon Cohen: Can you have a conversation with Albert at three ?
09/15/2021, 17:54 - ronsabo: not sure. Half past three would be more convenient .
09/15/2021, 17:54 - Roni Pavon Cohen: checking
09/15/2021, 18:12 - Roni Pavon Cohen: Do you know what the performance status is this week ?
09/15/2021, 18:12 - ronsabo: No
09/15/2021, 19:59 - Roni Pavon Cohen: Say
09/15/2021, 20:00 - Roni Pavon Cohen: What do you say about the plan to burn tokens ?
09/15/2021, 20:00 - Roni Pavon Cohen: CEL's?
09/15/2021, 20:00 - Roni Pavon Cohen: We must raise the price
15/09/2021, 21:10 - Roni Pavon Cohen: He is a piece of moron
09/15/2021, 21:10 - Roni Pavon Cohen: And he put himself in personal disclosure now
09/15/2021, 21:10 - ronsabo: And does it help us? does he have money
09/15/2021, 21:11 - Roni Pavon Cohen: No
15/09/2021, 21:11 - Roni Pavon Cohen: But he can't threaten me that he will go anywhere
09/15/2021, 21:11 - Roni Pavon Cohen: The man smuggled assets !
09/15/2021, 21:13 - ronsabo: Do you think to himself ?
09/15/2021, 21:18 - Roni Pavon Cohen: reasonable chance
09/15/2021, 23:02 - Roni Pavon Cohen : What about this game plan:

During the Friday AMA Alex presents some statistics about how our interest payments grow the last years parallel with AUM and so on and .. ad hoc during the AMA he introduces the BB&B (buy back and burn) and has someone with him on the show that executes in real-time the burn

(To burn ERC20 you just need to execute a simple blockchain transaction)

This way our community can see in real-time that we really did what we said.

And from there on my team can send every Friday the same time the exact amount to a designated burning wallet or how ever we agree to structure it to make sure it's executed every Friday same time (interest calculation is Friday morning..)