| Chat Filters | Events | History | Disclaimers | | |
|---|---|---|---|---|---|
| **Participant** | | **Entity** | **Login** | **Email** | |
| Harumi Urata-Thompson | | Celsius | UTNCMP49G | harumi@celsius.network | 6   0 |
| Johannes Treutler | | Celsius | UP9BC1BR6 | johannes.treutler@celsius.network | 14   2 |
| Connor Nolan | | Celsius | U010ZEZPF52 | connor.nolan@celsius.network | 2   0 |

**Connor Nolan**  
2021-01-07 12:10:59.007 AM  
They're gonna change address I think

**Harumi Urata-Thompson**  
2021-01-07 12:14:49.007 AM  
Great and this is a fallout of other situation. But this is not actually resolving the problem. I need to have hedgeguard read the wallet going forward and probably actually spend sometime with Jason for a few weeks

**Johannes Treutler**  
2021-01-07 03:38:11.000 PM  
As discussed between Harumi and me 5 minutes ago - the following wallet is one of Alex companies and selling off into us pretty hard:

**Johannes Treutler**  
2021-01-07 03:38:24.003 PM  
He just sold $300,000 the last 15 minutes

**Johannes Treutler**  
2021-01-07 03:39:12.003 PM  
As 90% of his sell orders get catched by bots and sold into our Liquid buy orders .. and as he still has 700k CEL to sell ... I recommend deleting every near buy orders and let it drop like a stone ..

**Johannes Treutler**  
2021-01-07 03:41:10.003 PM  
Two days ago during the call with Alex we traded 0.000195 BTC ... today we are at 0.0001525 BTC ... maybe we delete everything and put up one large buy order 0.00010 BTC like 350,000 CEL at this level ....

**Johannes Treutler**  
2021-01-07 03:41:34.007 PM  
Your thoughts? (I know you're at NBC .. but while I typed this he jus sold down another of our resting orders (25,000 CEL @ 0.0001525 which was worth $140,000.......)

**Harumi Urata-Thompson**  
2021-01-07 03:50:23.007 PM  
I will involve both Daniel and Roni and see if they help me

**Johannes Treutler**  
2021-01-07 04:02:52.007 PM  
FYI if you take what we bought on Liquid and compare with the Cash we brought on OTC desk it is a net 0 since monday .....

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                    CELSIUSNETWORK_00278564

**Harumi Urata-Thompson**
2021-01-07 04:04:13.007 PM

oh my god

**Johannes Treutler**
2021-01-07 04:08:04.010 PM

We followed the police very close: • no active buying • Only having resting orders and let the market drop into them • The more it falls the bigger the resting orders (at 0.00019 BTC we had like 10k CEL each order and now at 0.00015 BTC our orders were like 25-50k CEL ... • But given that Alex won't stop selling into us it makes no sense to keep following this brilliant policy ...

**Johannes Treutler**
2021-01-07 04:11:58.013 PM

And FYI: our community believes that it's us !!!!! This wallet was a holder of 95,000,000 ICO tokens and involved into other transactions that can only be owned by us ..

**Johannes Treutler**
2021-01-07 04:40:01.013 PM

@Harumi Urata-Thompson Other topic - we still say no to XRP as payment on the OTC desk?

**Harumi Urata-Thompson**
2021-01-07 04:41:20.013 PM

Yes, correct. No XRP for now

**Johannes Treutler**
2021-01-07 08:34:47.017 PM

FYI social media is full of FUD why Celsius is selling down the market like this (with an obviously company owned wallet) ..

**Johannes Treutler**
2021-01-07 09:13:23.017 PM

> It's not hard to figure out that that's Alex his wallet  21:55
>
> Forwarded Message
> From: Jakob Hedegaard
> Yes but why selling 1 mill token this week  21:56
>
> Forwarded Message
> From: Dax Taran
> Idk, I don't really care  21:56
>
> Forwarded Message
> From: Jakob Hedegaard
> Ok  21:56
>
> Forwarded Message
> From: Jakob Hedegaard
> I care  21:56
>
> Is this wallet Celsius trying to put the brakes on the price? Guys are saying it belongs to Celsius.  22:07

Johannes Treutler

2021-01-07 09:14:41.017 PM

I get text messages left and right .. people asking me why Celsius started to sell off .. if we think the price went up too fast and can't afford to pay interest and so on .. people love to spread FUD .. I shut down my social media's ..

Connor Nolan

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                    CELSIUSNETWORK_00278566

2021-01-07 09:15:43.017 PM

Not sure what the course of action should be...

Johannes Treutler

2021-01-07 09:16:16.017 PM

Exclude Alex from exchanges

Johannes Treutler

2021-01-07 09:16:28.017 PM

Simple as that

Harumi Urata-Thompson

2021-01-07 09:31:41.020 PM

I sent email to Alex, cc'ing Roni and Daniel. I had 2 calls with Daniel about this already. He forgot that we already had a legal opinion on cross trading but I reminded him

Harumi Urata-Thompson

2021-01-07 09:32:24.020 PM

Daniel's problem is it is not fair to him that he is not and Alex is, but I reminded him that the game here is much bigger. We are talking about becoming a regulated entity and we are doing something possibly illegal and definitely not compliant

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00278567