

**DECHERT**

Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
+1 212 698 3500  Main
+1 212 698 3599  Fax

**Jeffrey Brown**
*Partner*

Jeffrey.Brown@dechert.com
+1 212 698 3511  Direct
+1 212 698 0678  Fax

April 6, 2026

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:         *United States v. Roni Cohen-Pavon, 1:23-cr-00347-JGK*

Dear Judge Koeltl:

        We write on behalf of Defendant Roni Cohen-Pavon to request an adjournment of Mr. Cohen-Pavon's sentencing, currently scheduled for April 16, 2026. In consultation with chambers staff, we understand the Court is available on May 7, 2026, at 11:30 AM.

        Undersigned counsel consulted with AUSA Allison Nichols and has been informed that the Government does not object to Mr. Cohen-Pavon's request for an adjournment to this date. We thank the Court for considering this request.

Respectfully submitted,

*/s/ Jeffrey A. Brown*

Jeffrey A. Brown

Cc: All counsel of record (via ECF)

*Sentencing adjourned to May 7, 2026 at 11:30 am.
So ordered.*

*4/6/26      U.S.D.J.*