UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ALEXANDER MASHINSKY,

Defendant.

Case No. 23 Cr. 347 (JGK)

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Rule 1.16 of the New York Rules of Professional Conduct, and Local Civil Rule 1.4 as applied through Local Criminal Rule 1.1, the law firm last known as Mukasey Young LLP (the "Firm") and attorneys Marc L. Mukasey, Torrey K. Young, and Michael F. Westfal, all formerly of the Firm, hereby file this motion to withdraw as counsel for Defendant Alexander Mashinsky in this action and, in support thereof, state as follows:

1.     On or about March 31, 2026, Mr. Mashinsky informed us of his decision to discharge the Firm and attorneys Mukasey, Young, and Westfal from their representation of him in this action.

2.     Mr. Mashinsky has indicated that he will continue *pro se* for future proceedings in this action.

3.     Withdrawal is, therefore, mandatory under New York Rule of Professional Conduct 1.16(b)(3), which provides that "a lawyer shall withdraw from the representation of a client when . . . the lawyer is discharged[.]"

4.     A copy of this motion will be sent to Mr. Mashinsky at his last known address.

5.     The Firm does not assert a retaining lien on Mr. Mashinsky's file.

For all of the foregoing reasons, the undersigned respectfully request that this motion for withdrawal be granted.

Dated: New York, New York
April 30, 2026

Respectfully submitted,

By:   /s/ Marc L. Mukasey
Marc L. Mukasey
Torrey K. Young
Michael F. Westfal
620 Eighth Avenue, 32nd Floor
New York, New York 10018
(212) 218-5500