

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 12, 2026

**BY ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

>    Re:    *United States v. Roni Cohen-Pavon*, 23 Cr. 347 (JGK)

Dear Judge Koeltl:

The Government respectfully submits the attached proposed consent preliminary order of forfeiture/money judgment in advance of defendant Roni Cohen-Pavon's sentencing, scheduled for May 13, 2026.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Adam S. Hobson
Allison Nichols
Peter J. Davis
Assistant United States Attorneys
Southern District of New York
Tel: (212) 637-2484/2366

Cc:    Jeffrey Brown, Esq., (by ECF)