Jan 2021

**Roni Cohen Pavon <972504446020@s.whatsapp.net>**
I am one second away from exploding on him
1/21/2021, 4:05 PM

DL   **Daniel Leon <+12672691942>**
breath
1/21/2021, 4:05 PM

**Roni Cohen Pavon <972504446020@s.whatsapp.net>**
I need to breathe a cigarette after him
1/21/2021, 4:12 PM

**S. Daniel Leon <972546736001@s.whatsapp.net>**
joint
1/21/2021, 4:12 PM

**S. Daniel Leon <972546736001@s.whatsapp.net>**
crack
1/21/2021, 4:12 PM

**Roni Cohen Pavon <972504446020@s.whatsapp.net>**
I am telling you
1/21/2021, 4:12 PM

**Roni Cohen Pavon <972504446020@s.whatsapp.net>**
I am calling him at the end of the call and fucking his mother
1/21/2021, 4:12 PM

**Roni Cohen Pavon <972504446020@s.whatsapp.net>**
He makes my blood boil
1/21/2021, 4:12 PM

**S. Daniel Leon <972546736001@s.whatsapp.net>**
what about?
1/21/2021, 4:12 PM

**S. Daniel Leon <972546736001@s.whatsapp.net>**
and or what not
1/21/2021, 4:13 PM

**Roni Cohen Pavon <972504446020@s.whatsapp.net>**
1. He is the one who prohibited us from working with market makers. I fought him about Jump until he [agreed]
2. Tether: there is no deal there!!! He knows that!
3. The deal with Turtle: he is on the email, they said that they cannot regulatorily
1/21/2021, 4:14 PM

**Roni Cohen Pavon <972504446020@s.whatsapp.net>**
4. AMMs: I talked to him three times that because of his tweets will not be
1/21/2021, 4:14 PM

**S. Daniel Leon <972546736001@s.whatsapp.net>**
Spray and pray.
His father's money.
Quite a fool
1/21/2021, 6:11 PM

**S. Daniel Leon <972546736001@s.whatsapp.net>**
I want to approve any deal. It does not matter how much.
1/21/2021, 6:11 PM

**Roni Cohen Pavon <972504446020@s.whatsapp.net>**
Listen, the currency is crashing
1/21/2021, 6:11 PM

**Roni Cohen Pavon <972504446020@s.whatsapp.net>**
3.97
1/21/2021, 6:11 PM

**S. Daniel Leon <972546736001@s.whatsapp.net>**
I saw
1/21/2021, 6:11 PM

Pavon & Leon Conspire to manipulate CEL to go above $4

FOIA CONFIDENTIALITY REQUESTED

(03426050)

Leon_0004634
SDNY_R01_03426052

**Roni Cohen Pavon <972504446020@s.whatsapp.net>**          1/21/2021, 6:11 PM
Do you understand why he takes out his nerves on me?

**S. Daniel Leon <972546736001@s.whatsapp.net>**          1/21/2021, 6:12 PM
And according to [unclear], it will end even worse

**Roni Cohen Pavon <972504446020@s.whatsapp.net>**          1/21/2021, 6:12 PM
Because I told him to do somehting and he ignored [it]

**Roni Cohen Pavon <972504446020@s.whatsapp.net>**          1/21/2021, 6:12 PM
And now he wants to do it quickly

**S. Daniel Leon <972546736001@s.whatsapp.net>**          1/21/2021, 6:12 PM
Story of his life

**Roni Cohen Pavon <972504446020@s.whatsapp.net>**          1/21/2021, 6:12 PM
Why should Johannes not raise it a bit?

**S. Daniel Leon <972546736001@s.whatsapp.net>**          1/21/2021, 6:18 PM
I will talk to him

**S. Daniel Leon <972546736001@s.whatsapp.net>**          1/21/2021, 6:21 PM
The question is how much cash we have...
We will know in a few hours

**S. Daniel Leon <972546736001@s.whatsapp.net>**          1/21/2021, 6:21 PM
Or not

**Roni Cohen Pavon <972504446020@s.whatsapp.net>**          1/21/2021, 7:47 PM
Did you not promise me food?

**S. Daniel Leon <972546736001@s.whatsapp.net>**          1/21/2021, 7:50 PM
Ordering.

**S. Daniel Leon <972546736001@s.whatsapp.net>**          1/21/2021, 10:34 PM
https://meet.google.com/vhz-shaq-uym

*Leon agrees to give Treutler instructions to the CEL above $4*

*This is done outside of risk, Exco, Alco or CEO knowledge or approval.*

FOIA CONFIDENTIALITY REQUESTED

Leon_0004635
SDNY_R01_03426053

AQ

*April 2021*

CEL manipulation by Pavon & Treutler to $8

Treutler testified to FBI in his JFK airport (or EWR) that he got ALL his instructions for CEL from Leon & Pavon and Not from Mashinsky

| | | |
|---|---|---|
| Get me to 8 | | |

Celsius - Roni Cohen Pavon <972504446020@s.whatsapp.net>
☺

Celsius - Roni Cohen Pavon <972504446020@s.whatsapp.net>
And get me more volume

Johannes Treutler <+49 (175) 757-5961>
At 8 I've massive sell walls .. invisible ☺

Celsius - Roni Cohen Pavon <972504446020@s.whatsapp.net>                    4/30/2021  11:47 PM
We really need this strategically

Johannes Treutler <+49 (175) 757-5961>
We will see CEL trade in an other crypto tier soon given how people will look at us soon if the lead closes and gets announced

Celsius - Roni Cohen Pavon <972504446020@s.whatsapp.net>                    4/30/2021  11:48 PM
More pressure on me

Celsius - Roni Cohen Pavon <972504446020@s.whatsapp.net>                    4/30/2021  11:48 PM
But we also need liquidity regardless

Celsius - Roni Cohen Pavon <972504446020@s.whatsapp.net>                    4/30/2021  11:48 PM
It's embarrassing

Celsius - Roni Cohen Pavon <972504446020@s.whatsapp.net>                    4/30/2021  11:49 PM
Why all others have much better volume than us?

Celsius - Roni Cohen Pavon <972504446020@s.whatsapp.net>                    4/30/2021  11:49 PM
Even in our best days, we were on around 20

Celsius - Roni Cohen Pavon <972504446020@s.whatsapp.net>                    4/30/2021  11:49 PM
People are afraid to buy as they can't really sell

Johannes Treutler <+49 (175) 757-5961>                    4/30/2021  11:50 PM
Most other projects have only fake volume .. looks good but if you start selling it's worse than CEL .. but we progressing to healthy volume rise as well .. we on a good way ..

Celsius - Roni Cohen Pavon <972504446020@s.whatsapp.net>                    4/30/2021  11:54 PM
I don't see that rising volume ☺

There are some projects I'm very familiar with that don't have fake volume and they get to 100M daily volume

Johannes Treutler <+49 (175) 757-5961>                    4/30/2021  11:59 PM
Yeah I know, there are few projects rising to huge volumes super fast and we have a hard time reaching $100m / week ..

Johannes Treutler <+49 (175) 757-5961>                    4/30/2021  11:49 PM
CEL will soon be one of these coins that people blindly buy when BTC rises ☺ the way how they buy blindly all NASDAQ stocks with Blockchain in the name

Celsius - Roni Cohen Pavon <972504446020@s.whatsapp.net>                    4/30/2021  11:50 PM
What should we do for this to happen?

SDNY 0341108? Page 52
JT_000002820

CONFIDENTIAL

EXHIBIT F

Pavon  Advice of Counsel.



Message

| | |
|---|---|
| **From:** | roni@celsius.network [roni@celsius.network] |
| **Sent:** | 1/19/2021 2:16:03 PM |
| **To:** | 'Alex Mashinsky' [alex@celsius.network] |
| **Subject:** | RE: Any to any. |

There's an element of risk in any of these ideas that are sent to legal, just like what we had with the listing that was stuck for months, and [_____ Redacted _____] That's why all of these issues are handled only by me and I need to find creative solutions for them and make the risk-based legal decision myself. Part of my role here, as I see it, is to give definitive answers and to take responsibility on the group's regulatory exposure and strategy, but this may take longer than expected by the people raising this issues.

The main problem is with people that are guessing what I would say and telling you that's my position without even going through me. That's exactly what happened with Chad on Cream and I only yesterday found out there are 'obstacles' with listing there, while I didn't even know he's working on it. I'm not saying it will be a clear yes, but I need to get the details in order for me to give clear guidance.

I would be happy to jump on a call with you and clarify exactly why we don't move forward or still in discussions on each of the items that are with me. Regarding Connor, that from what I know, it's not about not having clear guidance, but about the fact he sees AMMs as taking an active position in the market (which I specifically told him we can do for non-US coins, as I said 3 months ago but nothing was implemented).

As of now, the regulatory items that are top priority and pushing others are:
1.  CEL token policy on marketing, trading and listing (including DeFi)
2.  Deployment policy – do and don'ts on a memo
3.  NYDIG
4.  **Redacted**
5.  Stablecoins deposits that will need to go out of the UK soon and we need to find a proper alternative

If there's anything that you would like me to promote with these ones, let me know.

Roni

**From:** Alex Mashinsky <alex@celsius.network>
**Sent:** Tuesday, January 19, 2021 3:39 PM
**To:** Roni Cohen Pavon <roni@celsius.network>
**Subject:** Re: Any to any.

We need clear instructions to the tech and marketing team, all they hear from your guys is son, maybe, i will get back to you, i am working on it,

this is making EVERYONE even more nervous and you can see people like Connor and others refusing to even touch DEX trades.

I need you to start giving clear written instructions even if they are for limited functionality.

Alex Mashinsky
Founder & CEO Celsius.Network
Mobile: 551-287-2124

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_03794564
SDNY_R01_03191386

**SDNY_R01_01838742**



## Metadata

| Begin Family | SDNY_R01_01838732 | SEMANTIC |
|---|---|---|
| Custodian | Cohen-Pavon, Roni | SEMANTIC |
| End Family | SDNY_R01_01838752 | SEMANTIC |

Roni Pavon was still a partner @ HFN when he conspired with Roni Leon to do a hostile takeover

He was still outside counsel to Celsius.



# HERZOG
### HERZOG FOX & NEEMAN

**FILE No.:   57281**

## ACCOUNT No. 262602

Celsius Network LLC
50 W 17 St New York
NY 10011

Attn: Daniel Leon
daniel@celsius.network

| | |
|---|---|
| MATTER | Legal Advice |
| DATE | 11 July 2021 |
| STATEMENT FOR PERIOD | 01 March 2020 – 30 June 2021 |

| | US$ | US$ |
|---|---|---|
| Professional fees for legal advice. | 65,367.50 | |
| **Less Paid on Account** | (34,955.00) | 30,412.50 |
| Value Added Tax @ 17% | | 5,170.13 |
| **US$ TOTAL** | | **35,582.63** |

PAYMENT IS DUE 30 DAYS FROM ISSUE OF INVOICE
ALL CHEQUES  SHOULD BE MADE TO THE ORDER OF HERZOG FOX & NEEMAN
V.A.T NO. 540107158

BANK DETAILS FOR TRANSFER :

BANK:          **First International Bank of Israel ltd.**
ADDRESS:       **38 ROTHSCHILD  BOULEVARD  TEL AVIV, BRANCH NO. 287.**
ACCOUNT NAME: **HERZOG, FOX & NEEMAN**
A/C NO :        **US $ : 409-158003**
               **NIS  : 409-158003**
SWIFT CODE:  **FIRBILIT, IBAN IL460262870000000158003**
**For NIS wires- Bank code:26, For Foreign currency wires- Bank code:31**

Herzog Tower, 4 Yitzhak Sadeh St. Tel Aviv 6777504, Israel Tel: +972 3 692 2020, Fax: +972 3 696 6464, www.herzoglaw.co.il

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
SUBJECT TO JANUARY 13, 2023 STIPULATION

CELSIUSNETWORK_02441891

SDNY_R01_01838742



# HERZOG
## HERZOG FOX & NEEMAN

TO:   Celsius Network LLC                    **FILE No.: 57281**
RE:   Celsius UK – Series A

DATE: 11 July 2021

Schedule of hours devoted to the above file according to the attached Account dated  11 July 2021

| POSITION | MONTH | HRS. | RATE/HR. (in US$) | TOTAL |
|---|---|---|---|---|
| **Gil White - Partner** | 06/20 | 0.50 | 780.00 | 390.00 |
| | 07/20 | 0.50 | 780.00 | 390.00 |
| | 08/20 | 1.75 | 780.00 | 1,365.00 |
| | 10/20 | 2.75 | 780.00 | 2,145.00 |
| **Roni Cohen Pavon - Partner** | 04/20 | 2.50 | 560.00 | 1,400.00 |
| **Yael Hauser - Partner** | 03/20 | 21.75 | 540.00 | 11,745.00 |
| | 04/20 | 11.25 | 540.00 | 6,075.00 |
| | 05/20 | 15.00 | 540.00 | 8,100.00 |
| | 09/20 | 6.50 | 540.00 | 3,510.00 |
| | 10/20 | 19.50 | 540.00 | 10,530.00 |
| | 11/20 | 5.50 | 540.00 | 2,970.00 |
| | 12/20 | 5.25 | 540.00 | 2,835.00 |
| | 01/21 | 0.75 | 570.00 | 427.50 |
| **Yuval Zilber - Partner** | 03/20 | 1.00 | 490.00 | 490.00 |
| | 08/20 | 5.25 | 490.00 | 2,572.50 |

Page:   1 / 2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
SUBJECT TO JANUARY 13, 2023 STIPULATION

CELSIUSNETWORK_02441892

SDNY_R01_01838743

4.12.2022



SDNY_R01_03201801

## Transcription

כן, אתמול הלכתי כבר בשתיים לישון, עזרתי קצת עם אלה ונרדמתי. כבר ער משש, טיפלתי קצת במאיה וזה, ועכשיו שבע. אני כבר עושה פה איזה הליכה כדי לחשוב על השבוע. קיבלתי גם איזה text מעצבן מאלקס על השטויות שלו שאני הולך להגיב אליו אחרי שאני אחשוב. דבר נוסף, אני רוצה את עצתך, נשב היום בערב, אחרי ארוחת ערב איתם, אני רוצה כבר להכין אותם לרגע שאני עוזב. אני לא יודע אם יש מה להכין, הם לא, אתה יודע, מבחינתם אני לא אתה, אז לא צריך, זאת לא כזו עבודה גדולה, אבל אני רוצה לפחות להגיד להם השבוע, שאחרי ה-board meeting אני הולך לתת notice של שלושה חודשים, ועד הקיץ לא להיות פה. זה לא reactive, זה הרבה מחשבות. כבר, אתה יודע, חצי שנה אני מתחבש בזה. יש פה חג פסח שנגמר, אנחנו אמורים לצאת מעבדות לחירות. האנרגיות שהוא מכניס לחיים שלי, העובדה שאני באמת לא מאמין בו בשיט בתור מנהיג ובתור מנהל. אני חושב שהדרך היחידה שלי להישאר פה זה אם ה-SEC מעיף אותו קיבינימט, שזה החלום שלי, כמובן לעשות את זה בשקט כדי שזה לא יפגע בחברה, אבל אני- עם השגעונות האלה של ה-CWA של ה-CEL Token, השטויות שלו, השינויים, די! כמה עוד אפשר? לאן זה הולך? אז אני רוצה כן שנחשוב ביחד, אתה אפילו יכול להגיד להם את זה. שוב, אני לא חושב שזו תהיה עבודה גדולה, הם לא- אף אחד לא יבכה פה, ולא ירגיש את החוסר. אבל כן, אני רוצה כן לדבר אי- שהם יידעו שזה הולך לקרות שבוע הבא, אני אתן לו את מאי ויוני, אולי גם את יולי, אם צריך. ואם לא, זה גם בסדר. אבל השקט שלי, זה שווה את זה. אני חושב שמהבחינה הפיננסית יש לי איזה cushion מסוים ו- אז אני אחשוב מה לעשות הלאה, אתה תחשוב איפה אתה נמצא, אבל הגיע הזמן. אז בבקשה, בא נחשוב, אולי אפילו בארוחת ערב, להגיד לחברה' האלה שאני מסיים אחרי חמש שנים, שילמתי את ה-dues שלי, ו-it's time to let other people take it from here. יאללה, נדבר יותר מאוחר. ד"ש.

---

## Translation

Yes, yesterday I already went to sleep at two, I helped a bit with Ella, and I fell asleep. I am already awake since six, I took care of Maya a bit, etc., and now is seven. I am already taking a walk here to think about the week. I also got an annoying text from Alex about his antics that I am going to respond to him after thinking. Another thing, I want your advice, we will sit this evening, after dinner with them, I already want to prepare them for the moment that I leave. I do not know if there is what to prepare; they are not, you know- from their perspective, I am not you, so it is not necessary, it is not such great work, but at least I want to tell them this week that after the board meeting I am going to give a three months' notice, and by the summer not be here. It is not reactive, it is a lot of thoughts. I have been dawdling on it for half a year already, you know. We have the Passover holiday that just concluded, we are supposed to go out from slavery to freedom. The energies that he brings into my life, the fact that I really do not believe in him for shit as a leader and as a manager. I think that my only way to remain here is if the SEC kicks him out to hell, which is my dream, of course to do it quietly so that it does not hurt the company, but I- with these antics of the CWA, of the CEL token, his antics, the changes, enough! How much more is possible? Where is this going to? So I do want that we should think together, you can even tell them that. Again, I do not think that it would be great work, they do not- nobody will cry here, and will not feel the absence. But yes, I do want to speak with- they should know that it is going to happen next week. I will give him May and June, maybe July too, if necessary. And if not, it is okay too. But my peace, it is worth it. I think that from a financial perspective, I have a certain cushion, and then I will think about what to do next, you will think where you are, but the time has come. So please, let us think, maybe even at dinner, to tell these guys that I am ending after five years, I paid my dues, and it's time to let other people take it from here. Okay, we will talk later. Greetings.

EXHIBIT G

(G1)

All 10 institutions had some form of collateral. Listed in Instilend (Celsius software System manging institutional loans)

| Company Name | Date collateralized | Date Non-Collateralized | Agreement Type | Annex B Number | Collateral type | SDNY |
|---|---|---|---|---|---|---|
| Akuna Digital | 5.20.2020 | | | | | 000674116 |
| Akuna Digital | 5.28.2020 | | Celsius Master | | | 00090291 |
| Akuna Digital | 12.11.2020 | | | C1235 | Cash | 00084364 |
| Akuna Digital | 4.2.2021 | | Celsius Master | | Uncollateralized | 00024431 |
| Akuna Digital | 5.14.2021 | | Celsius Master | | Uncollateralized | 00084421 |
| Akuna Digital | 7.12.2021 | | Celsius Master | | Coin | 00098191 |
| Akuna Digital | 9.29.2021 | | | | Cash | 00093964 |
| Akuna Digital | 10.6.2021 | | | | Cash | 00098158 |
| Akuna Digital | 10.21.2021 | | | | Uncollateralized | 00084897 |
| Akuna Instalend | 1.3.2022 | | | | Uncollateralized | 00093417 |
| Iterative | 5.22.2022 | | | | parent | 00357621 |
| Iterative | 6.3.2019 | | | 1080651.12 | corporate | Mash#530 |

| Supporting collateral docs At least partialy collateral Company Rebbutal materials | | Company | SDNY00084364 - 12.11.2020 SDNY 03417509 | SDNY 00071208 | SDNY 03417509 | SDNY 00093418 | SDNY 00588535 |
|---|---|---|---|---|---|---|---|
| MASH#561/slide 19 | ✓ | Galaxy digital LLC | | | C1010-R | | |
| | ✓ | profluent trading | | 2521 | | | |
| | ✓ | B2C2 | 1723-F   SDNY00091482 | 1723-G | | | |
| 4 | ✓ | Dunamis Trading | | | 1397 | | |
| | ✓ | Ledger Prime | | | 1694 | | |
| | ✓ | Genesis Global | | 2587 | | | |
| | ✓ | CMS Holdings | | | 1593 | | |
| | ✓ | Wintermute Trading | | | 1594 | | |
| 2 | ✓ | Anchorage | | | | 1601 | |
| | ✓ | Amber Technologies | | | | 1737 | |
| 9 | ✓ | JUMP Trading | | | C1250 | | |
| 10 | ✓ | Three Arrows Capital | | 2618 | | | |
| 8 | ✓ | JSCT Captial | NU1323 - Loan C $2.4M | | | | 1323 |
| No collateral done for swaps | ☐ | FalconX - Liquidity service provider | | | | | |
| 5 | ✓ | Kinetic Trading | | | C1321 | | |
| 3 | ✓ | Cumberland | | 2613-A | | | |
| | ✓ | DV Chain | | 2190 | | | |
| 7 | ✓ | Iterative OTC | | | | | |
| | ✓ | Blockchain Access | | | | | |
| 1 | ✓ | Akuna Holdings LLC - 01039240 | | | C1235 | | |
| | ✓ | On Chain Custodian | | | 1770-D | | |
| | ✓ | Reliz | | | 1234 | | |
| | ✓ | B-Brick / Blockchain access UK | | | 1341-A | 2238 | |
| | ✓ | Bluefire Capital | C1208 | | | | |
| 6 | ✓ | Flow Tradrers BV | | | | | |

I request that DOJ provides the Court Copies of the circled loan in the SDNY documents highlighted in yellow.

| Location | | Celsius Balance | | | |
|---|---|---|---|---|---|
| Line 355, collum Q | | | | | |
| Line 74 | | | | | |
| Line 97, collum Q | | | | | |
| Line 105, Collum Q | | | | | |
| Slide 11 | | | | | |
| Line 140, Collum P | | | | | |
| Shown as performing Instilend | | | | | |

| Document | MASH# | | 83045.1 SDNY only | Digital asset lending agreement | Corporate guarantees |
|---|---|---|---|---|---|
| | | | | | Galaxy digital LP 00345677 |
| | | | 03427922 | | |
| | MASH#561/slide 19 | | 00133378 | 224183 | |
| Corp Garuntee108651.12 | MASH#530 | | | | |
| | | | 00137884 | | |
| | | | 00177003, 00117004, 00177174, 00177176 | | |
| Corporate Garantee SDNY00224098 | | | | | |

August 10, 2021
Page 2

LATHAM&WATKINS LLP

*[handwritten: Proof all 10 listed institutions had Corporate guarantees or Collateral for their loans. in Instilend, Celsius Software managing Loans]*

*[handwritten: 61]*

6. Per the June 11, 2021 Response, Celsius is able to pay rewards to its customers by using its own cryptocurrency assets (including those loaned to Celsius by its customers) for rehypothecation and other yield-generating activities, including its institutional lending, Decentralized Finance ("DeFi"), staking, providing liquidity on cryptocurrency exchanges, and investing in Bitcoin mining.

    d. Provide the names of the 10 largest third-party borrowers of client assets on the Earn Interest Program, the asset type borrowed, and the dollar value of each such loan.

