Ref. Lending Digital Assets

The Borrower shall transfer the Additional Collateral to the Lender within the time set forth in the Collateral Call. If Borrower fails to transfer the Additional Collateral within the number of hours specified in this subsection (ii), and the value of the borrowed Digital Asset as indicated by the Margin Call Spot Rate exceeds the spot rate indicated in the Loan Term Sheet by a certain percentage agreed between the Lender and the Borrower, the Lender may declare an Event of Default under Section 8 below.

Payment of Additional Collateral

5.5.  Payment of the Additional Collateral shall be made in the Currency agreed upon through Borrower's Digital Wallet to Lender or by bank wire to the account specified in the Loan Term Sheet necessary to make the USD Collateral percentage indicated in the Loan Term Sheet correct based on the Margin Call Spot Rate.

Default or Failure to Return Loan

5.6.  In the event that Borrower does not return the Borrowed Amount when due, the Lender may apply the Collateral for the payment of any liability or obligation or indebtedness of the Borrower created by this Agreement, including, but not limited to using the Collateral to purchase Digital Asset to replenish Lender's supply of the relevant Digital Asset.

Return of Collateral

5.7.  Upon the redelivery of any Borrowed Amount and payment of all Borrow Fees, Lender shall initiate the return of Collateral to either (a) the Borrower's Bank Account (in the name of Borrower); or (b) the Borrower's Digital Asset Wallet as provided in Annex B.

## 6. HARD FORKS

No Immediate Termination of Loans Due to Hard Fork

6.1.  For the avoidance of doubt, a hard fork in a relevant Digital Asset blockchain will not result in any outstanding Loans being immediately terminated.

Redelivery of Borrowed Digital Asset

6.2.  The Lender has the right to any New Tokens created as a result of a Hard Fork in relation to borrowed Digital Asset. Following a Hard Fork the Lender shall be entitled to send the Borrower a Hard Fork Notice following which the Borrower shall have up to sixty (60) days to:

(i)     transfer the New Tokens directly to the Lender,
(ii)    transfer the borrowed Digital Asset to the Lender so that the Lender can split the New Tokens itself and return the borrowed Digital Asset to the Borrower,
(iii)   make a Digital Asset payment reflecting the value of the New Tokens, using the agreed upon spot rate at the moment of repayment, or
(iv)    make a U.S. Dollar cash payment reflecting the value of the New Tokens, using the agreed upon spot rate at the moment of repayment.

## 7. REPRESENTATIONS AND WARRANTIES

Doc ID: 393449f19c4b684972ebc628297c892b1b79b12d

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0002500
CELSIUSNETWORK_00156192
SDNY_R01_00224088

Ref. Lending Digital Assets

7.1.  The Parties represent and warrant to each other on the Commencement Date and on the date of each Loan Request made by the Borrower, that this Agreement has:

(i)    been duly and validly authorized, executed and delivered on behalf of the Borrower and the Lender respectively; and

(ii)   constitutes the legal, valid and binding obligations enforceable against the Borrower and the Lender respectively in accordance with its terms (except as such enforceability may be limited by bankruptcy, insolvency, reorganization, moratorium or similar laws relating to or limiting creditors' rights generally and subject to the availability of equitable remedies).

7.2.  The Lender represents and warrants that, at the time of the making of the Loan, it owns or has the right to use the Digital Asset as provided for in this Agreement.

## 8.  EVENT OF DEFAULT

8.1.  Each of the following circumstances shall constitute an Event of Default:

(i)    the failure of the Borrower to return any Borrowed Amount when due;

(ii)   the failure of the Borrower to pay any Invoice Amount or Additional Collateral when due;

(iii)  any material breach of this Agreement;

(iv)   any representation or warranty made in this Agreement proves to be untrue in any material respect as of the date of making or deemed making thereof;

(v)    any bankruptcy, insolvency, reorganization or liquidation proceedings or other proceedings for the relief of debtors or dissolution proceedings instituted by or against the Borrower and not dismissed within thirty (30) days of their initiation.

## 9.  REMEDIES

9.1.  Upon the occurrence and during the continuation of any Event of Default, the Lender may, at its option:

(i)    declare the entire Borrowed Amount, Invoice Amount and any other amounts owing under this Agreement to be immediately due and payable,

(ii)   terminate this Agreement upon notice to Borrower, and

(iii)  exercise all other rights and remedies available to the Lender hereunder, under applicable law, or in equity.

9.2.  In the event that the Borrower fails to pay any amounts due hereunder, the Borrower shall pay to the Lender upon demand all reasonable costs and expenses, including without limitation, reasonable legal fees and court costs incurred by the Lender in connection with the enforcement of its rights hereunder.

9.3.  Borrower hereby acknowledges that its obligations hereunder are recourse obligations and are not limited to any other recoveries including, but not limited to recovery from use by Lender of any or all of the Collateral.  The obligations of the Borrower from time to time to repay the Borrowed amount, Invoice Amount, any other amounts owing under this Agreement, and all other amounts due and obligations owing under this Agreement all of which shall be full recourse obligations of the Borrower.

7

Doc ID: 393449f19c4b684972ebc628297c892b1b79b12d

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0002501
CELSIUSNETWORK_00156193
SDNY_R01_00224089

Ref. Lending Digital Assets

## 10. RIGHTS AND REMEDIES CUMULATIVE

Any delay or omission by the Lender to enforce an obligation or exercise any right or remedy under this Agreement shall not be construed as a waiver of such obligation, right or remedy or of any other rights or remedies hereunder. No waiver by either party of any provision of this Agreement shall be deemed to have been made unless expressed in writing and signed by both parties. All rights of the Lender stated herein are cumulative and in addition to all other rights provided by law, in equity.

## 11. INDEMNITY

Provided that there has been no breach of the Lender's representation at Section 7.2, the Borrower shall indemnify and hold harmless the Lender from and against any and all claims, demands, losses, expenses and liabilities of any and every nature (including legal fees) that the Lender may incur or that may be asserted against the Lender arising out of the Lender's lending of Digital Asset to the Borrower under this Agreement, except for any and all claims, demands, losses, expenses and liabilities arising out of or relating to the Lender's gross negligence or willful misconduct in the performance of its duties under this Agreement. This indemnity shall be a continuing obligation of the Borrower, its successors and assigns, notwithstanding the termination of this Agreement.

## 12. NOTICES

12.1. Unless otherwise provided in this Agreement, all notices or demands relating to this Agreement shall be in writing and shall be personally delivered or sent by express or certified mail (postage prepaid, return receipt requested), overnight courier, electronic mail (at such email addresses as a party may designate in accordance herewith), or to the respective address set forth below:

**Borrower:**

| | |
|---|---|
| Name: | FalconX Limited |
| Address: | Level G, (Office 1/1191), Quantum House 75, Abate Rigord St, |
| City, State/Country: | Ta'XbieX |
| Postal Code: | XBX 1120 |
| Attn: | Ana De Sousa |
| Email: | ana@falconx.io |

**Lender:**

Celsius Network Ltd

35 Great St. Helen's

London, United Kingdom

EC3A 6AP

or

8

Doc ID: 393449f19c4b684972ebc628297c892b1b79b12d

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0002502
CELSIUSNETWORK_00156194
SDNY_R01_00224090

Ref. Lending Digital Assets

to its US Affiliate, Celsius Network, Inc.

in care of its Registered Agent,

Incorporating Services, Ltd.

3500 S. Dupont Highway

Dover, Delaware 19901

USA

Attn: Legal

Email: legal@celsius.network

12.2. Either Party may change its address by giving the other Party written notice.

## 13. MODIFICATIONS

No modification or amendment to this Agreement shall be effective unless agreed in writing and signed by both Parties.

## 14. TERMINATION

14.1. This Agreement may be terminated as set forth in Section 9(1)(ii) or upon 30 days' notice by either party to the other.

14.2. In the event of a termination of this Agreement, any loaned Digital Asset shall be returned immediately and any Invoice Amount and other amounts owed shall be payable immediately.

14.3. The Lender shall not be obliged to return any Collateral until the Borrower has paid the Borrowed Amount and all other amounts owing under this Agreement, including all Invoiced Amounts.

## 15. TRANSFER

15.1. Except under Section 15.2, neither Party may assign this Agreement or any rights or duties hereunder without the prior written consent of the other party (such consent to not be unreasonably withheld).

15.2. In the event of a Change of Control of Lender or Borrower, prior written consent shall not be required provided such Party provides the other Party with written notice prior to the consummation of such Change of Control.

## 16. ENTIRE AGREEMENT

This Agreement constitutes the entire agreement between the Parties with respect to the subject matter hereof and supersedes any prior negotiations, understandings and agreements.

## 17. SEVERABILITY

9

Doc ID: 393449f19c4b684972ebc628297c892b1b79b12d

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0002503
CELSIUSNETWORK_00156195
SDNY_R01_00224091

Ref. Lending Digital Assets

Each provision of this Agreement shall be severable from every other provision of this Agreement for the purpose of determining the legal enforceability of any specific provision.

## 18. COUNTERPARTS

This Agreement may be executed in any number of counterparts and by different parties on separate counterparts, each of which, when executed and delivered, shall be deemed to be an original, and all of which, when taken together, shall constitute one and the same Agreement.

## 19. RELATIONSHIP OF PARTIES

Nothing contained in this Agreement shall be deemed or construed by the Parties, or by any third party, to create the relationship of partnership or joint venture between the Parties.

## 20. RIGHTS OF THIRD PARTIES

This Agreement is solely for the benefit of the parties hereto and their respective successors and assigns, and no other Person shall have any right, benefit, priority or interest under, or because of the existence of, this Agreement.

## 21. SUBMISSION TO ARBITRATION; WAIVER OF COURT AND JURY TRIAL

21.1. Arbitration Terms. Any dispute between the parties, unless amicably resolved by the parties, shall be finally settled by arbitration in accordance with the terms set forth hereunder. In such case, the place of arbitration of any dispute shall be London. The language to be used in the arbitration proceedings shall be English. The arbitration shall be conducted before a mutually appointed sole arbitrator. In the absence of agreement as to the identity of the arbitrator within seven (7) days of first demand of any of the parties, then the arbitrator shall be appointed by the chairman of the United Kingdom Bar. Any award rendered by the arbitrator shall be final and binding upon the parties. The arbitration shall be conducted under the rules and procedures set forth by the United Kingdom Arbitration Law - 1968, which rules and procedures are deemed to be incorporated by reference into this Section. The arbitrator shall not be bound by any rules of procedure or evidence but shall apply the substantive laws of United Kingdom in determining any matters before him. The arbitrator shall be liable to give written grounds for its decision. Judgment upon any award rendered may be entered in any court having jurisdiction, or application may be made to such court for a judicial acceptance of the award and an order of enforcement, as the case may be. Each party shall pay its own expenses of the arbitration, and the expenses of the arbitrator shall be equally shared between the parties, unless the arbitrator assesses as part of their award all or any part of the arbitration expenses of a party (including reasonable attorneys' fees) against the other party. Any arbitration proceeding hereunder shall be conducted on a confidential basis.

21.2. SUBMISSION TO ARBITRATION. EACH OF BORROWER AND LENDER IRREVOCABLY AND UNCONDITIONALLY (A) SUBMITS ANY DISPUTE OF ANY NATURE BETWEEN THE PARTIES OR CELSIUS INCLUDING ANY CONFIRMATION OR ANY LOAN OR RELATING IN ANY WAY TO THIS AGREEMENT TO ARBITRATION AS PROVIDED FOR ABOVE AND (B) WAIVES, TO THE

Doc ID: 393449f19c4b684972ebc628297c892b1b79b12d

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0002504
CELSIUSNETWORK_00156196
SDNY_R01_00224092

Ref. Lending Digital Assets

FULLEST EXTENT IT MAY EFFECTIVELY DO SO, ANY DEFENSE OF AN INCONVENIENT FORUM TO THE MAINTENANCE OF SUCH ACTION OR PROCEEDING IN ANY COURT AND ANY RIGHT OF JURISDICTION ON ACCOUNT OF ITS PLACE OF RESIDENCE OR DOMICILE.

21.3. WAIVER OF COURT AND WAIVER JURY TRIAL. EACH OF BORROWER AND LENDER HEREBY IRREVOCABLY WAIVES ANY RIGHT THAT IT MAY HAVE TO FILE ANY CLAIMS IN ANY COURT OF LAW OR SEEK A TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM ARISING OUT OF OR IN ANY WAY RELATING TO THIS AGREEMENT. ANY CONFIRMATION, ANY LOAN OR THE TRANSACTIONS CONTEMPLATED THEREBY.

11

Doc ID: 393449f19c4b684972ebc628297c892b1b79b12d

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0002505
CELSIUSNETWORK_00156197
SDNY_R01_00224093

Ref. Lending Digital Assets

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed and delivered as of the Commencement Date.

LENDER: Celsius Network Ltd

By: _____ _Y Cho_____

Name: __Young Cho_____

Title: __CFO_____

Date: __08/20/2019_____


BORROWER: _FalconX Limited_____

By: ___Ana De Sousa_____

Name: __Ana De Sousa_____

Title: __Director of Operations_____

Date: __08/19/2019_____

12

Doc ID: 393449f19c4b684972ebc628297c892b1b79b12d

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0002506
CELSIUSNETWORK_00156198
SDNY_R01_00224094

Ref. Lending Digital Assets

## ANNEX A
### AUTHORIZED AGENTS*

The following are authorized to deliver Lending Requests on behalf of Borrower in accordance with Section 3 of the Agreement:

Name: Raghu Yarlagadda

Email: raghu@falconx.io

Name: Prabhakar Reddy Nimmakayala

Email: preddy@falconx.io

*Authorized Agents must be listed as the Beneficial Owners in the Celsius Network Corporate Application. If another person is designated as an Authorized Agent, they must be an Officer of the Borrower and must complete Know Your Customer (KYC) Verification and onboarding.