Please see the relevant documentation enclosed, bearing the Bates number CELSIUS_NJ_0000034. The USD value presented is based on Celsius' records and the applicable conversion rates as of July 30, 2021.

7. Item 6 of the June 11 Response indicates that Celsius may choose to agree to provide uncollateralized loans where the borrower can prove sufficient financial stability. With respect to borrowers whose loans are uncollateralized, or partially uncollateralized, please disclose:

    a. The names of these borrowers

*[handwritten: Custodian not Borrower]*

The names of the borrowers identified below are provided based on Celsius' records as of July 30, 2021.

*[handwritten: 10 Co.]*

| Uncollateralized | Under Collateralized (Aprx. 90%+ collateral) | Under Collateralized |
|---|---|---|
| Akuna Digital Assets LLC | Point95 Global | Galaxy Digital LLC |
| Anchorage Hold LLC | Keyrock SA | Reliz LTD |
| Cumberland DRW LLC | B2C2 LTD | Wintermute Trading Ltd |
| Dunamis Trading LLC | Genesis Global Capital LLC | Profluent Trading Inc |
| FalconX Limited | OPTIMAL ALPHA MASTER FUND LTD | LUOJI2017 Limited |
| Flow Traders BV | | Parallel Capital Management Limited |
| Iterative OTC LLC | | Auros Tech Limited |
| JSCT Hong Kong Limited | | Amber Technologies Limited |
| JUMP Trading | | Alameda Research Ltd |
| Three Arrows Capital Ltd | | GSR Markets Limited |
| | | DV Chain LLC |

CONFIDENTIAL TREATMENT REQUESTED

DocuSign Envelope ID: 683B4D3C-FC3C-4A7B-8D85-88ADC42CB6C5

Loan # **C1299**

## ANNEX B

## LOAN TERM SHEET

The following loan term agreement dated **08/17/2020** incorporates all of the terms of the Master Digital Asset Loan Agreement entered into by Celsius Network Ltd ("Lender") and the Borrower (as provided in the Agreement and specified below) on **05/25/2019** and the following specific terms:

Lender:              Celsius Network Ltd

Borrower:   $|0$   **Three Arrows Capital LTD**

Digital Asset:       **USD**                  Digital Asset Spot Price: **$1.00**

Amount of Digital Asset:  **3,000,000.00**  (Coin)  OR  **$3,000,000.00**  (USD Equivalent)

Loan Type:           **Term Loan**

Loan Term:           **Open Term**

Borrow Fee:          **10.5** % annually, calculated and charged monthly

Borrow Fee Payable in:  **USD**

Collateral Asset:    **ETH**                 Collateral Spot Price: **$430.52**

Collateral Amount:   **7,665**  (Coin)  OR  **$3,300,000.00**  (USD Equivalent)

Collateral Level:    **110** % of Loan Value    Spot Rate Change: **N/A`** %

Margin Call Level:   **90** %                 Margin Refund Level: **130** %

Additional Terms:    _____

                     _____

*USD Collateral Wiring Instructions:*
Beneficiary Account: 1503222589
Beneficiary Name: Celsius Network Limited
Beneficiary Address: 1 Bartholomew Lane, London, UK, EC2N 2AX
Beneficiary Bank: Signature Bank
ABA/Routing Number: 026013576
Beneficiary Bank Address: 565 Fifth Avenue, New York, NY 10017
(International) SWIFT Code: SIGNUS33XXX
Celsius Signet USD Wallet Address:  0xb1a40c44e57eb6335e506dda306c6577df1087d2

Digital Asset Wallet Address of Borrower: _____

Digital Asset Wallet Address of Celsius: _____

LENDER: Celsius Network Ltd                BORROWER: Three Arrows Capital Ltd
        DocuSigned by:                              DocuSigned by:
By: *Harumi Urata-Thompson*                By: _____
Name: Harumi Urata-Thompson                Name: Kyle Davies
Title: CFO                                 Title: Chairman
Date: 8/17/2020                            Date: 8/17/2020

13

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
SUBJECT TO JANUARY 13, 2023 STIPULATION

CELSIUSNETWORK_01965152

SDNY_R01_01362013

DocuSign Envelope ID: 0B6FBBB4-0267-4D6D-9B6A-B4F793764CF0

Loan # C1806

**ANNEX B**

**LOAN TERM SHEET**

The following loan term agreement dated 5/26/2021____ incorporates all of the terms of the Master Digital Asset Loan Agreement entered into by Celsius Network Ltd ("Lender") and the Borrower (as provided in the Agreement and specified below) on 9/23/2020 ____ and the following specific terms:

Lender:                         Celsius Network Ltd

Borrower:                    JSCT Hong Kong Limited_____

Digital Asset:              EOS_____           Digital Asset Spot Price: $6.15_____

Amount of Digital Asset:  150,000.00_____ (Coin) OR   $922,500.00_____ (USD Equivalent)

Loan Type:                  Term Loan_____

Loan Term:                  Open Term_____

Borrow Fee:                 5.55__ % annually, calculated and charged monthly

Borrow Fee Payable In:     EOS_____

Collateral Asset:          N/A_____           Collateral Spot Price: _N/A_____

Collateral Amount:         N/A_____ (Coin) OR  _N/A_____ (USD Equivalent)

Collateral Level:          N/A__ % of Loan Value     Spot Rate Change: N/A_____%

Margin Call Level:         N/A__ %               Margin Refund Level: N/A_____%

Additional Terms:          _____
                           _____

*USD Collateral Wiring Instructions:*

Beneficiary Account: 1503222589
Beneficiary Name: Celsius Network Limited
Beneficiary Address: The Harley Building, 77-79 New Cavendish Street London, W1W 6XB
Beneficiary Bank: Signature Bank
ABA/Routing Number: 026013576
Beneficiary Bank Address: 565 Fifth Avenue, New York, NY 10017
(International) SWIFT Code: SIGNUS33XXX
Celsius Signet USD Wallet Address: 0xb1a40c44e57eb6335e506dda306c6577df1087d2

Digital Asset Wallet Address of Borrower:  _____
Digital Asset Wallet Address of Celsius:   _____

LENDER: Celsius Network Ltd                  BORROWER: JSCT Hong Kong Limited_____

By:_____                      By:_____
Name: HARUMI URATA-THOMPSON                   Name: Richard Emmet
Title: CIO                                    Title: Authorized Signatory
Date: 5/26/2021                               Date: May 26, 2021

13

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0003154
CELSIUSNETWORK_00156846
SDNY_R01_00224742

DocuSign Envelope ID: 7861D02B-E8DD-44F0-9E59-050C29721689

Loan # C1815

**ANNEX B**

**LOAN TERM SHEET**

The following loan term agreement dated 6/8/2021_____ incorporates all of the terms of the Master Digital Asset Loan Agreement entered into by Celsius Network Ltd ("Lender") and the Borrower (as provided in the Agreement and specified below) on 9/23/2020____ and the following specific terms:

Lender:              Celsius Network Ltd

Borrower:         JSCT Hong Kong Limited_____

Digital Asset:    ETC_____    Digital Asset Spot Price: $62.70_____

Amount of Digital Asset:    30,000.00_____ (Coin) OR   $1,881,000.00____ (USD Equivalent)

Loan Type:       Term Loan_____

Loan Term:       Open Term_____

Borrow Fee:      5.0____ % annually, calculated and charged monthly

Borrow Fee Payable in:    ETC_____

Collateral Asset:    N/A_____    Collateral Spot Price: N/A_____

Collateral Amount:    N/A_____ (Coin) OR  N/A_____ (USD Equivalent)

Collateral Level:    N/A____ % of Loan Value    Spot Rate Change: N/A_____ %

Margin Call Level:    N/A____ %    Margin Refund Level: N/A_____ %

Additional Terms:    _____

_____

*USD Collateral Wiring Instructions:*

Beneficiary Account: 1503222589
Beneficiary Name: Celsius Network Limited
Beneficiary Address: The Harley Building, 77-79 New Cavendish Street London, W1W 6XB
Beneficiary Bank: Signature Bank
ABA/Routing Number: 026013576
Beneficiary Bank Address: 565 Fifth Avenue, New York, NY 10017
(International) SWIFT Code: SIGNUS33XXX
Celsius Signet USD Wallet Address: 0xb1a40c44e57eb6335e506dda306c6577df1087d2

Digital Asset Wallet Address of Borrower: _____

Digital Asset Wallet Address of Celsius: _____

LENDER: Celsius Network Ltd                BORROWER: JSCT Hong Kong Limited_____

By: _____           By: _____

Name: HARUMI URATA-THOMPSON          Name: Frank (Tien-Fu) Liu

Title: CIO                               Title: Authorized Signatory

Date: 6/7/2021                           Date: Jun 7, 2021

13

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0003155
CELSIUSNETWORK_00156847
SDNY_R01_00224743

DocuSign Envelope ID: C6577F96-DC94-4546-980A-DCD6B9FA15E7

Loan # C1335

## ANNEX B

## LOAN TERM SHEET

The following loan term agreement dated 10/02/2020 incorporates all of the terms of the Master Digital Asset Loan Agreement entered into by Celsius Network Ltd ("Lender") and the Borrower (as provided in the Agreement and specified below) on 09/23/2020 and the following specific terms:

Lender: Celsius Network Ltd

Borrower: JCST Hong Kong Limited

Digital Asset: XRP          Digital Asset Spot Price: $0.2331

Amount of Digital Asset: 4,289,985.00 (Coin) OR N/A (USD Equivalent)

Loan Type: Term Loan

Loan Term: Open Term

Borrow Fee: 7 % annually, calculated and charged monthly

Borrow Fee Payable in: N/A

Collateral Asset: N/A          Collateral Spot Price: N/A

Collateral Amount: N/A (Coin) OR N/A (USD Equivalent)

Collateral Level: N/A % of Loan Value    Spot Rate Change: N/A %

Margin Call Level: N/A %          Margin Refund Level: N/A %

Additional Terms:

*USD Collateral Wiring Instructions:*
Beneficiary Account: 1503222589
Beneficiary Name: Celsius Network Limited
Beneficiary Address: 1 Bartholomew Lane, London, UK, EC2N 2AX
Beneficiary Bank: Signature Bank
ABA/Routing Number: 026013576
Beneficiary Bank Address: 565 Fifth Avenue, New York, NY 10017
(International) SWIFT Code: SIGNUS33XXX
Celsius Signet USD Wallet Address: 0xb1a40c44e57eb6335e506dda306c6577df1087d2

Digital Asset Wallet Address of Borrower:

Digital Asset Wallet Address of Celsius:

LENDER: Celsius Network Ltd          BORROWER: JSCT Hong Kong Limited

By: _____          By: _____

Name: Harumi Urate-Thompson          Name: Frank (Tien-Fu) Liu

Title: CFO          Title: Authorized Signatory

Date: Oct. 2, 2020          Date: Oct 2, 2020

13

Ref. Lending Digital Assets

**ANNEX B**

**LOAN TERM SHEET**

The following loan agreement incorporates all of the terms of the Digital Asset Loan Agreement entered into by the Lender and Borrower (as provided in the Agreement and specified below) on 12/3/2019    and. the following specific terms:

Lender:                              Celsius Network Ltd

Borrower:                          Reliz Ltd

Digital Asset:                   USDC (or US Dollar)     Digital Asset Spot Price: 1.00

Amount of Digital Asset:   1,000,000 (Coin) OR $1,000,000 (USD Equivalent)

Loan Type:                        Term Loan

Loan Term:                        6 months, then open/callable afterwards

Borrow Fee:                       7.00 % annually, calculated and charged monthly

Borrow Fee Payable in:      USDC or US Dollars

Collateral Type:               BTC

Collateral Amount:           197.00                 Collateral Spot Price:    7,000

Collateral Percentage:      137.9 % of Digital Asset Loan Value

Margin Call Spot Rate:      20.00 % Rise

Additional Terms:            _____

                                        _____

Digital Asset Wallet Address of Borrower:    _____

Digital Asset Wallet Address of Celsius:      _____

LENDER: Celsius Network Ltd                    BORROWER: Reliz Ltd

By:_____          By:_____

Name: Young Cho_____           Name:_____

Title: CFO_____           Title:_____

Date: 1/2/2020_____            Date: _____

1

DocuSign Envelope ID: 64D470DD-DF7B-4B3E-B927-A5715C4059F4

Loan # C2560

**ANNEX B**

**LOAN TERM SHEET**

The following loan term agreement dated 4/29/2022 incorporates all of the terms of the Master Digital Asset Loan Agreement entered into by Celsius Network Ltd ("Lender") and the Borrower (as provided in the Agreement and specified below) on 8/19/2019 and the following specific terms:

| | | | |
|---|---|---|---|
| Lender: | Celsius Network Ltd | | |
| Borrower: | FalconX Limited | | |
| Digital Asset: | DOT | Digital Asset Spot Price: $16.50 | |
| Amount of Digital Asset: | 500,000.00 (Coin) OR | $8,250,000.00 (USD Equivalent) | |
| Loan Type: | Term Loan | | |
| Loan Term: | 1 Month - Expiry 5/29/2022 | | |
| Borrow Fee: | 14 % annually, calculated and charged monthly | | |
| Borrow Fee Payable in: | DOT | | |
| Collateral Asset: | N/A | Collateral Spot Price: N/A | |
| Collateral Amount: | N/A (Coin) OR N/A (USD Equivalent) | | |
| Collateral Level: | N/A % of Loan Value | Spot Rate Change: N/A % | |
| Margin Call Level: | N/A % | Margin Refund Level: N/A % | |
| Additional Terms: | | | |

*USD Collateral Wiring Instructions:*
Beneficiary Account: 1503222589
Beneficiary Name: Celsius Network Limited
Beneficiary Address: The Harley Building, 77-79 New Cavendish Street London, W1W 6XB
Beneficiary Bank: Signature Bank
ABA/Routing Number: 026013576
Beneficiary Bank Address: 565 Fifth Avenue, New York, NY 10017
(International) SWIFT Code: SIGNUS33XXX
Celsius Signet USD Wallet Address: 0xb1a40c44e57eb6335e506dda306c6577df1087d2

Digital Asset Wallet Address of Borrower: _____
Digital Asset Wallet Address of Celsius: _____

LENDER: Celsius Network Ltd

By: *Antony Lingard*
Name: Antony Lingard
Title: Head of Corporate & VIP
Date: 4/29/2022

BORROWER: FalconX Ltd

By: *Robert Rutherford*
Name: Robert Rutherford
Title: VP Operations
Date: 4/29/2022

13

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0003111
CELSIUSNETWORK_00156803
SDNY_R01_00224699

DocuSign Envelope ID: 5DC645DC-8816-41B8-9486-7B1D2D981600

Loan # **C2302**

ANNEX B

LOAN TERM SHEET

The following loan term agreement dated **12/29/2021**_____incorporates all of the terms of the Master Digital Asset Loan Agreement entered into by Celsius Network Ltd ("Lender") and the Borrower (as provided in the Agreement and specified below) on___**6/17/2020**____and the following specific terms:

| | |
|---|---|
| Lender: | Celsius Network Ltd |
| Borrower: | 6 **B-Brick Inc** *(Flow traders)* |
| Digital Asset: | **BTC**            Digital Asset Spot Price: **$47,968.00** |
| Amount of Digital Asset: | **166.78**      (Coin) OR   **$8,000,000.00**    (USD Equivalent) |
| Loan Type: | **Term Loan** |
| Loan Term: | **Open Term** |
| Borrow Fee: | **2.5**   % annually, calculated and charged monthly |
| Borrow Fee Payable in: | **BTC** |
| Collateral Asset: | **XRP**            Collateral Spot Price: **$0.86** |
| Collateral Amount: | **6,976,744.19**   (Coin)  OR  **$6,000,000.00**    (USD Equivalent) |
| Collateral Level: | **75**   % of Loan Value     Spot Rate Change: **N/A**           % |
| Margin Call Level: | **65**   %          Margin Refund Level: **85**           % |
| Additional Terms: | _____ |

*USD Collateral Wiring Instructions:*

Beneficiary Account: 1503222589
Beneficiary Name: Celsius Network Limited
Beneficiary Address: The Harley Building, 77-79 New Cavendish Street London, W1W 6XB
Beneficiary Bank: Signature Bank
ABA/Routing Number: 026013576
Beneficiary Bank Address: 565 Fifth Avenue, New York, NY 10017
(International) SWIFT Code: SIGNUS33XXX
Celsius Signet USD Wallet Address: 0xb1a40c44e57eb6335e506dda306c6577df1087d2

Digital Asset Wallet Address of Borrower: _____
Digital Asset Wallet Address of Celsius: _____

| | |
|---|---|
| LENDER: Celsius Network Ltd | BORROWER: B-Brick Inc |
| By: *Antony Lingard* | By: |
| Name: Antony Lingard | Name: Yongjin Paul Kwon |
| Title: Head of Corporate & VIP | Title: CSO |
| Date: 12/28/2021 | Date: 12/28/2021 |

13

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00109287
SDNY_R01_00177183

DocuSign Envelope ID: 74024F32-D5AC-4EC6-A34E-CB3E701A6B1F

Loan # **C2332**

Fuel Lending Digital Assets

## ANNEX B

### LOAN TERM SHEET

The following loan term agreement dated **1/10/2022**_____incorporates all of the terms of the Master Digital Asset Loan Agreement entered into by Celsius Network Ltd ("Lender") and the Borrower (as provided in the Agreement and specified below) on___**6/17/2020**____and the following specific terms:

| | |
|---|---|
| Lender: | Celsius Network Ltd |
| Borrower: | 6  **B-Brick Inc**_____ |
| Digital Asset: | **USDT**_____   Digital Asset Spot Price: **$1.00**_____ |
| Amount of Digital Asset: | **990,888.00**_____(Coin) OR   **$990,888.00**_____(USD Equivalent) |
| Loan Type: | **Term Loan**_____ |
| Loan Term: | **Open Term**_____ |
| Borrow Fee: | **10**____% annually, calculated and charged monthly |
| Borrow Fee Payable in: | **USDT**_____ |
| Collateral Asset: | **LTC**_____   Collateral Spot Price: **$130.38**_____ |
| Collateral Amount: | **11,400.00**_____(Coin) OR  **$1,486,332.00**____(USD Equivalent) |
| Collateral Level: | **150**____% of Loan Value    Spot Rate Change: **N/A**_____% |
| Margin Call Level: | **140**____%    Margin Refund Level: **160**_____% |
| Additional Terms: | _____ |
| | _____ |