13

Doc ID: 393449f19c4b684972ebc628297c892b1b79b12d

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0002507
CELSIUSNETWORK_00156199
SDNY_R01_00224095

TO BE COMPLETED
SEPARATELY
FOR EACH LOAN

Ref. Lending Digital Assets

**ANNEX B**

**LOAN TERM SHEET**

The following loan agreement incorporates all of the terms of the Digital Asset Loan Agreement entered into by the Lender and Borrower (as provided in the Agreement and specified below) on _____ and the following specific terms:

Lender:                              Celsius Network Ltd

Borrower:                           _____

Digital Asset:                     _____      Digital Asset Spot Price: _____

Amount of Digital Asset:     _____ (Coin) OR _____ (USD Equivalent)

Loan Type:                        _____

Loan Term:                        _____

Borrow Fee:                       _____ % annually, calculated and charged monthly

Borrow Fee Payable in:       _____

Collateral Type:                 _____

Collateral Amount:             _____      Collateral Spot Price: _____

Collateral Percentage:       _____ % of Digital Asset Loan Value

Margin Call Spot Rate:       _____ % Rise

Additional Terms:              _____

                                       _____

USD Collateral Wiring Instructions:

Beneficiary Account: 1503222589
Beneficiary Name: Celsius Network Limited
Beneficiary Address: 35 Great St Helens, London, United Kingdom, EC3A 6AP
Beneficiary Bank: Signature Bank
ABA/Routing Number: 026013576
Beneficiary Bank Address: 565 Fifth Avenue, New York, NY 10017
(International) SWIFT Code: SIGNUS33XXX

Digital Asset Wallet Address of Borrower:      _____

Digital Asset Wallet Address of Celsius:        _____

LENDER: Celsius Network Ltd                BORROWER: _____

By: _____            By: _____

Name: _____            Name: _____

Title: _____            Title: _____

14

Doc ID: 393449f19c4b684972ebc628297c892b1b79b12d

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0002508
CELSIUSNETWORK_00156200
SDNY_R01_00224096

▽ HELLOSIGN                                              Audit Trail

TITLE                    FalconX MSA_2019 Celsius Digital Asset Loan Agreement
FILE NAME                Digital Asset Loa...ment_06242019.pdf
DOCUMENT ID              393449f19c4b684972ebc628297c892b1b79b12d
STATUS                   ⊛ Completed

Document History

⟳          08/12/2019      Sent for signature to Samir Ghosh (samir@falconx.io) and
SENT       19:08:50 UTC    Young Cho (young@celsius.network) from
                           jessica@celsius.network
                           IP: 82.214.90.140


◉          08/13/2019      Viewed by Samir Ghosh (samir@falconx.io)
VIEWED     19:54:53 UTC    IP: 67.169.64.21


⊬          08/20/2019      Signed by Samir Ghosh (samir@falconx.io)
SIGNED     03:50:53 UTC    IP: 99.124.152.64


◉          08/20/2019      Viewed by Young Cho (young@celsius.network)
VIEWED     05:54:40 UTC    IP: 73.22.167.181


⊬          08/20/2019      Signed by Young Cho (young@celsius.network)
SIGNED     05:56:24 UTC    IP: 73.22.167.181


⊘          08/20/2019      The document has been completed.
COMPLETED  05:56:24 UTC

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_OK_0002509
CELSIUSNETWORK_00156201
SDNY_R01_00224097

# EXHIBIT H



**LATHAM&WATKINS**LLP

meetings, in addition to *ad-hoc* sessions as needed, chaired by Celsius' Chief Risk Officer and attended by the executive leadership of the firm. The Risk Committee reviews various aspects of risks related to the Company's activities, including but not limited to operational, market, credit, and liquidity, and the business lines, Treasury, Risk, Compliance, and Security/Intelligence present on risk issues, and the committee tracks key risk deliverables and deadlines.

As described below, when the Risk Committee assesses deployment activities, the Risk Committee receives input from Risk, Compliance, and Security/Intelligence. The different functions conduct their initial assessments, provide their recommendations to the Risk Committee, and continue to monitor counterparties or strategies. Depending on the risks identified through each function's assessment, the Risk Committee may choose not to approve a deployment activity, or may put limitations in place.

### Risk Management Department

Celsius employs 10 full-time employees in its Risk Management Department ("RMD"). Senior team members average more than 20 years' experience in senior risk management positions at banks.

Below is a summary of the primary risks (among others) that the RMD evaluates and monitors.

*Credit Risk.* As described in detail above in response to **Request 5(b)**, Celsius' credit process includes an underwriting of the creditworthiness of institutional borrowers and monitoring the creditworthiness of borrowers on an ongoing basis. For approved borrowers, Celsius may establish credit limits, required collateral levels, and percentages of declines in collateral values before margin calls are issued, as applicable. A subset of counterparties will qualify to borrow on a partially collateralized or uncollateralized basis, subject to the heightened due diligence, stricter terms, and additional monitoring discussed above in response to **Request 5(b)**. As of August 22, 2021, Celsius has 37 active institutional borrowers, of which 14 are fully collateralized, 14 are under-collateralized (with an average of 35% collateral), and 9 are uncollateralized.[32]

Celsius also assesses and monitors its credit exposures in connection with loans that Celsius *borrows*. Like loans under Celsius' lending activities, Celsius' borrowing activities may also be collateralized or uncollateralized (see further in footnote 19 above). Where the collateral posted by Celsius with the lender increases in value vis-à-vis borrowed funds, Celsius has growing credit risk exposure to the lender. Celsius therefore assesses the creditworthiness of such lenders ahead of entering into a borrowing relationship and on an ongoing basis, along the same lines as described above for borrowers (*mutatis mutandis*). In such cases, Celsius limits the borrowing amounts and/or collateral value posted, and generally seeks to have provisions in the borrowing agreement granting it reverse margin call rights (*i.e.*, should the collateral posted by Celsius exceed a certain percentage of the borrowed funds, the lender is required to either release the excess collateral and return it to Celsius, or to furnish additional principal against the same collateral). It is noted that reverse margin calls are not included in all such borrowing arrangements, as Celsius negotiates the terms and conditions of each arrangement with the particular lender. Celsius takes into account

---

[32] This is on an aggregated basis. A single borrower may have multiple loans, some of which are collateralized and others under-collateralized or uncollateralized, in which case the credit risk in connection with a single loan can be covered by the collateral of another loan to the same borrower.

### CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUS_SEC_0000149

FOIA CONFIDENTIAL TREATMENT REQUESTED
PRODUCED PURSUANT TO RULE 6(e)

CDPQ_DOJ_000017128

SDNY_R01_00041273

# EXHIBIT I

August 19, 2021
Page 17

LATHAM&WATKINS LLP



*Setting Credit Limits*. The Credit Risk Team sets limits on uncollateralized loans in dollar terms.[24] The limits apply not only to the amount of the loans at inception, but also to any subsequent mark-to-market changes in valuation. Celsius monitors this exposure on an ongoing basis. Celsius' systems automatically identifies when values have changed requiring a margin call. As Celsius' borrowers grow and/or Celsius gets to know them and build trust, Celsius may increase (or lower) a client's credit limits.

*Executing Master Loan Agreement*. Please see Celsius' template Master Loan Agreement ("MLA") and Term Sheet, bearing Bates numbers CELSIUS_NJ_0000154-CELSIUS_NJ_0000179 which set out the general terms on which institutional borrowers may seek to initiate a transaction with Celsius. Once Celsius' legal team has approved the MLA that incorporates the specifications of the proposed transaction, the MLA is sent to the institutional borrower for execution. Loans are typically open term (*i.e.*, recallable and repayable at any time) but can also be fixed term.

*Borrowing Requests*. After an MLA is in place, borrowers can provide Celsius' lending desk with individual borrowing requests (subject to the pre-agreed terms in the MLA, and predefined credit limits), under transaction-specific term sheets. In the absence of a particular limitation,[25] Celsius' lending desk approves the request and Celsius executes the transaction. Where collateral is required, the principal amount will be transferred only after the collateral is received by Celsius.

*Margin Calls and Reverse Margin Calls*. Collateralized loans are generally subject to margin calls and reverse margin calls. Typically, Celsius' systems automatically generate an alert when a loan reaches margin call or reverse margin call level. Following a manual check, the borrower is notified for confirmation prior to updating the collateral level (by borrower furnishing additional collateral, or Celsius returning part of the collateral, depending on market direction). Reverse margin calls are generally executed only after the market had stabilized above (or below, as applicable) the applicable threshold for a certain period, to avoid returning excess collateral prematurely due to unsustainable market spikes.

*Servicing*. Celsius collects interest on a monthly basis and provides an invoice to the borrower. Typically, the parties' right to terminate a loan (borrower to repay early or Celsius to recall the loan amount) may be executed by providing written notice.

*Monitoring*. Celsius' Credit Team reviews and manages counterparty risk on an ongoing basis, by staying in contact with borrowers' financial teams, assessing publicly available information about the borrower's financials (especially in the case of publicly traded companies), and requesting updated financials from time to time. To the extent that Celsius becomes concerned about a borrower's repayment of its obligations to Celsius, Celsius' Credit and Risk Teams (together with the Legal Team, if needed) assess, among other things, the potential exposure and the likelihood of loss. Celsius then uses its assets to hedge against such risk, as appropriate. For

---

[24] Celsius does not provide uncollateralized or undercollateralized loans to retail borrowers. The latter can only access the "retail lending" service described above.

[25] Such limitations include for example, borrower exceeding limits, risk determination that any transaction requires the approval of management, or a change in borrower credit status.

**CONFIDENTIAL TREATMENT REQUESTED**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_03926564
SDNY_R01_03323386
SDNY_R01_03323386

EXHIBIT   J



4.22   SEC & Hole, Not telling...

File "LEDA000092001_Attach.opus" is missing
Attachment: PTT-20220408-WA0012.opus (59 KB)

| | | |
|---|---|---|
| # | **Roni Cohen Pavon <972504446020@s.whatsapp.net>** | 4/8/2022, 2:46 PM |
| | Ask him which meeting he does there in Miami and why he is there | |
| # | **Roni Cohen Pavon <972504446020@s.whatsapp.net>** | 4/8/2022, 2:46 PM |
| | I told Oren that I expect a very detailed report | |
| DL | **Daniel Leon <+12672691942>** | 4/8/2022, 2:46 PM |
| | Of course. | |
| # | **Roni Cohen Pavon <972504446020@s.whatsapp.net>** | 4/8/2022, 2:47 PM |

File "LEDA000092006_Attach.opus" is missing.
Attachment: PTT-20220408-WA0013.opus (128 KB)

| | | |
|---|---|---|
| DL | **Daniel Leon <+12672691942>** | 4/8/2022, 2:49 PM |

File "LEDA000092008_Attach.opus" is missing
Attachment: PTT-20220408-WA0014.opus (40 KB)

| | | |
|---|---|---|
| # | **Roni Cohen Pavon <972504446020@s.whatsapp.net>** | 4/8/2022, 2:49 PM |
| | And please do not tell people what I do or do not work on | |
| # | **Roni Cohen Pavon <972504446020@s.whatsapp.net>** | 4/8/2022, 2:49 PM |
| | I do not remember that I owe David an account about me doing something different. | |
| DL | **Daniel Leon <+12672691942>** | 4/8/2022, 2:49 PM |
| | You really do not owe. He also did not request. | |
| DL | **Daniel Leon <+12672691942>** | 4/8/2022, 2:49 PM |
| | Okay | |
| DL | **Daniel Leon <+12672691942>** | 4/8/2022, 3:00 PM |



Image: IMG-20220408-WA0017.jpg (145 KB)

| | | |
|---|---|---|
| # | **Roni Cohen Pavon <972504446020@s.whatsapp.net>** | 4/8/2022, 3:18 PM |

Yesterday, I explained to Amir, after the fool sent him to convince me to arrive to Paris, that that is precisely the problem. The management lives here as if everything is okay, as if there is no Jason, as if there is no SEC, as if there is no hole, as if there is no CEO here who endangers the company by the simple fact that he breathes. Yes, part of it arises out of the fact that I am not sharing, and I cannot share, because if people would understand what is going on here, they would run away, but the indulgence, the extravagance, and irresponsibility that live parallel to this situation is driving me crazy.

| | | |
|---|---|---|
| DL | **Daniel Leon <+12672691942>** | 4/8/2022, 3:20 PM |

FOIA CONFIDENTIALITY REQUESTED

(0342.6418)

Leon_0005004
SDNY_R01_03426422

EXHIBIT K

K1

**From:** (null) 📎
**Subject:**
**Date:** April 23, 2026 at 10:12 PM
**To:** 9725 (null), S. Daniel Leon <972546736001@s.whatsapp.net> 972546736001@s.whatsapp.net,
Roni Cohen Pavon <972504446020@s.whatsapp.net> 972504446020@s.whatsapp.net, Daniel Leon <+12672691942> (null),
972 (null), S. Daniel Leon <972546736001> (null), 9725467360___◆_____ (null)

Roni Cohen Pavon <972504446020@s.whatsapp.net>
2022-03-24T00:28:43.0000000Z
נחתת?

S. Daniel Leon <972546736001@s.whatsapp.net>
2022-03-24T02:00:34.0000000Z
השניה.

Roni Cohen Pavon <972504446020@s.whatsapp.net>
2022-03-24T02:11:11.0000000Z
וולקאם

Roni Cohen Pavon <972504446020@s.whatsapp.net>
2022-03-24T02:11:25.0000000Z
כנראה שהצלתי את אלכס

S. Daniel Leon <972546736001@s.whatsapp.net>
2022-03-24T02:32:42.0000000Z
באמת??

S. Daniel Leon <972546736001@s.whatsapp.net>
2022-03-24T02:33:04.0000000Z
יותר נכון את החברה גם.

Daniel Leon <+12672691942>
2022-03-24T02:47:32.0000000Z
טוב. מה זה אומר.

Roni Cohen Pavon <972504446020@s.whatsapp.net>
2022-03-24T11:20:49.0000000Z
איפה אתה דפוק?

S. Daniel Leon <972546736001@s.whatsapp.net>
2022-03-24T11:21:08.0000000Z
דפוק? מה קרה הבוקר?

Roni Cohen Pavon <972504446020@s.whatsapp.net>
2022-03-24T11:21:35.0000000Z
מחכה לך ואתה לא פה

Roni Cohen Pavon <972504446020@s.whatsapp.net>
2022-03-24T11:21:37.0000000Z
אז אתה דפוק

Roni Cohen Pavon <972504446020@s.whatsapp.net>
2022-03-24T11:21:45.0000000Z
ואתה עולה על וידאו עם רע

S. Daniel Leon <972546736001@s.whatsapp.net>
2022-03-24T11:22:11.0000000Z
ממתין לתשובות של הבדיקה.

Roni Cohen Pavon <972504446020@s.whatsapp.net>
2022-03-24T11:22:17.0000000Z
יאללה יאללה

Roni Cohen Pavon <972504446020@s.whatsapp.net>
2022-03-24T11:22:20.0000000Z
נסעת לדקה וחצי

Roni Cohen Pavon <972504446020@s.whatsapp.net>
2022-03-24T11:22:23.0000000Z
יא פחדן

S. Daniel Leon <972546736001@s.whatsapp.net>
2022-03-24T11:22:28.0000000Z
אתה מאשר לי להגיע?

Roni Cohen Pavon <972504446020@s.whatsapp.net>
2022-03-24T11:22:32.0000000Z
חד משמעית

Roni Cohen Pavon <972504446020@s.whatsapp.net>
2022-03-24T11:22:44.0000000Z
רגורית רגת שיותר מחזי רגא רגוחזוות

*[handwritten:]* I saved Alex
realy ??
to be more accurate also Celsius

This period BTC rose back from $30,000 to $45,000 making Pavon secret "masively long BTC" look like a good investment

חוזרים יש רווחים. שאומר מבין דחוא בעינותות

Roni Cohen Pavon <972504446020@s.whatsapp.net>
2022-03-24T11:23:08.0000000Z
שמע, נתנו עבדה, אין ספק, למרות שאני רוצה לצאת שם מהקבוצה

Roni Cohen Pavon <972504446020@s.whatsapp.net>
2022-03-24T11:23:12,0000000Z
הם תותחים

S. Daniel Leon <972546736001@s.whatsapp.net>
2022-03-24T11:23:34.0000000Z
יופי. אני אגיע ואתה בא לפגישה עם רשות ניירות ערך ?