*USD Collateral Wiring Instructions:*

Beneficiary Account: 1503222589
Beneficiary Name: Celsius Network Limited
Beneficiary Address: The Harley Building, 77-79 New Cavendish Street London, W1W 6XB
Beneficiary Bank: Signature Bank
ABA/Routing Number: 026013576
Beneficiary Bank Address: 565 Fifth Avenue, New York, NY 10017
(International) SWIFT Code: SIGNUS33XXX
Celsius Signet USD Wallet Address: 0xb1a40c44e57eb6335e506dda306c6577df1087d2

Digital Asset Wallet Address of Borrower: _____
Digital Asset Wallet Address of Celsius: _____

| | |
|---|---|
| LENDER: Celsius Network Ltd | BORROWER: B-Brick Inc |
| ┌─ DocuSigned by: | ┌─ DocuSigned by: |
| By: *Antony Lingard* | By: |
| └─ F8C62E5AD5030485 | └─ 0E89161F8F83450 |
| Name: Antony Lingard | Name: Yongjin Paul Kwon |
| Title: Head of Corporate & VIP | Title: CSO |
| Date: 1/10/2022 | Date: 1/10/2022 |

13

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00109291
SDNY_R01_00177187

DocuSign Envelope ID: E2AA9981-2783-43B8-9707-74C2579E6A00

Loan # C2345

**ANNEX B**

**LOAN TERM SHEET**

The following loan term agreement dated <u>1/19/2022</u> incorporates all of the terms of the Master Digital Asset Loan Agreement entered into by Celsius Network Ltd ("Lender") and the Borrower (as provided in the Agreement and specified below) on <u>6/17/2020</u> and the following specific terms:

| | | |
|---|---|---|
| Lender: | Celsius Network Ltd | |
| Borrower: | B-Brick Inc | |
| Digital Asset: | ETH | Digital Asset Spot Price: $3,170 |
| Amount of Digital Asset: | 1,892.74 (Coin) OR | $6,000,000.00 (USD Equivalent) |
| Loan Type: | Term Loan | |
| Loan Term: | Open Term | |
| Borrow Fee: | 3 % annually, calculated and charged monthly | |
| Borrow Fee Payable in: | ETH | |
| Collateral Asset: | XLM | Collateral Spot Price: $0.25 |
| Collateral Amount: | 36,000,000.00 (Coin) OR | $9,000,000.00 (USD Equivalent) |
| Collateral Level: | 150 % of Loan Value | Spot Rate Change: N/A % |
| Margin Call Level: | 140 % | Margin Refund Level: 160 % |
| Additional Terms: | | |

*USD Collateral Wiring Instructions:*

Beneficiary Account: 1503222589
Beneficiary Name: Celsius Network Limited
Beneficiary Address: The Harley Building, 77-79 New Cavendish Street London, W1W 6XB
Beneficiary Bank: Signature Bank
ABA/Routing Number: 026013576
Beneficiary Bank Address: 565 Fifth Avenue, New York, NY 10017
(International) SWIFT Code: SIGNUS33XXX
Celsius Signet USD Wallet Address: 0xb1a40c44e57eb6335e506dda306c6577df1087d2

Digital Asset Wallet Address of Borrower: _____

Digital Asset Wallet Address of Celsius: _____

LENDER: Celsius Network Ltd

By: _Antony Lingard_
Name: Antony Lingard
Title: Head of Corporate & VIP
Date: 1/18/2022

BORROWER: B-Brick Inc

By: _____
Name: Yongjin Paul Kwon
Title: CSO
Date: 1/18/2022

13

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00109293
SDNY_R01_00177189

DocuSign Envelope ID: D0D41796-15EA-4541-9880-91FDE3A7C5C2

Loan # C2469

## ANNEX B

## LOAN TERM SHEET

The following loan term agreement dated 3/7/2022 incorporates all of the terms of the Master Digital Asset Loan Agreement entered into by Celsius Network Ltd ("Lender") and the Borrower (as provided in the Agreement and specified below) on 6/17/2020 and the following specific terms:

Lender:                     Celsius Network Ltd

Borrower:                   B-Brick Inc

Digital Asset:              USDC                    Digital Asset Spot Price: $1.00

Amount of Digital Asset:    8,491,329.00  (Coin) OR   $8,491,329.00  (USD Equivalent)

Loan Type:                  Term Loan

Loan Term:                  Open Term

Borrow Fee:                 8  % annually, calculated and charged monthly

Borrow Fee Payable in:      USDC

Collateral Asset:           LUNA                    Collateral Spot Price: $78.82

Collateral Amount:          80,800.00  (Coin) OR   $6,368,656.00  (USD Equivalent)

Collateral Level:           75  % of Loan Value    Spot Rate Change: N/A  %

Margin Call Level:          65  %                   Margin Refund Level: 85  %

Additional Terms:

_USD Collateral Wiring Instructions:_

Beneficiary Account: 1503222589
Beneficiary Name: Celsius Network Limited
Beneficiary Address: The Harley Building, 77-79 New Cavendish Street London, W1W 6XB
Beneficiary Bank: Signature Bank
ABA/Routing Number: 026013576
Beneficiary Bank Address: 565 Fifth Avenue, New York, NY 10017
(International) SWIFT Code: SIGNUS33XXX
Celsius Signet USD Wallet Address: 0xb1a40c44e57eb6335e506dda306c6577df1087d2

Digital Asset Wallet Address of Borrower: _____

Digital Asset Wallet Address of Celsius: _____

LENDER: Celsius Network Ltd                 BORROWER: B-Brick Inc

By: _Antony Lingard_                        By: _____

Name: Antony Lingard                        Name: Yongjin Paul Kwon

Title: Head of Corporate & VIP              Title: CSO

Date: 3/6/2022                              Date: 3/6/2022

13

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00109295
SDNY_R01_00177191

DocuSign Envelope ID: 8C2C8CC6-ABC1-41C6-B3D6-CA608441C777

Loan # **C1282**

**ANNEX B**

**LOAN TERM SHEET**

The following loan term agreement dated **7/29/2020** incorporates all of the terms of the Master Digital Asset Loan Agreement entered into by Celsius Network Ltd ("Lender") and the Borrower (as provided in the Agreement and specified below) on **8/19/2019** and the following specific terms:

Lender:                              Celsius Network Ltd

Borrower:                          **FalconX Limited**

Digital Asset:                    **USD**                      Digital Asset Spot Price: **$1.00**

Amount of Digital Asset:    **$3,000,000.00**    (Coin)  OR  **$3,000,000.00**    (USD Equivalent)

Loan Type:                        **Term Loan**

Loan Term:                        **Open Term**

Borrow Fee:                       **8**    % annually, calculated and charged monthly

Borrow Fee Payable in:      **USD**

Collateral Asset:               **N/A**                      Collateral Spot Price: **N/A**

Collateral Amount:            **N/A**            (Coin)  OR  **N/A**              (USD Equivalent)

Collateral Level:               **N/A**    % of Loan Value    Spot Rate Change: **N/A**            %

Margin Call Level:             **N/A**    %                Margin Refund Level: **N/A**            %

Additional Terms:            _____

_____


*USD Collateral Wiring Instructions:*
Beneficiary Account: 1503222589
Beneficiary Name: Celsius Network Limited
Beneficiary Address: 1 Bartholomew Lane, London, UK, EC2N 2AX
Beneficiary Bank: Signature Bank
ABA/Routing Number: 026013576
Beneficiary Bank Address: 565 Fifth Avenue, New York, NY 10017
(International) SWIFT Code: SIGNUS33XXX
Celsius Signet USD Wallet Address:  0xb1a40c44e57eb6335e506dda306c6577df1087d2

Digital Asset Wallet Address of Borrower:  _____
Digital Asset Wallet Address of Celsius:   _____

LENDER:  Celsius Network Ltd                    BORROWER: FalconX Limited

By: Harumi Urata-Thompson                      By: Prabhakar Reddy

Name: Harumi Urata-Thompson                  Name: Prabhakar Reddy

Title: CFO                                          Title: COO

Date: 7/29/2020                                   Date: 7/29/2020

13

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY CELSIUS
SUBJECT TO JANUARY 13, 2023
STIPULATION

CELSIUSNETWORK_00979028

SDNY_R01_01046832

DocuSign Envelope ID: 5BD4CC10-A5C7-4803-9B78-5CC82B052E6A

Loan # **C2490**

## ANNEX B

## LOAN TERM SHEET

The following loan term agreement dated **03/14/2022** incorporates all of the terms of the Master Digital Asset Loan Agreement entered into by Celsius Network Ltd ("Lender") and the Borrower (as provided in the Agreement and specified below) on **8/19/2019** and the following specific terms:

Lender:                               Celsius Network Ltd

Borrower:                          **FalconX Limited**

Digital Asset:                    **BNB**                    Digital Asset Spot Price: **$370.00**

Amount of Digital Asset:    **540.54** (Coin) OR **$200,000.00** (USD Equivalent)

Loan Type:                       **Term Loan**

Loan Term:                       **Open Term**

Borrow Fee:                      **7.5** % annually, calculated and charged monthly

Borrow Fee Payable in:      **BNB**

Collateral Asset:               **N/A**                    Collateral Spot Price: **N/A**

Collateral Amount:            **N/A** (Coin) OR **N/A** (USD Equivalent)

Collateral Level:               **N/A** % of Loan Value    Spot Rate Change: **N/A** %

Margin Call Level:             **N/A** %                    Margin Refund Level: **N/A** %

Additional Terms:             _____

                                     _____

*USD Collateral Wiring Instructions:*

Beneficiary Account: 1503222589
Beneficiary Name: Celsius Network Limited
Beneficiary Address: The Harley Building, 77-79 New Cavendish Street London, W1W 6XB
Beneficiary Bank: Signature Bank
ABA/Routing Number: 026013576
Beneficiary Bank Address: 565 Fifth Avenue, New York, NY 10017
(International) SWIFT Code: SIGNUS33XXX
Celsius Signet USD Wallet Address: 0xb1a40c44e57eb6335e506dda306c6577df1087d2

Digital Asset Wallet Address of Borrower: _____
Digital Asset Wallet Address of Celsius: _____

LENDER: Celsius Network Ltd                BORROWER: FalconX Ltd

By: *Antony Lingard*                         By: *Robert Rutherford*

Name: Antony Lingard                        Name: Robert Rutherford

Title: Head of Corporate & VIP              Title: VP Operations

Date: 3/13/2022                             Date: 3/13/2022

13

**#103894.1**

DocuSign Envelope ID: 4690E511-073F-47D3-B282-B2DE76C20ABC

*Sample full agreement with mandatory collateral on all loans.*

*61*

Ref. Lending Digital Assets

## #1 DIGITAL ASSET LENDING AGREEMENT

Between: **Celsius Network Ltd** (the "**Lender**"), a company whose registered office is at 1 Bartholomew Lane, London, UK, EC2N 2AX; and [ Akuna Digital Assets LLC ] (the "**Borrower**"), a company whose registered office is at [333 S Wabash Ave, L26 Chicago, IL 60604 ]. The Lender and the Borrower together the "**Parties**" and each a "**Party**".

### INTRODUCTION:

(A)     This Digital Asset Loan Agreement, including its Annexes, (the "**Agreement**") sets out the terms on which the Borrower may, from time to time, seek to initiate a transaction pursuant to which the Lender will lend Digital Asset(s) to Borrower and the Borrower will return Digital Assets, e.g. BTC or ETH, at or upon Loan termination or maturity, subject to no event of default occurring.

(B)     This Agreement has effect from [ 5/28/2020 ] (the "**Commencement Date**").

**It is agreed** as follows:

## 1   INTERPRETATION

1.1   Whenever used herein, the singular number shall include the plural, the plural the singular, and the use of the masculine, feminine, or neuter gender shall include all genders.

1.2   The section headings are for convenience only and shall not affect the interpretation or construction of this Agreement.

## 2   DEFINITIONS

"**Authorized Agent**" has the meaning set forth in Annex A.

"**Borrow Fee**" means the fee paid by the Borrower to the Lender for the Loan.

"**Borrowed Amount**" means the amount of Digital Asset(s) actually lent by the Lender to the Borrower under a Loan made pursuant to and subject to this Agreement.

"**Borrower Bank Account**" means the Borrower's designated bank account agreed with the Lender from time to time.

"**Business Day**" means any day other than a Saturday, Sunday or a public holiday in the United States.

"**Calendar Day**" means each and every day of the week.

1

Celsius Network Ltd. 1 Bartholomew Lane, London, UK, EC2N 2AX. · United Kingdom

CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_SEC_0001432

CELSIUSNETWORK_00606298
SDNY_R01_00674116

DocuSign Envelope ID: 4690E511-073F-47D3-B282-B2DE76C20ABC

Ref. Lending Digital Assets

"**Change of Control**" means a transaction or series of related transactions in which a person or group of affiliated (or otherwise related) persons acquire shares representing more than fifty percent (50%) of the outstanding voting shares of either Party.

"**Collateral**" means an amount in either: (a) U.S. Dollars calculated as a percentage of the Borrowed Amount as valued at a spot rate agreed upon in the Loan Term Sheet, or (b) BTC or ETH, as provided by the Borrower to the Lender as collateral for the Loan.

"**Callable Option**" means the Borrower and Lender each have the option to redeliver or recall an Open Deal Loan at any time during the term of the deal.

"**Digital Asset**" means Bitcoin (BTC), Ether (ETH) or any digital asset that the Parties may agree upon in writing.

"**Due Date**" means a Maturity Date or Recall Delivery Date.

"**Event of Default**" has the meaning specified in Section 8.

"**Hard Fork**" means a permanent divergence in the blockchain, which commonly occurs when non-upgraded nodes cannot validate blocks created by upgraded nodes that follow newer consensus rules, or an airdrop or any other event which results in the creation of a new token.

"**Hard Fork Notice**" means a notice sent by the Lender to the Borrower indicating that a Hard Fork has occurred and that the Borrower has sixty (60) days to transfer any New Tokens to the Lender.

"**Late Fee**" means the additional fee of eighteen percent (18%) (annualized, calculated daily) of the notional amount of the Loan as valued at 12:00 am New York time each Calendar Day, that is incurred by the borrower for each Calendar Day that Loan repayment is overdue in accordance with Section 4.3.

"**Loan**" means a loan of Digital Asset by the Lender to the Borrower subject to this Agreement.

"**Loan Request**" means a request for a Loan.

"**Loan Effective Date**" means the date upon which a Loan begins.

"**Maturity Date**" means the date upon which a Loan is terminated.

"**New Tokens**" means any tokens that are created as a result of a Hard Fork.

"**Open Deal**" means a Loan without a Maturity Date where the Borrower may redeliver the Digital Asset or the Lender may recall the Digital Asset at any time, subject to the terms of this Agreement.

"**Recall Request**" means a request by the Lender, in respect of an Open Deal Loan, for the return by the Borrower of the Recall Amount.

CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_SEC_0001433

CELSIUSNETWORK_00606299

SDNY_R01_00674117

DocuSign Envelope ID: 4690E511-073F-47D3-B282-B2DE76C20ABC

Ref. Lending Digital Assets

"**Recall Amount**" means the portion (or entirety) of Digital Asset loaned to the Borrower in respect of which the Lender has made a Recall Request.

"**Request Time**" has the meaning given at Section 3.1.

"**Term Deal**" means a Loan with a predetermined Maturity Date, where only the Borrower can return the Digital Asset prior to the Maturity Date.

## 3   GENERAL OPERATION

### Loan Procedure

3.1   During the Term of this Agreement, at a particular time and on a Calendar Day (the "<u>Request Time</u>"), an Authorized Agent of the Borrower may by email directed to [ tradingdesk@celsius.network ] request from the Lender a Loan of a specific number of Digital Asset including the Pricing Terms (a "<u>Lending Request</u>").

3.2   The Lending Request shall contain the following information:

(i)      the Digital Asset and its amount that the Borrower wishes to borrow;
(ii)     the Pricing Terms;
(iii)    the Loan type: Term Deal or an Open Deal;
(iv)    the Loan Effective Date; and
(v)     if the Loan is a Term Deal, the Maturity Date.

3.3   The Lender shall by email directed to [ cointrading@akunacapital.com ], inform the Borrower whether the Lender agrees to make such a Loan. The Lender's failure to respond prior to [ 6 ] hours from the Request Time shall be deemed as a denial of such Lending Request.

3.4   If the Lender agrees to make a Loan, the Lender shall make all reasonable efforts to initiate the Loan up to the amount of Digital Asset specified in the Lending Request within [ 24 ] hours the Request Time.

3.5   The specific terms of a Loan shall be recorded using the Loan Term Sheet attached as Annex B of this Agreement.

### Open Deal Loan

3.6   Where the Parties agree that a Loan shall be on an Open Deal basis, the Lender may, at any time on a Calendar Day (the "<u>Recall Request Time</u>"), exercise the Callable Option and make a Recall Request to recall all or any portion of Digital Asset loaned to the Borrower (the "<u>Recall Amount</u>"). The Borrower will then have [ 120 ] hours from the Recall Request Time to deliver the Recall Amount to the Lender.

3.7   The Borrower may, at any time on a Calendar Day (the "<u>Redelivery Date</u>"), exercise the Callable Option and redeliver all or any portion of Digital Asset loaned to Borrower.

### Term Deal Loan

CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_SEC_0001434

CELSIUSNETWORK_00606300
SDNY_R01_00674118

DocuSign Envelope ID: 4690E511-073F-47D3-B282-B2DE76C20ABC

Ref. Lending Digital Assets

3.8 Where the Parties agree that a Loan shall be on a Term Deal basis, the Lender shall not have the right to recall all or any portion of Digital Asset loaned to the Borrower in advance of the Maturity Date, except in accordance with Section 9.1.

3.9 The Borrower may at any time on a Calendar Day (the "Redelivery Date") redeliver all or any portion of Borrowed Amount loaned to Borrower.

3.10 If the Borrowed Amount has not been returned before the Maturity Date, the Borrower shall commence redelivery on or before on the Maturity Date.

Drawable Loans

3.11 Lender may agree to guarantee availability of Digital Asset for loans upon a Loan Request from the Borrower or its Authorized Agent (a "Drawable Loan"). Lender shall set a term for the Drawable Loan, the Borrow Rate for the amount of the Drawable Loan that is not borrowed ("Undrawn Loan") and the Borrow Rate for the amount of the Drawable Loan that is borrowed ("Drawn Loan").

3.12 If Lender and Borrower agree to Drawable Loan they shall execute a Loan Term Sheet at that time, and at each subsequent delivery of a Drawn Loan, which indicates (i) the amount of the Drawable Loan that is an Undrawn Loan and a Drawn Loan, (ii) the Borrower Fee for each of the Undrawn Loan and the Drawn Loan, and (iii) the expiration date of the Drawable Loan.

3.13 The Borrow Rate of the Undrawn Loan accrues from the date the first Loan Term Sheet for the Drawable Loan is executed. All Drawn Loans are callable. Borrow Fees on any Undrawn Loans and Drawn Loans shall be paid in accordance with Clause 4 below. No Collateral is required for an Undrawn Loan. Collateral for a Drawn Loan shall be delivered in accordance with Clause 5 below.

Termination of Loan

3.14 Loans will terminate:

(i) If a Term Deal, upon redelivery by Borrower of the Borrowed Amount at the Maturity Date or sooner;

(ii) If an Open Deal, upon redelivery by Borrower of the Borrowed Amount once the Borrower or Lender exercises the Callable Option;

(iii) If a Drawable Loan, upon redelivery by Borrower of all Borrowed Amount currently drawn as part of a Drawn Loan, and either (1) the end of the term of the Drawable Loan or (2) the notification by Borrower that it will end the Drawable Loan; Or

(iv) If either a Term Deal, an Open Deal or a Drawable Loan, upon an Event of Default as defined in Section VII.