Roni Cohen Pavon <972504446020@s.whatsapp.net>
2022-03-24T11:23:41.0000000Z
שלילי

S. Daniel Leon <972546736001@s.whatsapp.net>
2022-03-24T11:23:53.0000000Z
טוב...

S. Daniel Leon <972546736001@s.whatsapp.net>
2022-03-24T11:24:18.0000000Z
למה אתה רוצה לצאת. מה קרה ?

Roni Cohen Pavon <972504446020@s.whatsapp.net>
2022-03-24T11:24:37.0000000Z
יש לי כאבים בחזה כל פעם ששולחים שם הודעה

Roni Cohen Pavon <972504446020@s.whatsapp.net>
2022-03-24T11:24:39.0000000Z
אני לא יכול

S. Daniel Leon <972546736001@s.whatsapp.net>
2022-03-24T11:24:55.0000000Z
טוב. צא.
הלב שלך יקר מדי.

Roni Cohen Pavon <972504446020@s.whatsapp.net>
2022-03-24T13:39:47.0000000Z
איפה אתה?!!!!

Daniel Leon <+12672691942>
2022-03-24T13:39:58.0000000Z
דקה שם

Roni Cohen Pavon <972504446020@s.whatsapp.net>
2022-03-24T17:07:56.0000000Z
איך היה?

Daniel Leon <+12672691942>
2022-03-24T17:13:47.0000000Z
מעולה.

Roni Cohen Pavon <972504446020@s.whatsapp.net>
2022-03-24T17:14:05.0000000Z
👍

Roni Cohen Pavon <972504446020@s.whatsapp.net>
2022-03-24T17:26:32.0000000Z
הלכת?

Daniel Leon <+12672691942>
2022-03-24T17:27:18.0000000Z
כן. חיפשתי אותך. חוזר עוד 45 דקות

Roni Cohen Pavon <972504446020@s.whatsapp.net>
2022-03-24T17:27:40.0000000Z
איפה חיפשת אותי?

Daniel Leon <+12672691942>
2022-03-24T19:10:28.0000000Z
במשרד. איפה?
עומר אמרה שאתה בשרותים.
בכל אופן אני פה.
מה יש לך בלו ?

Roni Cohen Pavon <972504446020@s.whatsapp.net>
2022-03-24T20:04:36.0000000Z
אכלת?

Daniel Leon <+12672691942>

2022-03-24T20:06:20.0000000Z
לא

Daniel Leon <+12672691942>
2022-03-24T20:50:47.0000000Z
?יש לנו אוכל

Roni Cohen Pavon <972504446020@s.whatsapp.net>
2022-03-24T22:21:50.0000000Z
?מה הלוז שלך

**rsmf.zip**

EXHIBIT  L

AT-B    4.2022    Not Playing by the Rules    L1

972504446020@s.whatsapp.net ~A

2022-04-09 02:35:25.000 PM

I still did not decide if I am flying

12672691942@s.whatsapp.net Shlomi D. Leon

2022-04-09 03:30:34.000 PM

When a president of a soccer team and the most important brand in the world sends you a private airplane, you do not ask 'am I flying?'…you ask 'where is the passport?'

972504446020@s.whatsapp.net ~A

2022-04-09 03:38:58.000 PM

At any point in my life, have I given you the impression that I play by the rules?

12672691942@s.whatsapp.net Shlomi D. Leon

2022-04-09 05:10:59.000 PM

https://twitter.com/jomaoppa/status/1512446577796915202?t=qeuY9mJoe3AWz489KFA3eA&s=08

12672691942@s.whatsapp.net Shlomi D. Leon

2022-04-09 05:11:19.000 PM

You always gave me the impression that you are a smart person and that is the smart thing to do

972504446020@s.whatsapp.net ~A

2022-04-09 05:28:20.000 PM

972504446020@s.whatsapp.net ~A

2022-04-09 07:05:48.000 PM

How are you?

972504446020@s.whatsapp.net ~A

2022-04-09 07:18:16.000 PM

605b5aaa-7182-4123-b916-ed23c6967810.jpg

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

(03201550)

CELSIUSNETWORK_03804733
SDNY_R01_03201555

# EXHIBIT M

# EXHIBIT N

EXHIBIT O

Alex Removed from Risk

## MINUTES of CELSIUS RISK COMMITTEE MEETING
## CELSIUS NETWORK LIMITED
### (a UK Limited Company)

---

**October 21, 2021**
**Time: 10:00 - 11:05 AM EST**
**Minutes taker: Graham Novitch**
**Location: Online**

### VOTING MEMBERS PRESENT / ABSENT:

| R Sunada-Wong (CRO) | R Pavon (Chief Revenue Officer) | D Leon (COO) | N Goldstein (CTO) |
|---|---|---|---|
| B Strauss (Chief Credit Officer) | R Deutsch (GC) | F Van Etten (CIO) | S Kleiderman (CSO) |
| T Chan (Head of Operational Risk) | O Blonstein (Chief Compliance Officer) | Y Shalem (CFO) | A Landes (VP Lending) |

### OTHERS PRESENT:
Alex Mashinsky (CEO)
Lissa Workman (Operations Director)
Gerrit Van Wingerden (Strategy Consultant)
Jason Perman (Treasurer)
Trunshedda Ramos (HR)
Graham Novitch (Analyst)
Peter Graham (Credit Officer)
Fan Bai (Quantitative Risk Analyst)
Charles Roberts (MLRO)
Stevan Maglic (Head of Credit and Capital Risk Analytics)
Asaf Yashayev (Risk Manager)
Tamas Antal (Model Risk Director)
Ron Sabo (Head of Research)
Amir Ayalon (Mining and Head of Corporate Development)
Jerry Ho (Senior Credit Officer)
Adrian Alisie (Head of Internal Audit)
Matthew de la Fuente (Senior Director of Operations)
Tushar Nadkarni (Chief Growth & Product Officer)
Adeel Ahmed (Global Head of Investment Operations)

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00018011
SDNY_R01_00085927

## Introduction - R. Sunada-Wong

R. Sunada-Wong introduces the meeting. R. Deutsch motioned to approve the last three Risk Committee meeting minutes, and was seconded by F. Van Etten. There were no objections.

## Operational Risk

### Stablecoin Risk - R. Pavon, Y. Shalem, R. Deutsch

R. Pavon explained that we're working on discussions with Tether. A. Mashinsky asked for a target date for our next steps with Tether. Celsius has reduced its collateral posted by $1bn total, and its total USDT borrowed by $800MM.

R. Pavon said Tether is unwilling to use a 3rd party to hold our coins. They're willing to decrease the ETH margin requirement to 150% and BTC to 125%. Tether stated our coins are sequestered in their own wallet. R. Pavon stated we've looked at chainalysis and believe our coins are commingled. Tether is willing to have a call with Risk Mgt. There will be a discussion between our legal team and Tether's legal team. Y. Shalem said they're not willing to accept other coins as collateral because there's not enough liquidity.

A. Mashinsky noted that Circle is lending to parties other than Genesis and that Circle could be used as an alternative source of stablecoin borrowing.

B. Strauss asked R. Pavon and Y. Shalem why Tether is objecting to use a 3rd party custodian to hold coins. A. Mashinksy responded that they are cautious after losing 160,000 BTC with BitGo. R. Pavon and Y. Shalem will continue discussions with Tether to mitigate our risks.

### Technology Risk - N. Goldstein

N. Goldstein commented on the analysis process, and M. de la Fuente said that the Retail Lending, Technology, and Product departments are working on Break the Glass solutions. R. Sunada-Wong asked M. de la Fuente to summarize the issues and distribute them.

A. Mashinsky pointed out the need to tighten access privileges given the possibility of an IPO. S. Kleiderman indicated that there has been significant progress and that he will present at the next meeting.

Regarding user complaints regarding promos, A. Mashinsky recommended using CelPay to compensate users.

### Insurance - L. Workman

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00018012
SDNY_R01_00085928

L. Workman gave an update on the progress made in Insurance. The general liability insurance is done while custody insurance is outstanding. A discussion ensued regarding insurance for mining which was declined by Zurich. We're going back to Core Scientific to give Zurich revised information.

### Regulatory and Policy - O. Blonstein

**Redacted - Privilege**

**Redacted - Privilege**

Redacted - Privilege   R. Sunada-Wong suggested sending the reminder email more often to remind employees. The company is rolling out a training program called NavEX that will help employees.

**Redacted - Privilege**

### Security Issues - S. Kleiderman

S. Kleiderman wants to finish the GK8 acquiring agreement soon and needs feedback from ExCo members.

### People Changes - T. Ramos

T. Ramos explained that NavEX is a 3rd party that manages AlertLine. The social media policy will go out soon, and will require an acknowledgement. The Code of Conduct will be pushed out to the Legal and Risk teams soon.

### Changes to Middle Office Operations- A. Ahmed

The separation of duties will be addressed in a few weeks. Further updates will be provided at the next RC meeting.

### Mining - A. Ayalon

A. Ayalon is developing a plan with status, and how risks will be managed for priority power. Foundry has been chosen as the domestic pool operator, replacing Binance.

T. Chan will follow up with Y. Shalem selling BTC, and segregating the mining and GBTC accounts.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00018013
SDNY_R01_00085929

## Market Risk

### Proposal: Margined ETF sec lending; USDT deployment - R. Sunada-Wong

R. Sunada-Wong gave an update that we're almost ready to open an account with Morgan Stanley. It's pending legal/regulatory answers to due diligence questions.

### Retail Liquidations - T. Chan, A. Landes

The synthetic testing functionality is now complete, and any bugs were fixed. The first tranche of liquidations is going out on October 24th. If there is no resistance, then tranches will continue.

### Crypto Winter FX Hedge - Y. Shalem

Y. Shalem said the hedge will be executed this week, we're just collecting new rates first. He will talk with F. Van Etten and R. Sunada-Wong about how it's managed. F. Van Etten added that we're collecting all the hedging activities and adding structure.

At this stage, certain of the participants left the meeting. The following individuals remained:

Rodney Sunada-Wong
Brian Strauss
Tat Chan
Daniel Leon
Frank Van Etten
Ron Deutsch
Roni Pavon
Nuke Goldstein
Oren Blonstein
Yaron Shalem
Graham Novitch
Peter Graham
Steve Maglic
Asaf Yashayev
Fan Bai
Tamas Antal
Jerry Ho
Adrian Alisie
Jason Perman
Ron Sabo
Gerrit Van Wingerden

*Alex left the meeting*

### Compliance Issues - O. Blonstein

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00018014
SDNY_R01_00085930

O. Blonstein said the Conflicts of Interest policy is almost done and will send final feedback soon. He will provide a target date.

He mentioned a software for tracking employee brokerage accounts where compliance officers can get this info. The same thing is coming out for cryptocurrency, but with wallet addresses instead.

## Hedging - F. Van Etten

F. Van Etten recommended the creation of a hedging team, and this idea was supported by the ExCo. He extended an offer to a candidate to run the team, and will have an answer in the near future.

## Market Risk - Exchange Traded Strategies - T. Chan

T. Chan gave an update on market risk. The future funding trade has been executed to reduce USDT exposure. The option collar positions have been added to monitor P&L risk. He will work with F. Van Etten to establish and refine limits.

## DeFi strategy approval

The Risk team is currently working on 19 DeFi strategy proposals. The Risk team is working with the DeFi trading team to enhance the approval process and re-engineer the DeFi template. Risk intends to evaluate these proposals and backfill the DeFi template with previously-approved DeFi strategies.

R. Pavon wanted a timeline for this, and T. Chan said they're targeting evaluating the first four new proposals this week.

A. Mashinsky added that Risk should tell the rest of the departments what the maximum amount of BTC or ETH that Celsius can handle while still being effective. His goal is for Celsius to be the largest AUM manager. Executing the correct strategy will require finding the perfect amount for each crypto.

## Top 15 DeFi pools exposures

S. Maglic quickly went over Celsius' DeFi pool exposures, addressing TVL numbers discussed during the previous meeting. In some pools, coins are redeployed to other pools so a "secondary" pool TVL is relevant and was shown. Currently, identification and mapping of secondary deployment pools is a manual process that needs to be automated and is important to do risk transfer pricing properly.

## Credit Risk - B. Strauss

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00018015
SDNY_R01_00085931

B. Strauss provided an update on credit. We're working on improving documents with Tether. After a due diligence with Three Arrows, they're not prepared to disclose more in writing than AUM, but they've made themselves available to answer questions.

P. Graham and J. Ho will put together a framework for evaluating exchanges. They will start with exchanges where Celsius has the most exposure. They will come up with a risk rating and work with the front office to set limits.

A. Mashinsky added that the company's largest undeployed asset is CEL. This should be a focus as platforms will start accepting CEL soon. Since it's underperforming as an asset, this would help it grow.

At this stage certain of the participants left the meeting. The following individuals remained:

Rodney Sunada-Wong
Brian Strauss
Tat Chan
Daniel Leon
Ron Deutsch
Roni Pavon
Oren Blonstein
Yaron Shalem
Adrian Alisie
Jason Perman

**Regulatory Matters - R. Pavon, O. Blonstein**

There was a discussion of various state regulatory matters, including AL, MA, NY and NJ. In addition, an update was provided of Project Kenny.