## 4   BORROW FEES AND TRANSACTION FEES

Borrow Fee Calculation

9

CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_SEC_0001435

CELSIUSNETWORK_00606301
SDNY_R01_00674119

DocuSign Envelope ID: 4690E511-073F-47D3-B282-B2DE76C20ABC

Ref. Lending Digital Assets

4.1 Following an accepted Lending Request, an agreed Borrow Fee will be recorded in the relevant Loan Term Sheet. The Borrow Fee shall be payable, unless otherwise agreed by the Borrower and the Lender, as provided for on a Loan Term Sheet.

4.2 The Lender shall calculate any Borrow Fees owed on a daily basis and provide Borrower with the calculation upon request.

### Late Fee

4.3 Where the Borrower fails to return any Digital Asset by an applicable Due Date, the Borrower shall incur the Late Fee for each Calendar Day that the repayment of the Digital Asset is overdue.

### Payment of Borrow Fees and Late Fees

4.4 An invoice shall be sent out twice per month (on such Calendar Day or such other day as the Lender may determine) and shall include any Borrow Fees and any Late Fees (the "Invoice Amount") outstanding. The Invoice Amount shall be payable as provided for on the Loan Term Sheet. Without prejudice to Section 9.1(i), the Borrower shall have up to five Business Days to submit payment for the invoice (the "Invoice Due Date").

### Taxes and Fees

4.5 All transfer or other taxes or third-party fees payable with respect to the transfer and/or return of any Borrowed Amount, Invoice Amount or other amount under this Agreement shall be paid by the Borrower.

## 5   COLLATERAL REQUIREMENTS

### Collateral

5.1 Before the Lender commences a Loan on behalf of the Borrower, the Borrower shall provide the Collateral. The Collateral shall be an amount in BTC, ETH or U.S. Dollars calculated as a percentage of the Borrowed Amount, as valued at a spot rate agreed upon in the Loan Term Sheet.

5.2 The Lender shall be entitled to use the Collateral to conduct its digital asset lending and borrowing business, including transferring the Collateral to bank accounts that are not controlled by the Lender and to pay any Borrow Fees. The Lender must transfer Collateral back to Lender accounts prior to the Maturity Date, Recall Request, Lender exercising a Callable Option, or the end of term on a Drawable Loan.

### Margin Calls

5.3 If during the term of a Loan the value of the Digital Asset representing the Borrowed Amount increases by the percentage agreed upon by the Parties in the Loan Term Sheet (such rate, the "Margin Call Spot Rate"), Lender shall have the right to require the Borrower to contribute additional Collateral so that the Collateral is at least the same percentage indicated in the Loan

CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_SEC_0001436

CELSIUSNETWORK_00606302
SDNY_R01_00674120

DocuSign Envelope ID: 4690E511-073F-47D3-B282-B2DE76C20ABC

Ref. Lending Digital Assets

Term Sheet relative to the value of the borrowed Digital Asset at the Margin Call Spot Rate (the "Additional Collateral").

5.4 If the Lender requires Borrower to contribute Additional Collateral, it shall send an email notification (the "Collateral Call") to the Borrower at the email address indicated in Section 12.1 that sets forth:

(i)      the Margin Call Spot Rate and

(ii)     the amount of Additional Collateral required based on the Margin Call Spot Rate.
The Borrower shall have [ 24 ] hours from the time that the Lender sends such Collateral

Call to transfer the Additional Collateral to the Lender. If Borrower fails to transfer the Additional Collateral within the number of hours specified in this subsection (ii), and the value of the borrowed Digital Asset as indicated by the Margin Call Spot Rate is at least [10 ] % over the

spot rate indicated in the Loan Term Sheet, the Lender may declare an Event of Default under Section 8 below.

Payment of Additional Collateral

5.5 Payment of the Additional Collateral shall be made in BTC, ETH through Borrower's Digital Wallet to Lender or by bank wire to the account specified in the Loan Term Sheet necessary to make the USD Collateral percentage indicated in the Loan Term Sheet correct based on the Margin Call Spot Rate.

Default or Failure to Return Loan

5.6 In the event that Borrower does not return the Borrowed Amount when due, the Lender may apply the Collateral for the payment of any liability or obligation or indebtedness of the Borrower created by this Agreement, including, but not limited to using the Collateral to purchase Digital Asset to replenish Lender's supply of the relevant Digital Asset.

Return of Collateral

5.7 Upon the redelivery of any Borrowed Amount and payment of all Borrow Fees, Lender shall initiate the return of Collateral to either (a) the Borrower's Bank Account (in the name of Borrower); or (b) the Borrower's Digital Asset Wallet as provided in Annex B. Lender shall return Borrower Collateral no later than five (5) Business Days from redelivery of any Borrowed Amount.

6   HARD FORKS

No Immediate Termination of Loans Due to Hard Fork

6.1 For the avoidance of doubt, a hard fork in a relevant Digital Asset blockchain will not result in any outstanding Loans being immediately terminated.

Redelivery of Borrowed Digital Asset

9

CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_SEC_0001437

CELSIUSNETWORK_00606303
SDNY_R01_00674121

DocuSign Envelope ID: 4690E511-073F-47D3-B282-B2DE76C20ABC

Ref. Lending Digital Assets

6.2 The Lender has the right to any New Tokens created as a result of a Hard Fork in relation to borrowed Digital Asset. Following a Hard Fork the Lender shall be entitled to send the Borrower a Hard Fork Notice following which the Borrower shall have up to sixty (60) days to:

    (i)   transfer the New Tokens directly to the Lender,

    (ii)   transfer the borrowed Digital Asset to the Lender so that the Lender can split the New Tokens itself and return the borrowed Digital Asset to the Borrower,

    (iii)   make a Digital Asset payment reflecting the value of the New Tokens, using the agreed upon spot rate at the moment of repayment, or

    (iv)   make a U.S. Dollar cash payment reflecting the value of the New Tokens, using the agreed upon spot rate at the moment of repayment.

## 7  REPRESENTATIONS AND WARRANTIES

7.1 The Parties represent and warrant to each other on the Commencement Date and on the date of each Loan Request made by the Borrower, that this Agreement has:

    (i)   been duly and validly authorized, executed and delivered on behalf of the Borrower and the Lender respectively; and

    (ii)   constitutes the legal, valid and binding obligations enforceable against the Borrower and the Lender respectively in accordance with its terms (except as such enforceability may be limited by bankruptcy, insolvency, reorganization, moratorium or similar laws relating to or limiting creditors' rights generally and subject to the availability of equitable remedies).

7.2 The Lender represents and warrants that, at the time of the making of the Loan, it owns or has the right to use the Digital Asset as provided for in this Agreement. Lender represents and warrants that is has or will have at the time of transfer of any Digital Asset, the right to lend such Digital Assets subject to the terms and conditions hereof that it owns Digital Currency, free and clear of all liens, that the Digital Currency has been acquired in accordance with applicable law.

## 8  EVENT OF DEFAULT

8.1 Each of the following circumstances shall constitute an Event of Default:

    (i)   the failure of the Borrower to return any Borrowed Amount when due;

    (ii)   the failure of the Borrower to pay any Invoice Amount or Additional Collateral within thirty (30) days notice of failure to pay when due other than what is specified in 5.4.(ii) or 5.7;

    (iii)   any material breach of this Agreement which has not been cured (provided that a cure is available) within thirty (30) days notice of such material breach;

    (iv)   any representation or warranty made in this Agreement proves to be untrue in any material respect as of the date of making or deemed making thereof;

    (v)   any bankruptcy, insolvency, reorganization or liquidation proceedings or other proceedings for the relief of debtors or dissolution proceedings instituted by or against the Borrower and not dismissed within thirty (30) days of their initiation.

## 9  REMEDIES

CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_SEC_0001438

CELSIUSNETWORK_00606304

SDNY_R01_00674122

DocuSign Envelope ID: 4690E511-073F-47D3-B282-B2DE76C20ABC

Ref. Lending Digital Assets

9.1 Upon the occurrence and during the continuation of any Event of Default, the Lender may, at its option

(i) declare the entire Borrowed Amount, Invoice Amount and any other amounts owing under this Agreement to be immediately due and payable,

(ii) terminate this Agreement upon notice to Borrower, and

(iii) exercise all other rights and remedies available to the Lender hereunder, under applicable law, or in equity.

9.2 In the event that the Borrower fails to pay any amounts due hereunder, the Borrower shall pay to the Lender upon demand all reasonable costs and expenses, including without limitation, reasonable legal fees and court costs incurred by the Lender in connection with the enforcement of its rights hereunder.

9.3 Borrower hereby acknowledges that its obligations hereunder are recourse obligations and are not limited to any other recoveries including, but not limited to recovery from use by Lender of any or all of the Collateral. The obligations of the Borrower from time to time to repay the Borrowed amount, Invoice Amount, any other amounts owing under this Agreement, and all other amounts due and obligations owing under this Agreement all of which shall be full recourse obligations of the Borrower.

## 10 RIGHTS AND REMEDIES CUMULATIVE

Any delay or omission by the Lender to enforce an obligation or exercise any right or remedy under this Agreement shall not be construed as a waiver of such obligation, right or remedy or of any other rights or remedies hereunder. No waiver by either party of any provision of this Agreement shall be deemed to have been made unless expressed in writing and signed by both parties. All rights of the Lender stated herein are cumulative and in addition to all other rights provided by law, in equity.

## 11 INDEMNITY

The Borrower shall indemnify and hold harmless the Lender from and against any and all claims, demands, losses, expenses and liabilities of any and every nature (including legal fees) that the Lender may incur or that may be asserted against the Lender solely arising out of a material breach of this Agreement by the Borrower, except for any and all claims, demands, losses, expenses and liabilities arising out of or relating to the Lender's gross negligence, willful misconduct or breach of this Agreement in the performance of its duties under this Agreement. This indemnity shall be a continuing obligation of the Borrower, its successors and assigns, notwithstanding the termination of this Agreement.

## 12 NOTICES

12.1 Unless otherwise provided in this Agreement, all notices or demands relating to this Agreement shall be in writing and shall be personally delivered or sent by express or certified mail (postage prepaid, return receipt requested), overnight courier, electronic mail (at such email addresses as a party may designate in accordance herewith), or to the respective address set forth below:

CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_SEC_0001439

CELSIUSNETWORK_00606305
SDNY_R01_00674123

DocuSign Envelope ID: 4690E511-073F-47D3-B282-B2DE76C20ABC

Ref. Lending Digital Assets

**Borrower:**

Name: [Akuna Digital Assets LLC            ]

Address: [333 S Wabash Av, L26              ]

City, State, Zip: [Chicago, IL 60604            ]

Attn: [John Harris                      ]

Email: [john.harris@akunacapital.com        ]


**Lender:**

Celsius Network Ltd

35 Great St. Helen's

London, United Kingdom

EC3A 6AP

       or

to its US Affiliate, Celsius Network, Inc.

in care of its Registered Agent,

Incorporating Services, Ltd.

3500 S. Dupont Highway

Dover, Delaware 19901

USA


Attn: Legal

Legal@celsius.network

Email: legal@celsius.network

    12.2 Either Party may change its address by giving the other Party written notice.

## 13 MODIFICATIONS

No modification or amendment to this Agreement shall be effective unless agreed in writing and signed by both Parties.

## 14 TERMINATION

    14.1 This Agreement may be terminated as set forth in Section 9(1)(ii) or upon 30 days' notice by either party to the other.

    14.2 In the event of a termination of this Agreement, any loaned Digital Asset shall be returned immediately and any Invoice Amount and other amounts owed shall be payable immediately.

CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_SEC_0001440

CELSIUSNETWORK_00606306
SDNY_R01_00674124

DocuSign Envelope ID: 4690E511-073F-47D3-B282-B2DE76C20ABC

Ref. Lending Digital Assets

14.3 The Lender shall not be obliged to return any Collateral until the Borrower has paid the Borrowed Amount and all other amounts owing under this Agreement, including all Invoiced Amounts. Collateral shall be returned within five (5) Business Days of payment of the Borrowed Amount.

## 15 TRANSFER

15.1 Except under Section 15.2, neither Party may assign this Agreement or any rights or duties hereunder without the prior written consent of the other party (such consent to not be unreasonably withheld).

15.2 In the event of a Change of Control of Lender or Borrower, prior written consent shall not be required provided such Party provides the other Party with written notice prior to the consummation of such Change of Control.

## 16 ENTIRE AGREEMENT

This Agreement constitutes the entire agreement between the Parties with respect to the subject matter hereof and supersedes any prior negotiations, understandings and agreements.

## 17 SEVERABILITY

Each provision of this Agreement shall be severable from every other provision of this Agreement for the purpose of determining the legal enforceability of any specific provision.

## 18 COUNTERPARTS

This Agreement may be executed in any number of counterparts and by different parties on separate counterparts, each of which, when executed and delivered, shall be deemed to be an original, and all of which, when taken together, shall constitute one and the same Agreement.

## 19 RELATIONSHIP OF PARTIES

Nothing contained in this Agreement shall be deemed or construed by the Parties, or by any third party, to create the relationship of partnership or joint venture between the Parties.

## 20 RIGHTS OF THIRD PARTIES

This Agreement is solely for the benefit of the parties hereto and their respective successors and assigns, and no other Person shall have any right, benefit, priority or interest under, or because of the existence of, this Agreement.

## 21 SUBMISSION TO ARBITRATION; WAIVER OF COURT AND JURY TRIAL

21.1 Arbitration Terms. Any dispute between the parties, unless amicably resolved by the parties, shall be finally settled by arbitration in accordance with the terms set forth hereunder. In such case, the place of arbitration of any dispute shall be London. The language to be used in the arbitration proceedings shall be English. The arbitration shall be conducted before a mutually appointed sole arbitrator. In the absence of agreement as to the identity of the arbitrator within

CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_SEC_0001441

CELSIUSNETWORK_00606307
SDNY_R01_00674125

DocuSign Envelope ID: 4690E511-073F-47D3-B282-B2DE76C20ABC

Ref. Lending Digital Assets

seven (7) days of first demand of any of the parties, then the arbitrator shall be appointed by the chairman of the United Kingdom Bar. Any award rendered by the arbitrator shall be final and binding upon the parties. The arbitration shall be conducted under the rules and procedures set forth by the United Kingdom Arbitration Law - 1968, which rules and procedures are deemed to be incorporated by reference into this Section. The arbitrator shall not be bound by any rules of procedure or evidence but shall apply the substantive laws of United Kingdom in determining any matters before him. The arbitrator shall be liable to give written grounds for its decision. Judgment upon any award rendered may be entered in any court having jurisdiction, or application may be made to such court for a judicial acceptance of the award and an order of enforcement, as the case may be. Each party shall pay its own expenses of the arbitration, and the expenses of the arbitrator shall be equally shared between the parties, unless the arbitrator assesses as part of their award all or any part of the arbitration expenses of a party (including reasonable attorneys' fees) against the other party. Any arbitration proceeding hereunder shall be conducted on a confidential basis.

21.2 SUBMISSION TO ARBITRATION. EACH OF BORROWER AND LENDER IRREVOCABLY AND UNCONDITIONALLY (A) SUBMITS ANY DISPUTE OF ANY NATURE BETWEEN THE PARTIES OR CELSIUS INCLUDING ANY CONFIRMATION OR ANY LOAN OR RELATING IN ANY WAY TO THIS AGREEMENT TO ARBITRATION AS PROVIDED FOR ABOVE AND (B) WAIVES, TO THE FULLEST EXTENT IT MAY EFFECTIVELY DO SO, ANY DEFENSE OF AN INCONVENIENT FORUM TO THE MAINTENANCE OF SUCH ACTION OR PROCEEDING IN ANY COURT AND ANY RIGHT OF JURISDICTION ON ACCOUNT OF ITS PLACE OF RESIDENCE OR DOMICILE.

21.3 WAIVER OF COURT AND WAIVER JURY TRIAL. EACH OF BORROWER AND LENDER HEREBY IRREVOCABLY WAIVES ANY RIGHT THAT IT MAY HAVE TO FILE ANY CLAIMS IN ANY COURT OF LAW OR SEEK A TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM ARISING OUT OF OR IN ANY WAY RELATING TO THIS AGREEMENT. ANY CONFIRMATION, ANY LOAN OR THE TRANSACTIONS CONTEMPLATED THEREBY.

CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_SEC_0001442

CELSIUSNETWORK_00606308
SDNY_R01_00674126

DocuSign Envelope ID: 4690E511-073F-47D3-B282-B2DE76C20ABC

Ref. Lending Digital Assets

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed and delivered as of the Commencement Date.


LENDER: Celsius Network Ltd

By: *Harumi Urata-Thompson*
    821A611261A84B2..

Name: Harumi Urata-Thompson

Title: CFO

Date: 5/28/2020


BORROWER: [Legal Entity Name                    ]

By: *John Harris*
    3747A91792D2421...

Name: [John Harris                              ]

Title: [ COO/CFO                                ]

Date: [5/28/2020                                ]

14

CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_SEC_0001443

CELSIUSNETWORK_00606309
SDNY_R01_00674127

DocuSign Envelope ID: 4690E511-073F-47D3-B282-B2DE76C20ABC

Ref. Lending Digital Assets

## ANNEX A AUTHORIZED
## AGENTS*

The following are authorized to deliver Lending Requests on behalf of Borrower in accordance with Section 3 of the Agreement:

Name: [Trevor Bernard                          ]
Email: [trevor.bernard@akunacapital.com        ]

Name: [John Harris                             ]
Email: [john.harris@akunacapital.com           ]

*Authorized Agents must be listed as the Beneficial Owners in the Celsius Network Corporate Application. If another person is designated as an Authorized Agent, they must be an Officer of the Corporate Borrow and must complete Know Your Customer (KYC) Verification and onboarding.

CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_SEC_0001444

CELSIUSNETWORK_00606310
SDNY_R01_00674128

DocuSign Envelope ID: 4690E511-073F-47D3-B282-B2DE76C20ABC

Ref. Lending Digital Assets

## ANNEX B LOAN

## TERM SHEET

The following loan agreement incorporates all of the terms of the Master Digital Asset Loan Agreement entered into by the Lender and Borrower (as provided in the Agreement and specified below) on [＿＿＿＿＿＿] and the following specific terms:

| | |
|---|---|
| Lender: | Celsius Network Ltd |
| Borrower: | [＿＿＿＿＿＿＿＿＿＿＿＿] |
| Digital Asset: | [＿＿＿＿] |
| Drawn Borrow Fee: | [＿＿＿]%, annually, calculated and charged every two weeks |
| Loan Type: | Term, unless otherwise provided here |
| Loan Term: | Monthly, unless otherwise provided here |
| Spot Price for determination of Collateral: | [＿＿＿＿] |
| USD/ETH/BTC Collateral: | 120% of Digital Asset Loan Value |
| Margin Call Spot Rate: | [＿＿＿＿] % Rise |
| Maturity Date: | 5:00 pm [＿＿＿＿] *insert time zone* on [＿＿＿＿] *insert date* |

USD Collateral Wiring Instructions:

| | |
|---|---|
| Receiving Bank Routing Number: | ＿＿＿＿＿＿＿＿＿＿＿＿ |
| Receiving Bank Name: | ＿＿＿＿＿＿＿＿＿＿＿＿ |
| Receiving Bank Address: | ＿＿＿＿＿＿＿＿＿＿＿＿ |
| Beneficiary Name: | ＿＿＿＿＿＿＿＿＿＿＿＿ |
| Beneficiary Address: | ＿＿＿＿＿＿＿＿＿＿＿＿ |
| Beneficiary Account Number: | ＿＿＿＿＿＿＿＿＿＿＿＿ |

| | |
|---|---|
| Digital Asset Wallet Address of Borrower: | [＿＿＿＿＿＿＿＿＿＿＿＿] |
| Digital Asset Wallet Address of Celsius: | ＿＿＿＿＿＿＿＿＿＿＿＿ |

LENDER: Celsius Network Ltd                    BORROWER: [＿＿＿＿＿＿＿＿＿＿]

By: ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿            By: ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

Name: ＿＿＿＿＿＿＿＿＿＿＿＿＿＿           Name: [＿＿＿＿＿＿＿＿＿＿＿＿]

Title: ＿＿＿＿＿＿＿＿＿＿＿＿＿＿           Title: [＿＿＿＿＿＿＿＿＿＿＿＿]

14

CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_SEC_0001445

CELSIUSNETWORK_00606311

SDNY_R01_00674129



Ref. Lending Digital Assets

(G1)

## DIGITAL ASSET LENDING AGREEMENT

Between: **Celsius Network Ltd** (the "**Lender**"), a company whose registered office is at 35 Great St. Helen's, London, UK EC3A 6AP; and Iterative OTC, LLC (the "**Borrower**"), a company whose registered office is at 1209 Orange Street, Wilmington, Delaware 19801. The Lender and the Borrower together the "**Parties**" and each a "**Party**". #7

### INTRODUCTION:

(A)    This Digital Asset Loan Agreement, including its Annexes, (the "**Agreement**") sets out the terms on which the Borrower may, from time to time, seek to initiate a transaction pursuant to which the Lender will lend Digital Asset(s) to Borrower and the Borrower will return Digital Assets, e.g. BTC or ETH, at or upon Loan termination or maturity, subject to no event of default occurring.