**EFH - B. Strauss, R. Sunada-Wong, R. Deutsch, A. Mashinsky, R. Pavon**

There was a discussion of the status of our restructuring efforts on the remaining Tranches as they become due, as well as the probability of being repaid in full given the most recent run-up in BTC and ETH. The discussion included the possibility of offering EFH options for reducing their market risk by converting one or more Tranches from crypto to fiat. One of our equity partners has offered to help us potentially sell our loans. Potential hurdles to this include EFH's unwillingness to provide financial transparency, and the need to obtain EFH's approval to sell via assignment.

———

**Conclusion - R. Sunada-Wong**

R. Sunada-Wong concluded the meeting.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00018016
SDNY_R01_00085932

D022ZQJ7MV0

| Chat Filters | Events | History | Disclaimers | | | |
|---|---|---|---|---|---|---|
| **Participant** | | **Entity** | | **Login** | **Email** | |
| Rodney Sunada-Wong | | Celsius | U01RFJFGJRF | rodney.sunada-wong@celsius.network | 13 | 0 |
| Ron Sabo | | Celsius | U01QYGT9MT9 | ron.sabo@celsius.network | 6 | 0 |

Rodney Sunada-Wong

2021-09-22 05:24:00.007 AM

I think I have made it clear that there are 3 levels of FX risk to be managed, and I am SURPRISED that you thought Treasury would be responsible for managing the first level, which is managing day-to-day FX risk. I have never ever discussed the formula for hedging that risk with Yaron's team, only with you and Ivan. Your team (Frank's team) knows what is going on day to day and is best able to manage it.

Rodney Sunada-Wong

*Examples of team not following Alex instructions to derisk*

example) and on the same time sell it (as part of the crypto winter, for example).

**Rodney Sunada-Wong**

2021-09-22 05:59:38.030 AM

Aside from transaction costs, I disagree.

**Ron Sabo**

2021-09-22 06:00:56.033 AM

Portfolio level FX risk mangment necessities the wide visibility into all of our earnings and expenses, and this is why I believe it should be managed by finance and not the front office.

**Rodney Sunada-Wong**

2021-09-22 06:01:47.033 AM

The CFO organization is not nimble. In at least three weekly discussions with Yaron I have asked him whether our recommendation to sell BTC (related to the BTC-denominated hedge) had happened, and each time the answer is no, and each time I have to go through an explanation for why it makes sense to do so.

**Ron Sabo**

2021-09-22 06:04:28.040 AM

Long1 - I agree that this should be treated separately, but currently this position is being counted as part of the freeze, so we must take it into account when making descision to sell BTC based on the freeze. Otherwise, we end up holding it in one hand and sell it with the other.

**Rodney Sunada-Wong**

2021-09-22 06:05:54.040 AM

I am going to stop messaging with you because I am getting upset and I will write something I will regret.

**Ron Sabo**

2021-09-22 06:07:42.043 AM

I see. Let's find time to discuss this tomorrow.

**Ron Sabo**

2021-09-22 06:11:20.047 AM

Yaron has asked me to relate to our present BTC and ETH exposure in the ALCO meeting. I wish we could have discussed this before, but not sure this is doable now.

**Rodney Sunada-Wong**

2021-09-22 12:02:50.000 PM

I didn't see your last messages until now because i shut down my slack

**Rodney Sunada-Wong**

2021-09-22 12:03:22.000 PM

over the past 20 minutes i messaged Yaron and warned him that asking the questions on page 4 could be very problematic

**Rodney Sunada-Wong**

2021-09-22 12:05:25.003 PM

I warned him that Alex will probably get upset because if you and Yaron ask this question that there will be a long drawn out discussion, and one thing that will come out is that the recommendation Risk Mgt made to sell BTC coins was not executed. And BTC has fallen since that time.

**Ron Sabo**

2021-09-22 12:11:01.003 PM

The FX formula that we were discussing would have led us to buying more BTC, not the other way around.

**Rodney Sunada-Wong**

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY CELSIUS
SUBJECT TO JANUARY 13, 2023
STIPULATION

CELSIUSNETWORK_00888128

SDNY_R01_00955932

2021-09-22 12:14:29.007 PM

I agree. So there isn't a reason not to sell the 600

2021-09-22 12:14:29.129 PM

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY CELSIUS
SUBJECT TO JANUARY 13, 2023
STIPULATION

CELSIUSNETWORK_00888129


SDNY_R01_00955933

# EXHIBIT  P

EXHIBIT Q

SUBJECT: ALCO
DATE: 05/13/2026 09:36:03 PM

2.25.2022 - RCP is telling Ron Sabo (RS) (SDNY_R01_03377147^ bottom page 212)** "Is Paul going to tell Rod Bolger that Alex is going to prison?" At no point is RCP, Ron Sabo or anyone else telling AM what they think AM needs to change or is doing wrong. Consequently, AM was removed from ALCO (Assets and Liabilities) and Risk committees as a voting member without being notified because Rodney RCP and others wanted a legal way to ignore AM's written and verbal requests to DE-RISK the business and remove the hedges. AM thought that these were presenting too much risk for Celsius user funds. (SDNY03417456 still voting no date)**(SDNY00085927 10.21.2021 Risk AM non voting) (SDNY00085871 11.18.2021 Risk AM not a voting member) & (SDNY03412452 non voting 5.12.2022)** (SDNY03412447 3.17.2022 not voting member)

RCP - Rony Cohen Pavon
AM - Alex Mashinsky

## MINUTES of CELSIUS RISK COMMITTEE MEETING
## CELSIUS NETWORK LIMITED
### (a UK Limited Company)

---

**November 18, 2021**
**Time: 10:00 - 11:15 AM EST**
**Minutes taker: Graham Novitch**
**Location: Online**

### VOTING MEMBERS PRESENT / ABSENT:

| | | | |
|---|---|---|---|
| R Sunada-Wong (CRO) | ~~R Paven (Chief Revenue Officer)~~ | D Leon (COO) | ~~N Goldstein (CTO)~~ |
| B Strauss (Chief Credit Officer) | R Deutsch (GC) | F Van Etten (CIO) | S Kleiderman (CSO) |
| T Chan (Head of Operational Risk) | ~~O Blonstein (Chief Compliance Officer)~~ | ~~Y Shalem (CFO)~~ | ~~A Landes (VP Lending)~~ |

### OTHERS PRESENT:
Alex Mashinsky (CEO)   *Not a voting member*
Jason Perman (Treasurer)
Trunshedda Ramos (HR)
Graham Novitch (Analyst)
Peter Graham (Credit Officer)
Fan Bai (Quantitative Risk Analyst)
Stevan Maglic (Head of Credit and Capital Risk Analytics)
Shelly Shen (Quantitative Risk Analyst)
Tamas Antal (Model Risk Director)
Amir Ayalon (Mining and Head of Corporate Development)
Jerry Ho (Senior Credit Officer)
Adrian Alisie (Head of Internal Audit)
Charles Roberts (MLRO)
Matthew de la Fuente (Senior Director of Operations)
Matti Blecher (Head of Cyber Defense)
Paul Lang (Portfolio Manager)
Ofer Ganot (Sr. Corporate Counsel)
Noa Battat (Project Manager)
Tal Bentov (Sr. Director of Lending)

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

### Introduction - R. Sunada-Wong

R. Sunada-Wong introduces the meeting. B. Strauss motioned to approve minutes and was seconded by S. Kleiderman.

## Operational Risk

### Stablecoin Risk - R. Pavon, Y. Shalem, R. Deutsch

# Redacted - Privilege

### Technology Risk, Stablecoin Risk - M. de la Fuente

M. de la Fuente presented the scope for mapping stablecoin risk. Currently, the preferred recommendation is the tactical "Break the Glass" standard. This project will include the Tech, Legal, Policy, and Risk teams. M. de la Fuente indicated Risk Mgt would sign off on the project. R. Sunada-Wong clarified that Tech owns this project and that Risk Mgt is identifying the need for the project. M. de la Fuente noted that this is a large, complex project requiring additional personnel and with proper resources, each component should take four to six weeks to complete. He indicated that N. Goldstein has reviewed and agrees with the proposal.

The next step for this project is assigning resources. R. Sunada-Wong will discuss this with A. Mashinsky at a later date.

### Insurance - L. Workman, D. Leon

D. Leon gave a brief update on insurance for the mining company and the criticality of making adequate progress. A. Ayalon added that L. Workman and C. Barwick are working together on RFPs. S. Kleiderman said there will be a meeting with Lockton on 11/22 on Cyber Risk. D. Leon will talk with R. Sunada-Wong offline about helping with any due diligence items that are preventing progress on obtaining insurance.

### Regulatory Risk - O. Blonstein, C. Roberts

C. Roberts is amending a prior email sent by O. Blonstein that will update all employees about regulations. This should be done by 11/19. He will also provide a summary about Community Managers for interested parties.

T. Ramos will distribute the Social media policy after the Code of Conduct, which itself will be pushed out at the beginning of December.

### Non-EVM security; Security Issues - S. Kleiderman, G. Van Wingerden

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00017956
SDNY_R01_00085872

S. Kleiderman is coordinating with ITB and will host a session about Fireblocks and GK8. Assets will start to be moved to GK8. For the lessons learned from the MPC liquid hack, each department must operate on a 24/7 basis. R. Sunada-Wong, T. Ramos, S. Kleiderman and potentially others will schedule a meeting to work on this plan.

S. Kleiderman indicated he will provide a slide at the next Risk Committee that will talk about monitoring tools for DeFi and lending.

**Legal Issues - R. Deutsch**

> **Redacted - Privilege**

**People Changes - T. Ramos**

Legal has signed off on the Code of Conduct, which will roll out during the week of 12/6. The topics that Compliance has requested will require significant training for employees. T. Ramos anticipates 60-90 minutesdays for training to be completed.

Work has begun for 24/7/365 business continuity, and HR is analyzing jurisdiction-specific constraints on employee hours of availability.

**Mining - A. Ayalon**

A. Ayalon gave an update on Mining. For hosting facilities, negotiations with Bitmain are happening for a January timeframe, which will be a solution for the January rigs. The MicroBT rigs may be hosted by Core. Currently, there are about 8000 rigs idle. He is meeting with potential hosting facilities in New York.

Bitmain is not letting MicroBT machines into their facilities. The MicroBT rigs do not fit containers that are available for ordering now. Those containers that would accommodate MicroBT machines can only be ordered with a later delivery schedule. By May 2022 he is targeting hosting solutions for all idle rigs.

A. Mashinsky raised concerns about rigs sitting idle. A. Ayalon said that if fully occupied by May, the overall loss of revenue from idle machines would amount to $11.5MM.

**Mining IPO: Pending remediation items - A. Alisie, A. Ayalon**

The Mining Company key policies are currently being drafted. There are a number of IPO deliverables that need to be completed prior to the S1 private filing, targeted by December end. The flowcharts

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00017957
SDNY_R01_00085873

developed by Adrian have been edited to remove the Celsius Network related swim lines. The Mining Company IPO is expected to be completed by May 2022.

In terms of Mining Insurance, the firm is looking to get more coverage.

## Market Risk

### Equity Derivatives - R. Sunada-Wong

R. Sunada-Wong said he had a call with KBW to finalize the opening of the account for equity derivatives and will push internally for due diligence items requested by KBW/Stiefel. R. Sunada-Wong and J. Perman discussed next steps to make progress with the Oscar Gruss account.

### Tech Stack - T. Chan

There should be discussions for accommodations for ARCH and Clarity. This is scheduled to be presented at the next Risk Committee meeting. The urgency for hiring for the Middle Office was discussed.

### Retail Liquidations - T. Chan, T. Bentov

Currently, there are 520 overdue loans. One round of liquidations is performed every week. The lending team is distributing ~100 letters each week, and roughly 80% close their loans. Eventually, T. Bentov wants to increase liquidation closings to two tranches per week. This week, she will finish all overdue loans from August. The goal is to have no backlogged loans by the end of the year.

---

At this stage, certain of the participants left the meeting. The following individuals remained:
Alex Mashinsky
Daniel Leon
Ofer Ganot
Peter Graham
Graham Novitch
Rodney Sunada-Wong
Brian Strauss
Adrian Alisie
Tat Chan
Jason Perman
Jerry Ho
Frank Van Etten
Tamas Antal

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00017958
SDNY_R01_00085874

Steve Maglic
Fan Bai

## Asset Allocations - R. Sunada-Wong

R. Sunada-Wong gave a quick update on Asset Allocations. The total deployed in CeFi, DeFi, and Staking decreased from last week, but has generally increased over the past few months. There is also an increase in under-deployed BTC.

## Hedging - F. Van Etten, P. Lang

P. Lang met with the risk and trading teams to build out processes for each hedging strategy, as well as understanding each one's risks. He wants to understand how the team will think about these different hedges going forward. Currently, he prefers multiple wallets for each business line and treasury, to which R. Sunada-Wong agreed.

A. Mashinsky added that BTC rates are being lowered tomorrow. He encouraged everyone to revisit their models (e.g. liquidity) and look at community behavior over the next few days.

## Market Risk

## Exchange Traded Strategies - T. Chan

Dynamic limits are being refined. They will be scaled to the size of the firm's assets and coin balances. There will be a meeting tomorrow with CeFi trading to review the Solana strategy. The need for stress loss limits and monitoring of greeks for the Options strategy will be discussed with the Options trader.
S. Kleiderman added that Solana DeFi deployment could be expanded to other places.

## DeFi strategy approval - T. Chan

The process for fast-track approval of DeFi strategies continues to be refined. Last week, the Acala Crowd loan strategy was approved by Defi, Risk, and security. For the Acala strategy, and the riskiest strategies, there will be a loss reserve implemented with gains from these strategies to be rolled back into this loss reserve account.

Before dropping off the call, A. Mashinsky requested a follow up on establishing the BitGo relationship. S. Kleiderman indicated he has a relationship with BitGo and could follow up.

## "Fast-Track" DeFi Approval - T. Chan, S. Maglic

The "Fast-Track" approach is a high level framework that will help improve efficiency and standardize the DeFi approval process. A reduced level of documentation will be provided, and approval is required from Risk, Security, and Compliance.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00017959
SDNY_R01_00085875

A new DeFi risk scorecard was introduced and will continue to be refined, in coordination with Security and Compliance to ensure comprehensive coverage. This will help streamline the DeFi approval process.

**Top 15 DeFi pools exposures - S. Maglic**

Badger and Vesper TVL numbers have notably increased since they were last reported. S. Maglic will confirm these numbers and arrange a meeting to determine the appropriate plan of action.

**Reward Strategies - S. Maglic**

Although the intent was to sell down $41mm of rewards tokens as they are earned, the dollar value of these rewards remains elevated. S. Maglic will be reaching out to the DeFi team to understand the rationale for not selling (e.g., expenses, liquidity).