(B)    This Agreement has effect from May 31, 2019 (the "**Commencement Date**").

**It is agreed** as follows:

## 1    INTERPRETATION

1.1    Whenever used herein, the singular number shall include the plural, the plural the singular, and the use of the masculine, feminine, or neuter gender shall include all genders.

1.2    The section headings are for convenience only and shall not affect the interpretation or construction of this Agreement.

## 2    DEFINITIONS

"**Authorized Agent**" has the meaning set forth in Annex A.

"**Borrow Fee**" means the fee paid by the Borrower to the Lender for the Loan.

"**Borrowed Amount**" means the amount of Digital Asset(s) actually lent by the Lender to the Borrower under a Loan made pursuant to and subject to this Agreement.

"**Borrower Bank Account**" means the Borrower's designated bank account agreed with the Lender from time to time.

"**Business Day**" means any day other than a Saturday, Sunday or a public holiday in the United States.

"**Calendar Day**" means each and every day of the week.

"**Change of Control**" means a transaction or series of related transactions in which a person or group of affiliated (or otherwise related) persons acquire shares representing more than fifty percent (50%) of the outstanding voting shares of either Party.

Celsius Network Ltd. · 35 Great St. Helen's · London EC3A 6AP · United Kingdom

1

**CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS**

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS**

CELSIUS_SEC_0002281

CELSIUSNETWORK_00607147
SDNY_R01_00674965

"**Collateral**" means an amount in either: (a) U.S. Dollars calculated as a percentage of the Borrowed Amount as valued at a spot rate agreed upon in the Loan Term Sheet, or (b) BTC or ETH, as provided by the Borrower to the Lender as collateral for the Loan.

"**Collateral Wallet**" means the public address for the Digital Asset where the Loan will be deposited into.

"**Callable Option**" means the Borrower and Lender each have the option to redeliver or recall an Open Deal Loan at any time during the term of the deal.

"**Digital Asset**" means Bitcoin (BTC), Ether (ETH) or any digital asset that the Parties may agree upon in writing.

"**Due Date**" means a Maturity Date or Recall Delivery Date.

"**Event of Default**" has the meaning specified in Section 8.

"**Hard Fork**" means a permanent divergence in the blockchain, which commonly occurs when non-upgraded nodes cannot validate blocks created by upgraded nodes that follow newer consensus rules, or an airdrop or any other event which results in the creation of a new token.

"**Hard Fork Notice**" means a notice sent by the Lender to the Borrower indicating that a Hard Fork has occurred and that the Borrower has sixty (60) days to transfer any New Tokens to the Lender.

"**Late Fee**" means the additional fee of eighteen percent (18%) (annualized, calculated daily) of the notional amount of the Loan as valued at 12:00 am New York time each Calendar Day, that is incurred by the borrower for each Calendar Day that Loan repayment is overdue in accordance with Section 4.3.

"**Loan**" means a loan of Digital Asset by the Lender to the Borrower subject to this Agreement.

"**Loan Request**" means a request for a Loan.

"**Loan Effective Date**" means the date upon which a Loan begins.

"**Maturity Date**" means the date upon which a Loan is terminated.

"**New Tokens**" means any tokens that are created as a result of a Hard Fork.

"**Open Deal**" means a Loan without a Maturity Date where the Borrower may redeliver the Digital Asset or the Lender may recall the Digital Asset at any time, subject to the terms of this Agreement.

"**Recall Request**" means a request by the Lender, in respect of an Open Deal Loan, for the return by the Borrower of the Recall Amount.

2

CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_SEC_0002282

CELSIUSNETWORK_00607148
SDNY_R01_00674966

Ref. Lending Digital Assets

"**Recall Amount**" means the portion (or entirety) of Digital Asset loaned to the Borrower in respect of which the Lender has made a Recall Request.

"**Request Time**" has the meaning given at Section 3.1.

"**Term Deal**" means a Loan with a predetermined Maturity Date, where only the Borrower can return the Digital Asset prior to the Maturity Date.

## 3 GENERAL OPERATION

### Loan Procedure

3.1 During the Term of this Agreement, the Parties may agree to enter a Loan by executing a Loan Term Sheet substantially in the form attached as Annex B of this Agreement. A Loan will only commence when Lender delivers the Digital Asset specified in an executed Loan Term Sheet.

### Open Deal Loan

3.2 Where the Parties agree that a Loan shall be on an Open Deal basis, the Lender may, at any time on a Calendar Day (the "Recall Request Time"), exercise the Callable Option and make a Recall Request to recall all or any portion of Digital Asset loaned to the Borrower (the "Recall Amount"). The Borrower will then have 3 business days from the Recall Request Time to deliver the Recall Amount to the Lender.

3.3 The Borrower may, at any time on a Calendar Day (the "Redelivery Date"), exercise the Callable Option and redeliver all or any portion of Digital Asset loaned to Borrower. The Borrower must notify the Lender by 3 business days before the Redelivery Date if the Borrower exercises its Callable Option.

### Term Deal Loan

3.4 Where the Parties agree that a Loan shall be on a Term Deal basis, the Lender shall not have the right to recall all or any portion of Digital Asset loaned to the Borrower in advance of the Maturity Date, except in accordance with Section 9.1.

3.5 The Borrower may at any time on a Calendar Day (the "Redelivery Date") redeliver all or any portion of Borrowed Amount loaned to Borrower.

3.6 If the Borrowed Amount has not been returned before the Maturity Date, the Borrower shall commence redelivery on or before on the Maturity Date.

### Drawable Loans

3.7 Lender may agree to guarantee availability of Digital Asset for loans upon a Loan Request from the Borrower or its Authorized Agent (a "Drawable Loan"). Lender shall set a term for the Drawable Loan, the Borrow Rate for the amount of the Drawable Loan that is not borrowed ("Undrawn Loan") and the Borrow Rate for the amount of the Drawable Loan that is borrowed ("Drawn Loan").

3.8 If Lender and Borrower agree to Drawable Loan they shall execute a Loan Term Sheet at that time, and at each subsequent delivery of a Drawn Loan, which indicates (i) the amount of the Drawable Loan that is an Undrawn Loan and a Drawn Loan, (ii) the Borrower Fee for each of the Undrawn Loan and the Drawn Loan, and (iii) the expiration date of the Drawable Loan.

CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_SEC_0002283

CELSIUSNETWORK_00607149
SDNY_R01_00674967

Ref. Lending Digital Assets

3.9    The Borrow Rate of the Undrawn Loan accrues from the date the first Loan Term Sheet for the Drawable Loan is executed. All Drawn Loans are callable. Borrow Fees on any Undrawn Loans and Drawn Loans shall be paid in accordance with Clause 4 below. No Collateral is required for an Undrawn Loan. Collateral for a Drawn Loan shall be delivered in accordance with Clause 5 below.

Termination of Loan

3.10    Loans will terminate:

(i)    If a Term Deal, upon redelivery by Borrower of the Borrowed Amount at the Maturity Date or sooner;

(ii)    If an Open Deal, upon redelivery by Borrower of the Borrowed Amount once the Borrower or Lender exercises the Callable Option;

(iii)    If a Drawable Loan, upon redelivery by Borrower of all Borrowed Amount currently drawn as part of a Drawn Loan, and either (1) the end of the term of the Drawable Loan or (2) the notification by Borrower that it will end the Drawable Loan; Or

(iv)    If either a Term Deal, an Open Deal or a Drawable Loan, upon an Event of Default as defined in Section VII.

## 4    BORROW FEES AND TRANSACTION FEES

Borrow Fee Calculation

4.1    Following an accepted Lending Request, an agreed Borrow Fee will be recorded in the relevant Loan Term Sheet. The Borrow Fee shall be payable, unless otherwise agreed by the Borrower and the Lender, as provided for on a Loan Term Sheet.

4.2    The Lender shall calculate any Borrow Fees owed on a daily basis, in accordance with the terms provided for on a Loan Term Sheet, and provide Borrower with the calculation upon request.

Late Fee

4.3    Where the Borrower fails to return any Digital Asset by an applicable Due Date, the Borrower shall incur the Late Fee for each Calendar Day that the repayment of the Digital Asset is overdue.

Payment of Borrow Fees and Late Fees

4.4    An invoice shall be sent monthly (on such Calendar Day or such other day as the Lender may determine) and shall include any Borrow Fees and any Late Fees (the "Invoice Amount") outstanding. The Invoice Amount shall be payable as provided for on the Loan Term Sheet. Without prejudice to Section 9.1(i), the Borrower shall have up to five Business Days to submit payment for the invoice (the "Invoice Due Date").

Taxes and Fees

4.5    All transfer or third-party fees payable with respect to the transfer and/or return of any Borrowed Amount, Invoice Amount or other amount under this Agreement shall be paid by the Borrower.

CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_SEC_0002284

CELSIUSNETWORK_00607150

SDNY_R01_00674968

Ref. Lending Digital Assets

## 5   COLLATERAL REQUIREMENTS

Collateral

5.1   The Collateral shall be the Digital Assets in the Collateral Wallet along with all assets of the Borrower (including but not limited to any property and all asset in the Borrower's bank accounts, exchange accounts, and investment accounts), and all shares of the Borrower. Before the Lender commences a Loan on behalf of the Borrower, the Lender will file UCC charges on the Collateral where applicable.

Default or Failure to Return Loan

5.2   In the event that Borrower does not return the Borrowed Amount when due, the Lender may apply the Collateral for the payment of any liability or obligation or indebtedness of the Borrower created by this Agreement, including, but not limited to enforcement of Lender's rights on Collateral.

Release of Collateral

5.3   Upon the redelivery of any Borrowed Amount and payment of all Borrow Fees, Lender shall release any liens on Collateral.

## 6   HARD FORKS

No Immediate Termination of Loans Due to Hard Fork

6.1   For the avoidance of doubt, a hard fork in a relevant Digital Asset blockchain will not result in any outstanding Loans being immediately terminated.

Redelivery of Borrowed Digital Asset

6.2   The Lender has the right to any New Tokens created as a result of a Hard Fork in relation to borrowed Digital Asset. Following a Hard Fork the Lender shall be entitled to send the Borrower a Hard Fork Notice following which the Borrower shall have up to sixty (60) days to:

(i)    transfer the New Tokens directly to the Lender,
(ii)   transfer the borrowed Digital Asset to the Lender so that the Lender can split the New Tokens itself and return the borrowed Digital Asset to the Borrower,
(iii)  make a Digital Asset payment reflecting the value of the New Tokens, using the agreed upon spot rate at the moment of repayment, or
(iv)   make a U.S. Dollar cash payment reflecting the value of the New Tokens, using the agreed upon spot rate at the moment of repayment.

## 7   REPRESENTATIONS AND WARRANTIES

7.1   The Parties represent and warrant to each other on the Commencement Date and on the date of each Loan Request made by the Borrower, that this Agreement has:

(i)    been duly and validly authorized, executed and delivered on behalf of the Borrower and the Lender respectively; and
(ii)   constitutes the legal, valid and binding obligations enforceable against the Borrower and the Lender respectively in accordance with its terms (except as such enforceability may be

5

CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_SEC_0002285

CELSIUSNETWORK_00607151
SDNY_R01_00674969

limited by bankruptcy, insolvency, reorganization, moratorium or similar laws relating to or limiting creditors' rights generally and subject to the availability of equitable remedies).

7.2   The Lender represents and warrants that, at the time of the making of the Loan, it owns or has the right to use the Digital Asset as provided for in this Agreement.

## 8   EVENT OF DEFAULT

8.1   Each of the following circumstances shall constitute an Event of Default:

(i)     the failure of the Borrower to return any Borrowed Amount when due;

(ii)    any material breach of this Agreement;

(iii)   any representation or warranty made in this Agreement proves to be untrue in any material respect as of the date of making or deemed making thereof;

(iv)   any bankruptcy, insolvency, reorganization or liquidation proceedings or other proceedings for the relief of debtors or dissolution proceedings instituted by or against the Borrower and not dismissed within thirty (30) days of their initiation.

## 9   REMEDIES

9.1   Upon the occurrence and during the continuation of any Event of Default, the Lender may, at its option:

(i)     declare the entire Borrowed Amount, Invoice Amount and any other amounts owing under this Agreement to be immediately due and payable,

(ii)    terminate this Agreement upon notice to Borrower, and

(iii)   exercise all other rights and remedies available to the Lender hereunder, under applicable law, or in equity.

9.2   In the event that the Borrower fails to pay any amounts due hereunder, the Borrower shall pay to the Lender upon demand all reasonable costs and expenses, including without limitation, reasonable legal fees and court costs incurred by the Lender in connection with the enforcement of its rights hereunder.

9.3   Borrower hereby acknowledges that its obligations hereunder are recourse obligations and are not limited to any other recoveries including, but not limited to recovery from use by Lender of any or all of the Collateral. The obligations of the Borrower from time to time to repay the Borrowed amount, Invoice Amount, any other amounts owing under this Agreement, and all other amounts due and obligations owing under this Agreement all of which shall be full recourse obligations of the Borrower.

## 10   RIGHTS AND REMEDIES CUMULATIVE

Any delay or omission by the Lender to enforce an obligation or exercise any right or remedy under this Agreement shall not be construed as a waiver of such obligation, right or remedy or of any other rights or remedies hereunder. No waiver by either party of any provision of this Agreement shall be deemed to have been made unless expressed in writing and signed by both parties. All rights of the Lender stated herein are cumulative and in addition to all other rights provided by law, in equity.

## 11   INDEMNITY

6

CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_SEC_0002286

CELSIUSNETWORK_00607152
SDNY_R01_00674970

Provided that there has been no breach of the Lender's representation at Section 7.2, the Borrower shall indemnify and hold harmless the Lender from and against any and all claims, demands, losses, expenses and liabilities of any and every nature (including legal fees) that the Lender may incur or that may be asserted against the Lender arising out of the Lender's lending of Digital Asset to the Borrower under this Agreement, except for any and all claims, demands, losses, expenses and liabilities arising out of or relating to the Lender's gross negligence or willful misconduct in the performance of its duties under this Agreement. This indemnity shall be a continuing obligation of the Borrower, its successors and assigns, notwithstanding the termination of this Agreement.

## 12 NOTICES

12.1 Unless otherwise provided in this Agreement, all notices or demands relating to this Agreement shall be in writing and shall be personally delivered or sent by express or certified mail (postage prepaid, return receipt requested), overnight courier, electronic mail (at such email addresses as a party may designate in accordance herewith), or to the respective address set forth below:

**Borrower:**

| | |
|---|---|
| Name: | Iterative OTC, LLC |
| Address: | 233 Broadway, Suite 2703 |
| City, State/Country: | New York, NY |
| Postal Code: | 10279 |
| Attn: | Brandon Buchanan |
| Email: | brandon@iterative.capital |

**Lender:**

Celsius Network Ltd
35 Great St. Helen's
London, United Kingdom
EC3A 6AP

      or

to its US Affiliate, Celsius Network, Inc.
in care of its Registered Agent,
Incorporating Services, Ltd.
3500 S. Dupont Highway
Dover, Delaware 19901
USA

Attn: Legal
Email: legal@celsius.network

CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_SEC_0002287

CELSIUSNETWORK_00607153
SDNY_R01_00674971

12.2 Either Party may change its address by giving the other Party written notice.

## 13 MODIFICATIONS

No modification or amendment to this Agreement shall be effective unless agreed in writing and signed by both Parties.

## 14 TERMINATION

14.1 This Agreement may be terminated as set forth in Section 9(1)(ii) or upon 30 days' notice by either party to the other.

14.2 In the event of a termination of this Agreement, any loaned Digital Asset shall be returned immediately and any Invoice Amount and other amounts owed shall be payable immediately.

14.3 The Lender shall not be obliged to release any Collateral until the Borrower has paid the Borrowed Amount and all other amounts owing under this Agreement, including all Invoiced Amounts.

## 15 TRANSFER

15.1 Except under Section 15.2, neither Party may assign this Agreement or any rights or duties hereunder without the prior written consent of the other party (such consent to not be unreasonably withheld).

15.2 In the event of a Change of Control of Lender or Borrower, prior written consent shall not be required provided such Party provides the other Party with written notice prior to the consummation of such Change of Control.

## 16 ENTIRE AGREEMENT

This Agreement constitutes the entire agreement between the Parties with respect to the subject matter hereof and supersedes any prior negotiations, understandings and agreements.

## 17 SEVERABILITY

Each provision of this Agreement shall be severable from every other provision of this Agreement for the purpose of determining the legal enforceability of any specific provision.

## 18 COUNTERPARTS

This Agreement may be executed in any number of counterparts and by different parties on separate counterparts, each of which, when executed and delivered, shall be deemed to be an original, and all of which, when taken together, shall constitute one and the same Agreement.

## 19 RELATIONSHIP OF PARTIES

Nothing contained in this Agreement shall be deemed or construed by the Parties, or by any third party, to create the relationship of partnership or joint venture between the Parties.

## 20 RIGHTS OF THIRD PARTIES

CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_SEC_0002288

CELSIUSNETWORK_00607154

SDNY_R01_00674972

Ref. Lending Digital Assets

This Agreement is solely for the benefit of the parties hereto and their respective successors and assigns, and no other Person shall have any right, benefit, priority or interest under, or because of the existence of, this Agreement.

## 21 SUBMISSION TO ARBITRATION; WAIVER OF COURT AND JURY TRIAL.

21.1 Arbitration Terms. Any dispute between the parties, unless amicably resolved by the parties, shall be finally settled by arbitration in accordance with the terms set forth hereunder. In such case, the place of arbitration of any dispute shall be London. The language to be used in the arbitration proceedings shall be English. The arbitration shall be conducted before a mutually appointed sole arbitrator. In the absence of agreement as to the identity of the arbitrator within seven (7) days of first demand of any of the parties, then the arbitrator shall be appointed by the chairman of the United Kingdom Bar. Any award rendered by the arbitrator shall be final and binding upon the parties. The arbitration shall be conducted under the rules and procedures set forth by the United Kingdom Arbitration Law - 1968, which rules and procedures are deemed to be incorporated by reference into this Section. The arbitrator shall not be bound by any rules of procedure or evidence but shall apply the substantive laws of United Kingdom in determining any matters before him. The arbitrator shall be liable to give written grounds for its decision. Judgment upon any award rendered may be entered in any court having jurisdiction, or application may be made to such court for a judicial acceptance of the award and an order of enforcement, as the case may be. Each party shall pay its own expenses of the arbitration, and the expenses of the arbitrator shall be equally shared between the parties, unless the arbitrator assesses as part of their award all or any part of the arbitration expenses of a party (including reasonable attorneys' fees) against the other party. Any arbitration proceeding hereunder shall be conducted on a confidential basis.

21.2 SUBMISSION TO ARBITRATION. EACH OF BORROWER AND LENDER IRREVOCABLY AND UNCONDITIONALLY (A) SUBMITS ANY DISPUTE OF ANY NATURE BETWEEN THE PARTIES OR CELSIUS INCLUDING ANY CONFIRMATION OR ANY LOAN OR RELATING IN ANY WAY TO THIS AGREEMENT TO ARBITRATION AS PROVIDED FOR ABOVE AND (B) WAIVES, TO THE FULLEST EXTENT IT MAY EFFECTIVELY DO SO, ANY DEFENSE OF AN INCONVENIENT FORUM TO THE MAINTENANCE OF SUCH ACTION OR PROCEEDING IN ANY COURT AND ANY RIGHT OF JURISDICTION ON ACCOUNT OF ITS PLACE OF RESIDENCE OR DOMICILE.

21.3 WAIVER OF COURT AND WAIVER JURY TRIAL. EACH OF BORROWER AND LENDER HEREBY IRREVOCABLY WAIVES ANY RIGHT THAT IT MAY HAVE TO FILE ANY CLAIMS IN ANY COURT OF LAW OR SEEK A TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM ARISING OUT OF OR IN ANY WAY RELATING TO THIS AGREEMENT. ANY CONFIRMATION, ANY LOAN OR THE TRANSACTIONS CONTEMPLATED THEREBY.

CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_SEC_0002289

CELSIUSNETWORK_00607155
SDNY_R01_00674973

Ref. Lending Digital Assets

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed and delivered as of the Commencement Date.

LENDER: Celsius Network Ltd

By:_____

Name: Alex Mashinsky

Title: CEO

Date:   06/03/2019

BORROWER: Iterative OTC, LLC

By:_____

Name: Brandon Buchanan

Title:   Managing Member

Date:  05/31/2019

10

CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_SEC_0002290

CELSIUSNETWORK_00607156
SDNY_R01_00674974

Ref. Lending Digital Assets

## ANNEX A
## AUTHORIZED AGENTS*

The following are authorized to deliver Lending Requests on behalf of Borrower in accordance with Section 3 of the Agreement:

Name: Ravi Doshi
Email: ravi@iterative.capital

Name: Brandon Buchanan

Email: brandon@iterative.capital

*Authorized Agents must be listed as the Beneficial Owners in the Celsius Network Corporate Application. If another person is designated as an Authorized Agent, they must be an Officer of the Borrower and must complete Know Your Customer (KYC) Verification and onboarding.

11

CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_SEC_0002291

CELSIUSNETWORK_00607157
SDNY_R01_00674975

Ref. Lending Digital Assets

**ANNEX B**

**LOAN TERM SHEET**

The following loan agreement incorporates all of the terms of the Digital Asset Loan Agreement entered into by the Lender and Borrower (as provided in the Agreement and specified below) on May 31, 2019 and the following specific terms:

| | |
|---|---|
| Lender: | Celsius Network Ltd |
| Borrower: | Iterative OTC, LLC |
| Digital Asset: | BTC |
| Amount of Digital Asset: | 250 (Coin) |
| Loan Type: | Open |
| Loan Term: | Open |
| Borrow Fee: | 5bp (0.05%) on every outgoing BTC from the Collateral Wallet. Monthly sweep of all accumulated Borrow Fees will be sent to the Digital Asset Wallet of Celsius (see below). Monthly sweep will be conducted on the last business day of each Calendar month. |
| Borrow Fee Payable in: | BTC |
| Collateral: | The Collateral shall be the Digital Assets in the Collateral Wallet along with all assets of the Borrower (including but not limited to any property and all asset in the Borrower's bank accounts, exchange accounts, and investment accounts), and all shares of the Borrower. Before the Lender commences a Loan on behalf of the Borrower, the Lender will file UCC charges on the Collateral where applicable. |
| Additional Terms: | Minimum Borrow Fee of 2 BTC per month. |

USD Collateral Wiring Instructions:

Beneficiary Account: 1503222589
Beneficiary Name: Celsius Network Limited
Beneficiary Address: 35 Great St Helens, London, United Kingdom, EC3A 6AP
Beneficiary Bank: Signature Bank
ABA/Routing Number: 026013576
Beneficiary Bank Address: 565 Fifth Avenue, New York, NY 10017
(International) SWIFT Code: SIGNUS33XXX

Digital Asset Wallet Address of Borrower: _____

LENDER: Celsius Network Ltd

By:_____

Name: Alex Mashinsky

Title: CEO

BORROWER: Iterative OTC, LLC

By:_____

Name: Brandon Buchanan

Title    Managing Member

12

CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_SEC_0002292

CELSIUSNETWORK_00607158
SDNY_R01_00674976

DocuSign Envelope ID: 71B850CA-21DD-41E2-AE0F-27887D0D2085

To:              CELSIUS NETWORK LTD ("Party A")

From:      #8   JSCT HONG KONG LIMITED ("Party B")

Date:           October 11, 2021

Subject:         Cryptocurrency Repurchase Transaction

We refer to the Master Repurchase Agreement, dated October 11, 2021 (as the same may be amended from time to time, the "**MRA**"), between Party A and Party B.

The purpose of this letter is to set forth the terms and conditions of the Repurchase Transaction entered into between us under the MRA on the date referred to above. This letter constitutes a Confirmation for the purposes of the MRA as defined therein. Capitalized terms used but not defined herein shall (unless otherwise stated) have the meanings given to them in the MRA.

| | |
|---|---|
| Purchased Securities: | BTC 1307 (50%) |
| | ETH 10450 (25%) |
| | UNI 611073 (10%) |
| | LINK 286807 (5%) |
| | XRP 6484916 (5%) |
| | BCH 12284 (5%) |
| Purchase Date: | October 11, 2021 |
| Purchase Price: | USD $100,000,000.00 |
| Initial Reference Price: | BTC USD $57,391.51 |
| | ETH USD $3,588.51 |
| | UNI USD $24.547 |
| | LINK USD $26.15 |
| | XRP USD $1.15653 |
| | BCH USD $610.53 |
| Repurchase Date: | On Demand, subject to the 5 Business Days notice in Paragraph 8 in Annex I to the MRA |
| Pricing Rate: | 8.75% |
| Buyer's Margin Percentage: | 150% of the Purchase Price (plus interest accrued up to the day of the margin payment) divided by the Market Value; provided that if the Market Value of the Securities on a weighted average basis decreases to less than 50% of the weighted average Initial Reference Price, then the Buyer's Margin Percentage shall be 165%. Following such decrease, if the Market Value of the Securities on a weighted average basis increases to more than 65% of the weighted average Initial Reference Price, then the initial Buyer's Margin Percentage shall apply. |

1
[MRA CONFIRMATION]

CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

DocuSign Envelope ID: 71B850CA-21DD-41E2-AE0F-27887D0D2085

Margin Threshold Percentage:                    20% of the Purchase Price (plus interest accrued up to the
                                                day of the margin payment) divided by the Market Value.

*[Remainder of Page Intentionally Left Blank]*

2
[MRA CONFIRMATION]

CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS                    CELSIUS_SEC_0001106

DocuSign Envelope ID: 71B850CA-21DD-41E2-AE0F-27887D0D2085

Please confirm your agreement to the foregoing by executing a copy of this Confirmation and returning it to us.

Very truly yours,

JSCT HONG KONG LIMITED

By: _____

Name:    Frank (Tien-Fu) Liu

Title:    Authorized Signatory


Agreed and accepted as of the date first written above:

CELSIUS NETWORK LIMITED

By: _____

Name: Roni Cohen Pavon

Title:   Chief Revenue Officer

3

[MRA CONFIRMATION – SIGNATURE PAGE]

*CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS*

**CELSIUS_SEC_0001107**

DocuSign Envelope ID: 417F08F7-275E-49AB-8C57-7482CCA5E318

Loan # C1805

**ANNEX B**

**LOAN TERM SHEET**

The following loan term agreement dated 5/26/2021_____ incorporates all of the terms of the Master Digital Asset Loan Agreement entered into by Celsius Network Ltd ("Lender") and the Borrower (as provided in the Agreement and specified below) on 9/23/2020____ and the following specific terms:

| | |
|---|---|
| Lender: | Celsius Network Ltd |
| Borrower: | JSCT Hong Kong Limited_____ |
| Digital Asset: | BCH_____     Digital Asset Spot Price: $730.00_____ |
| Amount of Digital Asset: | 6,750.00_____ (Coin) OR  $4,927,500.00____ (USD Equivalent) |
| Loan Type: | Term Loan_____ |
| Loan Term: | Open Term_____ |
| Borrow Fee: | 6.25___ % annually, calculated and charged monthly |
| Borrow Fee Payable in: | BCH_____ |
| Collateral Asset: | N/A_____     Collateral Spot Price: _N/A_____ |
| Collateral Amount: | N/A_____ (Coin) OR _N/A_____ (USD Equivalent) |
| Collateral Level: | N/A___ % of Loan Value     Spot Rate Change: _N/A_____ % |
| Margin Call Level: | N/A___ %     Margin Refund Level: N/A_____ % |
| Additional Terms: | |

*USD Collateral Wiring Instructions:*
Beneficiary Account: 1503222589
Beneficiary Name: Celsius Network Limited
Beneficiary Address: The Harley Building, 77-79 New Cavendish Street London, W1W 6XB
Beneficiary Bank: Signature Bank
ABA/Routing Number: 026013576
Beneficiary Bank Address: 565 Fifth Avenue, New York, NY 10017
(International) SWIFT Code: SIGNUS33XXX
Celsius Signet USD Wallet Address: 0xb1a40c44e57eb6335e506dda306c6577df1087d2

Digital Asset Wallet Address of Borrower: _____
Digital Asset Wallet Address of Celsius: _____

| | |
|---|---|
| LENDER: Celsius Network Ltd | BORROWER: JSCT Hong Kong Limited_____ |
| By:_____ | By:_____ |
| Name: HARUMI URATA-THOMPSON | Name: Richard Emmet |
| Title: CIO_____ | Title: Authorized Signatory |
| Date: 5/26/2021_____ | Date: May 26, 2021 |

13

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0003153
CELSIUSNETWORK_00156845
SDNY_R01_00224741

DocuSign Envelope ID: 780434C9-869D-46D8-A5A7-6FB6E4513608

Loan # C2460

**ANNEX B**

**LOAN TERM SHEET**

The following loan term agreement dated 3/1/2022 incorporates all of the terms of the Master Digital Asset Loan Agreement entered into by Celsius Network Ltd ("Lender") and the Borrower (as provided in the Agreement and specified below) on 9/23/2020 and the following specific terms:

| | | | |
|---|---|---|---|
| Lender: | Celsius Network Ltd | | |
| Borrower: | JSCT Hong Kong Limited | | |
| Digital Asset: | LTC | Digital Asset Spot Price: | $112.00 |
| Amount of Digital Asset: | 100,000.00 (Coin) OR | $11,200,000.00 (USD Equivalent) | |
| Loan Type: | Term Loan | | |
| Loan Term: | Open Term | | |
| Borrow Fee: | 2.50 % annually, calculated and charged monthly | | |
| Borrow Fee Payable in: | LTC | | |
| Collateral Asset: | N/A | Collateral Spot Price: N/A | |
| Collateral Amount: | N/A (Coin) OR N/A (USD Equivalent) | | |
| Collateral Level: | N/A % of Loan Value | Spot Rate Change: N/A % | |
| Margin Call Level: | N/A % | Margin Refund Level: N/A % | |
| Additional Terms: | | | |

*USD Collateral Wiring Instructions:*

Beneficiary Account: 1503222589
Beneficiary Name: Celsius Network Limited
Beneficiary Address: The Harley Building, 77-79 New Cavendish Street London, W1W 6XB
Beneficiary Bank: Signature Bank
ABA/Routing Number: 026013576
Beneficiary Bank Address: 565 Fifth Avenue, New York, NY 10017
(International) SWIFT Code: SIGNUS33XXX
Celsius Signet USD Wallet Address: 0xb1a40c44e57eb6335e506dda306c6577df1087d2

Digital Asset Wallet Address of Borrower: _____

Digital Asset Wallet Address of Celsius: _____

LENDER: Celsius Network Ltd

By: Anthony Lingard

Name: Anthony Lingard

Title: Head of Corporate & VIP

Date: 3/3/2022

BORROWER: JSCT Hong Kong

By: _____

Name: Frank (Tien-Fu) Liu

Title: Authorized Signatory

Date: Mar 1, 2022

13

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0003156
CELSIUSNETWORK_00156848
SDNY_R01_00224744

DocuSign Envelope ID: CC433B09-8BDB-4B8C-8C5C-F8253B6DCCB1

Loan # C2467

**ANNEX B**

**LOAN TERM SHEET**

The following loan term agreement dated _3/3/2022_ incorporates all of the terms of the Master Digital Asset Loan Agreement entered into by Celsius Network Ltd ("Lender") and the Borrower (as provided in the Agreement and specified below) on _9/23/2020_ and the following specific terms:

| | |
|---|---|
| Lender: | Celsius Network Ltd |
| Borrower: | JSCT Hong Kong Limited |
| Digital Asset: | ADA          Digital Asset Spot Price: $0.92 |
| Amount of Digital Asset: | 6,000,000.00 (Coin) OR $5,520,000.00 (USD Equivalent) |
| Loan Type: | Term Loan |
| Loan Term: | Open Term |
| Borrow Fee: | 5 % annually, calculated and charged monthly |
| Borrow Fee Payable in: | ADA |
| Collateral Asset: | N/A          Collateral Spot Price: N/A |
| Collateral Amount: | N/A (Coin) OR N/A (USD Equivalent) |
| Collateral Level: | N/A % of Loan Value     Spot Rate Change: N/A % |
| Margin Call Level: | N/A %     Margin Refund Level: N/A % |
| Additional Terms: | |

*USD Collateral Wiring Instructions:*

Beneficiary Account: 1503222589
Beneficiary Name: Celsius Network Limited
Beneficiary Address: The Harley Building, 77-79 New Cavendish Street London, W1W 6XB
Beneficiary Bank: Signature Bank
ABA/Routing Number: 026013576
Beneficiary Bank Address: 565 Fifth Avenue, New York, NY 10017
(International) SWIFT Code: SIGNUS33XXX
Celsius Signet USD Wallet Address: 0xb1a40c44e57eb6335e506dda306c6577df1087d2

Digital Asset Wallet Address of Borrower: _____

Digital Asset Wallet Address of Celsius: _____

| | |
|---|---|
| LENDER:  Celsius Network Ltd | BORROWER: JSCT Hong Kong Limited |
| By: *Antony Lingard* | By: *Frank Liu* |
| Name: Antony Lingard | Name: Frank Liu |
| Title: Head of Corporate & VIP | Title: Managing Director |
| Date: 3/3/2022 | Date: 3/3/2022 |

13

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0003159
CELSIUSNETWORK_00156851
SDNY_R01_00224747

DocuSign Envelope ID: D7DB4275-1274-4B92-BCBC-D81D69887F59

Loan # C2466

**ANNEX B**

**LOAN TERM SHEET**

The following loan term agreement dated 3/3/2022_____ incorporates all of the terms of the Master Digital Asset Loan Agreement entered into by Celsius Network Ltd ("Lender") and the Borrower (as provided in the Agreement and specified below) on 9/23/2020____ and the following specific terms:

| | |
|---|---|
| Lender: | Celsius Network Ltd |
| Borrower: | JSCT Hong Kong Limited_____ |
| Digital Asset: | XLM_____     Digital Asset Spot Price: $0.19_____ |
| Amount of Digital Asset: | 21,500,000.00____ (Coin) OR   $4,085,000.00____ (USD Equivalent) |
| Loan Type: | Term Loan_____ |
| Loan Term: | Open Term_____ |
| | |
| Borrow Fee: | 2____ % annually, calculated and charged monthly |
| Borrow Fee Payable in: | XLM_____ |
| Collateral Asset: | N/A_____     Collateral Spot Price: N/A_____ |
| Collateral Amount: | N/A_____ (Coin) OR  N/A_____ (USD Equivalent) |
| Collateral Level: | N/A___ % of Loan Value     Spot Rate Change: N/A_____% |
| Margin Call Level: | N/A___ %     Margin Refund Level: N/A_____% |
| Additional Terms: | _____ |

*USD Collateral Wiring Instructions:*
Beneficiary Account: 1503222589
Beneficiary Name: Celsius Network Limited
Beneficiary Address: The Harley Building, 77-79 New Cavendish Street London, W1W 6XB
Beneficiary Bank: Signature Bank
ABA/Routing Number: 026013576
Beneficiary Bank Address: 565 Fifth Avenue, New York, NY 10017
(International) SWIFT Code: SIGNUS33XXX
Celsius Signet USD Wallet Address: 0xb1a40c44e57eb6335e506dda306c6577df1087d2

Digital Asset Wallet Address of Borrower: _____

Digital Asset Wallet Address of Celsius: _____

LENDER:  Celsius Network Ltd                    BORROWER: JSCT Hong Kong Limited_____

By: _Antony Lingard_____                      By: _Frank Liu_____

Name: _Antony Lingard_____                      Name: _Frank Liu_____

Title: _Head of Corporate & VIP_____         Title: _Managing Director_____

Date: _3/3/2022_____                 Date: _3/3/2022_____

13

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0003157
CELSIUSNETWORK_00156849
SDNY_R01_00224745

DocuSign Envelope ID: 39EF9858-299D-401C-8FDA-76FCDFC209D5

Loan # C2466-A

**ANNEX B**

**LOAN TERM SHEET**

The following loan term agreement dated 4/27/2022____incorporates all of the terms of the Master Digital Asset Loan Agreement entered into by Celsius Network Ltd ("Lender") and the Borrower (as provided in the Agreement and specified below) on 9/23/2020____and the following specific terms:

| | | |
|---|---|---|
| Lender: | Celsius Network Ltd | |
| Borrower: | JSCT Hong Kong Limited | |
| Digital Asset: | XLM | Digital Asset Spot Price: $0.19 |
| Amount of Digital Asset: | 29,394,736.84 (Coin) OR | $5,585,000.00 (USD Equivalent) |
| Loan Type: | Term Loan | |
| Loan Term: | Open Term | |
| | | |
| Borrow Fee: | 2 % annually, calculated and charged monthly | |
| Borrow Fee Payable in: | XLM | |
| Collateral Asset: | N/A | Collateral Spot Price: N/A |
| Collateral Amount: | N/A (Coin) OR N/A (USD Equivalent) | |
| Collateral Level: | N/A % of Loan Value | Spot Rate Change: N/A % |
| Margin Call Level: | N/A % | Margin Refund Level: N/A % |
| Additional Terms: | _____ | |

*USD Collateral Wiring Instructions:*

Beneficiary Account: 1503222589
Beneficiary Name: Celsius Network Limited
Beneficiary Address: The Harley Building, 77-79 New Cavendish Street London, W1W 6XB
Beneficiary Bank: Signature Bank
ABA/Routing Number: 026013576
Beneficiary Bank Address: 565 Fifth Avenue, New York, NY 10017
(International) SWIFT Code: SIGNUS33XXX
Celsius Signet USD Wallet Address: 0xb1a40c44e57eb6335e506dda306c6577df1087d2

Digital Asset Wallet Address of Borrower: _____

Digital Asset Wallet Address of Celsius: _____

LENDER: Celsius Network Ltd                BORROWER: JSCT Hong Kong Limited

By: Antony Lingard                          By: Frank Liu

Name: Antony Lingard                        Name: Frank Liu

Title: Head of Corporate & VIP             Title: Managing Director

Date: 4/27/2022                            Date: 4/27/2022

13

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0003158
CELSIUSNETWORK_00156850
SDNY_R01_00224746

DocuSign Envelope ID: 8460BA81-0D24-4A81-B004-AE7C6E86C83F

Loan # **C1749**



**ANNEX B**

**LOAN TERM SHEET**

The following loan term agreement dated <u>05/05/2021</u>    incorporates all of the terms of the Master Digital Asset Loan Agreement entered into by Celsius Network Ltd ("Lender") and the Borrower (as provided in the Agreement and specified below) on <u>5/15/2019</u>    and the following specific terms:

| | |
|---|---|
| Lender: | Celsius Network Ltd |
| Borrower: | **Tai Mo Shan Limited** (Jump) |
| Digital Asset: | **USDT**    Digital Asset Spot Price: **$1.00** |
| Amount of Digital Asset: | **100,000,000.00** (Coin) OR **$100,000,000.00** (USD Equivalent) |
| Loan Type: | **Term Loan** |
| Loan Term: | **1 mo term - Expiration 06/05/2021** |
| Borrow Fee: | **12.25** % annually, calculated and charged monthly |
| Borrow Fee Payable in: | **USDT** |
| Collateral Asset: | **BTC**    Collateral Spot Price: **$57,012.54** |
| Collateral Amount: | **877.00** (Coin) OR **$50,000,000.00** (USD Equivalent) |
| Collateral Level: | **50** % of Loan Value    Spot Rate Change: **N/A** % |
| Margin Call Level: | **40** %    Margin Refund Level: **60** % |
| Additional Terms: | |

*USD Collateral Wiring Instructions:*
Beneficiary Account: 1503222589
Beneficiary Name: Celsius Network Limited
Beneficiary Address: 1 Bartholomew Lane, London, UK, EC2N 2AX
Beneficiary Bank: Signature Bank
ABA/Routing Number: 026013576
Beneficiary Bank Address: 565 Fifth Avenue, New York, NY 10017
(International) SWIFT Code: SIGNUS33XXX
Celsius Signet USD Wallet Address: 0xb1a40c44e57eb6335e506dda306c6577df1087d2