**Credit Risk - B. Strauss**

B. Strauss gave an update on Credit Risks. Credit spreads have come in recently.

With respect to Tether, J. Perman and his team are working to source stablecoins in ways besides borrowing from Tether. Although Tether exposure hasn't increased, the temporary increase has not been repaid yet. R. Sunada-Wong asked F. Van Etten if he could comment, and a discussion ensued about the timeframe Risk Management expected for this issue to be resolved. J. Perman said there might have been some confusion about the required repayment schedule.

Celsius' major exposures within the loan book remain concentrated in a small number of clients. Currently, the credit team is having 2-4 due diligence meetings per week, looking to expand the base of borrowers. However, the loan book is still likely to remain concentrated. F. Van Etten asked about the process for increasing limits. B. Strauss described the requirement for increasing limits for creditworthy borrowers and the process for doing so.

At this stage certain of the participants left the meeting. The following individuals remained:

Rodney Sunada-Wong
Brian Strauss
Tat Chan
Daniel Leon
Ron Deutsch
Joseph Golding-Ochsner
Charles Roberts
Jason Perman

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00017960
SDNY_R01_00085876

Frank van Etten
Ofer Ganot

**Regulatory Matters - C. Roberts**

In the absence of O. Blonstein, C. Roberts briefed the group and indicated that we continue to make progress in closing open items.

**EFH - B. Strauss, R. Sunada-Wong, R. Deutsch**

There was a discussion of the status of our restructuring efforts on the remaining Tranches as they become due, on the request for EFH to agree to covenants restricting dividends and other capital distributions, and the client's request for an extension on the most recent Tranche. R. Sunada-Wong advised that he was reaching out to A. Christy's EA to schedule their next call ASAP. We discussed briefly our offer to provide EFH with a collar to limit their downside if ETH and BTC appreciate substantially, while also capping the benefits should the crypto decline in price; based on recent market moves, a wider collar may be appropriate. R. Deutsch indicated

## Redacted - Privilege

___

**Conclusion - R. Sunada-Wong**

R. Sunada-Wong concluded the meeting.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

EXHIBIT   R

R

**Messages in chronological order** (times are shown in GMT +00:00)

💬    **CHAT - 01621 - 2021/09/04**

\#    Roni Cohen Pavon <972504446020@s.whatsapp.net>                    9/4/2021, 5:41 PM



Image: IMG-20210904-WA0006.jpg (196 KB)

\#    Roni Cohen Pavon <972504446020@s.whatsapp.net>                    9/4/2021, 5:41 PM
Stage 2

\#    Alex Mashinsky <16465524499@s.whatsapp.net>                    9/4/2021, 5:52 PM
It never ends.

\#    Roni Cohen Pavon <972504446020@s.whatsapp.net>                    9/4/2021, 5:52 PM
Part of building a generational company

\#    Alex Mashinsky <16465524499@s.whatsapp.net>                    9/4/2021, 5:53 PM
I want to hedge ourselves

\#    Alex Mashinsky <16465524499@s.whatsapp.net>                    9/4/2021, 5:53 PM
We need to protect against a crease in early 2022 as all our bets are long.
            (decrease)

\#    Roni Cohen Pavon <972504446020@s.whatsapp.net>                    9/4/2021, 6:41 PM
Agreed. The team is no focused on separating the EFH hedge from the unrelated ping positions. We'll have an answer
tomorrow and then can make decisions

*mining operation (Ionic Digtal/Celsius Mining)*
*Weve effectively long BTC. $700m*

*After this email Pavon removes Mashinsky from*
*Risk & ALCO and meets SEC to claim*
*mistatements about uncollateralized bans.*

FOIA CONFIDENTIALITY REQUESTED

Leon_0006193
SDNY_R01_03427611

EXHIBIT S

## Short Message Report

| Conversations: 1 | Participants: 6 |
|---|---|
| Total Messages: 49 | Date Range: 9/28/2021 |

### Outline of Conversations

**CHAT - 02591 - 2021/09/28** • 49 messages on 9/28/2021 • Amir Corporate Celsius <972547470099@s.whatsapp.net> • Daniel Leon <+12672691942> • Ron Sabo <972528961622@s.whatsapp.net> • Roni Cohen Pavon <972504446020@s.whatsapp.net> • S. Daniel Leon <972546736001@s.whatsapp.net> • Yaron <972545245525@s.whatsapp.net>

FOIA CONFIDENTIALITY REQUESTED

Leon_0006081
SDNY_R01_03427499

**Messages in chronological order** (times are shown in GMT +00:00)

💬 **CHAT - 02591 – 2021/09/28**

\#  **Yaron <972545245525@s.whatsapp.net>**                           9/28/2021, 3:51 AM
How do we explain support for the currency? That is the problem... Losing in trading is part of the game;

\#  **Amir Corporate Celsius <972547470099@s.whatsapp.net>**           9/28/2021, 5:20 AM
There is a serious problem here. And the question is how it looks like in forecasts.

\#  **Roni Cohen Pavon <972504446020@s.whatsapp.net>**                 9/28/2021, 8:16 AM
Just the opposite. I updated them on an ongoing basis that we support the currency.  (CEL)

\#  **Roni Cohen Pavon <972504446020@s.whatsapp.net>**                 9/28/2021, 8:17 AM
The trading will concern them

\#  **Roni Cohen Pavon <972504446020@s.whatsapp.net>**                 9/28/2021, 8:17 AM
And the number is the worst

\#  **Yaron <972545245525@s.whatsapp.net>**                           9/28/2021, 8:28 AM
'Johannes is sick' is not a winning explanation

\#  **Roni Cohen Pavon <972504446020@s.whatsapp.net>**                 9/28/2021, 8:29 AM
It is unrelated to 'Johannes is sick'

\#  **Roni Cohen Pavon <972504446020@s.whatsapp.net>**                 9/28/2021, 8:29 AM
It is 'Johannes does not listen'

\#  **Roni Cohen Pavon <972504446020@s.whatsapp.net>**                 9/28/2021, 8:29 AM
There was someone who replaced him

\#  **Roni Cohen Pavon <972504446020@s.whatsapp.net>**                 9/28/2021, 8:29 AM
He simply did not close the position I had told him to close

\#  **Roni Cohen Pavon <972504446020@s.whatsapp.net>**                 9/28/2021, 8:38 AM
And he fucking bets on the market, which is the first problem

**Daniel Leon <+12672691942>**                                       9/28/2021, 8:40 AM
Does he not have a new boss? He should put him in place!
And I am sure that the old boss - a senior officer in the Israeli military - told him to do so…
So what gives?

\#  **Amir Corporate Celsius <972547470099@s.whatsapp.net>**           9/28/2021, 8:51 AM
I am suggesting that we have a conversation about it today. Tomorrow we have with Larry and then I assume Yaron, that we would reveal the first week of September? In any event, the results currently almost wipe out the July August profits. Considering that we are profitable only from the second quarter, and they are looking at a profitability multiplier - they will want to understand what is later, and currently it is unclear how we are modeling a forecast here…

\#  **S. Daniel Leon <972546736001@s.whatsapp.net>**                   9/28/2021, 8:53 AM
In human error? And then model regularly? You cannot say that it was a one time event

\#  **Amir Corporate Celsius <972547470099@s.whatsapp.net>**           9/28/2021, 9:31 AM
Problem. They are digging for reasons. And from here [we/they] analyze a future. Support of a basket to hold a balance sheet - when does it end? And a position that loses two weeks without a floor is not an error. And the next conversation will already be on value

FOIA CONFIDENTIALITY REQUESTED

Leon_0006082
SDNY_R01_03427500

| # | **Roni Cohen Pavon <972504446020@s.whatsapp.net>**<br>I do not agree with you. There is no conversation here about value | 9/28/2021, 9:32 AM |
|---|---|---|
| # | **Roni Cohen Pavon <972504446020@s.whatsapp.net>**<br>There needs to be a conversation about content | 9/28/2021, 9:32 AM |
| # | **Amir Corporate Celsius <972547470099@s.whatsapp.net>**<br>Correct, but if we do not satisfy them, they will start challenging the multiplier | 9/28/2021, 9:33 AM |
| # | **Yaron <972545245525@s.whatsapp.net>**<br>We are presenting the last week… At least it seems to me that at the level of process, it is worthwhile that we show that every week we analyze the previous week's results. If we approach another week, the question about the last week will come by itself | 9/28/2021, 10:26 AM |
| # | **Roni Cohen Pavon <972504446020@s.whatsapp.net>**<br>Which week? | 9/28/2021, 10:27 AM |
| # | **Roni Cohen Pavon <972504446020@s.whatsapp.net>**<br>The one you sent now? | 9/28/2021, 10:27 AM |
| # | **Yaron <972545245525@s.whatsapp.net>**<br>No? | 9/28/2021, 10:27 AM |
| # | **Roni Cohen Pavon <972504446020@s.whatsapp.net>**<br>You said that we are only presenting him the process | 9/28/2021, 10:27 AM |
| # | **Roni Cohen Pavon <972504446020@s.whatsapp.net>**<br>[We] are not telling | 9/28/2021, 10:27 AM |
| # | **Roni Cohen Pavon <972504446020@s.whatsapp.net>**<br>We did not even send them the previous week yet, no? | 9/28/2021, 10:28 AM |
| # | **Yaron <972545245525@s.whatsapp.net>**<br>They did not ask and we did not volunteer | 9/28/2021, 10:28 AM |
| # | **Yaron <972545245525@s.whatsapp.net>**<br>But what is a process without numbers? | 9/28/2021, 10:28 AM |
| # | **Roni Cohen Pavon <972504446020@s.whatsapp.net>**<br>What does it mean they did not ask? The arrangement is that we send every week | 9/28/2021, 10:28 AM |
| # | **Roni Cohen Pavon <972504446020@s.whatsapp.net>**<br>And it is really not obvious to show a week of a loss of 30 million dollars | 9/28/2021, 10:29 AM |
| # | **Roni Cohen Pavon <972504446020@s.whatsapp.net>**<br>You sound too calm about this | 9/28/2021, 10:29 AM |
| # | **Yaron <972545245525@s.whatsapp.net>**<br>I am very much not calm | 9/28/2021, 10:29 AM |
| # | **Yaron <972545245525@s.whatsapp.net>**<br>And I do not remember an arrangement that it is sent every week. | 9/28/2021, 10:29 AM |
| # | **Yaron <972545245525@s.whatsapp.net>**<br>And we would have sent if it would have come up | 9/28/2021, 10:29 AM |
| # | **Yaron <972545245525@s.whatsapp.net>**<br>Everything is according to the plan with Larry | 9/28/2021, 10:31 AM |

FOIA CONFIDENTIALITY REQUESTED

Leon_0006083<br>SDNY_R01_03427501

\# **Yaron <972545245525@s.whatsapp.net>**  9/28/2021, 10:31 AM
Last week we started in Paris and now weekly results

\# **Yaron <972545245525@s.whatsapp.net>**  9/28/2021, 10:31 AM
That is what he requested

\# **Roni Cohen Pavon <972504446020@s.whatsapp.net>**  9/28/2021, 10:35 AM
Weekly results from now on?

\# **Yaron <972545245525@s.whatsapp.net>**  9/28/2021, 10:36 AM
We can start and present last last week (which was profitable) and see where the [conversation] will progress to, but in any event the results of the quarter regarding July August will show that September is nothing special.

\# **Roni Cohen Pavon <972504446020@s.whatsapp.net>**  9/28/2021, 10:36 AM
Or only show how we build the weekly results?

\# **Yaron <972545245525@s.whatsapp.net>**  9/28/2021, 10:38 AM
The arrangement was to show a weekly process that we do but like in Paris, one cannot show without numbers. So which numbers will we show?

\# **Roni Cohen Pavon <972504446020@s.whatsapp.net>**  9/28/2021, 10:41 AM
A week prior?

\# **Yaron <972545245525@s.whatsapp.net>**  9/28/2021, 10:41 AM
Great

\# **Yaron <972545245525@s.whatsapp.net>**  9/28/2021, 10:41 AM
What I suggested earlier

\# **Amir Corporate Celsius <972547470099@s.whatsapp.net>**  9/28/2021, 11:04 AM
We need to show week 1-3 of September and lead them through the building process, that was the arrangement. Larry is looking at the method, but Alex needs to see results. And then, through Larry, he understands what happens there. It is currently not in parallel because we started late, but we need to see how one starts it

\# **Yaron <972545245525@s.whatsapp.net>**  9/28/2021, 3:50 PM

ABOUT SAZMINING

SAZMINING is a US based cryptocurrency mining company. We are enthusiastically building an exponentially scalable platform to protect the Bitcoin network. Bootstrapped from crypto mining consulting, we successfully closed our seed funding round in August. Our highly motivated team spans the technology and energy spectrum with expertise in engineering to investment banking to online marketing to software development. As a member of the United States Energy Association we work to understand the needs of the energy industry, eliminate wasted power, and help shape the future of cryptocurrency and energy in the United States and globally. Sazmining further provides education about the space mining via The Sazmining Podcast and strives to facilitate growth within the industry.

Image  IMG-20210928-WA0014.jpg (157 KB)

\# **Yaron <972545245525@s.whatsapp.net>**  9/28/2021, 3:51 PM
Amir, do you know them? They are also looking for a CFO…

\# **Roni Cohen Pavon <972504446020@s.whatsapp.net>**  9/28/2021, 3:55 PM
Are you applying?

\# **Yaron <972545245525@s.whatsapp.net>**  9/28/2021, 3:55 PM
What is wrong with my life

FOIA CONFIDENTIALITY REQUESTED

Leon_0006084
SDNY_R01_03427502

EXHIBIT I

EXHIBIT   U



**Messages in chronological order** (times are shown in GMT +00:00)

---

💬    **CHAT - 01056 - 2021/10/28**

\#    **S. Daniel Leon <972546736001@s.whatsapp.net>**                     10/28/2021, 10:42 AM
Do you want to eat?

\#    **Roni Cohen Pavon <972504446020@s.whatsapp.net>**                10/28/2021, 10:42 AM
Always ;)

\#    **S. Daniel Leon <972546736001@s.whatsapp.net>**                     10/28/2021, 10:43 AM
Ordering

DL    **Daniel Leon <+12672691942>**                                                 10/28/2021, 6:28 PM
How are you?

DL    **Daniel Leon <+12672691942>**                                                 10/28/2021, 6:28 PM
Celebrating [your] birthday with Deloitte?