Digital Asset Wallet Address of Borrower: _____

Digital Asset Wallet Address of Celsius: _____

LENDER: Celsius Network Ltd

By: _____
Name: Harumi Urata-Thompson
Title: CIO
Date: 5/5/2021

BORROWER: Legal Entity Name

By: Frank Brodlo _____
Name: Frank Brodlo
Title: Trader
Date: 5/5/2021

13

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_03752826
SDNY_R01_03149648

DocuSign Envelope ID: 5A4074A3-4B94-40A2-9018-585275A15E94

*Not Uncollateralized,*
*Other loan has collateral.*

Loan # **C1290-R**

**ANNEX B**

**LOAN TERM SHEET**

The following loan term agreement dated ___09/08/2020___ incorporates all of the terms of the Master Digital Asset Loan Agreement entered into by Celsius Network Ltd ("Lender") and the Borrower (as provided in the Agreement and specified below) on___05/15/2019___ and the following specific terms:

Lender:  Celsius Network Ltd

Borrower:  **Tai Mo Shan Limited**

Digital Asset:  **USDT**    Digital Asset Spot Price: **$1.00**

Amount of Digital Asset:  **10,000,000** (Coin) OR **$10,000,000.00** (USD Equivalent)

Loan Type:  **Term Loan**

Loan Term:  **1 Month Term (Expiration 10/08/2020)**

Borrow Fee:  **9** % annually, calculated and charged monthly

Borrow Fee Payable in:  **USDT**

Collateral Asset:  **N/A**    Collateral Spot Price: **N/A**

Collateral Amount:  **N/A** (Coin) OR **N/A** (USD Equivalent)

Collateral Level:  **N/A** % of Loan Value    Spot Rate Change: **N/A** %

Margin Call Level:  **N/A** %    Margin Refund Level: **N/A** %

Additional Terms:  _____

_____

*USD Collateral Wiring Instructions:*
Beneficiary Account: 1503222589
Beneficiary Name: Celsius Network Limited
Beneficiary Address: 1 Bartholomew Lane, London, UK, EC2N 2AX
Beneficiary Bank: Signature Bank
ABA/Routing Number: 026013576
Beneficiary Bank Address: 565 Fifth Avenue, New York, NY 10017
(International) SWIFT Code: SIGNUS33XXX
Celsius Signet USD Wallet Address: 0xb1a40c44e57eb6335e506dda306c6577df1087d2

Digital Asset Wallet Address of Borrower: _____

Digital Asset Wallet Address of Celsius: _____

LENDER: Celsius Network Ltd

By: *Harumi Urata-Thompson*
Name: Harumi Urata-Thompson
Title: CFO
Date: 9/8/2020

BORROWER: Legal Entity Name

By: *Frank Brodlo*
Name: Frank Brodlo
Title: Trader
Date: 9/8/2020

13

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
SUBJECT TO JANUARY 13, 2023 STIPULATION

CELSIUSNETWORK_02435282

SDNY_R01_01832133



(61)

Ref. Lending Digital Assets

#10

### DIGITAL ASSET LENDING AGREEMENT

Between: Celsius Network Ltd (the "Lender"), a company whose registered office is at 35 Great St. Helen's, London, UK EC3A 6AP; and Three Arrows Capital Ltd (the "Borrower"), a company whose registered office is at _____ 7 Temasek Blvd #21-04 _____. The Lender and the Borrower together the "Parties" and each a "Party". Singapore 038987

INTRODUCTION:

(A)    This Digital Asset Loan Agreement, including its Annexes, (the "Agreement") sets out the terms on which the Borrower may, from time to time, seek to initiate a transaction pursuant to which the Lender will lend Digital Asset(s) to Borrower and the Borrower will return Digital Assets, e.g. BTC or ETH, at or upon Loan termination or maturity, subject to no event of default occurring.

(B)    This Agreement has effect from May 25, 2019 (the "Commencement Date").

It is agreed as follows:

### 1    INTERPRETATION

1.1    Whenever used herein, the singular number shall include the plural, the plural the singular, and the use of the masculine, feminine, or neuter gender shall include all genders.

1.2    The section headings are for convenience only and shall not affect the interpretation or construction of this Agreement.

### 2    DEFINITIONS

"Authorized Agent" has the meaning set forth in Annex A.

"Borrow Fee" means the fee paid by the Borrower to the Lender for the Loan.

"Borrowed Amount" means the amount of Digital Asset(s) actually lent by the Lender to the Borrower under a Loan made pursuant to and subject to this Agreement.

"Borrower Bank Account" means the Borrower's designated bank account agreed with the Lender from time to time.

"Business Day" means any day other than a Saturday, Sunday or a public holiday in the United States.

"Calendar Day" means each and every day of the week.

Celsius Network Ltd. · 35 Great St. Helen's · London EC3A 6AP · United Kingdom

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0002839
CELSIUSNETWORK_00599584
SDNY_R01_00667402

Ref. Lending Digital Assets

"Change of Control" means a transaction or series of related transactions in which a person or group of affiliated (or otherwise related) persons acquire shares representing more than fifty percent (50%) of the outstanding voting shares of either Party.

"Collateral" means an amount in either: (a) U.S. Dollars calculated as a percentage of the Borrowed Amount as valued at a spot rate agreed upon in the Loan Term Sheet, or (b) BTC or ETH, as provided by the Borrower to the Lender as collateral for the Loan.

"Callable Option" means the Borrower and Lender each have the option to redeliver or recall an Open Deal Loan at any time during the term of the deal.

"Digital Asset" means Bitcoin (BTC), Ether (ETH) or any digital asset that the Parties may agree upon in writing.

"Due Date" means a Maturity Date or Recall Delivery Date.

"Event of Default" has the meaning specified in Section 8.

"Hard Fork" means a permanent divergence in the blockchain, which commonly occurs when non-upgraded nodes cannot validate blocks created by upgraded nodes that follow newer consensus rules, or an airdrop or any other event which results in the creation of a new token.

"Hard Fork Notice" means a notice sent by the Lender to the Borrower indicating that a Hard Fork has occurred and that the Borrower has sixty (60) days to transfer any New Tokens to the Lender.

"Late Fee" means the additional fee of eighteen percent (18%) (annualized, calculated daily) of the notional amount of the Loan as valued at 12:00 am New York time each Calendar Day, that is incurred by the borrower for each Calendar Day that Loan repayment is overdue in accordance with Section 4.3.

"Loan" means a loan of Digital Asset by the Lender to the Borrower subject to this Agreement.

"Loan Request" means a request for a Loan.

"Loan Effective Date" means the date upon which a Loan begins.

"Maturity Date" means the date upon which a Loan is terminated.

"New Tokens" means any tokens that are created as a result of a Hard Fork.

2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0002840
CELSIUSNETWORK_00599585
SDNY_R01_00667403

Ref. Lending Digital Assets

"Open Deal" means a Loan without a Maturity Date where the Borrower may redeliver the Digital Asset or the Lender may recall the Digital Asset at any time, subject to the terms of this Agreement.

"Recall Request" means a request by the Lender, in respect of an Open Deal Loan, for the return by the Borrower of the Recall Amount.

"Recall Amount" means the portion (or entirety) of Digital Asset loaned to the Borrower in respect of which the Lender has made a Recall Request.

"Request Time" has the meaning given at Section 3.1.

"Term Deal" means a Loan with a predetermined Maturity Date, where only the Borrower can return the Digital Asset prior to the Maturity Date.


3   GENERAL OPERATION

Loan Procedure

3.1   During the Term of this Agreement, at a particular time and on a Calendar Day (the "Request Time"), an Authorized Agent of the Borrower may by email directed to _____ request from the Lender a Loan of a specific number of Digital Asset including the Pricing Terms (a "Lending Request").                    operations@threearrowscap.com or kyle@threearrowscap.com

3.2   The Lending Request shall contain the following information:

(i)    the Digital Asset and its amount that the Borrower wishes to borrow;
(ii)   the Pricing Terms;
(iii)  the Loan type: Term Deal or an Open Deal;
(iv)   the Loan Effective Date; and
(v)    if the Loan is a Term Deal, the Maturity Date.

3.3   The Lender shall by email directed to the Borrower, inform the Borrower whether the Lender agrees to make such a Loan, at the Lender's sole discretion. For the avoidance of doubt, the Lender shall not be obligated to provide a Loan or any portion thereof unless the Lender confirms in writing the Lending Request or any portion thereof, and to the extent of such written confirmation.

3.4   The specific terms of a Loan shall be recorded using the Loan Term Sheet attached as Annex B of this Agreement.

Open Deal Loan

3.5   Where the Parties agree that a Loan shall be on an Open Deal basis, the Lender may, at any time on a Calendar Day (the "Recall Request Time"), exercise the Callable Option and make a Recall Request to recall all or any portion of Digital Asset loaned to the Borrower (the "Recall Amount"). The Borrower will then have 24 hours from the Recall Request Time to deliver the Recall Amount to the Lender.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0002841
CELSIUSNETWORK_00599586
SDNY_R01_00667404

Ref. Lending Digital Assets

3.6   The Borrower may, at any time on a Calendar Day (the "Redelivery Date"), exercise the Callable Option and redeliver all or any portion of Digital Asset loaned to Borrower.

<u>Term Deal Loan</u>

3.7   Where the Parties agree that a Loan shall be on a Term Deal basis, the Lender shall not have the right to recall all or any portion of Digital Asset loaned to the Borrower in advance of the Maturity Date, except in accordance with Section 9.1.

3.8   The Borrower may at any time on a Calendar Day (the "Redelivery Date") redeliver all or any portion of Borrowed Amount loaned to Borrower.

3.9   If the Borrowed Amount has not been returned before the Maturity Date, the Borrower shall commence redelivery on or before on the Maturity Date.

<u>Drawable Loans</u>

3.10   Lender may agree to guarantee availability of Digital Asset for loans upon a Loan Request from the Borrower or its Authorized Agent (a "Drawable Loan"). Lender shall set a term for the Drawable Loan, the Borrow Rate for the amount of the Drawable Loan that is not borrowed ("Undrawn Loan") and the Borrow Rate for the amount of the Drawable Loan that is borrowed ("Drawn Loan").

3.11   If Lender and Borrower agree to Drawable Loan they shall execute a Loan Term Sheet at that time, and at each subsequent delivery of a Drawn Loan, which indicates (i) the amount of the Drawable Loan that is an Undrawn Loan and a Drawn Loan, (ii) the Borrower Fee for each of the Undrawn Loan and the Drawn Loan, and (iii) the expiration date of the Drawable Loan.

3.12   The Borrow Rate of the Undrawn Loan accrues from the date the first Loan Term Sheet for the Drawable Loan is executed. All Drawn Loans are callable. Borrow Fees on any Undrawn Loans and Drawn Loans shall be paid in accordance with Clause 4 below. No Collateral is required for an Undrawn Loan. Collateral for a Drawn Loan shall be delivered in accordance with Clause 5 below.

<u>Termination of Loan</u>

3.13   Loans will terminate:

(i)   If a Term Deal, upon redelivery by Borrower of the Borrowed Amount at the Maturity Date or sooner;

(ii)   If an Open Deal, upon redelivery by Borrower of the Borrowed Amount once the Borrower or Lender exercises the Callable Option;

(iii)   If a Drawable Loan, upon redelivery by Borrower of all Borrowed Amount currently drawn as part of a Drawn Loan, and either (1) the end of the term of the Drawable Loan or (2) the notification by Borrower that it will end the Drawable Loan; Or

(iv)   If either a Term Deal, an Open Deal or a Drawable Loan, upon an Event of Default as defined in Section VII.

4

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0002842
CELSIUSNETWORK_00599587
SDNY_R01_00667405

Ref. Lending Digital Assets

## 4   BORROW FEES AND TRANSACTION FEES

### Borrow Fee Calculation

4.1   Following an accepted Lending Request, an agreed Borrow Fee will be recorded in the relevant Loan Term Sheet. The Borrow Fee shall be payable, unless otherwise agreed by the Borrower and the Lender, as provided for on a Loan Term Sheet.

4.2   The Lender shall calculate any Borrow Fees owed on a daily basis and provide Borrower with the calculation upon request.

### Late Fee

4.3   Where the Borrower fails to return any Digital Asset by an applicable Due Date, the Borrower shall incur the Late Fee for each Calendar Day that the repayment of the Digital Asset is overdue.

### Payment of Borrow Fees and Late Fees

4.4   An invoice shall be sent monthly (on such Calendar Day or such other day as the Lender may determine) and shall include any Borrow Fees and any Late Fees (the "Invoice Amount") outstanding. The Invoice Amount shall be payable as provided for on the Loan Term Sheet. Without prejudice to Section 9.1(i), the Borrower shall have up to five Business Days to submit payment for the invoice (the "Invoice Due Date").

### Taxes and Fees

4.5   All transfer or other taxes or third-party fees payable with respect to the transfer and/or return of any Borrowed Amount, Invoice Amount or other amount under this Agreement shall be paid by the Borrower.

## 5   COLLATERAL REQUIREMENTS

### Collateral

5.1   Before the Lender commences a Loan on behalf of the Borrower, the Borrower shall provide the Collateral. The Collateral shall be an amount in BTC, ETH or U.S. Dollars calculated as a percentage of the Borrowed Amount, as valued at a spot rate agreed upon in the Loan Term Sheet.

5.2   The Lender shall be entitled to use the Collateral to conduct its digital asset lending and borrowing business, including transferring the Collateral to bank accounts that are not controlled by the Lender and to pay any Borrow Fees.

### Margin Calls

5

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0002843
CELSIUSNETWORK_00599588
SDNY_R01_00667406

5.3   If during the term of a Loan the value of the Digital Asset representing the Borrowed Amount increases by the percentage agreed upon by the Parties in the Loan Term Sheet (such rate, the "Margin Call Spot Rate"), Lender shall have the right to require the Borrower to contribute additional Collateral so that the Collateral is at least the same percentage indicated in the Loan Term Sheet relative to the value of the borrowed Digital Asset at the Margin Call Spot Rate (the "Additional Collateral").

5.4   If the Lender requires Borrower to contribute Additional Collateral, it shall send an email notification (the "Collateral Call") to the Borrower at the email address indicated in Section 12.1 that sets forth:

(i)   the Margin Call Spot Rate and

(ii)   the amount of Additional Collateral required based on the Margin Call Spot Rate.

The Borrower shall transfer the Additional Collateral to the Lender within the time set forth in the Collateral Call. If Borrower fails to transfer the Additional Collateral within the number of hours specified in this subsection (ii), and the value of the borrowed Digital Asset as indicated by the Margin Call Spot Rate exceeds the spot rate indicated in the Loan Term Sheet by a certain percentage agreed between the Lender and the Borrower, the Lender may declare an Event of Default under Section 8 below.

Payment of Additional Collateral

5.5   Payment of the Additional Collateral shall be made in BTC, ETH through Borrower's Digital Wallet to Lender or by bank wire to the account specified in the Loan Term Sheet necessary to make the USD Collateral percentage indicated in the Loan Term Sheet correct based on the Margin Call Spot Rate.

Default or Failure to Return Loan

5.6   In the event that Borrower does not return the Borrowed Amount when due, the Lender may apply the Collateral for the payment of any liability or obligation or indebtedness of the Borrower created by this Agreement, including, but not limited to using the Collateral to purchase Digital Asset to replenish Lender's supply of the relevant Digital Asset.

Return of Collateral

5.7   Upon the redelivery of any Borrowed Amount and payment of all Borrow Fees, Lender shall initiate the return of Collateral to either (a) the Borrower's Bank Account (in the name of Borrower); or (b) the Borrower's Digital Asset Wallet as provided in Annex B.

6   HARD FORKS

No Immediate Termination of Loans Due to Hard Fork

6.1   For the avoidance of doubt, a hard fork in a relevant Digital Asset blockchain will not result in any outstanding Loans being immediately terminated.

6

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0002844
CELSIUSNETWORK_00599589
SDNY_R01_00667407

Redelivery of Borrowed Digital Asset

6.2   The Lender has the right to any New Tokens created as a result of a Hard Fork in relation to borrowed Digital Asset. Following a Hard Fork the Lender shall be entitled to send the Borrower a Hard Fork Notice following which the Borrower shall have up to sixty (60) days to:

   (i)   transfer the New Tokens directly to the Lender,
   (ii)   transfer the borrowed Digital Asset to the Lender so that the Lender can split the New Tokens itself and return the borrowed Digital Asset to the Borrower,
   (iii)   make a Digital Asset payment reflecting the value of the New Tokens, using the agreed upon spot rate at the moment of repayment, or
   (iv)   make a U.S. Dollar cash payment reflecting the value of the New Tokens, using the agreed upon spot rate at the moment of repayment.

7   REPRESENTATIONS AND WARRANTIES

7.1   The Parties represent and warrant to each other on the Commencement Date and on the date of each Loan Request made by the Borrower, that this Agreement has:

   (i)   been duly and validly authorized, executed and delivered on behalf of the Borrower and the Lender respectively; and
   (ii)   constitutes the legal, valid and binding obligations enforceable against the Borrower and the Lender respectively in accordance with its terms (except as such enforceability may be limited by bankruptcy, insolvency, reorganization, moratorium or similar laws relating to or limiting creditors' rights generally and subject to the availability of equitable remedies).

7.2   The Lender represents and warrants that, at the time of the making of the Loan, it owns or has the right to use the Digital Asset as provided for in this Agreement.

8   EVENT OF DEFAULT

8.1   Each of the following circumstances shall constitute an Event of Default:

   (i)   the failure of the Borrower to return any Borrowed Amount when due;
   (ii)   the failure of the Borrower to pay any Invoice Amount or Additional Collateral when due;
   (iii)   any material breach of this Agreement;
   (iv)   any representation or warranty made in this Agreement proves to be untrue in any material respect as of the date of making or deemed making thereof;
   (v)   any bankruptcy, insolvency, reorganization or liquidation proceedings or other proceedings for the relief of debtors or dissolution proceedings instituted by or against the Borrower and not dismissed within thirty (30) days of their initiation.

9   REMEDIES

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0002845
CELSIUSNETWORK_00599590
SDNY_R01_00667408

Ref, Lending Digital Assets

9.1   Upon the occurrence and during the continuation of any Event of Default, the Lender may, at its option:

(i)   declare the entire Borrowed Amount, Invoice Amount and any other amounts owing under this Agreement to be immediately due and payable,

(ii)  terminate this Agreement upon notice to Borrower, and

(iii) exercise all other rights and remedies available to the Lender hereunder, under applicable law, or in equity.

9.2   In the event that the Borrower fails to pay any amounts due hereunder, the Borrower shall pay to the Lender upon demand all reasonable costs and expenses, including without limitation, reasonable legal fees and court costs incurred by the Lender in connection with the enforcement of its rights hereunder.

9.3   Borrower hereby acknowledges that its obligations hereunder are recourse obligations and are not limited to any other recoveries including, but not limited to recovery from use by Lender of any or all of the Collateral.  The obligations of the Borrower from time to time to repay the Borrowed amount, Invoice Amount, any other amounts owing under this Agreement, and all other amounts due and obligations owing under this Agreement all of which shall be full recourse obligations of the Borrower.

## 10   RIGHTS AND REMEDIES CUMULATIVE

Any delay or omission by the Lender to enforce an obligation or exercise any right or remedy under this Agreement shall not be construed as a waiver of such obligation, right or remedy or of any other rights or remedies hereunder. No waiver by either party of any provision of this Agreement shall be deemed to have been made unless expressed in writing and signed by both parties. All rights of the Lender stated herein are cumulative and in addition to all other rights provided by law, in equity.

## 11   INDEMNITY

Provided that there has been no breach of the Lender's representation at Section 7.2, the Borrower shall indemnify and hold harmless the Lender from and against any and all claims, demands, losses, expenses and liabilities of any and every nature (including legal fees) that the Lender may incur or that may be asserted against the Lender arising out of the Lender's lending of Digital Asset to the Borrower under this Agreement, except for any and all claims, demands, losses, expenses and liabilities arising out of or relating to the Lender's gross negligence or willful misconduct in the performance of its duties under this Agreement.  This indemnity shall be a continuing obligation of the Borrower, its successors and assigns, notwithstanding the termination of this Agreement.