\#    **Roni Cohen Pavon <972504446020@s.whatsapp.net>**                10/28/2021, 6:29 PM
Celebrating with Deloitte

\#    **Roni Cohen Pavon <972504446020@s.whatsapp.net>**                10/28/2021, 6:28 PM
Regardless of the birthday

\#    **Roni Cohen Pavon <972504446020@s.whatsapp.net>**                10/28/2021, 6:28 PM
It is the conversation that will determine if you are a billionaire, my friend

DL    **Daniel Leon <+12672691942>**                                                 10/28/2021, 6:29 PM
I know. I know.

DL    **Daniel Leon <+12672691942>**                                                 10/28/2021, 6:29 PM
Terrifying.

DL    **Daniel Leon <+12672691942>**                                                 10/28/2021, 6:29 PM
Is it worth it to go up?

DL    **Daniel Leon <+12672691942>**    (Billionare or prison)    10/28/2021, 6:29 PM
Billion or prison. 🙊       ⌐ wrong translation )

\#    **Roni Cohen Pavon <972504446020@s.whatsapp.net>**                10/28/2021, 6:30 PM
A waste of time

\#    **Roni Cohen Pavon <972504446020@s.whatsapp.net>**                10/28/2021, 6:30 PM
I am making calls simultancously

DL    **Daniel Leon <+12672691942>**                                                 10/28/2021, 6:30 PM
👍

\#    **Roni Cohen Pavon <972504446020@s.whatsapp.net>**                10/28/2021, 6:30 PM
I am here only to change Yaron's diaper

\#    **Roni Cohen Pavon <972504446020@s.whatsapp.net>**                10/28/2021, 6:30 PM

---

FOIA CONFIDENTIALITY REQUESTED                                                   Leon_0004725
                                                                                                                               SDNY_R01_03426143

                                                                                                                                        6142

## Short Message Report

| Conversations: 1 | Participants: 7 |
|---|---|
| Total Messages: 58 | Date Range: 10/28/2021 |

## Outline of Conversations

 **CHAT - 01056 - 2021/10/28** • 58 messages on 10/28/2021 • 972 • 9725 • 9725467360____
◇_____ • Daniel Leon <+12672691942> • Roni Cohen Pavon
<972504446020@s.whatsapp.net> • S. Daniel Leon <972546736001> • S. Daniel Leon
<972546736001@s.whatsapp.net>

FOIA CONFIDENTIALITY REQUESTED

Leon_0004724
SDNY_R01_03426142

EXHIBIT V

SDNY_R01_03201801

## Transcription

כן, אתמול הלכתי כבר בשתיים לישון, עזרתי קצת עם אלה ונרדמתי. כבר ער משש, טיפלתי קצת במאיה וזה, ועכשיו שבע. אני כבר עושה פה איזה הליכה כדי לחשוב על השבוע. קיבלתי גם איזה text מעוצבן מאלקס על השטויות שלו שאני הולך להגיב אליו אחרי אחרי שאני שאני אחשוב. דבר נוסף, אני רוצה את עצתך, נשב היום בערב, אחרי ארוחת ערב איתם, אני רוצה כבר להכין אותם לרגע שאני עוזב. אני לא יודע אם יש מה להכין, הם לא, אתה יודע, מבחינתם אני לא אתה, אז לא צריך, זאת לא כזו עבודה גדולה, אבל אני רוצה לפחות להגיד להם השבוע, שאחרי ה-board meeting אני הולך לתת notice של שלושה חודשים, ועד הקיץ לא להיות פה. זה לא reactive, זה הרבה מחשבות. כבר, אתה יודע, חצי שנה אני מתחבש בזה. יש פה חג פסח שנגמר, אנחנו אמורים לצאת מעבדות לחירות. האנרגיות שהוא מכניס לחיים שלי, העובדה שאני באמת לא מאמין בו בשיט בתור מנהיג ובתור מנהל. אני חושב שהדרך היחידה שלי להישאר פה זה אם ה-SEC מעיף אותו קיבינימט, שזה החלום שלי, כמובן לעשות את זה בשקט כדי שזה לא יפגע בחברה, אבל אני- עם השגעונות האלה של ה-CWA של ה-CEL Token, השטויות שלו, השינויים, די! כמה עוד אפשר? לאן זה הולך? אז אני רוצה כן שנחשוב ביחד, אתה אפילו יכול להגיד להם את זה. שוב, אני לא חושב שזו תהיה עבודה גדולה, הם לא- אף אחד לא יבכה פה, ולא ירגיש את החוסר. אבל כן, אני רוצה כן לדבר אי- שהם יידעו שזה הולך לקרות שבוע הבא, אני אתן לו את מאי ויוני, אולי גם את יולי, אם צריך. ואם לא, זה גם בסדר. אבל השקט שלי, זה שווה את זה. אני חושב שמהבחינה הפיננסית יש לי איזה cushion מסוים ו- אז אני אחשוב מה לעשות הלאה, אתה תחשוב איפה אתה נמצא, אבל הגיע הזמן. אז בבקשה, בא נחשוב, אולי אפילו בארוחת ערב, להגיד לחברה' האלה שאני מסיים אחרי חמש שנים, שילמתי את ה-dues שלי, ו-.it's time to let other people take it from here יאללה, נדבר יותר מאוחר. ד"ש.

---

## Translation

Yes, yesterday I already went to sleep at two, I helped a bit with Ella, and I fell asleep. I am already awake since six, I took care of Maya a bit, etc., and now is seven. I am already taking a walk here to think about the week. I also got an annoying text from Alex about his antics that I am going to respond to him after thinking. Another thing, I want your advice, we will sit this evening, after dinner with them, I already want to prepare them for the moment that I leave. I do not know if there is what to prepare; they are not, you know- from their perspective, I am not you, so it is not necessary, it is not such great work, but at least I want to tell them this week that after the board meeting I am going to give a three months' notice, and by the summer not be here. It is not reactive, it is a lot of thoughts. I have been dawdling on it for half a year already, you know. We have the Passover holiday that just concluded, we are supposed to go out from slavery to freedom. The energies that he brings into my life, the fact that I really do not believe in him for shit as a leader and as a manager. I think that my only way to remain here is if the SEC kicks him out to hell, which is my dream, of course to do it quietly so that it does not hurt the company, but I- with these antics of the CWA, of the CEL token, his antics, the changes, enough! How much more is possible? Where is this going to? So I do want that we should think together, you can even tell them that. Again, I do not think that it would be great work, they do not- nobody will cry here, and will not feel the absence. But yes, I do want to speak with- they should know that it is going to happen next week. I will give him May and June, maybe July too, if necessary. And if not, it is okay too. But my peace, it is worth it. I think that from a financial perspective, I have a certain cushion, and then I will think about what to do next, you will think where you are, but the time has come. So please, let us think, maybe even at dinner, to tell these guys that I am ending after five years, I paid my dues, and it's time to let other people take it from here. Okay, we will talk later. Greetings.

## Short Message Report

| Conversations: 1 | Participants: 7 |
|---|---|
| Total Messages: 56 | Date Range: 7/3/2021 |

## Outline of Conversations

**CHAT - 01056 - 2021/07/03** • 56 messages on 7/3/2021 • 972 • 9725 • 9725467360____
◇_____ • Daniel Leon <+12672691942> • Roni Cohen Pavon
<972504446020@s.whatsapp.net> • S. Daniel Leon <972546736001@s.whatsapp.net> • S. Daniel
Leon <972546736001@s.whatsapp.net>

*Leon promises pavon half of all his equity and tokens in Celsius.*

FOIA CONFIDENTIALITY REQUESTED

Leon_0005622
SDNY_R01_03427040

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **CHAT - 01056 - 2021/07/03**

\# **Roni Cohen Pavon <972504446020@s.whatsapp.net>**     7/3/2021, 6:43 AM

File *"LEDA000073161_Attach.mp4"* is missing.
Attachment: VID-20210703-WA0003.mp4 (2 MB)

\# **Roni Cohen Pavon <972504446020@s.whatsapp.net>**     7/3/2021, 2:51 PM
Believe me that he does not deserve it

DL **Daniel Leon <+12672691942>**     7/3/2021, 4:28 PM
No worries, he does not deserve and he will not receive. The way that he behaves, even a billion dollars' investment from Google would not help him.

And you know what, I was not even happy when I saw the message. After years of very hard work, I would expect some peace. But I no longer care. I am fed up with being sick once a month because of his antics.

Going back to rest. Bye for now, my dear brother.🤍

\# **Roni Cohen Pavon <972504446020@s.whatsapp.net>**     7/3/2021, 4:50 PM
What is 'he will not receive'?

\# **Roni Cohen Pavon <972504446020@s.whatsapp.net>**     7/3/2021, 7:42 PM

**Business model**
The Company's business model contrasts drastically with that of a bank or financial institution, by giving depositors 80% of the weekly net gains from their core network providers. This key product feature helps to engender a feeling of mutual trust between the Company and depositors.

Image IMG-20210703-WA0010.jpg (77 KB)

\# **Roni Cohen Pavon <972504446020@s.whatsapp.net>**     7/3/2021, 7:42 PM
In the report you submitted to the tax authority in England

\# **Roni Cohen Pavon <972504446020@s.whatsapp.net>**     7/3/2021, 7:42 PM
You and Alex are signed

DL **Daniel Leon <+12672691942>**     7/3/2021, 8:29 PM
So I failed in my job that I did not read it accurately. There is no way to spin this thing. I simply did not pay attention to it. Sorry. I hope it did not cause us real damage. Update if I need to do something or if it is too late.☹

\# **Roni Cohen Pavon <972504446020@s.whatsapp.net>**     7/3/2021, 8:34 PM
It is not terrible

\# **Roni Cohen Pavon <972504446020@s.whatsapp.net>**     7/3/2021, 8:34 PM
We will cope

\# **Roni Cohen Pavon <972504446020@s.whatsapp.net>**     7/3/2021, 8:35 PM
My problem is with malice

\# **Roni Cohen Pavon <972504446020@s.whatsapp.net>**     7/3/2021, 8:35 PM
But I can still fix overthink

\# **Roni Cohen Pavon <972504446020@s.whatsapp.net>**     7/3/2021, 8:35 PM
Everything

\# Roni Cohen Pavon <972504446020@s.whatsapp.net>                  7/3/2021, 8:35 PM
Do not worry

DL Daniel Leon <+12672691942>                  7/3/2021, 8:35 PM
When you are by my side, I do not worry 🕊

DL Daniel Leon <+12672691942>                  7/3/2021, 8:35 PM
But I will pay more attention next time.

\# Roni Cohen Pavon <972504446020@s.whatsapp.net>                  7/3/2021, 8:36 PM
Did you listen to Alex's conversation?

DL Daniel Leon <+12672691942>                  7/3/2021, 9:02 PM
No, brother. I was in bed all day.
I had no patience for Alex or to get upset at his antics. I am leaving it for when you return.

\# Roni Cohen Pavon <972504446020@s.whatsapp.net>                  7/3/2021, 9:02 PM
Listen

\# Roni Cohen Pavon <972504446020@s.whatsapp.net>                  7/3/2021, 9:02 PM
Look at it this way

DL Daniel Leon <+12672691942>                  7/3/2021, 9:02 PM
If it will cause me to not sleep, then wait with it.☺

\# Roni Cohen Pavon <972504446020@s.whatsapp.net>                  7/3/2021, 9:02 PM
Potentially, you have at least 300 million dollars to do whatever you want

DL Daniel Leon <+12672691942>                  7/3/2021, 9:02 PM
LOL

DL Daniel Leon <+12672691942>                  7/3/2021, 9:03 PM
Oh, c'mon.

DL Daniel Leon <+12672691942>                  7/3/2021, 9:03 PM
You really think I believe that

\# Roni Cohen Pavon <972504446020@s.whatsapp.net>                  7/3/2021, 9:03 PM
What do you mean?

\# Roni Cohen Pavon <972504446020@s.whatsapp.net>                  7/3/2021, 9:03 PM
Believe what?

DL Daniel Leon <+12672691942>                  7/3/2021, 9:03 PM
That I have even one hundred million potentially

DL Daniel Leon <+12672691942>                  7/3/2021, 9:03 PM
Let it go.

DL Daniel Leon <+12672691942>                  7/3/2021, 9:03 PM
Come on.

DL Daniel Leon <+12672691942>                  7/3/2021, 9:04 PM
A smart investor once told me: you count money on the stairs

\# Roni Cohen Pavon <972504446020@s.whatsapp.net>                  7/3/2021, 9:04 PM
You already have that now

FOIA CONFIDENTIALITY REQUESTED

Leon_0005624
SDNY_R01_03427042

| # | **Roni Cohen Pavon <972504446020@s.whatsapp.net>**<br>Sell tokens | 7/3/2021, 9:04 PM |
|---|---|---|
| # | **Roni Cohen Pavon <972504446020@s.whatsapp.net>**<br>Find stairs | 7/3/2021, 9:04 PM |
| # | **Roni Cohen Pavon <972504446020@s.whatsapp.net>**<br>And count | 7/3/2021, 9:04 PM |
| DL | **Daniel Leon <+12672691942>**<br>LOL | 7/3/2021, 9:04 PM |
| # | **Roni Cohen Pavon <972504446020@s.whatsapp.net>**<br>I am looking to make 50, not more | 7/3/2021, 9:04 PM |
| # | **Roni Cohen Pavon <972504446020@s.whatsapp.net>**<br>And then do whatever I want | 7/3/2021, 9:04 PM |
| DL | **Daniel Leon <+12672691942>**<br>What is mine is yours. Autumn, huh? | 7/3/2021, 9:04 PM |
| DL | **Daniel Leon <+12672691942>**<br>Shame. That you do not believe me | 7/3/2021, 9:04 PM |
| DL | **Daniel Leon <+12672691942>**<br>And do not know me. | 7/3/2021, 9:05 PM |
| DL | **Daniel Leon <+12672691942>**<br>Half yours. | 7/3/2021, 9:05 PM |
| DL | **Daniel Leon <+12672691942>**<br>I don't give a fuck about everything. | 7/3/2021, 9:05 PM |
| # | **Roni Cohen Pavon <972504446020@s.whatsapp.net>**<br>Let it go | 7/3/2021, 9:05 PM |
| # | **Roni Cohen Pavon <972504446020@s.whatsapp.net>**<br>I need to work so that something would be mine | 7/3/2021, 9:05 PM |
| DL | **Daniel Leon <+12672691942>**<br>That is the matter. | 7/3/2021, 9:05 PM |
| DL | **Daniel Leon <+12672691942>**<br>You worked!!!!!!!! | 7/3/2021, 9:05 PM |
| DL | **Daniel Leon <+12672691942>**<br>There would have been nothing here without you | 7/3/2021, 9:05 PM |
| DL | **Daniel Leon <+12672691942>**<br>Retard. | 7/3/2021, 9:05 PM |
| DL | **Daniel Leon <+12672691942>**<br>You earned it honestly. | 7/3/2021, 9:05 PM |
| DL | **Daniel Leon <+12672691942>** | 7/3/2021, 9:05 PM |

FOIA CONFIDENTIALITY REQUESTED

Leon_0005625<br>SDNY_R01_03427043

Every shekel.