## 12   NOTICES

12.1  Unless otherwise provided in this Agreement, all notices or demands relating to this Agreement shall be in writing and shall be personally delivered or sent by express or certified mail (postage prepaid, return receipt requested), overnight courier, electronic mail (at such email addresses as a party may designate in accordance herewith), or to the respective address set forth below:

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0002846
CELSIUSNETWORK_00599591
SDNY_R01_00667409

Ref. Lending Digital Assets

Borrower:

Name:                Three Arrows Capital Ltd

Address:             7 Temasek Blvd #21-04
                     Singapore 038987

City, State/Country: _____

Postal Code:         _____

Attn:                Kyle Davies

Email:               kyle@threearrowscap.com
                     operations@threearrowscap.com

Lender:

Celsius Network Ltd

35 Great St. Helen's

London, United Kingdom

EC3A 6AP

         or

to its US Affiliate, Celsius Network, Inc.

in care of its Registered Agent,

Incorporating Services, Ltd.

3500 S. Dupont Highway

Dover, Delaware 19901

USA


Attn: Legal

Email: legal@celsius.network


12.2  Either Party may change its address by giving the other Party written notice.

## 13  MODIFICATIONS

No modification or amendment to this Agreement shall be effective unless agreed in writing and signed by both Parties.

## 14  TERMINATION

14.1  This Agreement may be terminated as set forth in Section 9(1)(ii) or upon 30 days' notice by either party to the other.

9

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0002847
CELSIUSNETWORK_00599592
SDNY_R01_00667410

Ref, Lending Digital Assets

14.2   In the event of a termination of this Agreement, any loaned Digital Asset shall be returned immediately and any Invoice Amount and other amounts owed shall be payable immediately.

14.3   The Lender shall not be obliged to return any Collateral until the Borrower has paid the Borrowed Amount and all other amounts owing under this Agreement, including all Invoiced Amounts.

## 15   TRANSFER

15.1   Except under Section 15.2, neither Party may assign this Agreement or any rights or duties hereunder without the prior written consent of the other party (such consent to not be unreasonably withheld).

15.2   In the event of a Change of Control of Lender or Borrower, prior written consent shall not be required provided such Party provides the other Party with written notice prior to the consummation of such Change of Control.

## 16   ENTIRE AGREEMENT

This Agreement constitutes the entire agreement between the Parties with respect to the subject matter hereof and supersedes any prior negotiations, understandings and agreements.

## 17   SEVERABILITY

Each provision of this Agreement shall be severable from every other provision of this Agreement for the purpose of determining the legal enforceability of any specific provision.

## 18   COUNTERPARTS

This Agreement may be executed in any number of counterparts and by different parties on separate counterparts, each of which, when executed and delivered, shall be deemed to be an original, and all of which, when taken together, shall constitute one and the same Agreement.

## 19   RELATIONSHIP OF PARTIES

Nothing contained in this Agreement shall be deemed or construed by the Parties, or by any third party, to create the relationship of partnership or joint venture between the Parties.

## 20   RIGHTS OF THIRD PARTIES

This Agreement is solely for the benefit of the parties hereto and their respective successors and assigns, and no other Person shall have any right, benefit, priority or interest under, or because of the existence of, this Agreement.

## 21   SUBMISSION TO ARBITRATION; WAIVER OF COURT AND JURY TRIAL

21.1   Arbitration Terms. Any dispute between the parties, unless amicably resolved by the parties, shall be finally settled by arbitration in accordance with the terms set forth hereunder. In such case, the place

10

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0002848
CELSIUSNETWORK_00599593
SDNY_R01_00667411

Ref. Lending Digital Assets

of arbitration of any dispute shall be London. The language to be used in the arbitration proceedings shall be English. The arbitration shall be conducted before a mutually appointed sole arbitrator. In the absence of agreement as to the identity of the arbitrator within seven (7) days of first demand of any of the parties, then the arbitrator shall be appointed by the chairman of the United Kingdom Bar. Any award rendered by the arbitrator shall be final and binding upon the parties. The arbitration shall be conducted under the rules and procedures set forth by the United Kingdom Arbitration Law - 1968, which rules and procedures are deemed to be incorporated by reference into this Section. The arbitrator shall not be bound by any rules of procedure or evidence but shall apply the substantive laws of United Kingdom in determining any matters before him. The arbitrator shall be liable to give written grounds for its decision. Judgment upon any award rendered may be entered in any court having jurisdiction, or application may be made to such court for a judicial acceptance of the award and an order of enforcement, as the case may be. Each party shall pay its own expenses of the arbitration, and the expenses of the arbitrator shall be equally shared between the parties, unless the arbitrator assesses as part of their award all or any part of the arbitration expenses of a party (including reasonable attorneys' fees) against the other party. Any arbitration proceeding hereunder shall be conducted on a confidential basis.

21.2    SUBMISSION TO ARBITRATION. EACH OF BORROWER AND LENDER IRREVOCABLY AND UNCONDITIONALLY (A) SUBMITS ANY DISPUTE OF ANY NATURE BETWEEN THE PARTIES OR CELSIUS INCLUDING ANY CONFIRMATION OR ANY LOAN OR RELATING IN ANY WAY TO THIS AGREEMENT TO ARBITRATION AS PROVIDED FOR ABOVE AND (B) WAIVES, TO THE FULLEST EXTENT IT MAY EFFECTIVELY DO SO, ANY DEFENSE OF AN INCONVENIENT FORUM TO THE MAINTENANCE OF SUCH ACTION OR PROCEEDING IN ANY COURT AND ANY RIGHT OF JURISDICTION ON ACCOUNT OF ITS PLACE OF RESIDENCE OR DOMICILE.

21.3    WAIVER OF COURT AND WAIVER JURY TRIAL. EACH OF BORROWER AND LENDER HEREBY IRREVOCABLY WAIVES ANY RIGHT THAT IT MAY HAVE TO FILE ANY CLAIMS IN ANY COURT OF LAW OR SEEK A TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM ARISING OUT OF OR IN ANY WAY RELATING TO THIS AGREEMENT. ANY CONFIRMATION, ANY LOAN OR THE TRANSACTIONS CONTEMPLATED THEREBY.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0002849
CELSIUSNETWORK_00599594
SDNY_R01_00667412

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed and delivered as of the Commencement Date.

LENDER: Celsius Network Ltd

By: *Young Cho*

Name: Young Cho

Title: CFO

Date: May 25, 2019

BORROWER: Three Arrows Capital Ltd

By: _____

Name: Kyle Davies

Title: Founder

Date: May 25, 2019

12

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0002850
CELSIUSNETWORK_00599595
SDNY_R01_00667413

Ref. Lending Digital Assets

## ANNEX A

## AUTHORIZED AGENTS*

The following are authorized to deliver Lending Requests on behalf of Borrower in accordance with Section 3 of the Agreement:

Name: Kyle Davies

Email: kyle@threearrowcap.com
        operations@threearrowscap.com

Name: _____

Email: _____

*Authorized Agents must be listed as the Beneficial Owners in the Celsius Network Corporate Application. If another person is designated as an Authorized Agent, they must be an Officer of the Borrower and must complete Know Your Customer (KYC) Verification and onboarding.

13

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0002851
CELSIUSNETWORK_00599596
SDNY_R01_00667414

Ref. Lending Digital Assets

ANNEX B
LOAN TERM SHEET

14

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0002852
CELSIUSNETWORK_00599597
SDNY_R01_00667415

Ref. Lending Digital Assets

## ANNEX B
## LOAN TERM SHEET

The following loan agreement incorporates all of the terms of the Digital Asset Loan Agreement entered into by the Lender and Borrower (as provided in the Agreement and specified below) on 5/25/2019 and the following specific terms:

| | |
|---|---|
| Lender: | Celsius Network Ltd |
| Borrower: | Three Arrows Capital Ltd |
| Digital Asset: | BTC |
| Amount of Digital Asset: | 250 (Coin) |
| Loan Type: | Term |
| Loan Term: | 1 month + open/callable |
| Borrow Fee: | 6.50 % annually, calculated and charged monthly |
| Borrow Fee Payable in: | BTC |
| Collateral Type: | USD |
| Collateral Amount: | $500,000 |
| Collateral Percentage: | 25 % of Digital Asset Loan Value |
| Collateral Spot Price: | N/A |
| Margin Call Spot Rate: | 10 % Rise |
| Additional Terms: | BTC spot price @ $8,000.  Coinbase Pro for BTC price reference. |
| | If called, borrower has 5 business days to repay loan. |

USD Collateral Wiring Instructions:

Beneficiary Account: 1503222589
Beneficiary Name: Celsius Network Limited
Beneficiary Address: 35 Great St Helens, London, United Kingdom, EC3A 6AP
Beneficiary Bank: Signature Bank
ABA/Routing Number: 026013576
Beneficiary Bank Address: 565 Fifth Avenue, New York, NY 10017
(International) SWIFT Code: SIGNUS33XXX

Digital Asset Wallet Address of Borrower: _____

Digital Asset Wallet Address of Celsius:    _____

LENDER: Celsius Network Ltd                 BORROWER: Three Arrows Capital Ltd.

By: _Young Cho_____              By: _____

Name:   Young Cho                           Name: Kyle Davies

Title: CFO                                  Title: Founder

#108803.1



Ref. Lending Digital Assets



**DIGITAL ASSET LENDING AGREEMENT**

Between: **Celsius Network Ltd** (the "**Lender**"), a company whose registered office is at 35 Great St. Helen's, London, UK EC3A 6AP; and _FalconX Limited_____ (the "**Borrower**"), a company whose registered office is at _Level G, (Office 1/1191), Quantum House 75, Abate Rigord St, Ta' Xbiex, XBX 11_____ . The Lender and the Borrower together the "**Parties**" and each a "**Party**".

**INTRODUCTION:**

(A)     This Digital Asset Loan Agreement, including its Annexes, (the "**Agreement**") sets out the terms on which the Borrower may, from time to time, seek to initiate a transaction pursuant to which the Lender will lend Digital Asset(s) to Borrower and the Borrower will return Digital Assets, e.g. BTC or ETH, at or upon Loan termination or maturity, subject to no event of default occurring.

(B)     This Agreement has effect from __08/19/2019_____ (the "**Commencement Date**").

**It is agreed** as follows:

1. **INTERPRETATION**

   1.1.   Whenever used herein, the singular number shall include the plural, the plural the singular, and the use of the masculine, feminine, or neuter gender shall include all genders.

   1.2.   The section headings are for convenience only and shall not affect the interpretation or construction of this Agreement.

2. **DEFINITIONS**

"**Authorized Agent**" has the meaning set forth in Annex A.

"**Borrow Fee**" means the fee paid by the Borrower to the Lender for the Loan.

"**Borrowed Amount**" means the amount of Digital Asset(s) actually lent by the Lender to the Borrower under a Loan made pursuant to and subject to this Agreement.

"**Borrower Bank Account**" means the Borrower's designated bank account agreed with the Lender from time to time.

"**Business Day**" means any day other than a Saturday, Sunday or a public holiday in the United States.

"**Calendar Day**" means each and every day of the week.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0002495
CELSIUSNETWORK_00156187
SDNY_R01_00224083

Ref. Lending Digital Assets

"**Change of Control**" means a transaction or series of related transactions in which a person or group of affiliated (or otherwise related) persons acquire shares representing more than fifty percent (50%) of the outstanding voting shares of either Party.

"**Collateral**" means an amount in either: (a) U.S. Dollars calculated as a percentage of the Borrowed Amount as valued at a spot rate agreed upon in the Loan Term Sheet, or (b) Currency agreed upon, as provided by the Borrower to the Lender as collateral for the Loan.

"**Callable Option**" means the Borrower and Lender each have the option to redeliver or recall an Open Deal Loan at any time during the term of the deal.

"**Digital Asset**" means Bitcoin (BTC), Ether (ETH) or any digital asset that the Parties may agree upon in writing.

"**Due Date**" means a Maturity Date or Recall Delivery Date.

"**Event of Default**" has the meaning specified in Section 8.

"**Hard Fork**" means a permanent divergence in the blockchain, which commonly occurs when non-upgraded nodes cannot validate blocks created by upgraded nodes that follow newer consensus rules, or an airdrop or any other event which results in the creation of a new token.

"**Hard Fork Notice**" means a notice sent by the Lender to the Borrower indicating that a Hard Fork has occurred and that the Borrower has sixty (60) days to transfer any New Tokens to the Lender.

"**Late Fee**" means the additional fee of eighteen percent (18%) (annualized, calculated daily) of the notional amount of the Loan as valued at 12:00 am New York time each Calendar Day, that is incurred by the borrower for each Calendar Day that Loan repayment is overdue in accordance with Section 4.3.

"**Loan**" means a loan of Digital Asset by the Lender to the Borrower subject to this Agreement.

"**Loan Request**" means a request for a Loan.

"**Loan Effective Date**" means the date upon which a Loan begins.

"**Maturity Date**" means the date upon which a Loan is terminated.

"**New Tokens**" means any tokens that are created as a result of a Hard Fork.

"**Open Deal**" means a Loan without a Maturity Date where the Borrower may redeliver the Digital Asset or the Lender may recall the Digital Asset at any time, subject to the terms of this Agreement.

"**Recall Request**" means a request by the Lender, in respect of an Open Deal Loan, for the return by the Borrower of the Recall Amount.

2

Doc ID: 393449f19c4b684972ebc628297c892b1b79b12d

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0002496
CELSIUSNETWORK_00156188
SDNY_R01_00224084

"**Recall Amount**" means the portion (or entirety) of Digital Asset loaned to the Borrower in respect of which the Lender has made a Recall Request.

"**Request Time**" has the meaning given at Section 3.1.

"**Term Deal**" means a Loan with a predetermined Maturity Date, where only the Borrower can return the Digital Asset prior to the Maturity Date.

## 3.  GENERAL OPERATION

Loan Procedure

3.1.  During the Term of this Agreement, at a particular time and on a Calendar Day (the "Request Time"), an Authorized Agent of the Borrower may by email directed to ____trading@celsius.network_____ request from the Lender a Loan of a specific number of Digital Asset including the Pricing Terms (a "Lending Request").

3.2.  The Lending Request shall contain the following information:

   (i)    the Digital Asset and its amount that the Borrower wishes to borrow;
   (ii)   the Pricing Terms;
   (iii)  the Loan type: Term Deal or an Open Deal;
   (iv)   the Loan Effective Date; and
   (v)    if the Loan is a Term Deal, the Maturity Date.

3.3.  The Lender shall by email directed to the Borrower, inform the Borrower whether the Lender agrees to make such a Loan, at the Lender's sole discretion. For the avoidance of doubt, the Lender shall not be obligated to provide a Loan or any portion thereof unless the Lender confirms in writing the Lending Request or any portion thereof, and to the extent of such written confirmation.

3.4.  The specific terms of a Loan shall be recorded using the Loan Term Sheet attached as Annex B of this Agreement.

Open Deal Loan

3.5.  Where the Parties agree that a Loan shall be on an Open Deal basis, the Lender may, at any time on a Calendar Day (the "Recall Request Time"), exercise the Callable Option and make a Recall Request to recall all or any portion of Digital Asset loaned to the Borrower (the "Recall Amount"). The Borrower will then have _14_____ (hours/days) from the Recall Request Time to deliver the Recall Amount to the Lender.

3.6.  The Borrower may, at any time on a Calendar Day (the "Redelivery Date"), exercise the Callable Option and redeliver all or any portion of Digital Asset loaned to Borrower.

Term Deal Loan

3.7.  Where the Parties agree that a Loan shall be on a Term Deal basis, the Lender shall not have the right to recall all or any portion of Digital Asset loaned to the Borrower in advance of the Maturity Date, except in accordance with Section 9.1.

Doc ID: 393449f19c4b684972ebc628297c892b1b79b12d

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0002497
CELSIUSNETWORK_00156189
SDNY_R01_00224085

Ref. Lending Digital Assets

3.8. The Borrower may at any time on a Calendar Day (the "Redelivery Date") redeliver all or any portion of Borrowed Amount loaned to Borrower.

3.9. If the Borrowed Amount has not been returned before the Maturity Date, the Borrower shall commence redelivery on or before on the Maturity Date.

Drawable Loans

3.10. Lender may agree to guarantee availability of Digital Asset for loans upon a Loan Request from the Borrower or its Authorized Agent (a "Drawable Loan"). Lender shall set a term for the Drawable Loan, the Borrow Rate for the amount of the Drawable Loan that is not borrowed ("Undrawn Loan") and the Borrow Rate for the amount of the Drawable Loan that is borrowed ("Drawn Loan").

3.11. If Lender and Borrower agree to Drawable Loan they shall execute a Loan Term Sheet at that time, and at each subsequent delivery of a Drawn Loan, which indicates (i) the amount of the Drawable Loan that is an Undrawn Loan and a Drawn Loan, (ii) the Borrower Fee for each of the Undrawn Loan and the Drawn Loan, and (iii) the expiration date of the Drawable Loan.

3.12. The Borrow Rate of the Undrawn Loan accrues from the date the first Loan Term Sheet for the Drawable Loan is executed. All Drawn Loans are callable. Borrow Fees on any Undrawn Loans and Drawn Loans shall be paid in accordance with Clause 4 below. No Collateral is required for an Undrawn Loan. Collateral for a Drawn Loan shall be delivered in accordance with Clause 5 below.

Termination of Loan

3.13. Loans will terminate:

(i) If a Term Deal, upon redelivery by Borrower of the Borrowed Amount at the Maturity Date or sooner;

(ii) If an Open Deal, upon redelivery by Borrower of the Borrowed Amount once the Borrower or Lender exercises the Callable Option;

(iii) If a Drawable Loan, upon redelivery by Borrower of all Borrowed Amount currently drawn as part of a Drawn Loan, and either (1) the end of the term of the Drawable Loan or (2) the notification by Borrower that it will end the Drawable Loan; Or

(iv) If either a Term Deal, an Open Deal or a Drawable Loan, upon an Event of Default as defined in Section VII.

## 4. BORROW FEES AND TRANSACTION FEES

Borrow Fee Calculation

4.1. Following an accepted Lending Request, an agreed Borrow Fee will be recorded in the relevant Loan Term Sheet. The Borrow Fee shall be payable, unless otherwise agreed by the Borrower and the Lender, as provided for on a Loan Term Sheet.

4.2. The Lender shall calculate any Borrow Fees owed on a daily basis and provide Borrower with the calculation upon request.

4

Doc ID: 393449f19c4b684972ebc628297c892b1b79b12d

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0002498
CELSIUSNETWORK_00156190
SDNY_R01_00224086

Ref. Lending Digital Assets

Late Fee

4.3.  Where the Borrower fails to return any Digital Asset by an applicable Due Date, the Borrower shall incur the Late Fee for each Calendar Day that the repayment of the Digital Asset is overdue.

Payment of Borrow Fees and Late Fees

4.4.  An invoice shall be sent monthly (on such Calendar Day or such other day as the Lender may determine) and shall include any Borrow Fees and any Late Fees (the "Invoice Amount") outstanding.  The Invoice Amount shall be payable as provided for on the Loan Term Sheet. Without prejudice to Section 9.1(i), the Borrower shall have up to five Business Days to submit payment for the invoice (the "Invoice Due Date").

Taxes and Fees

4.5.  All transfer or other taxes or third-party fees payable with respect to the transfer and/or return of any Borrowed Amount, Invoice Amount or other amount under this Agreement shall be paid by the Borrower.

5.  COLLATERAL REQUIREMENTS

Collateral

5.1.  Before the Lender commences a Loan on behalf of the Borrower, the Borrower shall provide the Collateral. The Collateral shall be an amount in the Currency agreed upon calculated as a percentage of the Borrowed Amount, as valued at a spot rate agreed upon in the Loan Term Sheet.

5.2.  The Lender shall be entitled to use the Collateral to conduct its digital asset lending and borrowing business, including transferring the Collateral to bank accounts that are not controlled by the Lender and to pay any Borrow Fees.

Margin Calls

5.3.  If during the term of a Loan the value of the Digital Asset representing the Borrowed Amount increases by the percentage agreed upon by the Parties in the Loan Term Sheet (such rate, the "Margin Call Spot Rate"), Lender shall have the right to require the Borrower to contribute additional Collateral so that the Collateral is at least the same percentage indicated in the Loan Term Sheet relative to the value of the borrowed Digital Asset at the Margin Call Spot Rate (the "Additional Collateral").

5.4.   If the Lender requires Borrower to contribute Additional Collateral, it shall send an email notification (the "Collateral Call") to the Borrower at the email address indicated in Section 12.1 that sets forth:

(i)    the Margin Call Spot Rate and

(ii)   the amount of Additional Collateral required based on the Margin Call Spot Rate.

5

Doc ID: 393449f19c4b684972ebc628297c892b1b79b12d

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0002499
CELSIUSNETWORK_00156191
SDNY_R01_00224087