DL   **Daniel Leon <+12672691942>**                                      7/3/2021, 9:05 PM
Of currency.

DL   **Daniel Leon <+12672691942>**                                      7/3/2021, 9:06 PM
Mine. Yours.
You are my partner. Period. A partner who built it just like me.
You will just find a way to insert here or to any interesting initiative.

DL   **Daniel Leon <+12672691942>**                                      7/3/2021, 9:07 PM
Took a pill to sleep. Because I am unable to sleep for days already. You infected me

DL   **Daniel Leon <+12672691942>**                                      7/3/2021, 9:07 PM
I took.

DL   **Daniel Leon <+12672691942>**                                      7/3/2021, 9:07 PM
We will speak tomorrow, my dear brother.
You are super top gun.
Thank you for everything. 👍

FOIA CONFIDENTIALITY REQUESTED                            Leon_0005626
                                                         SDNY_R01_03427044

_EXHIBIT  W_

Message

From:           Peter Graham [peter.graham@celsius.network]
on behalf of    Peter Graham <peter.graham@celsius.network> [peter.graham@celsius.network]
Sent:           4/25/2022 7:13:13 PM
To:             Rodney Sunada-Wong [rodney.sunada-wong@celsius.network]
CC:             riskmgrs [riskmgrs@celsius.network]
Subject:        Re: AMA Youtube April 8 - Needed edits

Hi -- alive, I met with the regulatory team today and we are combining documents for this. I also spoke with the video team. Will update more soon...

On Mon, Apr 25, 2022 at 2:58 PM Rodney Sunada-Wong <rodney.sunada-wong@celsius.network> wrote:
hi. What's the prognosis? Is this effort alive or dead? Thanks

--------------

Rodney Sunada-Wong
908-447-1819m

On Fri, Apr 15, 2022 at 12:48 PM Peter Graham <peter.graham@celsius.network> wrote:
I have a draft but it's not ready for circulation. I should be able to finish it soon and would like to circulate with regulatory before escalating further.

I inquired to see if this could fit into the AMA prep process but from what I can tell it's pretty unstructured and last-minute.

On Fri, Apr 15, 2022 at 11:40 AM Rodney Sunada-Wong <rodney.sunada-wong@celsius.network> wrote:
Hi - did you have a chance to do this?

-------------

Rodney Sunada-Wong
908-447-1819m

On Mon, Apr 11, 2022 at 10:41 AM Peter Graham <peter.graham@celsius.network> wrote:
Hi,

Yes, will do by tomorrow.

PG

On Sat, Apr 9, 2022 at 4:30 PM Rodney Sunada-Wong <rodney.sunada-wong@celsius.network> wrote:
Peter -

hi. please see email chain below

It may make sense each week to create for Alex a summary (with a different email subject)

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00081474
SDNY_R01_00149370

- that says the following items have been removed from the youtube recordings
- with a brief explanation for why each was removed.

Could you mock up an email based on Friday's edits? Thanks

---------------

Rodney Sunada-Wong

908-447-1819m


---------- Forwarded message ---------
From: **Rodney Sunada-Wong** <rodney.sunada-wong@celsius.network>
Date: Sat, Apr 9, 2022 at 8:00 AM
Subject: Re: AMA Youtube April 8 - Needed edits
To: Roni Pavon <roni@celsius.network>


Makes sense

On Fri, Apr 8, 2022 at 8:12 PM Roni Pavon <roni@celsius.network> wrote:
Let's get your team to send it to him and CC me, Oren, Ron, Aslihan and Rod.

I think we all agree on the necessity on fixing it and not only by editing (especially since it's live and there are cases we are unable to edit, like twitter space and 3rd party interviews)

Thoughts?

On Sat, Apr 9, 2022 at 12:43 AM Rodney Sunada-Wong <rodney.sunada-wong@celsius.network> wrote:
We could, but haven't added him because the email has ~30 people in it.

Maybe we send an email to him and cc a very limited number of others where we say "FYI Alex, we removed the following items..." I think this would feel more "private" for Alex.

FYI - I have at times mentioned to him in our one on one's about avoiding certain statements e.g. don't say we take no leverage, whereas banks are leveraged 50 times.

(Last year, I provided him data that showed both banks and Celsius were ~10-20x. Fortunately, nowadays he says banks are 10-20, not 50x, but even as recently as March he said we have 1.0-1.2 leverage.)

On Fri, Apr 8, 2022 at 3:58 PM Roni Pavon <roni@celsius.network> wrote:
Don't you think we should have Alex on this thread? Maybe it will make him more aware of the do's and don'ts

---------- Forwarded message ---------
From: **Shakti Tailor** <shakti.tailor@celsius.network>
Date: Fri, Apr 8, 2022 at 10:40 PM

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00081475
SDNY_R01_00149371

Subject: Re: AMA Youtube April 8 - Needed edits
To: Peter Graham <peter.graham@celsius.network>
Cc: S. Daniel Leon <daniel@celsius.network>, Zach Wildes <zachary.wildes@celsius.network>, Tom McCarthy <tom.mccarthy@celsius.network>, <Regulation@celsius.network>, Nuke Goldstein <nuke@celsius.network>, Roni Pavon <roni@celsius.network>, Ron Deutsch <ron.deutsch@celsius.network>, Bethany Davis <bethany.davis@celsius.network>, Tushar Nadkarni <tushar@celsius.network>, Yarden Noy <yarden.noy@celsius.network>, Jennifer Kattula <jennifer.kattula@celsius.network>, Risk Management <riskmngmt@celsius.network>, Aslihan Denizkurdu <aslihan.denizkurdu@celsius.network>, Oren Blonstein <oren.blonstein@celsius.network>, Jerry Ho <jerry.ho@celsius.network>, Anvar Nurullayev <anvar.nurullayev@celsius.network>, Rodney Sunada-Wong <rodney.sunada-wong@celsius.network>, Shawn Dej <shawn.dej@celsius.network>, Connor Nolan <connor.nolan@celsius.network>


Hey Team,

All these edits have been made and the video is currently processing on YouTube.

Have an awesome weekend.

Cheers,
Shakti

On Fri, Apr 8, 2022 at 7:49 PM Peter Graham <peter.graham@celsius.network> wrote:
Hi all,

Please find below for requests for comment (FROM REGULATORY) and removals.

# Redacted

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00081476
SDNY_R01_00149372



FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00081477
SDNY_R01_00149373

Redacted

**0:27 - REMOVAL** - we state we have the highest insurance in the industry, this has been flagged before for removal in the past, please remove again.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00081478
SDNY_R01_00149374



custodian they're based in Israel for about 35 employees who do an excellent job. Keeping your stuff safe, right? The highest insurance in the industry right 750 million 150 million right? Get it insurance pair clients right per client. I don't think anyone else in the world. Has that right in the markets. It's amazing yeah so and and you guys are helping Celsius. Keep our asset safe right and also launch many new assets right right so we do self-custody for very large institutions by working with the banks exchanges custo

Zach

Celsius AMA April 8th 2022

433 watching now • Scheduled for Apr 8 2022

**0:29 - 0:32 - BIG REMOVAL** - The IR rep from JKL Capital states that they are one of Celsius's biggest clients, that they pledge ETH/BTC and borrow USD, and that they like the transparency of Celsius. They are onboarded, but have no history of loans with Celsius, and the trading desk has never heard of them. Because the relationship she describes does not exist, *everything she says about JKL's relationship with Celsius should be removed. (images below are not exhuastive)*

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00081479
SDNY_R01_00149375



how do you find the conference the Bitcoin 2020? It's my first big conference and I'm actually getting a little bit overwhelmed here with all the events. The biggest trick here. The biggest trick at the moment is organized all the parties after the conference because there's a lot overlaping closer. Yeah all right. So a lot of our customers. Always ask wait a second who borrows all this Bitcoin you you. Yeah you collected 159,000 Bitcoin you keep it safe but who actually borrows it. Why do they need to borrow it so maybe explain what the bit what

Zach

Celsius AMA April 8th 2022

30 watching now • Scheduled for Apr 8, 2022          267    DISLIKE    SHARE    SAVE  ...

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00081480
SDNY_R01_00149376



run and then I have to sell it so hopefully I wish I was a math wizard but basically we have an AI model running and arbitrage and directional strategy, so that's our main business and then for our existing clients. We also offer landing and boring solutions is an investment so from the one the one hand that it works. Is we pledge BTC and ETH with Celsius. We have a big contract with with guys and then we would borrow USD on the other side and and vice versa. How been your experience with working with a Celsius team

Zach

**Celsius AMA April 8th 2022**

18 watching now • Scheduled for Apr 8, 2022                    267    DISLIKE    SHARE    SAVE    ...

**0:34 - REMOVAL** - Most insurance, per above, removal.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00081481
SDNY_R01_00149377



on somebody's else nodes and they're effectively giving up the keys instead of holding it themselves so that's an important distinction to explain you know. Just want to add that now all of GK clients can have the best of both they can have decayed highest level security highest level of insurance together with cellulose highest yield in the market and that's like win-win for everybody. So super that's right and we just need one feet one more female here to dominate the stage instead of you

Alex Mashinsky and his guests are not investment advisors. All opinions are Alex Mashinsky's and his guests' alone. Nothing discussed today may be considered investment advice, tax advice, or any other professional advice, and should not be relied upon for investment, tax, other financial decisions, or any other purpose. This show is solely for education and entertainment purposes only and does not include any solicitation or inducement to buy or sell any assets or to make any financial decisions. Buying, holding, trading, and using digital assets involve significant risks.

Zach

elsius AMA April 8th 2022

## Redacted

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

# Redacted

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00081483
SDNY_R01_00149379

Redacted

Redacted

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00081484
SDNY_R01_00149380

# Redacted

**0:56 - REMOVAL** - Alex says that we are the only crypto company with phone support, this is not true, Coinbase has a phone number, please remove.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00081485
SDNY_R01_00149381



part of the Las Vegas customer care team senior agent. There is the best Celsius is the best. Yeah where can I get a hold of of customer care? You can get a hold of us at all now or Celsius dot network?Just click on care and submit a ticket.Fantastic! Still Celsius the only team that has font support where you can just call and talk to somebody right you don't feel good. Your stomach hurts call 1-866 huddle now okay yeah okay you said hey my name is you safe and part of the marketing production

Zach

**Celsius AMA April 8th 2022**

17 watching now • Scheduled for Apr 8, 2022

👍 279    👎 DISLIKE    ↗ SHARE    ≡+ SAVE    ...

Have a good weekend.

PG

--

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00081486
SDNY_R01_00149382

**Peter Graham**
**Credit Officer** | Celsius

phone: +1 (917) 447-9864

*Download the Celsius app today!*

--

**Shakti Tailor**
*Creative Video*
........
**Unbank Yourself**
celsius.network

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00081487
SDNY_R01_00149383

--

Download the Celsius app today!

**Roni Cohen Pavon**
Chief Revenue Officer | Celsius

phone: +972-50-444-6020

--

Download the Celsius app today!

--

---------------

Rodney Sunada-Wong
908-447-1819m

**Roni Cohen Pavon**
Chief Revenue Officer | Celsius

phone: +972-50-444-6020

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS

CELSIUSNETWORK_00081488
SDNY_R01_00149384

EXHIBIT X

From:  (null) 📎
Subject:
Date:  April 20, 2026 at 9:22 PM
To:  Daniel Leon <+12672691942> (null),  Alex Mashinsky <16465524499@s.whatsapp.net> 16465524499@s.whatsapp.net

Daniel Leon <+12672691942>
2021-01-18T22:23:36.0000000Z
Ron D has accepted my offer (w minor imaterial change). He will speak w Ramos tomorrow. If all good we will do a call w jeremie after. He will be our GC leading all legal and corp deals, reporting to Roni and dotted to you (unless you want direct to you).

W Ron accepting, he will be my forth super close friend working at Celsius. Consider that I have 5 good friends that's not bad. You're welcome. 😊

Alex Mashinsky <16465524499@s.whatsapp.net>
2021-01-18T22:43:42.0000000Z
Great job.  It took three years to bring him in...

**rsmf.zip**

SDNY 03427293

EXHIBIT   Y

OC3KMASP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

UNITED STATES OF AMERICA,

       v.                          23 CR 347 (JGK)

ALEXANDER MASHINSKY,

                              Plea

        Defendant.

------------------------------x

                              New York, N.Y.
                              December 3, 2024
                              3:00 p.m.

*[handwritten: 24 Hours after Plea Offer]*

Before:

                HON. JOHN G. KOELTL,

                              District Judge

                    APPEARANCES

DAMIAN WILLIAMS
     United States Attorney for the
     Southern District of New York
ALLISON C. NICHOLS
ADAM SLOAN HOBSON
PETER DAVIS
     Assistant United States Attorneys

MUKASEY YOUNG LLP
     Attorneys for Defendant
BY:  MARC L. MUKASEY
     TORREY K. YOUNG
     MICHAEL F. WESTFAL
     SAL H. CHAN

Also Present:

Brandon Racz, FBI



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

December 2, 2024

**BY EMAIL**

Marc Mukasey, Esq.
Torrey Young, Esq.
Michael Westfal, Esq.
Mukasey Young LLP
570 Lexington Avenue, Suite 3500
New York, NY 10022

Re:    *United States v. Alexander Mashinsky*, 23 Cr. 347 (JGK)

Counsel:

On the understandings specified below, the Office of the United States Attorney for the Southern District of New York ("this Office") will accept a guilty plea from Alexander Mashinsky ("the defendant") to Counts Two and Five of the above-referenced Indictment.

Count Two charges commodities fraud in violation of Title 7, United States Code, Sections 9(1) and 13(a)(5), and Title 17, Code of Federal Regulations, Section 180.1; and Title 18, United States Code, Section 2. Count Two carries a maximum term of imprisonment of 10 years; a maximum term of supervised release of three years; a maximum fine, pursuant to Title 7, United States Code, Section 13(a)(5) and Title 18, United States Code, Section 3571, of the greatest of $1 million, twice the gross pecuniary gain derived from the offense, or twice the gross pecuniary loss to persons other than the defendant resulting from the offense; and a mandatory $100 special assessment.

Count Five charges securities fraud related to the manipulation of the price of CEL, in violation of Title 15, United States Code, Sections 78j(b) and 78ff; Title 17, Code of Federal Regulations, Section 240.10b-5; and Title 18, United States Code, Section 2. Count Five carries a maximum term of imprisonment of 20 years; a maximum term of supervised release of three years; a maximum fine, pursuant to Title 15, United States Code, Section 78ff and Title 18, United States Code, Section 3571, of the greatest of $5 million, twice the gross pecuniary gain derived from the offense, or twice the gross pecuniary loss to persons other than the defendant resulting from the offense; and a mandatory $100 special assessment.

The total maximum term of imprisonment on Counts Two and Five is thirty years.

In consideration of the defendant's plea to the above offenses, the defendant will not be further prosecuted criminally by this Office (except for criminal tax violations, if any, as to which this Office cannot, and does not, make any agreement) for (1) executing a scheme to defraud investors and customers at Celsius Network LLC and its related entities ("Celsius") from in or about 2018 through in or about June 2022, as charged in Counts One through Three of the

2024.05.14

Indictment; and (2) conspiring to execute and executing a fraudulent scheme to manipulate the market for CEL token, as charged in Counts Four through Seven of the Indictment, it being understood that this agreement does not bar the use of such conduct as a predicate act or as the basis for a sentencing enhancement in a subsequent prosecution including, but not limited to, a prosecution pursuant to 18 U.S.C. §§ 1961 *et seq.* In addition, at the time of sentencing, the Government will move to dismiss any open Counts against the defendant. The defendant agrees that with respect to any and all dismissed charges the defendant is not a "prevailing party" within the meaning of the "Hyde Amendment," Section 617, P.L. 105-119 (Nov. 26, 1997), and will not file any claim under that law.

The defendant hereby admits the forfeiture allegation with respect to Count Five of the Indictment and agrees to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), (i) a sum of money equal to $48,393,446 in United States currency, representing proceeds traceable to the commission of Count Five (the "Money Judgment"), and (ii) all right, title and interest of the defendant in the following specific properties (collectively, the "Specific Property"), each of which is subject to the Post-Indictment Restraining Order dated August 16, 2023:

(a) Any and all funds in account number ending in -6202 held at Goldman Sachs in the name of Koala1 LLC, and any and all moneys, assets, and funds traceable thereto;

(b) Any and all funds in account number ending in -9610 held at Goldman Sachs in the name of Koala1 LLC, and any and all moneys, assets, and funds traceable thereto;

(c) Any and all funds in account number ending in -6087 held at Goldman Sachs in the name of Koala2 LLC, and any and all moneys, assets, and funds traceable thereto;

(d) Any and all funds in account number ending in -6194 held at Goldman Sachs in the name of Koala3 LLC, and any and all moneys, assets, and funds traceable thereto;

(e) Any and all funds in account number ending in -7039 held at Merrill Lynch in the name of AM Ventures Holdings Inc., and any and all moneys, assets, and funds traceable thereto;

(f) Any and all funds in account number ending in -6437 held at First Republic Securities in the names of Alexander Mashinsky and Kristine Meehan, and any and all moneys, assets, and funds traceable thereto;

(g) Any and all funds in an account number ending in -4897 held at SoFi Bank in the name of Alex Mashinsky, and any and all funds traceable thereto;

(h) Any and all funds in an account number ending in -8120 held at SoFi Securities in the name of Alex Mashinsky, and any and all moneys, assets, and funds traceable thereto; and

2024.05.14

(i) The real property located at 2004 East 8th Street, Austin, Texas, which is a residential home purchased by the defendant and Kristine Mashinsky on or about June 10, 2021.

The defendant agrees that the defendant will not file a claim or a petition for remission or mitigation in any forfeiture proceeding involving the Specific Property and will not cause or assist anyone else in doing so. The defendant also agrees to take all necessary steps to pass clear title to the Specific Property to the United States, including, but not limited to, the execution of all necessary documentation. It is further understood that any forfeiture of the defendant's assets shall not be treated as satisfaction of any fine, restitution, cost of imprisonment, or any other penalty the Court may impose upon him in addition to forfeiture. The defendant consents to the entry of the Consent Order of Forfeiture annexed hereto as Exhibit A and agrees that the Consent Order of Forfeiture shall be final as to the defendant at the time it is ordered by the Court. Under the terms set forth in the Consent Order of Forfeiture, in the event that the defendant pays $10,000,000 towards the Money Judgment by no later than December 31, 2025 (the "Payment Deadline"), the Government will accept such payment, in combination with the forfeiture of the Specific Property, in full satisfaction of the Money Judgment. In the event the defendant fails to pay $10,000,000 towards the Money Judgment by the Payment Deadline, the defendant agrees that the entirety of the Money Judgment will remain in full force and effect, and shall not be deemed fully satisfied by forfeiture of the Specific Property. The Government may, in its sole and unfettered discretion, agree to extend the Payment Deadline.

The defendant further agrees to withdraw with prejudice the claims he has asserted on behalf of himself and the entities he controls—including but not limited to claims on behalf of Kristine Meehan Mashinsky, Koala 1 LLC, Koala 2 LLC, Koala 3 LLC, and AM Venture Holdings Inc.—in the bankruptcy proceeding captioned *In re Celsius Network LLC*, et al., Dkt. No. 22-10964 (MG) (Bankr. S.D.N.Y.). To the extent the defendant does not have control over any of the aforementioned claims in the bankruptcy proceeding, the defendant will use his best efforts to require the relevant decision-makers to withdraw with prejudice the claims, as the defendant admits that the claims those individuals and entities have asserted should not prevail due to the defendant's own wrongful conduct. In light of this agreement and, in consideration of the number of victims and the complex issues of fact involved in calculating victim losses, the Government will not seek criminal restitution and will instead seek to facilitate victim compensation through the bankruptcy proceeding. *See* 18 U.S.C. 3663A(c)(3).

In consideration of the foregoing and pursuant to United States Sentencing Guidelines ("U.S.S.G." or "Guidelines") Section 6B1.4, the parties hereby stipulate to the following:

A. Offense Level

1. The applicable Guidelines manual is the November 1, 2024 Guidelines manual (the "U.S.S.G.").

2. Under U.S.S.G. § 3D1.2(d), Counts Two and Five are grouped for Guidelines calculation purposes because "the offense level is determined largely on the basis of the total amount of harm or loss."

2024.05.14

3. Under U.S.S.G. § 3D1.3(b), "the offense level applicable to a Group is the offense level corresponding to the aggregated quantity, determined in accordance with Chapter Two and Parts A, B and C of Chapter Three, for the most serious of the counts comprising the Group, *i.e.*, the highest offense level of the counts in the Group."

4. Under U.S.S.G. § 2B1.1(a)(1), the base offense level is 7 because the defendant is charged with an offense referenced in this Guideline and the offense has a statutory maximum term of imprisonment of 20 years or more.

5. Under U.S.S.G. § 2B1.1(b)(1)(P), 30 levels are added because the loss exceeded $550,000,000.

6. Under U.S.S.G. § 2B1.1(b)(2)(A), 2 levels are added because the offense involved ten or more victims.

7. Under U.S.S.G. § 2B1.1(b)(10), 2 levels are added because the offense otherwise involved sophisticated means and the defendant intentionally engaged in or caused the conduct constituting sophisticated means.

9. Under U.S.S.G. § 3B1.1(a), 4 levels are added because the defendant was an organizer or leader of a criminal activity that involved five or more participants or was otherwise extensive.

10. Under U.S.S.G. § 3B1.3, 2 levels are added because the defendant abused a position of public or private trust, or used a special skill, in a manner that significantly facilitated the commission or concealment of the offense.

11. Assuming the defendant clearly demonstrates acceptance of responsibility, to the satisfaction of the Government, through the defendant's allocution and subsequent conduct prior to the imposition of sentence, a two-level reduction will be warranted, pursuant to U.S.S.G. § 3E1.1(a). Furthermore, assuming the defendant has accepted responsibility as described in the previous sentence, the Government will move at sentencing for an additional one-level reduction, pursuant to U.S.S.G. § 3E1.1(b), assuming the defendant gives timely notice of the defendant's intention to enter a plea of guilty, thereby permitting the Government to avoid preparing for trial and permitting the Court to allocate its resources efficiently.

12. Under U.S.S.G. Ch. 5 Pt. A cmt. n.2, a total offense level of more than 43 is to be treated as an offense level of 43.

In accordance with the foregoing calculations, the applicable offense level is 43.

B. Criminal History Category

Based upon the information now available to this Office (including representations by the defense), the defendant has no criminal history points and is therefore in Criminal History Category I.

2024.05.14

Page 5

## C. Sentencing Range

Based upon the calculations set forth above, the defendant's sentencing range would be life imprisonment. However, the statutorily authorized maximum sentences are less than the minimum of the applicable guideline range; therefore, under U.S.S.G. § 5G1.2(b), the applicable guideline term of imprisonment is 30 years' imprisonment (the "Stipulated Guidelines Sentence"). In addition, after determining the defendant's ability to pay, the Court may impose a fine pursuant to U.S.S.G. § 5E1.2. At offense level 43 the applicable fine range is $50,000 to $5 million.

The parties agree that neither a downward nor an upward departure from the Stipulated Guidelines Sentence set forth above is warranted. Accordingly, neither party will seek any departure or adjustment pursuant to the Guidelines that is not set forth herein. Nor will either party in any way suggest that the Probation Office or the Court consider such a departure or adjustment under the Guidelines.

The parties agree that either party may seek a sentence outside of the Stipulated Guidelines Sentence based upon the factors to be considered in imposing a sentence pursuant to Title 18, United States Code, Section 3553(a).

Except as provided in any written Proffer Agreement(s) that may have been entered into between this Office and the defendant, nothing in this Agreement limits the right of the parties (i) to present to the Probation Office or the Court any facts relevant to sentencing; (ii) to make any arguments regarding where within the Stipulated Guidelines Sentence (or such other range as the Court may determine) the defendant should be sentenced and regarding the factors to be considered in imposing a sentence pursuant to Title 18, United States Code, Section 3553(a); (iii) to seek an appropriately adjusted Guidelines range if it is determined based upon information not contained in this Agreement that the defendant's criminal history category is different from that set forth above; and (iv) to seek an appropriately adjusted Guidelines range or mandatory minimum term of imprisonment if it is subsequently determined that the defendant qualifies as a career offender under U.S.S.G. § 4B1.1. Nothing in this Agreement limits the right of the Government to seek denial of the adjustment for acceptance of responsibility, see U.S.S.G. § 3E1.1, regardless of any stipulation set forth above, if the defendant fails clearly to demonstrate acceptance of responsibility, to the satisfaction of the Government, through the defendant's allocution and subsequent conduct prior to the imposition of sentence. Similarly, nothing in this Agreement limits the right of the Government to seek an enhancement for obstruction of justice, see U.S.S.G. § 3C1.1, regardless of any stipulation set forth above, should it be determined that the defendant has either (i) engaged in conduct, unknown to the Government at the time of the signing of this Agreement, that constitutes obstruction of justice or (ii) committed another crime after signing this Agreement.

It is understood that pursuant to U.S.S.G. § 6B1.4(d), neither the Probation Office nor the Court is bound by the above Guidelines stipulation, either as to questions of fact or as to the determination of the proper Guidelines to apply to the facts. In the event that the Probation Office or the Court contemplates any Guidelines adjustments, departures, or calculations different from those stipulated to above, or contemplates any sentence outside of the stipulated Guidelines range,

2024.05.14

Case 1:23-cr-00347-JGK    Document 189-3    Filed 05/26/26 Page 88 of 88

the parties reserve the right to answer any inquiries and to make all appropriate arguments concerning the same.

It is understood that the sentence to be imposed upon the defendant is determined solely by the Court. It is further understood that the Guidelines are not binding on the Court. The defendant acknowledges that the defendant's entry of a guilty plea to the charged offenses authorizes the sentencing court to impose any sentence, up to and including the statutory maximum sentence. This Office cannot, and does not, make any promise or representation as to what sentence the defendant will receive. Moreover, it is understood that the defendant will have no right to withdraw the defendant's plea of guilty should the sentence imposed by the Court be outside the Guidelines range set forth above.

It is agreed that the defendant will not file a direct appeal or otherwise challenge, by petition pursuant to 28 U.S.C. § 2255 or any other provision, his conviction. In addition to any other claims the defendant might raise, the defendant waives the right to challenge the conviction based on (1) any non-jurisdictional defects in the proceedings before entry of this plea, (2) a claim that the statutes to which the defendant is pleading guilty are unconstitutional, and (3) a claim that the admitted conduct does not fall within the scope of the statutes. It is further agreed that (i) the defendant will not file a direct appeal or otherwise challenge, by petition pursuant to 28 U.S.C. § 2255 or any other provision, any sentence within or below the Stipulated Guidelines Sentence of 360 months' imprisonment, and (ii) that the Government will not appeal a sentence of the Stipulated Guidelines Sentence. This provision is binding on the parties even if the Court employs a Guidelines analysis different from that stipulated to herein. Furthermore, it is agreed that any appeal as to the defendant's sentence that is not foreclosed by this provision will be limited to that portion of the sentencing calculation that is inconsistent with (or not addressed by) the above stipulation. The parties agree that this waiver applies regardless of whether the term of imprisonment is imposed to run consecutively to or concurrently with the undischarged portion of any other sentence of imprisonment that has been imposed on the defendant at the time of sentencing in this case. The defendant further agrees not to appeal or bring a collateral challenge of any term of supervised release that is less than or equal to the statutory maximum or any condition of supervised release imposed by the Court for which he had notice, including from a recommendation by the Probation Office in the presentence investigation report, and an opportunity to object. The defendant also agrees not to appeal or bring a collateral challenge of any fine that is less than or equal to $5,000,000, and the Government agrees not to appeal any fine that is greater than or equal to $50,000. The defendant also agrees not to appeal or bring a collateral challenge of any forfeiture amount that is less than or equal to $48,393,446, and the Government agrees not to appeal any forfeiture amount that is greater than or equal to $48,393,446. The defendant also agrees not to appeal or bring a collateral challenge to any special assessment that is less than or equal to $200. Notwithstanding the foregoing, nothing in this paragraph shall be construed to be a waiver of whatever rights the defendant may have to assert claims of ineffective assistance of counsel, whether on direct appeal, collateral review, or otherwise. Rather, it is expressly agreed that the defendant reserves those rights.

The defendant hereby acknowledges that the defendant has accepted this Agreement and decided to plead guilty because the defendant is in fact guilty.

2024.05.14